# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
|        Plaintiff, | ) |
| | ) C.A. No. |
|    v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) |
|        Defendants. | ) |

## CORPORATE DISCLOSURE STATE OF PLAINTIFF FRIENDLIAI INC

Pursuant to Federal Rule of Civil Procedure 7.1, FriendliAI Inc. ("FriendliAI") states that FriendliAI has no parent corporations, and that to its knowledge, no publicly held company owns 10% or more of FriendliAI.

RESPECTFULLY,

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Michael J. Sacksteder
Shreyas A. Kale
John M. DiBaise
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300
MSacksteder@fenwick.com
SKale@fenwick.com
MDiBaise@fenwick.com

Jessica Kaempf
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Tel: (206) 389-4550
JKaempf@fenwick.com

By: /s/ David E. Moore
   David E. Moore (#3983)
   Bindu A. Palapura (#5370)
   Andrew L. Brown (#6766)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE 19801
   Tel: (302) 984-6000
   dmoore@potteranderson.com
   bpalapura@potteranderson.com
   abrown@potteranderson.com

*Attorneys for Plaintiff FriendliAI Inc.*

Dated: July 28, 2023
10940230/