# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 23-cv-00816-UNA |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Michael J. Sacksteder, Shreyas A. Kale and John M. DiBaise of FENWICK & WEST LLP, 555 California Street, 12th Floor, San Francisco, CA 94104 and Jessica Kaempf of FENWICK & WEST LLP, 401 Union Street, 5th Floor, Seattle, WA 9810 1to represent Plaintiff FriendliAI Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

Dated: July 28, 2023
10153493 / 22225.00001

*Attorneys for Plaintiff FriendliAI Inc*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 28, 2023                 Signed: */s/ Michael J. Sacksteder*
                                    Michael J. Sacksteder
                                    FENWICK & WEST LLP
                                    555 California Street, 12th Floor
                                    San Francisco, CA 94104
                                    Tel: (415) 875-2300
                                    msacksteder@fenwick.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 28, 2023              Signed:  */s/ Shreyas A. Kale*
                                         Shreyas A. Kale
                                         FENWICK & WEST LLP
                                         555 California Street, 12th Floor
                                         San Francisco, CA 94104
                                         Tel: (415) 875-2300
                                         skale@fenwick.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 28, 2023                      Signed:  */s/ John M. DiBaise*
                                         John M. DiBaise
                                         FENWICK & WEST LLP
                                         555 California Street, 12th Floor
                                         San Francisco, CA 94104
                                         Tel: (415) 875-2300
                                         mdibaise@fenwick.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Washington and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 28, 2023                    Signed: */s/ Jessica Kaempf*
                                              Jessica Kaempf
                                              FENWICK & WEST LLP
                                              401 Union Street, 5th Floor
                                              Seattle, WA 98101
                                              Tel: (206) 389-4550
                                              jkaempf@fenwick.com