IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-816 (MN) |
| HUGGING FACE, INC., | ) ) ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff served Defendant with a summons and complaint on July 28, 2023;

WHEREAS, Defendant's current deadline to respond to the complaint is August 18, 2023; and,

WHEREAS, Defendant has not yet answered or otherwise responded to the complaint and has requested a 30-day extension to respond to the complaint, which Plaintiff has agreed to;

IT IS HEREBY STIPULATED by the parties, subject to the Court's approval, that Defendant's deadline to answer, move or otherwise respond to the Complaint is extended to September 18, 2023.

| POTTER ANDERSON & CORROON LLP | POLSINELLI PC |
|---|---|
| /s/ *Bindu A. Palapura* | /s/ *Stephen J. Kraftschik* |
| David E. Moore (#3983) | Stephen J. Kraftschik (#5623) |
| Bindu A. Palapura (#5370) | 222 Delaware Avenue, Suite 1101 |
| Andrew L. Brown (#6766) | Wilmington, DE 19801 |
| Hercules Plaza, 6th Fl. | (302) 252-0920 |
| 1313 N. Market St. | skraftschik@polsinelli.com |
| Wilmington, DE 19801 | *Attorneys for Defendant Hugging Face, Inc.* |
| Tel.: (302) 984-6000 | |
| dmoore@potteranderson.com | |
| bpalapura@potteranderson.com | |
| abrown@potteranderson.com | |
| *Attorneys for Plaintiff FriendliAI Inc.* | |

90843689.3

2

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Michael J. Sacksteder<br>Shreyas A. Kale<br>John M. DiBaise<br>FENWICK &WEST LLP<br>555 California St., 12th Fl.<br>San Francisco, CA 94104<br>Tel.: (415) 875-2300<br>msacksteder@fenwick.com<br>skale@fenwick.com<br>mdibaise@fenwick.com | Jason A. Wietjes<br>POLSINELLI PC<br>2950 N. Harwood St., Ste. 2100<br>Dallas, TX 75201<br>Tel.: (214) 661-5519<br>jwietjes@polsinelli.com |
| Jessica Kaempf<br>FENWICK & WEST LLP<br>401 Union St., 5th Fl.<br>Seattle, WA 98101<br>Tel.: (206) 389-4550<br>jkaempf@fenwick.com | |

August 15, 2023

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge