IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRIENDLIAI INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-816 (MN) |
| | ) | |
| HUGGING FACE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiff served Defendant with a summons and complaint on July 28, 2023;

WHEREAS, pursuant to the Parties' stipulation of August 15, 2023 (Doc. 8) Defendant's current deadline to respond to the complaint is September 18, 2023; and

WHEREAS, Defendant has not yet answered or otherwise responded to the complaint and has requested an additional 4-day extension to respond to the complaint, which Plaintiff has agreed to.

IT IS HEREBY STIPULATED by the parties, subject to the Court's approval, that Defendant's deadline to answer, move or otherwise respond to the Complaint is extended to September 22, 2023.

91268863.1

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | POLSINELLI PC |
| */s/ David E. Moore* | */s/ Stephen J. Kraftschik* |
| David E. Moore (#3983) | Stephen J. Kraftschik (#5623) |
| Bindu A. Palapura (#5370) | 222 Delaware Avenue, Suite 1101 |
| Andrew L. Brown (#6766) | Wilmington, DE 19801 |
| Hercules Plaza, 6th Fl. | (302) 252-0920 |
| 1313 N. Market St. | skraftschik@polsinelli.com |
| Wilmington, DE 19801 | *Attorneys for Defendant Hugging Face, Inc.* |
| Tel.: (302) 984-6000 | |
| dmoore@potteranderson.com | OF COUNSEL: |
| bpalapura@potteranderson.com | |
| abrown@potteranderson.com | Jason A. Wietjes |
| *Attorneys for Plaintiff FriendliAI Inc.* | POLSINELLI PC |
| | 2950 N. Harwood St., Ste. 2100 |
| OF COUNSEL: | Dallas, TX 75201 |
| | Tel.: (214) 661-5519 |
| Michael J. Sacksteder | jwietjes@polsinelli.com |
| Shreyas A. Kale | |
| John M. DiBaise | |
| FENWICK & WEST LLP | |
| 555 California St., 12th Fl. | |
| San Francisco, CA 94104 | |
| Tel.: (415) 875-2300 | |
| msacksteder@fenwick.com | |
| skale@fenwick.com | |
| mdibaise@fenwick.com | |
| | |
| Jessica Kaempf | |
| FENWICK & WEST LLP | |
| 401 Union St., 5th Fl. | |
| Seattle, WA 98101 | |
| Tel.: (206) 389-4550 | |
| jkaempf@fenwick.com | |

September 15, 2023

    SO ORDERED this _____ day of _____, 2023.

                                                                  _____
                                                                  United States District Judge