

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6092 Direct Phone

November 15, 2023

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:     *FriendliAI Inc. v. Hugging Face, Inc.*, C.A. No. 23-816-MN

Dear Judge Noreika:

Pursuant to Your Honor's Oral Order on October 16, 2023 in the above-referenced action, enclosed please find the parties' proposed Scheduling Order.  The parties agree on all terms of the proposed Scheduling Order.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/11164963/23295.00001

Enclosure
cc:     Clerk of Court (via hand delivery)
        Counsel of Record (via electronic mail)