# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
|           Plaintiff, | ) |
| | ) C.A. No. 23-816-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) |
|           Defendant. | ) |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff FriendliAI Inc. and Defendant Hugging Face, Inc., subject to the approval of the Court, that the deadline for the Parties to make their initial disclosures pursuant to Federal Rule of Procedure 26(a)(1) and paragraph 3 of the Court's Default Standard for Discovery, Including Discovery of Electronically Stored Information is extended to December 7, 2023.

|  |  |
|---|---|
| POTTER ANDERSON & CORROON LLP | Respectfully submitted,<br>POLSINELLI PC |
| By: */s/ Andrew L. Brown*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com | By: */s/ Stephen J. Kraftschik*<br>Stephen J. Kraftschik (#5623)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE  19801<br>Tel:  (302) 252-0920<br>skraftschik@polsinelli.com<br><br>*Attorney for Defendant* |
| *Attorneys for Plaintiff* | Dated:  November 27, 2023 |

IT IS SO ORDERED this ___ day of November, 2023.

_____
United States District Judge

11176289