IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-816 (MN) |
| | ) |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of (1) *Hugging Face, Inc.'s Objections and Answers to Plaintiff's First Set of Interrogatories* and (2) *Hugging Face, Inc.'s Initial Disclosures* were caused to be served on December 7, 2023, upon the following in the manner indicated.

David E. Moore                                                                                  BY ELECTRONIC MAIL
Bindu A. Palapura
Andrew L. Brown
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Fl.
1313 N. Market St.
Wilmington, DE 19801
Tel.: (302) 984-6000
 *Attorneys for Plaintiff FriendliAI Inc.*

Michael J. Sacksteder                                                                       BY ELECTRONIC MAIL
Shreyas A. Kale
John M. DiBaise
FENWICK & WEST LLP
555 California St., 12th Fl.
San Francisco, CA 94104
Tel.: (415) 875-2300
 *Attorneys for Plaintiff FriendliAI Inc.*

91371205.1

Jessica Kaempf                                                  *BY ELECTRONIC MAIL*
FENWICK & WEST LLP
401 Union St., 5th Fl.
Seattle, WA 98101
Tel.: (206) 389-4550
  *Attorneys for Plaintiff FriendliAI Inc.*

                                                       POLSINELLI PC

                                                       */s/ Stephen J. Kraftschik*
                                                       Stephen J. Kraftschik (#5623)
                                                       222 Delaware Avenue, Suite 1101
OF COUNSEL:                                    Wilmington, DE 19801
                                                       (302) 252-0920
Jason A. Wietjes                               skraftschik@polsinelli.com
POLSINELLI PC                                     *Attorneys for Defendant Hugging Face, Inc.*
2950 N. Harwood St., Ste. 2100
Dallas, TX 75201
Tel.: (214) 661-5519
jwietjes@polsinelli.com

December 7, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 7, 2023, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore<br>Bindu A. Palapura<br>Andrew L. Brown<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Fl.<br>1313 N. Market St.<br>Wilmington, DE 19801<br>Tel.: (302) 984-6000<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Michael J. Sacksteder<br>Shreyas A. Kale<br>John M. DiBaise<br>FENWICK & WEST LLP<br>555 California St., 12th Fl.<br>San Francisco, CA 94104<br>Tel.: (415) 875-2300<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Jessica Kaempf<br>FENWICK & WEST LLP<br>401 Union St., 5th Fl.<br>Seattle, WA 98101<br>Tel.: (206) 389-4550<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |

/s/ *Stephen J. Kraftschik*

Stephen J. Kraftschik (#5623)

91371205.1