## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 23-816-MN |
| | ) |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on December 7, 2023, upon the following attorneys of record as indicated below:

> PLAINTIFF FRIENDLIAI INC.'S DISCLOSURES PURSUANT TO RULE 26(A)(1) AND PARAGRAPH 3 OF THE DEFAULT STANDARD FOR DISCOVERY

**VIA ELECTRONIC MAIL**

Stephen J. Kraftschik
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
skraftschik@polsinelli.com

Jason A. Wietjes
POLSINELLI PC
2950 N. Harwood St., Ste 2100
Dallas, TX 75201
jwietjes@polsinelli.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Michael J. Sacksteder<br>Shreyas A. Kale<br>John M. DiBaise<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Tel: (415) 875-2300<br><br>Jessica Kaempf<br>FENWICK & WEST LLP<br>401 Union Street, 5th Floor<br>Seattle, WA 98101<br>Tel: (206) 389-4550 | By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5730)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Plaintiff FriendliAI Inc.* |

Dated: December 7, 2023
11200700 / 23295.00001