# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-816-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

## AMENDED CORPORATE DISCLOSURE STATEMENT
## OF PLAINTIFF FRIENDLIAI INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff FriendliAI Inc. makes this amended corporate disclosure statement: FriendliAI Inc. ("FriendliAI") states that its corporate parent is FriendliAI Corp., and to its knowledge, no publicly held company owns 10% or more of FriendliAI Inc. or FriendliAI Corp.

|  |  |
|---|---|
| | Respectfully submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By: */s/ Andrew L. Brown* |
| Michael J. Sacksteder | David E. Moore (#3983) |
| Shreyas A. Kale | Bindu A. Palapura (#5730) |
| John M. DiBaise | Andrew L. Brown (#6766) |
| FENWICK & WEST LLP | Hercules Plaza, 6th Floor |
| 555 California Street, 12th Floor | 1313 N. Market Street |
| San Francisco, CA 94104 | Wilmington, DE 19801 |
| Tel: (415) 875-2300 | Tel: (302) 984-6000 |
| | dmoore@potteranderson.com |
| Jessica Kaempf | bpalapura@potteranderson.com |
| FENWICK & WEST LLP | abrown@potteranderson.com |
| 401 Union Street, 5th Floor | |
| Seattle, WA 98101 | *Attorneys for Plaintiff FriendliAI Inc.* |
| Tel: (206) 389-4550 | |

Dated: December 14, 2023
11211462 / 23295.00001