# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-816-MN ) ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) ) |
| Defendant. | ) ) |

## PLAINTIFF FRIENDLIAI INC.'S UNOPPOSED MOTION AND PROPOSED ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff respectfully moves the Court for leave to amend its Complaint (D.I. 1), pursuant to Fed. R. Civ. P. 15(a), to add allegations of infringement of United States Patent No. 11,836,520 against Defendant. Rule 15 of the Federal Rules of Civil Procedure permits a party to amend the complaint by leave of court or by written consent of the adverse party. Pursuant to D. Del. LR 7.1.1, counsel for Plaintiff conferred with Counsel for the Defendant and Defendant does not oppose FriendliAI's amended pleading or this motion.

This motion is timely, as the deadline to amend pleadings established by the Scheduling Order (D.I. 17) is January 8, 2024.

Pursuant to D. Del. LR 15.1, a copy of the proposed First Amended Complaint is attached as Exhibit 1. A redline comparison of the First Amended Complaint and the Complaint (without exhibits) is attached as Exhibit 2.

|  |  |
|---|---|
| | Respectfully submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
| | David E. Moore (#3983) |
| Michael J. Sacksteder | Bindu A. Palapura (#5730) |
| Shreyas A. Kale | Andrew L. Brown (#6766) |
| John M. DiBaise | Hercules Plaza, 6th Floor |
| FENWICK & WEST LLP | 1313 N. Market Street |
| 555 California Street, 12th Floor | Wilmington, DE 19801 |
| San Francisco, CA 94104 | Tel: (302) 984-6000 |
| Tel: (415) 875-2300 | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| Jessica Kaempf | abrown@potteranderson.com |
| FENWICK & WEST LLP | |
| 401 Union Street, 5th Floor | *Attorneys for Plaintiff FriendliAI Inc.* |
| Seattle, WA 98101 | |
| Tel: (206) 389-4550 | |

Dated: January 5, 2024
 11249868 / 23295.00001

IT IS SO ORDERED this ___ day of January, 2024.

_____

United States District Judge