# EXHIBIT 1



US011442775B1

(12) **United States Patent**
Yu et al.

(10) Patent No.: **US 11,442,775 B1**
(45) Date of Patent: **Sep. 13, 2022**

(54) **DYNAMIC BATCHING FOR INFERENCE SYSTEM FOR TRANSFORMER-BASED GENERATION TASKS**

(71) Applicant: **FriendliAI Inc.**, Seoul (KR)

(72) Inventors: **Gyeongin Yu**, Seoul (KR); **Geon-Woo Kim**, Seoul (KR); **Joo Seong Jeong**, Seoul (KR); **Soojeong Kim**, Seoul (KR); **Byung-Gon Chun**, Seoul (KR)

(73) Assignee: **FriendliAI Inc.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/542,193**

(22) Filed: **Dec. 3, 2021**

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 9/46* | (2006.01) |
| *G06F 9/48* | (2006.01) |
| *G06N 5/04* | (2006.01) |
| *G06N 20/00* | (2019.01) |
| *G06F 9/50* | (2006.01) |
| *G06N 3/04* | (2006.01) |
| *G06N 3/08* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *G06F 9/4881* (2013.01); *G06F 9/5016* (2013.01); *G06N 5/04* (2013.01); *G06N 20/00* (2019.01); *G06N 3/0454* (2013.01); *G06N 3/08* (2013.01)

(58) **Field of Classification Search**
CPC ..... G06F 9/4881; G06F 9/5016; G06N 20/00; G06N 5/04; G06N 3/0454; G06N 3/08
USPC .......................................................... 718/1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 10,846,096 | B1 * | 11/2020 | Chung | .................. G06N 20/00 |
| 2020/0226453 | A1 * | 7/2020 | Luk | ........................... G06N 3/08 |
| 2020/0311341 | A1 * | 10/2020 | Chaturvedi | ........... G06N 20/00 |
| 2021/0034335 | A1 | 2/2021 | Svyalkovskiy et al. | |
| 2021/0192314 | A1 * | 6/2021 | Aarts | ...................... G06F 8/433 |
| 2021/0263779 | A1 * | 8/2021 | Haghighat | ......... G06F 11/3409 |
| 2021/0279576 | A1* | 9/2021 | Shazeer | .................. G06N 3/08 |
| 2021/0357210 | A1 | 11/2021 | Clement et al. | |
| 2021/0406673 | A1 * | 12/2021 | Pardeshi | .................. G06N 3/08 |

(Continued)

OTHER PUBLICATIONS

Choi et al., "PREMA: A Predictive Multi-task Scheduling Algorithm For Preemptible Neural Processing Units", 2020, IEEE International Symposium on High Performance Computer Architecture (HPCA), pp. 220-233. (Year: 2020).*

(Continued)

*Primary Examiner* — Kenneth Tang
(74) *Attorney, Agent, or Firm* — Fenwick & West LLP

(57) **ABSTRACT**

An inference system applies a machine-learning transformer model to a batch of requests with variable input length or variable target length or variable internal state length by selectively batching a subset of operations in the transformer model but processing requests in the batch individually for a subset of operations in the transformer model. In one embodiment, the operation to be processed individually is an attention operation of an encoder or a decoder of the transformer model. By selective batching, the inference system can allow batching operations to be performed for a batch of requests with variable input or target length or internal state length to utilize the parallel computation capabilities of hardware accelerators while preventing unnecessary computations that occur for workarounds that restrain the data of a batch of requests to a same length.

**18 Claims, 12 Drawing Sheets**



## US 11,442,775 B1

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

2022/0066747 A1    3/2022  Drain et al.
2022/0067513 A1    3/2022  Stevens et al.

OTHER PUBLICATIONS

Dai et al, "Transformer-XL: Attentive Language Models Beyond a Fixed-Length Context", Jun. 2, 2019, Carnegie Mellon, University, Google Brain, pp. 1-20 (Year: 2019).*
Fang, J. et al., "TurboTransformers: An Efficient GPU Serving System For Transformer Models," arXiv:2010.05680v4, Feb. 20, 2021, pp. 1-14.
Gao, P. et al., "Low Latency RNN Inference with Cellular Batching," EuroSys '18, Apr. 2018, pp. 1-15.
Github, "microsoft/DeepSpeed," Jan. 19, 2021, pp. 1-9, [Online] [Retrieved on Jan. 31, 2022] Retrieved from the Internet <URL: https://github.com/microsoft/DeepSpeed>.
Github, "NVIDIA/FasterTransformer," Apr. 2, 2021, pp. 1-28, [Online] [Retrieved on Jan. 31, 2022] Retrieved from the Internet <URL: https://github.com/NVIDIA/FasterTransformer>.
Github, "NVIDIA/Megatron-LM," Aug. 11, 2021, pp. 1-18, [Online] [Retrieved on Jan. 31, 2022] Retrieved from the Internet <URL: https://github.com/NVIDIA/Megatron-LM>.
Li, G. et al., "Easy and Efficient Transformer: Scalable Inference Solution for Large NLP Model," arXiv:2104.12470v4, Nov. 23, 2021, pp. 1-9.
NVIDIA, "NVIDIA TensorRT," Jan. 27, 2021, pp. 1-11, [Online] [Retrieved on Jan. 31, 2022] Retrieved from the Wayback Machine

<URL:http://web.archive.org/web/20210127111124/https://developer.nvidia.com/tensorrt>.
NVIDIA, "NVIDIA Triton Inference Server," Jan. 25, 2021, pp. 1-6, [Online] [Retrieved on Jan. 31, 2022] Retrieved from the Wayback Machine <URL:http://web.archive.org/web/20210125141031/https://developer.nvidia.com/nvidia-triton-inference-server>.
Olston, C. et al., "TensorFlow-Serving: Flexible, High-Performance ML Serving," arXiv:1712.06139v2, Dec. 27, 2017, pp. 1-8.
Shazeer, N. et al., "Mesh-TensorFlow: Deep Learning for Supercomputers," arXiv: 1811.02084v1, Nov. 5, 2018, pp. 1-16.
Shoeybi, M. et al., "Megatron-LM: Training Multi-Billion Parameter Language Models Using Model Parallelism," arXiv:1909.08053v4, Mar. 13, 2020, pp. 1-15.
Wang, X. et al., "LightSeq: A High Performance Inference Library for Transformers," arXiv:2010.13887v4, Apr. 22, 2021, pp. 1-8.
Doshi, C. et al., "Transformers Explained Visually (Part 1): Overview of Functionality," Dec. 13, 2020. <towardsdatascience.com> (Year: 2020), 16 pages.
Doshi, Ketan, "Transformers Explained Visually (Part 2): How it works, step-by-step", Jan. 2, 2021, <towardsdatascience.com> (Year: 2021), 23 pages.
Doshi, Ketan, "Transformers Explained Visually (Part 3): Multi-head Attention deep dive", Jan. 16, 2021, <towardsdatascience.com> (Year: 2021), 20 pages.
Doshi, Ketan, "Transformers Explained Visually (Part 4): Not Just How, but Why They Work So Well", Jun. 2, 2021, <towardsdatascience.com> (Year: 2021), 17 pages.
Vaswani et al., "Attention Is All You Need", Dec. 6, 2017, arXiv, <https://arxiv.org/abs/1706.03762> (Year: 2017), pp. 1-15.

* cited by examiner



FIG. 1



**FIG. 2A**

**FIG. 2B**



**FIG. 3A**



**FIG. 3B**



FIG. 4



**FIG. 5A**



**FIG. 5B**



FIG. 5C

FIG. 5D



FIG. 6A



**FIG. 6B**



Receive, by a serving system, one or more
requests for execution
710

Schedule a batch of requests for execution on an
execution engine
712

Generate a first set of output tokens by iteratively
applying the transformer model to a first set of
inputs for the batch
714

Receive, by the serving system, a new request
including a sequence of input tokens
716

Schedule a second batch of requests including
the new request responsive to determining that
the execution engine has memory available
718

Generate a second set of output tokens by
iteratively applying the transformer model to a
second set of inputs for the second batch
720

FIG. 7



FIG. 8

US 11,442,775 B1

## DYNAMIC BATCHING FOR INFERENCE SYSTEM FOR TRANSFORMER-BASED GENERATION TASKS

### BACKGROUND

This invention relates generally to machine-learning transformer neural network models, and more particularly to selective batching for transformer models.

Transformer neural network models are machine-learning models used for a variety of applications, for example, natural language processing (NLP), image processing, or audio processing applications that include sequential data. For example, a transformer model may receive a sequence of input tokens that represent a query and generate a sequence of output tokens that represent a response to the query. As another example, the transformer model may receive a sequence of input tokens that represent a paragraph in German and generate a sequence of output tokens that represents a translation of the paragraph in English. As yet another example, the transformer model may receive a sequence of input tokens that represent a paragraph of text and generate a sequence of output tokens that represent a summarized version of the text.

Typically, users of client devices submit requests to an inference system. The inference system executes a machine-learning transformer model to inputs (e.g., a sequence of input tokens) of requests to generate outputs (e.g., a sequence of output tokens) for the requests. The inference system may return the outputs to client devices of the requests as a response. In one instance, the inference system executes the requests on specialized hardware accelerators such as graphics processing units (GPU's) or tensor processing units (TPU's) to improve latency and throughput, especially when the number of parameters of the transformer model is significantly large.

In one instance, the inference system processes requests in batches to achieve high processor utilization on the accelerators. Specifically, the inference system may process multiple requests in a batch together to exploit the amount of parallel computation units in the hardware accelerators. In many situations, the inputs for requests in a batch are variable in length. For example, the number of input tokens for each request in a batch may be variable in length. However, methods of batching for transformer models often require that the length of data for multiple requests in a batch be the same to be processed. Thus, it may not be feasible to process a batch of requests with variable lengths or workarounds addressing this problem may result in using more resources compared to processing each request individually.

### SUMMARY

An inference system applies a machine-learning transformer model to a batch of requests with variable input length or variable target length or variable internal state length by selectively batching a subset of operations in the transformer model but processing requests in the batch individually for a subset of operations in the transformer model. In one embodiment, the operation to be processed individually is an attention operation of an encoder or a decoder of the transformer model. By selective batching, the inference system can allow batching operations to be performed for a batch of requests with variable input or target or internal state length to utilize the parallel computation capabilities of hardware accelerators while preventing

unnecessary computations that occur for workarounds that restrain the data of a batch of requests to a same length.

Specifically, in one embodiment, the inference system receives a batch of requests including one or more input token sequences. A length of a first input token sequence for a first request in the batch may be different from a length of a second input token sequence for a second request. The inference system accesses a transformer model including at least a set of decoders coupled to one another. For one or more iterations, the inference system repeatedly performs the steps of generating one or more output tokens for the requests by applying the set of decoders to one or more inputs for the requests.

For at least one decoder in the set, the inference system generates one or more queries, one or more keys, and one or more values for the requests by applying a QKV weight tensor to one or more input representations. In one instance, the queries, keys, and values are generated by a batch operation. The inference system splits at least a first query for the first request from the one or more queries, a first key for the first request from the one or more keys, and a first value for the first request from the one or more values. The inference system also splits at least a second query for the second request from the one or more queries, a second key for the second request from the one or more keys, and a second value for the second request from the one or more values.

The inference system generates a first attention output for the first request by at least combining the first query, the first key, and the first value for the first request. The inference system also separately generates a second attention output for the second request by at least combining the second query, the second key, and the second value for the second request. The inference system concatenates at least the first attention output and the second attention output into a concatenated tensor and generates one or more concatenated representations by applying a weight tensor to the concatenated tensor. In one instance, the one or more output representations are generated by a batch operation. The inference system sets the one or more output tokens as the one or more inputs to the set of decoders for the next iteration and provides output tokens generated for at least one request to a client device as a response to the at least one request.

In one embodiment, the inference system performs iteration-level dynamic batching for a transformer model that allows the inference system to dynamically modify a batch of requests being executed on an execution engine. Specifically, in existing batching methods for transformer models, it is difficult to modify a batch of requests once it has started to process on an execution engine. This is because certain methods of batching require the length of the inputs or the length of the internal states to be the same across all requests in the batch. Therefore, unless new incoming requests have the same length of inputs as the batch of requests being executed on the execution engine, it may be difficult for the inference system to modify the batch to, for example, add or remove new requests to the batch.

By performing selective batching, the inference system can monitor and modify a batch being processed on the execution engine on an iteration-level and update the batch between iterations as requests get completed and new requests are received. Specifically, at one or more iterations, the inference system can modify the batch being executed on the execution engine by adding new incoming requests to the batch or removing completed requests from the batch. This is because selective batching allows requests with variable lengths to be processed without restraining the one

US 11,442,775 B1

3

or more inputs or internal states to the transformer model to same lengths. This allows the inference system to remove requests in the batch that are completed earlier than others so that the response can be provided to the user faster and allows the inference system to add new requests to a batch of requests if the execution engine is being under-utilized.

In one embodiment, a serving system of the inference system receives one or more requests for execution. The serving system may include a request processor and a scheduler each coupled to one or more execution engines for executing a machine-learning transformer model including at least a set of decoders. The scheduler schedules a batch of requests including the one or more requests for execution on an execution engine. The execution engine generates a first set of output tokens by iteratively applying the transformer model to a first set of inputs for the batch of requests. In one instance, applying the transformer model includes applying at least one batch operation to one or more input tensors associated with the batch of requests.

The serving system may receive a new request from a client device that includes a sequence of input tokens. The scheduler schedules a second batch of requests including the one or more requests and the new request for execution on the execution engine responsive to determining that the execution engine has memory available to execute the second batch of requests. The execution engine generates a second set of output tokens by iteratively applying the transformer model to a second set of inputs for the second batch of requests. The second set of inputs may include the sequence of input tokens for the new request.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a high-level block diagram of a system environment for an inference system, in accordance with an embodiment.

FIGS. 2A-2B illustrate a method of batching using a machine-learning transformer model, in accordance with an embodiment.

FIGS. 3A-3B illustrate a method of selective batching using a machine-learning transformer model, in accordance with an embodiment.

FIG. 4 is a block diagram of an inference system, in accordance with an embodiment.

FIGS. 5A-5D illustrate a method of dynamic batching for processing requests using a machine-learning transformer model, in accordance with an embodiment.

FIGS. 6A-6B is a flowchart illustrating a method of selective batching using the transformer model, in accordance with an embodiment.

FIG. 7 is a flowchart illustrating a method of dynamic batching for processing requests using the transformer model, in accordance with an embodiment.

FIG. 8 is a diagram illustrating a computer system upon which embodiments described herein may be implemented within the inference system, in accordance with an embodiment.

The figures depict various embodiments of the present invention for purposes of illustration only. One skilled in the art will readily recognize from the following discussion that alternative embodiments of the structures and methods illustrated herein may be employed without departing from the principles of the invention described herein.

DETAILED DESCRIPTION

Overview

FIG. 1 is a high-level block diagram of a system environment 100 for an inference system 130, in accordance

4

with an embodiment. The system environment 100 shown by FIG. 1 includes one or more client devices 110A, 110B, a network 120, and an inference system 130. In alternative configurations, different or additional components may be included in the system environment 100.

The inference system 130 receives requests from client devices 110A, 110B to perform tasks using machine-learning models. In one embodiment, the machine-learning models are transformer neural network models. The tasks may include, but are not limited to, natural language processing (NLP), image processing, audio processing applications. Specifically, the transformer model may be appropriate for processing sequential data that can be tokenized into a sequence of input tokens for the request and a sequence of output tokens for the desired response. The inference system 130 receives a request including input data (e.g., text data, image or video data, audio data) and encodes the input data to a set of input tokens. The inference system 130 repeatedly applies the machine-learning transformer model for one or more iterations to generate a set of output tokens. The inference system 130 decodes the set of output tokens to output data and returns the output data as the response to the request. While for applications such as NLP applications, a sequence of input tokens or output tokens are arranged along one dimension (1-D) to represent, for example, a sequence of words, it is appreciated that in other embodiments, a sequence of input tokens or output tokens may be a multi-dimensional sequence. For example, for two-dimensional image data, the sequence of tokens may be a two dimensional (2-D) sequence arranged along both a first direction (e.g., X-axis) and a second direction (e.g., Y-axis), where each token corresponds to a block of one or more pixels in the image.

In particular, NLP tasks involve using artificial intelligence and machine learning techniques to analyze language and may include a variety of tasks including translation, sentiment analysis, text summarization, auto-correction, and the like. When processing NLP tasks, the inference system 130 receives a request including input text of a sequence of words (e.g., query) and encodes the input text to a sequence of input tokens that each represent a respective word in a latent space. The inference system 130 repeatedly applies a transformer model for one or more iterations to generate a sequence of output tokens (e.g., response to query). The output tokens are converted to output text as a response to the request.

For example, a transformer model may receive a sequence of input tokens that represent a query and generate a sequence of output tokens that represent a response to the query. As another example, the transformer model may receive a sequence of input tokens that represent a paragraph in French and generate a sequence of output tokens that represents a translation of the paragraph or sentence in English. As yet another example, the transformer model may receive a sequence of input tokens that represent a paragraph of text and generate a sequence of output tokens that represents a summarized version of the text.

In one embodiment, the inference system 130 includes one or more execution engines that are built on specialized hardware accelerators such as graphics processing units (GPU's) or tensor processing units (TPU's). The requests are executed on the execution engines. Specifically, execution of machine-learning neural network models, such as transformer models, involve a significant number of operations, such as tensor multiplication between input data and

5

high-dimensional weight tensors that can be computationally intensive. The hardware accelerators of the execution engines may be optimized to perform these operations efficiently by parallel processing, leading to significant improvement in latency or throughput when the number of parameters in the transformer model are large.

The hardware of the inference system 130 may include one or more central processing unit (CPU) cores, CPU memory (e.g., DRAM), data storage, one or more execution engines (e.g., GPU devices). Each execution engine may include a set of cores (e.g., GPU cores) coupled to local memory (e.g., GPU memory), and may be composed of one or more hardware accelerators. In addition, the inference system 130 may be composed of multiple hardware components and components for configuring a network to connect the various components across the multiple hardware components together such that the components can coordinate with each other to process requests. For example, one execution engine may communicate with multiple hardware accelerators on multiple machines. An execution engine may process data that is stored on its local memory. Specifically, during training or inference of the transformer model, data required for inference or training is read from an input file in the data storage by the CPU or across the network 120 from, for example, a client device 110, moved to local memory of an execution engine, and processed by the execution engine. The results of the processing are retrieved by the CPU.

In one embodiment, the inference system 130 processes requests by batches to achieve higher processor utilization on the hardware accelerators. Specifically, the inference system 130 processes multiple requests in a batch together to exploit the amount of parallel computation units in the execution engines. In such an embodiment, the inference system 130 receives multiple requests each associated with an input token sequence. The inference system 130 iteratively applies the transformer model to the batch of requests to generate the output tokens for the requests together. In one instance, batching for a transformer model is made possible by grouping requests that have the same length of input token sequences together or at each iteration, treating requests in the batch as if they all had the same input token sequence lengths as the request with the shortest length.

Transformer Model with Batching

FIGS. 2A-2B illustrate a method of batching using a machine-learning transformer model 200, in accordance with an embodiment. In particular, the transformer model 200 is associated with a set of parameters determined through a training process. The transformer model 200 is coupled to receive one or more inputs (e.g., input token sequences or output tokens of previous iteration) and generate one or more outputs (e.g., output token predictions). Specifically, in one embodiment, a request is processed by applying the transformer model to the input token sequence of the request in one iteration of an "encoding phase," and applying the transformer model to an output token sequence generated at a previous iteration for one or more iterations of a "decoding phase." In a decoding phase, the output tokens of a previous iteration are set as inputs for a next iteration, and the process is repeated for additional iterations of the decoding phase until an end token (e.g., period "." or an "<end>" indicator) is generated for each request in the batch signaling that all predictions have been generated for a respective request. In other embodiments, the termination criteria for a request may be to terminate after a maximum number of output tokens are generated or may be other types

6

of conditions that are specified by, for example, the inference system 130 or users of the client devices 110.

FIG. 2A illustrates an encoding phase for the transformer model 200, in which the set of input token sequences are processed to generate one or more output tokens. In the example shown in FIG. 2A, the inference system 130 processing requests for a chatbot receives a first request as the question "what is your name?," a second request as the question "what is the time?," and a third request as the question "how do I pay?" The inference system 130 encodes each of the requests as a respective set of input token sequences. The first request is encoded to an input token sequence $X_1$, the second request is encoded to an input token sequence $X_2$, and the third request is encoded to an input token sequence $X_3$, each request being illustrated with a different fill pattern in the figures. Each input token sequence in FIG. 2A is a one-dimensional sequence in which a sequence of tokens are arranged along a single dimension (e.g., X-direction). However, as described above with respect to FIG. 1, it is appreciated that in other embodiments, a sequence of tokens may be arranged as a multidimensional sequence.

As shown in FIG. 2A, since each request includes four words, each input token sequence includes four tokens each token representing a respective word. For example, input token sequence $X_1$ for the first request is represented by four squares that represent words "what," "is," "your," "name." Specifically, while each word is mapped to a single square, in practice, the inference system 130 represents a token for a word as an embedding that represents the word in a multi-dimensional latent space. Thus, while each input token sequence is visually illustrated as a two-dimensional $1\times4$ tensor in FIG. 2A, in practice, each input token sequence may be represented as a three-dimensional tensor $1\times4\times H$ where H is the dimension of an embedding (e.g., direction going in or out of the page). Moreover, while each token (input token or output token) is mapped to one word for the remainder of the specification, this is merely an example, and it is appreciated that in other embodiments, each token may be mapped to different text units, combination of text units, and the like. For example, in other embodiments, each token may be mapped to a text unit of multiple words, paragraphs, sentences, n-grams or may be mapped to a punctuation mark (e.g., "?," "!," ":") in addition to text units.

In one embodiment, the transformer model 200 includes a set of N decoders D1, D2, . . . , DN. A decoder is coupled to receive a set of input representations and generate a set of output representations. For example, the first decoder D1 is coupled to receive the one or more inputs to the transformer model 200 as the set of input representations and generate a set of output representations. Each subsequent decoder is coupled to receive the set of output representations of a previous decoder and generate another set of output representations. For example, the second decoder D2 placed after the first decoder D1 is coupled to receive the set of output representations generated by the first decoder D1 and generate another set of output representations. This process is repeated until the set of output representations for the final decoder are generated.

The transformer model 200 may also include a LM head block 270 that is coupled to receive the set of output representations from the final decoder DN and generate one or more output tokens as the outputs for the current iteration. In the example illustrated in FIG. 2A, the LM head 270 receives the set of output representations from a final decoder DN and generates one or more output tokens for the batch of requests in the forms of a tensor $\hat{y}_1$. Specifically,

US 11,442,775 B1

7

tensor $\hat{y}_1$ includes a first output token for the first request that represents the first word prediction "my" for the response, a second output token for the second request that represents the word prediction "the" for the response, and a third output token for the third request that represents the word prediction "you" for the response.

FIG. 2B illustrates a decoding phase for the transformer model **200**, in which the previous output tokens are processed as inputs to generate one or more additional output tokens. Different from the encoding phase, the transformer model **200** is applied to output tokens generated at a previous iteration as inputs to generate the additional output tokens. As shown in FIG. 2B, the transformer model **200** at the next iteration receives the output tokens $\hat{y}_1$ generated at the previous iteration and generates additional output tokens $\hat{y}_2$ for the requests as outputs. The decoding phase is repeated until the termination criteria is satisfied for each request in the batch.

The transformer model **200**, and in particular, each decoder Di in the set of decoders D1, D2, . . . , DN include one or more blocks that each represent a respective operation, in particular a tensor operation. Specifically, a block in the transformer model **200** may contain data for performing an operation to one or more input tensors for a request to generate one or more output tensors for the request. When an operation is executed on an execution engine, the one or more input tensors and associated data (e.g., weight tensors) for the operation may be read from the local memory of the execution engine. The operation may be executed using the one or more input tensors and the associated data to generate one or more output tensors. The output tensors are provided to the CPU, to another execution engine, or may be stored on the local memory of the execution engine such that it can be used for the next operation.

In one embodiment, the operations of the transformer model **200** are configured as batch operations in which data for a batch of requests are processed together. A batch operation is coupled to receive one or more input tensors that are each concatenations of input data for multiple requests in a batch. The batch operation generates one or more output tensors that are each concatenations of output data for the multiple requests in the batch by applying the respective operation to the one or more input tensors. For a batch operation, an input tensor may be a concatenation of the input tensor for each respective request in the batch. Thus, the input tensor for the batch operation is a single, larger tensor that coalesces the input tensors for each request in the batch across an additional batch dimension.

Similarly, an output tensor from a batch operation may be represented as the concatenation of output tensors for each respective request in the batch. Thus, while an output tensor for an individual request can also be generated by applying the operation to the input tensor for the request, an output tensor generated from a batch operation using a concatenated input tensor is also a single, larger tensor that coalesces the output tensors for each request in the batch across the batch dimension.

Moreover, certain operations, such as tensor multiplication operations, involve multiplying a set of parameters (e.g., weight tensors) of the transformer model **200** with the input tensors for the batch operation. In some instances, when the requests are processed individually, a weight tensor is read from the local memory of a hardware accelerator each time an input tensor for a request is multiplied by the weight tensor. In contrast, when executing the tensor multiplication as a batch operation, the set of parameters are read once and re-used for operation on the concatenated

8

input tensor. This can lead to significant improvement in throughput compared to processing the requests individually. However, in the batching process of FIGS. 2A-2B, each request may be required to have the same length in an input tensor and an internal state tensor since the input data for the batch are processed as a single tensor.

As shown in FIG. 2A, a decoder in the transformer model **200** includes a first layer normalization block **210**, a QKV operation block **215**, a split block **220**, a self-attention block **225**, an attention linear block **230**, a first add block **235**, a second layer normalization block **240**, a first MLP block **245**, a GeLU block **250**, a second MLP block **255**, and a second add block **260**. In one embodiment, each of the blocks in the decoder are performed on an execution engine as a batch operation, in which input tensors for the batch operation are a concatenation of the input data for the batch of requests and the output tensors are a concatenation of the output data for the batch of requests. While the operations in the first decoder D1 are described as an example, it is appreciated that the remaining decoders in the set may also include similar operations as the first decoder D1.

Specifically, the inference system **130** concatenates the input token sequences $X_1$, $X_2$, $X_3$ into a concatenated input tensor. The layer normalization block **210** is coupled to receive the concatenated input tensor and normalize the elements of each request to generate a normalized tensor as the output tensor. The QKV operation block **215** is coupled to receive the normalized tensor as an input tensor and generate an output tensor including queries, keys, values for the requests. Specifically, the QKV operation block **215** generates the queries, keys, and values by applying a QKV weight tensor that is a trained set of parameters of the transformer model **200** to the normalized tensor that includes normalized data for each request to generate an output tensor that includes the queries, keys, and values for each request in the batch. For example, as shown in FIG. 2A, the first row of the output tensor of the QKV operation **215** includes the query, key, value (in a concatenated form) for the first request, the second row includes the query, key, value for the second request, and so on. In one embodiment, instead of applying a single QKV weight tensor, the QKV operation block **215** may be associated with separate weight tensors that are each applied to the input tensor to separately generate the queries, keys, and values. For example, the QKV operation block **215** may apply a query weight tensor to the input tensor to generate the queries for the requests, a separate key weight tensor to the input tensor to generate the keys for the requests, and a separate value weight tensor to the input tensor to generate the values for the requests.

The split block **220** is coupled to receive the output tensor from the QKV operation block **215** and split the output tensor into a query tensor, a key tensor, a value tensor for the current iteration, in the case that these tensors are not generated separately. The query tensor includes the queries for the batch of requests, the key tensor includes the keys for the batch of requests, and the value tensor includes the values for the batch of requests for the current iteration. In one instance, the execution engine maintains an internal state for the batch of requests as a key cache tensor for caching the keys generated at previous iterations and the current iteration, and a value cache tensor for caching the values that were generated at previous iterations and the current iteration. The inference system **130** adds the key tensor for the current iteration to the key cache tensor and the value tensor for the current iteration to the value cache tensor.

US 11,442,775 B1

9

The self-attention block **225** is coupled to receive the query tensor, the key cache tensor, and the value cache tensor as the input tensors and generate an output tensor including attention outputs for requests in the batch. In one instance, the attention output tensor is generated by multiplying the query tensor with the key cache tensor to generate a multiplied tensor and multiplying the multiplied tensor with the value cache tensor. When the self-attention block **225** is executed as a batch operation, the query tensor and the key cache tensor may be multiplied on the execution engine to generate the multiplied tensor. The value cache tensor and the multiplied tensor may be multiplied to generate the attention output tensor. The attention output tensor includes attention outputs for the requests in the batch. For example, in FIG. 2A, the first row of the attention output tensor Z' is the attention output for the first request, the second row of the attention output tensor Z' is the attention output for the second request, and so on.

The attention linear block **230** is coupled to receive the attention output tensor as the input tensor and generates an output tensor by applying an attention weight tensor that is a trained set of parameters of the transformer model **200** to the attention output tensor. The attention linear block **230** is configured as a batch operation. For example, in FIG. 2A, the first row of the output tensor Z may be the output data for the first request, and the second row of the output tensor Z may be the output data for the second request, and so on. The first add block **235** combines the concatenated input tensor with the input token sequences and the output tensor from the attention linear block **230** to generate a combined tensor. The second layer normalization block **240** is coupled to receive the combined tensor from the add block **235** and normalize elements of each request to generate a normalized tensor as the output tensor.

The decoder further includes a multi-layer perceptron (MLP) block **242** that includes one or more blocks including additional neural network layers. In one embodiment, the MLP block **242** includes a first MLP block **245** coupled to receive the normalized tensor from the second layer normalization block **240** as the input tensor and generate an output tensor by applying a MLP weight tensor that is a trained set of parameters of the transformer model **200** to the normalized tensor. The MLP block **242** includes a GeLU block **250** coupled to receive the output tensor from the first MLP block **245** as the input tensor and generate an output tensor by applying a GeLU function to the input tensor. The MLP block **242** includes a second MLP block **255** coupled to receive the output tensor from the GeLU block **250** as the input tensor and generate an output tensor by applying a second MLP weight tensor that is a trained set of parameters of the transformer model **200**.

The combined tensor from the second add block **260** may be obtained as the set of output representations generated for the first decoder D1. Subsequently, the second decoder D2 placed after the first decoder D1 is coupled to receive the set of output representations from the first decoder D1 and repeats similar operations to generate another set of output representations. This process is repeated until the set of output representations from the final decoder DN are generated. Specifically, while each decoder may involve similar operations as the first decoder D1, the trained set of parameters that are associated with the operations may be different from decoder to decoder. The LM head block **270** is coupled to receive the set of output representations from the final decoder DN as an input tensor and generates an output tensor $\hat{y}_1$ including the one or more output tokens.

10

As described in conjunction with FIG. 2B, the next iteration is a decoding phase in which the output tokens generated at the previous iteration are inputs to the transformer model **200**. The transformer model **200** generates another set of output tokens. The layer normalization block **210** is applied to the output tensor $\hat{y}_1$ to generate a normalized tensor. The QKV operation block **215** is applied to the normalized tensor to generate an output tensor including the queries, keys, values for the current iteration. The split block **220** is applied to split the output tensor into a query tensor, a key tensor, a value tensor. The inference system **130** adds the key tensor for the current iteration to the key cache tensor and adds the value tensor for the current iteration to the value cache tensor. Thus, during the iteration shown in FIG. 2B, the key cache tensor Kcache includes the keys of the previous iterations and the current key tensor K, and the value cache tensor Vcache includes the values of the previous iterations and the current value tensor V.

The self-attention block **225** is applied to the query tensor, the key cache tensor, and the value cache tensor for the current iteration to generate the attention output tensor. The attention linear block **230** is applied to the attention output tensor to generate an output tensor. The add block **235** combines the inputs and the output tensor from the attention linear block **230** to generate a combined tensor. The MLP block **242** is applied to the combined tensor to generate the set of output representations for the decoder D1. This process is repeated for the remaining decoders and the LM head **270** to generate an output tensor $\hat{y}_2$ including another set of output tokens, and the transformer model **200** is iteratively applied until the termination criteria is satisfied for each request in the batch.

Transformer Model with Selective Batching

In many instances, the inputs for requests or the internal states for the requests are variable in length and may be difficult to batch using, for example, the batching method in FIGS. 2A-2B. For example, the number of input tokens between different NLP requests are highly likely to vary in length depending on the input text and the type of request. For example, the length of a first query request may be different from the length of a second query request since different users synthesize language differently. However, methods of batching transformer models, such as the model described in conjunction with FIGS. 2A-2B, require that the lengths of input tensors for the batch be the same since the input tensors have to be coalesced into a single concatenated tensor for an operation. Thus, if the lengths of input tensors are different for multiple requests, it may not be feasible to process the requests as a batch using the batching method of FIGS. 2A-2B.

In addition, a workaround addressing this problem is to treat the input token sequences during the encoding phase as if the requests had the same lengths as the input token sequence with the shortest length (i.e., least number of tokens). However, this requires the inference system **130** to discard output tokens generated for requests with longer input lengths at subsequent iterations since the original input tokens received for the request have to be substituted in the respective elements. This results in inefficiency and waste of unnecessary resources because an inference system processes the input token sequences for longer requests separately in multiple iterations instead of a single iteration. Another workaround may be to treat the input token sequences as if the requests had the same lengths as the input token sequence with the longest length (i.e., largest number of tokens). However, this requires the inference system to increase the size of the input tensors to match the request

US 11,442,775 B1

11

with the longest token sequence (and pad the remaining elements). This results in redundant computation since the inference system processes a larger input tensor throughout the process of executing the transformer model. For example, in some cases, the number of iterations required to process a batch of requests using the method of FIGS. 2A-2B may be significantly larger than the number of iterations to process each request individually.

Thus, in one embodiment, the inference system 130 trains and applies a machine-learning transformer model to a batch of requests with variable input length or target length or internal state length using a selective batching method. In the selective batching method, the inference system 130 selectively batches a subset of operations in the transformer model but separately processes requests individually for a subset of operations in the transformer model that are not compatible with batching. In one embodiment, the operation to be processed separately is the attention operation of an encoder or a decoder of the transformer model. By selective batching, the inference system 130 can allow batching operations to be performed for a batch of requests with variable input or target length or internal state length to utilize the parallel computation capabilities of hardware accelerators while preventing problems that occur in work-arounds.

FIGS. 3A-3B illustrate a method of selective batching using a machine-learning transformer model 300, in accordance with an embodiment. In the example shown in FIG. 3A, the inference system 130 receives a batch of requests with input token sequences having different lengths, different from FIG. 2A. In FIG. 3A, the inference system 130 receives a first request as the question "what's up?," a second request as the question "hello?," and a third request as the question "how are you?" each having different lengths of words. The inference system 130 encodes each of the requests as a respective set of input token sequences. The first request is encoded to an input token sequence $X_1$, the second request is encoded to an input token sequence $X_2$, and the third request is encoded to an input token sequence $X_3$.

The transformer model 300 shown in FIGS. 3A-3B also includes a set of N decoders D1, D2, . . . , DN and a LM head block 370. However, different from the transformer model 200 of FIGS. 2A-2B, a subset of operations in the transformer model 300, specifically operations in the self-attention operation block 325, are executed separately instead of being processed as a batch operation. As shown in FIG. 3A, the transformer model 300 includes a first layer normalization block 310, a QKV operation block 315, a split block 320, a self-attention block 325, an attention linear block 330, a first add block 335, a second layer normalization block 340, a first MLP block 345, a GeLU block 350, a second MLP block 355, and a second add block 360.

Specifically, in the selective batching method, the inference system 130 may concatenate the input token sequences $X_1, X_2, X_3$ into a concatenated input tensor. Different from the batching method in FIGS. 2A-2B, the inference system 130 concatenates the input token sequences such that individual input tokens for the batch of requests are concatenated across one dimension, for example, the vertical dimension in FIGS. 3A-3B. When input token sequences with different lengths are input to the transformer model 300, one way to concatenate the sequences into a concatenated tensor with the same dimensionality for the requests in the batch is to concatenate the input tokens for the requests across a single dimension. Thus, the concatenated tensor in FIG. 3A is illustrated as a $\Sigma L_b \times 1$ tensor in FIG. 3A,

12

where $\Sigma L_b$ denotes the total sum of the token lengths over each request b in the batch, in which the length of input tokens for request b is given by $L_b$. In practice, the concatenated input tensor may be a $\Sigma L_b \times 1 \times H$ tensor where H is the dimension of an embedding.

The first layer normalization block 310 is applied to the concatenated input tensor to generate a normalized tensor that normalizes elements of each request. In one instance, the operation of the first layer normalization block 310 is given by:

$$Y_{i,j} = \frac{X_{i,j} - E[X_{i,\bullet}]}{\sqrt{\operatorname{Var}[X_{i,\bullet}] + \epsilon}} \cdot \gamma_j + \beta_j$$

where $X \in \mathbb{R}^{\Sigma L_b \times H}$ represents the concatenated input tensor and $Y \in \mathbb{R}^{\Sigma L_b \times H}$ represents the normalized tensors, $\epsilon$ is a constant, and $\gamma$, $\beta \in \mathbb{R}^H$.

The QKV operation block 315 is applied to the normalized tensor as an input tensor to generate an output tensor including the queries, keys, values for the requests. The QKV operation block can be configured as one or more neural network layers. Specifically, the QKV operation block 315 generates the queries, keys, and values by applying a QKV weight tensor that is a trained set of parameters of the transformer model 300 to the normalized tensor. In one instance, the operation of the QKV operation block 315 is given by:

$$Y_{i,j} = \left( \sum_{k=1}^{H} X_{i,k} \cdot W_{k,j}^{QKV} \right) + bias_j$$

where $X \in \mathbb{R}^{\Sigma L_b \times H}$ represents the normalized tensor from the first layer normalization block 310, $Y \in \mathbb{R}^{\Sigma L_b \times 3H}$ represents the output tensor containing the queries, keys, and values, $W^{QKV} \in \mathbb{R}^{H \times 3H}$ is the QKV weight tensor, and $bias \in \mathbb{R}^{3H}$.

In particular, the QKV operation block 315 in the selective batching method may be configured as a batch operation and the QKV weight tensor is multiplied with the normalized tensor from the first layer normalization block 310 to generate the output tensor that includes the queries, keys, and values for the batch of requests. Because of the shape of the concatenated input tensor, the output tensor of the QKV operation 315 may also be arranged such that each query element for the requests are concatenated along one dimension, for example, the vertical dimension, each key element for the requests are concatenated along the one dimension, and each value element for the requests are concatenated along the one dimension. For example, as shown in FIG. 3A, the first and second rows of the output tensor of the QKV operation 315 corresponds to the query, key, value for the first request, the third row corresponds to the query, key, value for the second request, and the fourth through sixth rows correspond to the query, key, value for the third request. Similarly, the QKV operation block 315 may generate the queries, keys, and values separately by applying a query tensor, a separate key tensor, and a separate value tensor to the input tensor. In one embodiment, the QKV operation block 315 includes multiple attention heads, and the queries, keys, and values are generated for each attention head. In such an instance, when the QKV operation block 315 includes n attention heads, H may be equal to n×h, where h is the dimensionality of the latent space per attention head.

13

The split block **320** is coupled to receive the output tensor from the QKV operation block **315** and split the output tensor into a query tensor, a key tensor, a value tensor for the current iteration. In one instance, an operation of the split block **320** is given by:

$$Q_{i,j} = X_{i,j}, K_{i,j} = X_{i,2H+j}, V_{i,j} = X_{i,2H+j}$$

where $X \in \mathbb{R}^{\Sigma L_b \times 3H}$ represents the output tensor from the QKV operation block **315**, $Q \in \mathbb{R}^{\Sigma L_b \times H}$ represents the query tensor, $K \in \mathbb{R}^{\Sigma L_b \times H}$ represents the key tensor, $V \in \mathbb{R}^{\Sigma L_b \times H}$ represents the value tensor. When the QKV operation block **315** includes multiple attention heads, the query tensor may include n queries for each request, the key tensor may include n keys for each request, and the value tensor may include n values for each request.

Different from the batching method of FIG. 2A, the split block **320** further splits the query tensor Q to queries for each request, the key tensor K to keys for each request, and the value tensor V to values for each request. In one instance the per-request split operation of the split block **320** is given by:

$$Q_{1\ i,j} = Q_{i,j}, Q_{2\ i,j} = Q_{L_1+i,j}, \ldots, Q_{B\ i,j} = Q_{L_1+\ldots+L_{B-1}+i,j}$$

where $Q_1, Q_2, \ldots, Q_B$ are queries for individual requests, and $Q_1 \in \mathbb{R}^{L_1 \times H}, Q_2 \in \mathbb{R}^{L_2 \times H}, \ldots, Q_B \in \mathbb{R}^{L_B \times H}$,

$$K_{1\ i,j} = K_{i,j}, K_{2\ i,j} = K_{L_1+i,j}, \ldots, K_{B\ i,j} = K_{L_1+\ldots+L_{B-1}+i,j}$$

where $K_1, K_2, \ldots, K_B$ are keys for individual requests, and $K_1 \in \mathbb{R}^{L_1 \times H}, K_2 \in \mathbb{R}^{L_2 \times H}, \ldots, K_B \in \mathbb{R}^{L_B \times H}$,

$$V_{1\ i,j} = V_{i,j}, V_{2\ i,j} = V_{L_1+i,j}, \ldots, V_{B\ i,j} = V_{L_1+\ldots+L_{B-1}+i,j}$$

where $V_1, V_2, \ldots, V_B$ are queries for individual requests, and $V_1 \in \mathbb{R}^{L_1 \times H}, V_2 \in \mathbb{R}^{L_2 \times H}, \ldots, V_B \in \mathbb{R}^{L_B \times H}$.

Moreover, for each request b=1, 2, . . . , B, the inference system **130** maintains an internal state for the request in the form of a key cache tensor Kcache$_b$ and a value cache tensor Vcache$_b$, where Kcache$_b \in \mathbb{R}^{L_{b,curr} \times H}$ and Vcache$_b \in \mathbb{R}^{L_{b,curr} \times H}$ and $L_{b,curr}$ is the current length of the token sequence (including both the input tokens and output tokens) of the request b. In other embodiments, the internal state for a request may contain different types of information from the keys and values for the request and embodiments are not limited hereto. Thus, $L_{b,curr}$ is equal to $L_b$ for the encoding phase. The inference system **130** adds the key tensor $K_b$ to the respective key cache tensor and the value tensor $V_b$ to the respective value cache tensor for the request. Because the set of inputs (i.e., input token sequences for $X_1$, $X_2$, $X_3$) for the batch of requests have different lengths, the length of the internal state for the requests in the batch are different in FIG. 3A. In the batching process of FIGS. 2A-2B, the key cache tensor and the value cache tensor are also required to have the same lengths across requests in the batch since the self-attention operation **225** involves multiplying the query tensor, the key cache tensor, and the value cache tensor together. However, since selective batching is performed in FIG. 3A, requests that have different lengths for its internal state can also be efficiently processed in batches for select operations while being processed separately for the self-attention operation **325**.

The self-attention block **325** is coupled to receive the query tensor, the key cache tensor, and the value cache tensor for each request as the one or more input tensors and generates one or more output tensors that are attention outputs for each request in the batch. In one embodiment, the self-attention block **325** is not batched, and at least a subset of the requests in the batch are processed separately from

14

one another. In particular, each request in the batch may be processed individually for the self-attention block **325**.

For a request in the batch, the self-attention block **325** is coupled to receive the query for the request and the key cache tensor for the request to generate a multiplied tensor for the request. In one instance, an operation of the self-attention block **325** for a request is given by:

$$\hat{Y}_{b\ i,j,k} = \sum_{m=1}^{h} Q'_{b\ i,j,m} \cdot Kcache'_{b\ i,m,k}$$

where $Y_b \in \mathbb{R}^{n \times L_{b,curr} \times L}$ represents the multiplied tensor for request b, $Q'_b \in \mathbb{R}^{n \times L_{b,curr} \times h}$ is a reshaped query tensor $Q_b$ for request b that concatenates the query for each attention head together for a request b, and Kcache'$_b \in \mathbb{R}^{n \times h \times L_{b,curr}}$ is a reshaped key cache tensor Kcache$_b$ for request b that concatenates the key cache tensor for each attention head together for request b.

The self-attention block **325** is then coupled to receive the multiplied tensor and the value cache tensor for the request and generate the attention output tensor for the request. In one instance, an operation of the self-attention block **325** for the request is given by:

$$P_{b\ i,j,k} = \frac{\exp\left(\frac{1}{\sqrt{h}} \cdot X_{b\ i,j,k}\right)}{\sum_{m=1}^{j} \exp\left(\frac{1}{\sqrt{h}} \cdot X_{b\ i,j,m}\right)} \text{ if } k \le j$$

Where $X_b \in \mathbb{R}^{n \times L_{b,curr} \times L_{b,curr}}$ represents the received multiplied tensor for request b, $P_b \in \mathbb{R}^{n \times L_{b,curr} \times L_{b,curr}}$ and

$$Y_{b\ i,j,k} = \sum_{m=1}^{L_{b,curr}} P_{b\ i,j,m} \cdot Vcache'_{b\ i,m,k}$$

where $Y_b \in \mathbb{R}^{n \times L_{b,curr} \times h}$ represents the multiplied tensor for request b, Vcache'$_b \in \mathbb{R}^{n \times L_{b,curr} \times h}$ is the reshaped value tensor Vcache$_b$ for request b that concatenates the value cache tensor for each attention head together for request b. Subsequently the output $Y_b$ is reshaped to generate the attention output $Z'_b$ by:

$$Z'_{b\ j,b,i+k} = Y_{b\ i,j,k}$$

where $Y_b \in \mathbb{R}^{n \times L_{b,curr} \times h}$ and $Z'_b \in \mathbb{R}^{L_{b,curr} \times H}$.

In particular, the operations of the self-attention block **325** may not be compatible as a batch operation for requests that have different lengths because the operations of the self-attention block **325** are multiplications between the queries, key caches, and value caches for the requests rather than tensor multiplication between a fixed weight tensor and one or more input tensors. Thus, the attention outputs for requests in the batch are generated separately. For example, an execution engine may generate a first attention output for a first request using input tensors (e.g., query tensor $Q_1$, key cache tensor Kcache$_1$, value cache tensor Vcache$_1$) for the first request, and separately, the execution engine at a separate step may generate a second attention output for a second request using input tensors for the second request. In particular, the second attention output may be generated at a different execution engine from the execution engine that

US 11,442,775 B1

15

processed the first request, generated at a different hardware accelerator from the hardware accelerator that processed the first request in the same execution engine, generated at a different GPU kernel from the GPU kernel that processed the first request in the same hardware accelerator, or generated at the same GPU kernel that processed the first request in the same hardware accelerator, but embodiments are not limited hereto.

The inference system 130 concatenates the attention outputs of the requests in the batch together into a single attention output tensor, since the subsequent operation in the attention linear block 330 is configured as a batch operation. In one instance, the concatenation operation is given by:

$$Z'_{i,j} = Z'_{1,j}, Z'_{L_1+i,j} = Z'_{2,i,j}, \ldots Z'_{L_1+\ldots+L_{B-1}+i,j} = Z'_{B,i,j}$$

where $Z' \in \mathbb{R}^{\Sigma L_b \times H}$ represents the single attention output tensor. As shown in FIG. 3A, the first and second rows of the concatenated attention output tensor $Z'$ correspond to attention outputs of the first request, the third row corresponds to the attention outputs of the second request, and the fourth through sixth rows correspond to the attention outputs of the third request.

The attention linear block 330 is coupled to receive the attention output tensor as the input tensor and generates an output tensor by applying an attention weight tensor that is a trained set of parameters of the transformer model 300 to the attention output tensor. The attention linear block 330 may be configured as one or more neural network layers. The attention linear block 330 may be executed as a batch operation. In one instance, the operation of the attention linear block 330 is given by:

$$Z_{i,j} = \left( \sum_{k=1}^{H} Z'_{i,k} \cdot W_{k,j}^{attn} \right) + bias_j$$

where $Z' \in \mathbb{R}^{\Sigma L_b \times H}$ represents the attention output tensor from the self-attention block 325, $Z \in \mathbb{R}^{\Sigma L_b \times H}$ represents the output tensor, $W^{attn} \in \mathbb{R}^{H \times H}$ is the attention weight tensor, and $bias \in \mathbb{R}^{H}$. As an example, in FIG. 3A, the first to second rows of the output tensor $Z$ include the output data for the first request, the third row includes the output data for the second request, and the fourth to sixth rows includes the output data for the third request.

The first add block 335 combines the concatenated input tensor including the input token sequences and the output tensor from the attention linear block 330 to generate a combined tensor. The second layer normalization block 340 is coupled to receive the combined tensor from the add block 335 and normalize elements of each request to generate a normalized tensor as the output tensor.

Similar to the transformer model 200 of FIGS. 2A-2B, the decoder may further include a MLP block 342 that includes one or more blocks including additional neural network layers. The MLP block 342 is executed as one or more batch operations. The MLP block 342 further includes a first MLP block 345 configured as one or more neural network layers. The first MLP block 345 is coupled to receive the normalized tensor from the second layer normalization block 340 and generate an output tensor by applying a MLP weight tensor that is a trained set of parameters of the transformer model 200 to the normalized tensor.

The MLP block 342 further includes a GeLU block 350 coupled to receive the output tensor from the first MLP block 345 as the input tensor and generate an output tensor by applying a GeLU function to the input tensor. The MLP

16

block 342 also includes a second MLP block 355 configured as one or more neural network layers. The second MLP block 355 is coupled to receive the output tensor from the GeLU block 350 as the input tensor and generate an output tensor by applying a second MLP weight tensor that is a trained set of parameters of the transformer model 300. The second add block 360 combines the output tensor from the second MLP block 355 and the output tensor from the first add block 335 to form the combined tensor.

The combined tensor includes the set of output representations for the first decoder D1. The set of output representations are propagated to subsequent decoders and a similar process is repeated to generate a set of output representations for the final decoder DN. Specifically, the inference system 130 may also deploy a selective batching method for the remaining decoders in which the self-attention operation is executed without batching but the remaining operations are batched. The LM head block 370 is coupled to receive the set of output representations from the final decoder DN and generate an output tensor $\hat{y}_1$ including a set of output tokens.

As shown in FIG. 3B, the next iteration is a decoding phase where the previous output tokens generated at the previous iteration are inputs to the transformer model 300 to generate another set of output tokens. Specifically, the layer normalization block 310 is applied to the output tensor $\hat{y}_1$ to generate a normalized tensor. The QKV operation block 315 is applied to the normalized tensor to generate the output tensor including the queries, keys, values for the current iteration. The split block 320 is applied to split the output tensor into one or more query tensors for each request, one or more key tensors for each request, and one or more value tensors for each request in the batch. The inference system 130 adds each key tensor to the key cache tensor for the respective request and adds each value tensor to the value cache for the respective request. Since FIG. 3B depicts an iteration of a decoding phase for all requests in the batch, the requests have the same lengths for the set of inputs (i.e., single output token for each request generated from the previous iteration) that are fed to the transformer model 300. However, the internal state including the key cache tensor and value cache tensor may still have different lengths for requests in the batch, since the input token lengths for the requests were different in the encoding phase illustrated in FIG. 3A. However, similar to FIG. 3A, the inference system 130 can still process a batch of requests that have different internal state lengths by selectively batching operations in the transformer model 300.

The self-attention block 325 is separately applied to the query tensor, the key cache tensor, and the value cache tensor for each respective request to generate the attention output tensor for the request. The attention outputs for the requests are concatenated into the attention output tensor. The attention linear block 330 is applied to the attention output tensor to generate an output tensor. The add block 335 combines the concatenated input tensor and the output tensor from the attention linear block 330 to generate a combined tensor. The MLP block 342 is applied to the combined tensor to generate the set of output representations for the decoder D1. This process is repeated for the remaining decoders and the LM head block 370 to generate an output tensor $\hat{y}_2$ including another set of output tokens, and the transformer model 300 is iteratively applied until the termination criteria is satisfied for each request in the batch.

By performing selective batching on select operations of the transformer model 300, the inference system 130 can efficiently process a batch of requests with variable input

US 11,442,775 B1

17

length. The inference system **130** executes requests by separately processing operations, such as the self-attention operation, on a per-request basis while remaining operations of the transformer model **300** are batched. Specifically, operations that involve tensor multiplication between one or more input tensors and a trained weight tensor, such as the QKV linear operation, the attention linear operation or the MLP operation, may require high computational power during the inference process since the dimensionality of the weight tensors are often large. Moreover, when the requests are individually processed for these operations, the weight tensors may be read from the local memory of an execution engine multiple times. However, by configuring these subsets of operations as batch operations but separately processing operations, such as the self-attention operation, that do not involve operations on weight tensors, the inference system **130** can utilize the parallel computation capabilities of hardware accelerators while allowing high flexibility in processing variable length requests.

In addition, FIG. **3**A illustrates an iteration of the encoding phase for a set of inputs that are input token sequences and FIG. **3**B illustrates an iteration of the decoding phase for a set of inputs that are output tokens for the batch of requests that were generated in a previous iteration (i.e., encoding phase). However, different from other methods of batching transformer models, the selective batching method described herein flexibly allows the transformer model **300** to process a set of inputs for a batch of requests having variable input lengths, target lengths, or internal start lengths, regardless of whether a request in the batch is processed for an encoding phase or a decoding phase or how many iterations have been processed for the request.

Specifically, a batch of requests may not be batched using the method of FIGS. **2**A-**2**B when (i) the requests are in the encoding phase and have input token sequences with different lengths, when (ii) the requests are in the decoding phase and each request is processing a token at a different index (i.e., input token length plus the index of decoding iterations) from each other resulting in internal states with different lengths, and when (iii) each request in the batch is in a different phase (encoding or decoding) resulting in inputs with different lengths (i.e., input token sequence for encoding phase and single output token for decoding phase). While the method of batching in FIGS. **2**A-**2**B restrict the requests in a batch to the same phase with the same number of input tokens for the encoding phase and the same token index for the decoding phase, this restriction significantly reduces the likelihood of batching in real-world workloads.

In contrast, the selective batching method described herein allows the transformer model **300** to process requests as a batch, even if they are at different phases or different indices for processing. Thus, for example, instead of receiving a set of input token sequences $X_1$, $X_2$, $X_3$, in FIG. **3**A, the transformer model **300** may perform an iteration using a batch of an input token sequence for a first request (encoding phase), a first output token for a second request (first iteration of decoding phase), and a third output token for a third request (third iteration of decoding phase). As another example, the transformer model **300** may perform an iteration using a batch of a second output token for a first request and a fourth output token for a second request, each having different lengths for the key cache tensor and the value cache tensor. As described in conjunction with FIGS. **5**A-**5**B, this allows the inference system **130** to flexibly modify and update batches at each iteration so that the computing capabilities of the one or more execution engines are fully utilized.

18

Moreover, while FIGS. **2**A-**2**B and **3**A-**3**B illustrate a GPT (generative pre-training) type transformer model that includes a set of decoders, the inference system **130** is also capable of performing selective batching on transformer models with other types of architectures, as long as the transformer model includes an attention mechanism (e.g., self-attention or encoder-decoder attention) that generates attention outputs using queries, keys, and values generated for the request, and generates output tokens in an auto-regressive manner by using the output tokens generated at previous iterations as inputs for the next iteration.

In another embodiment, a transformer model may have an encoder-decoder architecture and includes a set of encoders coupled to a set of decoders. In such an architecture, each encoder includes at least a self-attention block coupled to a MLP block. The self-attention block of an encoder is coupled to receive a query tensor, a key tensor, and a value tensor obtained from processing a set of input tokens and generate an attention output. Each decoder includes at least a self-attention block coupled to an encoder-decoder attention block coupled to a MLP block. The encoder-decoder attention block of a decoder is coupled to receive a query tensor obtained from processing the output of the self-attention block and a key tensor and a value tensor obtained from processing the output of the final encoder to generate another attention output.

The inference system **130** may apply the encoder-decoder transformer model to a batch of requests. Specifically, for an encoder, the requests may be separately processed for the self-attention block while they are batched for the remaining operations. For the decoder, the requests may be separately processed for the self-attention block and the encoder-decoder attention block while they are batched for the remaining operations.

Returning to FIG. **1**, the client devices **110**A, **110**B is a computing device such as a smartphone with an operating system such as ANDROID® or APPLE® IOS®, a tablet computer, a laptop computer, a desktop computer, or any other type of network-enabled device. In the system environment **100** shown in FIG. **1**, the client device **110** allows a user to submit requests to the inference system **130** to perform tasks that can be processed by the machine-learning transformer model. For example, a user of the client device **110**A may be affiliated with an entity that deploys one or more applications that require NLP or other types of tasks that can be processed by the transformer architecture. A request submitted by the client device **110** may be, for example, a request to generate predictions for chatbot applications, a request to translate a sequence of words from one language to another language, a request to synthesize a story or narrative given a sequence of starting words, and the like.

A typical client device **110** includes hardware and software needed to connect to the network **122** (e.g., via WiFi and/or 4G, 5G or other wireless telecommunication standards). Specifically, the client device **110** may include an operating system and various applications that run on the operating system that enable the users to submit the requests. For example, the client device **110** may be include browser applications or standalone applications deployed by the inference system **130** that allow users of an organization to interact with the inference system **130** to submit the requests.

The network **122** provides a communication infrastructure between the client devices **110** and the online system **130**. The network **122** is typically the Internet, but may be any network, including but not limited to a Local Area Network (LAN), a Metropolitan Area Network (MAN), a

US 11,442,775 B1

19

Wide Area Network (WAN), a mobile wired or wireless network, a private network, or a virtual private network.

Block Diagram of Inference System

FIG. 4 is a block diagram of an architecture of the inference system 130, in accordance with an embodiment. The inference system 130 shown by FIG. 4 includes a data management module 420, a training module 430, and a serving system 435. The inference system 130 also includes a training corpus 460. In alternative configurations, different and/or additional components may be included in the inference system 130.

The data management module 420 manages the training corpus 460 of training data that is used to train parameters of the transformer model. In one embodiment, the training corpus 460 includes multiple instances of data that each include a set of training input data and a set of training output data that correspond to known predictions for the set of training input data that address the task the transformer model should be trained for. In one embodiment, the training input data and the training output data is text data, but embodiments are not limited hereto, and the training data may include any type of data, such as audio data or image data, that the transformer model is trained to process in an auto-regressive manner. The training module 430 encodes the set of training input data to a set of training input tokens and the set of training output data to a set of training output tokens. Each token may represent a respective word in the latent space.

For example, when the transformer model is used for automatic translation from English to French, the set of training input tokens may correspond to a first sentence of words in English and the set of training output tokens may correspond to a second sentence of words in French that is a translation of the first sentence. As yet another example, when the transformer model is used to convert an image to text, the set of training input tokens may correspond to pieces of image data for the training image and the set of training output tokens may correspond to a converted sentence or paragraph describing the image.

The execution engine 425 includes or more execution engines that are built on specialized hardware accelerators such as graphics processing units (GPU's) or tensor processing units (TPU's). An execution engine receives requests to execute one or more requests on the specialized hardware. In one instance, the execution engine receives a batch of requests and executes one or more iterations of the transformer model via selective batching using the inputs for each request. As described above, an execution engine may include a set of cores (e.g., GPU cores) coupled to local memory (e.g., GPU memory). Specifically, for each operation of an iteration, the execution engine is configured to read data required for the operation from the local memory of the execution engine.

The execution engines of the execution engine module 425 may be configured as GPU's or TPU's or any other specialized hardware that is capable of processing neural network operations, including tensor multiplication and floating-point operations in an efficient manner. For example, the execution engine is not limited to Google TPU, Graphcore IPU, Cerebras WSE, Nvidia GPU, intel Nervana, Qualcomm Cloud AI, Samsung Exynos, AMD Radeon, Xilinx AI Accelerator cards, IBM TrueNorth, AWS Trainium, and the like. As described above, an execution engine may be composed of one or more hardware accelerators. In some instances, the execution engine may process workload that requires processing capabilities of more than

20

one hardware accelerator. Thus, the execution engine is able to distribute the workload across multiple hardware accelerators if necessary.

In one embodiment, an execution engine is also configured to manage one or more caches on the local memory necessary for executing one or more iterations of the transformer model. For example, when executing the transformer model 300 of FIGS. 3A-3B, the execution engine maintains a key cache tensor and a value cache tensor for a request until the request has been completed. Thus, responsive to receiving one or more new requests (requests for which the encoding phase has not been processed), an execution engine allocates memory to each request for maintaining the key cache tensor and the value cache tensor for the request. For each iteration of the decoding phase, the execution engine may add the key tensor and the value tensor for the iteration to the respective key cache and value cache allocated for the request and retrieve the key cache and value cache for the request to execute an operation. Responsive to completing one or more requests, an execution engine may provide the outputs for the requests to an appropriate module of the inference system 130, and free the allocated cache memory for the completed requests, such that the freed memory can be used for other requests.

The training module 430 trains parameters of a transformer model by performing a training process. First, the training module 430 may generate an appropriate architecture for the transformer model that can address the task requests received by the client devices 110. For example, the training module 430 may train the transformer model 300 illustrated in FIGS. 3A-3B. The training module 430 may determine the number of decoders in the set of decoders to adjust the depth of the transformer model and determine, for example, how many layers are included in each neural network layer of the transformer model. When the transformer model to be trained is an encoder-decoder architecture, the training module 430 may determine the number of encoders as well as the number of decoders.

The training module 430 may also initialize one or more weight tensors associated with the operations of the transformer model. The elements of the weight tensors correspond to parameters of the transformer model that will be learned during the training process using the training data of the training corpus 460. The weight tensors may be initialized with dimensionality based on the dimensionality of the input tensors the weight tensors are configured to be operated with. For example, to train the transformer model 300 of FIGS. 3A-3B, the training module 430 may initialize a QKV weight tensor $W_{QKV}$ for the QKV operation block 315 (e.g., with dimensionality H×3H), an attention weight tensor $W^{attn}$ for the attention linear block 330 (e.g., dimensionality H×H), and a first MLP weight tensor for the first MLP block 345 and a second MLP weight tensor for the second MLP block 355.

During the training process, the training module 430 obtains a set of training data and trains parameters of the machine-learning transformer model by repeatedly iterating between a forward pass step and a backpropagation step. During the forward pass step, the training module 430 generates one or more estimated output tokens by applying estimated parameters of the transformer model to the set of training input tokens in the set of training data to generate one or more estimated output tokens. The training module 430 determines a loss function indicating a difference between the one or more estimated output tokens and the set of training output tokens. During the backpropagation step, the training module 430 updates parameters of the trans-

US 11,442,775 B1

21

former model (i.e., weight tensors) to reduce the loss function. This process is iteratively repeated for the next sets of training data until convergence is reached for parameters of the transformer model or a desired level of model quality is reached.

In one embodiment, the training module 430 arranges the training data in batches and executes one or more iterations of the training process on one or more execution engines. For example, each batch of training data may include a batch of input token sequences, each from a different training source. For example, a first training input token sequence may be obtained from a first text source and a second training input token sequence may be obtained from a second text source. By executing the training process with batching, the training module 430 can utilize the parallel processing capabilities of the execution engines when training the transformer model, which requires a high degree of computation.

The serving system 435 receives requests from client devices 110 to perform one or more tasks that can be processed using the trained transformer model. As described with respect to FIGS. 3A-3B, when the tasks are NLP applications, the requests may include a sequence of words (e.g., sentence in English) that the serving system 435 can parse and map into a sequence of input tokens that can be provided to the transformer model. The serving system 435 processes the request to generate one or more output tokens using the transformer model. The serving system 435 can convert the output tokens to output data, for example, a sequence of words (e.g., translated sentence in French), and return the output data as a response to the client device.

In one embodiment, the serving system 435 receives multiple requests from client devices 110 over time and forms batches of requests. The serving system 435 provides the batches to one or more execution engines. Responsive to execution by the execution engines, the serving system 435 receives one or more output tokens for the requests and provides the outputs to the client devices 110 as response to the requests. In one embodiment, the lengths of input sequences of the requests in a batch or lengths of the internal states of the requests in a batch formed by the serving system 435 can be different from one another as the execution engines are capable of processing the requests using the selective batching method. In one embodiment, the serving system 435 waits until a request is completed (i.e., the termination criteria is satisfied), and provides the outputs to the client devices 110 as response to the requests. In another embodiment, the serving system 435 provides outputs to the client devices 110 even though a request has not been completed yet. For example, the serving system 435 may provide a number (e.g., 5, 10, 15) of output tokens every time that the number of output tokens is generated for the request. As another example, for one or more time intervals (e.g., 100 ms, 200 ms) the serving system 435 may provide the output tokens generated after each time interval to the client device 110. This allows the user of the client device 110 to receive intermittent outputs even though a request has not been completed yet.

In one embodiment, the serving system 435 performs iteration-level dynamic batching for the transformer model that allows the serving system 435 to dynamically modify a batch of requests being executed on an execution engine on a per-iteration basis. Specifically, it may be difficult to modify a batch of requests once processing has started on an execution engine for certain batching methods because such methods require the length of inputs or the lengths of internal states to the transformer model be the same across

22

the requests of the batch. That is, unless new incoming requests have the same length of inputs and internal states as the batch of requests being executed, it is difficult for the inference system to modify the batch to, for example, add new requests to the batch.

By performing selective batching, the serving system 435 can monitor and modify a batch processed on the execution engine per iteration. Specifically, at one or more iterations, the serving system 435 can modify the batch being executed on the execution engine by adding new incoming requests to the batch or removing completed requests from the batch. This is because selective batching allows requests with variable lengths to be processed without restraining the inputs or the internal states to the transformer model to the same lengths. This allows the serving system 435 to provide the response for completed requests earlier to the client device 110 of the request and allows addition of new requests to a batch if the execution engine processing the batch is being under-utilized, even if the lengths for the new requests are different from lengths of the existing requests for the next iteration.

Dynamic Batching for Transformer Model

FIGS. 5A-5D illustrate a method of dynamic batching for processing requests using a machine-learning transformer model, in accordance with an embodiment. In one embodiment, the serving system 435 includes a request processor 580 and a scheduler 585 each coupled to the one or more execution engines. The request processor 580 receives requests and forwards the requests to the scheduler 585. The request processor 580 maintains a completion queue for storing outputs of completed requests. Specifically, the request processor 580 receives outputs for completed requests from the execution engines and stores the outputs in the completion queue such that they can be provided to the client devices 110 of the requests. The scheduler 585 receives the forwarded requests from the request processor 580 and maintains an incoming request queue for storing new requests to be processed. The scheduler 585 forms a batch of requests and schedules the batch for execution on an execution engine. In one embodiment, the scheduler 585 is configured to monitor which batch of requests were distributed to each execution engine and how many iterations of the transformer model have been performed for each request and whether the request has been completed. The scheduler 585 is also configured to monitor the available cache memory in each execution engine.

Specifically, FIG. 5A illustrates a request processor 580 and a scheduler 585 coupled to execution engines 590A and 590B. In FIG. 5A, execution engine 590A is scheduled to execute a single request R1, and execution engine 590B is scheduled to execute a batch of requests R3, R4, R5. Specifically, for the first iteration of FIG. 5A, request R1 in execution engine 590A includes a single input token. On the other hand, request R3 in the execution engine 590B includes a sequence of two input tokens, request R4 includes a sequence of three input tokens, and request R5 includes a sequence of two input tokens.

The request processor 580 receives a new request R2 and forwards request R2 to the scheduler 585. The scheduler 585 stores request R2 in the incoming request queue. An iteration of the transformer model is executed on the execution engines 590A, 590B. For example, the iteration may be an encoding phase for a certain request in current executing batch. In particular, a key cache tensor and value cache tensor are allocated for each request as the internal state cache, and a part of the cache for each request is used to store the keys and values after the encoding phase. In one embodi-

US 11,442,775 B1

23

ment, the allocation of the internal state cache for a request is based on the maximum output token length the transformer model is configured to generate. For example, a transformer model may be configured to generate a maximum number of 1024 output tokens, and the execution engine may allocate an internal state cache configured to store up to 1024 elements for each key cache tensor and value cache tensor. In another embodiment, when a user of the request specifies a maximum length of output tokens that can be returned as the response, and the execution engine may allocate an internal state cache configured to store up to the maximum length of elements specified in the request for each tensor. In yet another embodiment, the execution engine may determine the initial number of input tokens for the request, and the execution engine may initially allocate an internal state cache that is large enough to store the number of input tokens plus some additional amount of memory. The execution engine may incrementally allocate more memory to the internal state cache as the transformer model is iteratively applied for the request if the initially allocated memory is insufficient. The scheduler 585 monitors the cache memory for execution engines 590A and 590B. Responsive to determining that execution engine 590A has cache memory available for processing request R2, the scheduler 585 updates the batch for execution engine 590A to include the new request R2 and instructs the execution engine 590A to execute the updated batch for the next iteration.

As shown in FIG. 5B, after executing the first iteration, a first output token is generated for request R1 in the execution engine 590A and requests R3, R4, R5 in the execution engine 590B. Moreover, execution engine 590A is now scheduled to execute an updated batch of requests R1, R2 at the second iteration. The request R2 includes a single input token. In particular, since the first output token has been generated for request R1, the second iteration for request R1 may be a decoding phase, while the second iteration for request R2 may be an encoding phase. Thus, because an execution engine is configured to perform selective batching and is capable of processing requests with different lengths, execution engine 590A can perform both the encoding phase and the decoding phase for the same batch of requests, as described in conjunction with FIGS. 3A-3B. This may not be feasible for other batching methods as there is no guarantee that the length of input tokens for one request will be the same as the length of input tokens and output tokens for an existing request in the batch. As shown in FIG. 5B, an additional part of the cache for each request is used to store the keys and values after the second iteration.

As shown in FIG. 5C, after executing the second iteration, a second output token is generated for request R1 in execution engine 590A and requests R3, R4, R5 in the execution engine 590B. A first output token is generated for request R2 in execution engine 590A. Specifically, the first output token generated for request R2 is generated with an end token and the execution engine 590A provides the outputs for request R2 to the completion queue of the request processor 580. The execution engine 590A frees the cache memory allocated to request R2. The second output token generated for request R4 is also generated with an end token and the execution engine 590B provides the outputs for request R4 to the completion queue of the request processor 580. The execution engine 590B frees the cache memory allocated to request R4. The request processor 580 forwards the outputs of the completion queue to the client devices 110 of the completed requests.

24

The request processor 580 also receives another new request R7 and forwards the request to the scheduler 585. The scheduler 585 stores the request R7 in the incoming request queue. Responsive to determining that requests R2, R4 are completed and that execution engine 590A has cache memory available for processing request R7, the scheduler 585 updates the batch for execution engine 590A to R1, R7 and updates the batch for execution engine 590B to R3, R5. The scheduler 585 instructs the execution engines 590A, 590B to execute the updated batches. Thus, by dynamically adjusting the batches at an iteration, completed requests can be provided to the client devices 110 of the requests as soon as processing is completed, and the scheduler 585 can schedule new requests within the batch such that the computing capabilities of an execution engine can be utilized when the memory of the completed request is freed up.

As shown in FIG. 5D, after executing the third iteration, a third output token is generated for request R1 in the execution engine 590A and requests R3, R5 in the execution engine 590B. Moreover, execution engine 590A is now scheduled to execute an updated batch of requests R1, R7 at the fourth iteration and execution engine 590B is now scheduled to execute an updated batch of requests R3, R5 at the fourth iteration. The request R7 includes a sequence of two input tokens. A similar process to that described in FIGS. 5A-5D may be continuously performed as the serving system 435 receives requests from client devices 110.

As described above, dynamic batching allows the serving system 435 to dynamically adjust batches that are processed on the execution engines such that the hardware of the execution engine can be fully utilized. This process was not available for certain methods of batching (e.g., method of FIGS. 2A-2B) for transformer models, because internal states, such as the key cache tensor and value cache tensor, maintain variable length per iteration in a transformer model, while other recurrent machine-learning models (e.g., RNN's) make use of state data that have the same lengths across a batch of requests.

Flowchart Illustrating Method of Selective Batching and Dynamic Batching

FIGS. 6A-6B is a flowchart illustrating a method of selective batching using the transformer model, in accordance with an embodiment. The inference system 130 receives 602 a batch of requests including one or more input token sequences. In one instance, a length of a first token sequence for a first request in the batch may be different from a length of a second token sequence for a second request in the batch. The inference system 130 accesses 604 a machine-learning transformer model including at least a set of decoders.

For one or more iterations, the inference system 130 repeatedly performs the steps of applying the set of decoders to one or more inputs for the requests. Specifically, for at least one decoder in the set, the inference system 130 generates 606 one or more queries, one or more keys, and one or more values for the requests by applying a QKV weight tensor to one or more input representations. The queries, keys, and values may be generated by a batch operation. The inference system 130 splits 608 a first query for the first request from the one or more queries, a first key for the first request from the one or more keys, and a first value for the first request from the one or more values. The inference system 130 also splits a second query for the second request from the one or more queries, a second key for the second request from the one or more keys, and a second value for the second request from the one or more values.

25

The inference system **130** generates **610** a first attention output for the first request by at least combining the first query, the first key, and the first value. The inference system **130** separately generates **612** a second attention output for the second request by combining the second query, the second key, and the second value for the second request. The inference system concatenates **614** at least the first attention output and the second attention output into a concatenated tensor. The inference system **130** generates **616** one or more output representations by applying a weight tensor to the concatenated tensor. The one or more output representations may be generated by a batch operation. The inference system **130** sets **618** the one or more output tokens as the one or more inputs to the set of decoders for a next iteration. The inference system **130** provides **620** output tokens generated for at least one request to a client device **110** as a response to the at least one request.

FIG. **7** is a flowchart illustrating a method of dynamic batching for processing requests using the transformer model, in accordance with an embodiment. The inference system **130** receives **710**, by a serving system, one or more requests for execution. The serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model including at least a set of decoders. The inference system **130** schedules **712**, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine. The inference system **130** generates **714**, by the execution engine, a first set of output tokens by iteratively applying the transformer model to a first set of inputs for the batch of requests. Applying the transformer model includes applying at least one batch operation to one or more input tensors associated with the batch of requests.

The inference system **130** receives **716**, by a request processor, a new request from a client device. The new request may include a sequence of input tokens. The inference system **130** schedules **718**, by the scheduler, a second batch of requests including the one or more requests and the new request for execution on the execution engine responsive to determining that the execution engine has memory available to execute the second batch of requests. The inference system **130** generates **720**, by the execution engine, a second set of output tokens by iteratively applying the transformer model to a second set of inputs for the second batch of requests including the sequence of input tokens for the new request.

Hardware Components

FIG. **8** is a diagram illustrating a computer system **800** upon which embodiments described herein may be implemented within the inference system **130**. For example, in the context of FIG. **1**, the inference system **130** and its subsystems may be implemented using a computer system such as described by FIG. **8**. The inference system **130** and its sub-systems may also be implemented using a combination of multiple computer systems as described by FIG. **8**.

In one implementation, the computer system **800** includes processing resources **801**, main memory **803**, read only memory (ROM) **805**, storage device **807**, a communication interface **809**, and hardware accelerators **810**. The computer system **800** includes at least one processor **801** including CPU cores for processing information and a main memory **803**, such as a random-access memory (RAM) or other dynamic storage device, for storing information and instructions to be executed by the processor **801**. Main memory **803** also may be used for storing temporary variables or other intermediate information during execution of instructions to be executed by processor **801**. The computer system **800**

26

may also include ROM **805** or other static storage device for storing static information and instructions for processor **801**. The storage device **807**, such as a magnetic disk or optical disk or solid-state memory device, is provided for storing information and instructions. For example, in the context of FIG. **4**, the training corpus store **460** of the inference system **130** may be stored in the read only memory (ROM) **805** or the storage device **807**. The computer system **800** also includes one or more hardware accelerators **810**. As described above, while an execution engine may be configured with the one or more hardware accelerators **810** in a single computer system **800**, in another embodiment, an execution engine may be configured across multiple hardware accelerators **810** that are distributed across multiple computer systems **800**.

The communication interface **809** can enable the inference system **130** to communicate with client devices **110** through use of a communication link (wireless or wireline). Using the communication link, the inference system **130** can communicate with the different sub-systems included in a client device **110** to enable receiving and processing of requests. In addition, when an execution engine is configured across multiple hardware accelerators that are distributed across multiple computer systems **800**, the communication interface **809** can also enable communication between the multiple computer systems **800**, such that an execution engine can process requests across the multiple hardware accelerators **810**.

The computer system **800** can optionally include a display device **811**, such as a cathode ray tube (CRT), an LCD monitor, an LED monitor, a TFT display or a television set, for example, for displaying graphics and information to a user. An input mechanism **813**, such as a keyboard that includes alphanumeric keys and other keys, can optionally be coupled to the computer system **800** for communicating information and command selections to processor **801**. Other non-limiting, illustrative examples of input mechanisms **813** include a mouse, a trackball, touch-sensitive screen, or cursor direction keys for communicating direction information and command selections to processor **801** and for controlling cursor movement on display device **811**.

Examples described herein are related to the use of the inference system **130** for implementing the techniques described herein. According to one embodiment, those techniques are performed by the inference system **130** in response to processor **801** executing one or more sequences of one or more instructions contained in main memory **803**. Such instructions may be read into main memory **803** from another machine-readable medium, such as storage device **807**. Execution of the sequences of instructions contained in main memory **803** causes processor **801** to perform the process steps described herein. In alternative implementations, hard-wired circuitry may be used in place of or in combination with software instructions to implement examples described herein. Thus, the examples described are not limited to any specific combination of hardware circuitry and software.

SUMMARY

The foregoing description of the embodiments of the invention has been presented for the purpose of illustration; it is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Persons skilled in the relevant art can appreciate that many modifications and variations are possible in light of the above disclosure.

US 11,442,775 B1

27

Some portions of this description describe the embodiments of the invention in terms of algorithms and symbolic representations of operations on information. These algorithmic descriptions and representations are commonly used by those skilled in the data processing arts to convey the substance of their work effectively to others skilled in the art. These operations, while described functionally, computationally, or logically, are understood to be implemented by computer programs or equivalent electrical circuits, microcode, or the like. Furthermore, it has also proven convenient at times, to refer to these arrangements of operations as modules, without loss of generality. The described operations and their associated modules may be embodied in software, firmware, hardware, or any combinations thereof.

Any of the steps, operations, or processes described herein may be performed or implemented with one or more hardware or software modules, alone or in combination with other devices. In one embodiment, a software module is implemented with a computer program product comprising a computer-readable medium containing computer program code, which can be executed by a computer processor for performing any or all of the steps, operations, or processes described.

Embodiments of the invention may also relate to an apparatus for performing the operations herein. This apparatus may be specially constructed for the required purposes, and/or it may comprise a general-purpose computing device selectively activated or reconfigured by a computer program stored in the computer. Such a computer program may be stored in a non-transitory, tangible computer readable storage medium, or any type of media suitable for storing electronic instructions, which may be coupled to a computer system bus. Furthermore, any computing systems referred to in the specification may include a single processor or may be architectures employing multiple processor designs for increased computing capability.

Embodiments of the invention may also relate to a product that is produced by a computing process described herein. Such a product may comprise information resulting from a computing process, where the information is stored on a non-transitory, tangible computer readable storage medium and may include any embodiment of a computer program product or other data combination described herein.

Finally, the language used in the specification has been principally selected for readability and instructional purposes, and it may not have been selected to delineate or circumscribe the inventive subject matter. It is therefore intended that the scope of the invention be limited not by this detailed description, but rather by any claims that issue on an application based hereon. Accordingly, the disclosure of the embodiments of the invention is intended to be illustrative, but not limiting, of the scope of the invention, which is set forth in the following claims.

What is claimed is:

1. A method of dynamically executing batches of requests on one or more execution engines running a machine-learning transformer model, comprising:

receiving, by a serving system, one or more requests for execution, the serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model including at least a set of decoders;

scheduling, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine;

generating, by the execution engine, a first set of output tokens by applying the transformer model to a first set

28

of inputs for the batch of requests, wherein applying the transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of requests;

receiving, by a request processor, a new request from a client device, the new request including a sequence of input tokens;

scheduling, by the scheduler, a second batch of requests additionally including the new request for execution on the execution engine, the second batch of requests scheduled responsive to determining that the execution engine has memory available to execute the second batch of requests, wherein in a second set of inputs for the second batch of requests, a length of the sequence of input tokens for the new request is different from a length of an input for at least one request other than the new request; and

generating, by the execution engine, a second set of output tokens by applying the transformer model to the second set of inputs for the second batch.

2. The method of claim 1, further comprising:

responsive to determining that a request in the first batch of requests has been completed, providing output tokens generated for the completed request to a client device as a response to the request, and

wherein the second batch of requests includes at least one of the remaining requests from the one or more requests and the new request.

3. The method of claim 2, wherein the request is associated with a cache memory in the execution engine dedicated for storing an internal state for the request, and responsive to determining that the request has been completed, freeing the dedicated cache memory for the request in the execution engine.

4. The method of claim 1, wherein the input for the at least one request is an output token from the first set of output tokens for the at least one request, and wherein a length of the sequence of input tokens for the new request is different from a length of the output token for the at least one request.

5. The method of claim 4,

wherein the execution engine includes a cache memory for maintaining a key cache tensor for storing keys and a value cache tensor for storing values for the at least one request, and

wherein after scheduling the second batch of requests, allocating, by the execution engine, a new cache memory dedicated to maintaining a key cache tensor and a value cache tensor for the new request.

6. The method of claim 5, wherein after generating the second set of output tokens, a length of the key cache tensor for the at least one request is different from a length of a key cache tensor for the new request, and a length of the value cache tensor for the at least one request is different from a length of a value cache tensor for the new request.

7. The method of claim 1, after receiving the new request from the client device, determining, by the scheduler, that there is insufficient memory available to execute the second batch of requests on a second execution engine different from the execution engine, and responsive to the determination for the second execution engine, determining whether the execution engine has the memory available to execute the second batch of requests.

8. The method of claim 1, wherein the execution engine is configured as a graphics processing unit (GPU) or a tensor processing unit (TPU).

9. The method of claim 1, wherein each token in the sequence of input tokens represents a text unit.

29

10. A non-transitory computer-readable storage medium storing computer program instructions executable to perform operations for dynamically executing batches of requests on one or more execution engines running a machine-learning transformer model, the operations comprising:

receiving, by a serving system, one or more requests for execution, the serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model including at least a set of decoders;

scheduling, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine;

generating, by the execution engine, a first set of output tokens by applying the transformer model to a first set of inputs for the batch of requests, wherein applying the transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of requests;

receiving, by a request processor, a new request from a client device, the new request including a sequence of input tokens;

scheduling, by the scheduler, a second batch of requests additionally including the new request for execution on the execution engine, the second batch of requests scheduled responsive to determining that the execution engine has memory available to execute the second batch of requests, wherein in a second set of inputs for the second batch of requests, a length of the sequence of input tokens for the new request is different from a length of an input for at least one request other than the new request; and

generating, by the execution engine, a second set of output tokens by applying the transformer model to the second set of inputs for the second batch.

11. The non-transitory computer-readable storage medium of claim 10, the operations further comprising:

responsive to determining that a request in the first batch of requests has been completed, providing output tokens generated for the completed request to a client device as a response to the request, and

wherein the second batch of requests includes at least one of the remaining requests from the one or more requests and the new request.

12. The non-transitory computer-readable storage medium of claim 11, wherein the request is associated with a cache memory in the execution engine dedicated for

30

storing an internal state for the request, and responsive to determining that the request has been completed, freeing the dedicated cache memory for the request in the execution engine.

13. The non-transitory computer-readable storage medium of claim 10, wherein the input for the at least one request is at least one output token from the first set of output tokens for the at least one request, and wherein a length of the sequence of input tokens for the new request is different from a length of the at least one output token for the at least one request.

14. The non-transitory computer-readable storage medium of claim 13,

wherein the execution engine includes a cache memory for maintaining a key cache tensor for storing keys and a value cache tensor for storing values for the at least one request, and

wherein after scheduling the second batch of requests, allocating, by the execution engine, a new cache memory dedicated to maintaining a key cache tensor and a value cache tensor for the new request.

15. The non-transitory computer-readable storage medium of claim 14, wherein after generating the second set of output tokens, a length of the key cache tensor for the at least one request is different from a length of a key cache tensor for the new request, and a length of the value cache tensor for the at least one request is different from a length of a value cache tensor for the new request.

16. The non-transitory computer-readable storage medium of claim 10, after receiving the new request from the client device, determining, by the scheduler, that there is insufficient memory available to execute the second batch of requests on a second execution engine different from the execution engine, and responsive to the determination for the second execution engine, determining whether the execution engine has the memory available to execute the second batch of requests.

17. The non-transitory computer-readable storage medium of claim 10, wherein the execution engine is configured as a graphics processing unit (GPU) or a tensor processing unit (TPU).

18. The non-transitory computer-readable storage medium of claim 10, wherein each token in the sequence of input tokens represents a text unit.

* * * * *

# EXHIBIT 2



US011836520B2

## (12) United States Patent
Yu et al.

(10) Patent No.: **US 11,836,520 B2**
(45) Date of Patent: ***Dec. 5, 2023**

(54) **DYNAMIC BATCHING FOR INFERENCE SYSTEM FOR TRANSFORMER-BASED GENERATION TASKS**

(71) Applicant: **FriendliAI Inc.**, Seoul (KR)

(72) Inventors: **Gyeongin Yu**, Seoul (KR); **Geon-Woo Kim**, Seoul (KR); **Joo Seong Jeong**, Seoul (KR); **Soojeong Kim**, Seoul (KR); **Byung-Gon Chun**, Seoul (KR)

(73) Assignee: **FRIENDLIAI INC.**, Seoul (KR)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/881,549**

(22) Filed: **Aug. 4, 2022**

(65) **Prior Publication Data**

US 2023/0176903 A1    Jun. 8, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 17/542,193, filed on Dec. 3, 2021, now Pat. No. 11,442,775.

(51) **Int. Cl.**
**G06F 9/48** (2006.01)
**G06N 5/04** (2023.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... **G06F 9/4881** (2013.01); **G06F 9/5016** (2013.01); **G06N 5/04** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .. G06N 3/02; G06N 3/08; G06N 5/04; G06N 20/00; G06N 3/045; G06F 9/4881; G06F 9/5016
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

10,846,096 B1   11/2020 Chung et al.
11,442,775 B1 *  9/2022 Yu .......................... G06N 3/063
(Continued)

FOREIGN PATENT DOCUMENTS

KR      10-2021-0145490 A      12/2021
KR      10-2021-0148586 A      12/2021

OTHER PUBLICATIONS

Choi, Y. et al. "PREMA: A Predictive Multi-task Scheduling Algorithm for Preemptible Neural Processing Units," IEEE International Symposium on High Performance Computer Architecture, Feb. 22-26, 2020, pp. 220-233.
(Continued)

*Primary Examiner* — Kenneth Tang
(74) *Attorney, Agent, or Firm* — FENWICK & WEST LLP

(57) **ABSTRACT**

An inference system applies a machine-learning transformer model to a batch of requests with variable input length or variable target length or variable internal sate length by selectively batching a subset of operations in the transformer model but processing requests in the batch individually for a subset of operations in the transformer model. In one embodiment, the operation to be processed individually is an attention operation of an encoder or a decoder of the transformer model. By selective batching, the inference system can allow batching operations to be performed for a batch of requests with variable input or target length or internal state length to utilize the parallel computation capabilities of hardware accelerators while preventing unnecessary computations that occur for workarounds that restrain the data of a batch of requests to a same length.

**66 Claims, 12 Drawing Sheets**



US 11,836,520 B2

Page 2

(51) **Int. Cl.**

| | | |
|---|---|---|
| **G06N 20/00** | (2019.01) | |
| **G06F 9/50** | (2006.01) | |
| G06N 3/08 | (2023.01) | |
| G06N 3/045 | (2023.01) | |

(52) **U.S. Cl.**

CPC ............. **G06N 20/00** (2019.01); *G06N 3/045* (2023.01); *G06N 3/08* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2018/0373976 | A1 | 12/2018 | Woo |
| 2019/0130273 | A1 | 5/2019 | Keskar et al. |
| 2020/0226453 | A1 | 7/2020 | Luk et al. |
| 2020/0311341 | A1 | 10/2020 | Chaturvedi et al. |
| 2020/0311613 | A1 | 10/2020 | Ma et al. |
| 2020/0410337 | A1* | 12/2020 | Huang ................... G06N 3/045 |
| 2021/0012199 | A1 | 1/2021 | Zhang et al. |
| 2021/0034335 | A1 | 2/2021 | Svyatkovskiy et al. |
| 2021/0109796 | A1* | 4/2021 | Fozard ................. G06F 9/3836 |
| 2021/0141798 | A1* | 5/2021 | Steedman Henderson ................. G06F 16/3344 |
| 2021/0192314 | A1* | 6/2021 | Aarts ................... G06N 3/105 |
| 2021/0232773 | A1 | 7/2021 | Wang et al. |
| 2021/0263779 | A1* | 8/2021 | Haghighat ............ G06F 9/5061 |
| 2021/0279576 | A1 | 9/2021 | Shazeer et al. |
| 2021/0357210 | A1 | 11/2021 | Clement et al. |
| 2021/0373944 | A1 | 12/2021 | Lee et al. |
| 2021/0397610 | A1 | 12/2021 | Singh et al. |
| 2021/0406673 | A1 | 12/2021 | Pardeshi et al. |
| 2022/0066747 | A1* | 3/2022 | Drain .................... G06N 3/088 |
| 2022/0066914 | A1* | 3/2022 | Drain ................. G06F 11/3684 |
| 2022/0067513 | A1 | 3/2022 | Stevens et al. |
| 2022/0108212 | A1* | 4/2022 | Zhai ...................... G06F 40/58 |
| 2022/0147838 | A1* | 5/2022 | Gu ....................... G06N 3/045 |
| 2022/0164626 | A1* | 5/2022 | Bird ...................... G06N 3/02 |
| 2022/0237368 | A1* | 7/2022 | Tran ..................... G06N 3/047 |

OTHER PUBLICATIONS

Dai, Z. et al., "Transformer-XL: Attentive Language Models Beyond a Fixed-Length Context," Carnegie Mellon University, Jun. 2, 2019, pp. 1-20.

Doshi, K. "Transformers Explained Visually (Part 1): Overview of Functionality," Dec. 13, 2020, Retrieved from the internet, <URL:towardsdatascience.com>.

Doshi, K. "Transformers Explained Visually (Part 2): How it works, step-by-step", Jan. 2, 2021, Retrieved from the internet, <URL:towardsdatascience.com>.

Doshi, K. "Transformers Explained Visually (Part 3): Multi-head Attention deep dive", Jan. 16, 2021, Retrieved from the internet, <URL:towardsdatascience.com>.

Doshi, K. "Transformers Explained Visually (Part 4): Not Just How, but Why They Work So Well", Jun. 2, 2021, <URL:towardsdatascience.com>.

Fang, J. et al., "TurboTransformers: An Efficient GPU Serving System for Transformer Models," arXiv:2010.05680v4, Feb. 20, 2021, pp. 1-14.

Gao, P. et al., "Low Latency RNN Inference with Cellular Batching," EuroSys '18, Apr. 2018, pp. 1-15.

Github, "microsoft/DeepSpeed," Jan. 19, 2021, pp. 1-9, Retrieved from the Internet <URL:https://github.com/microsoft/DeepSpeed>.

Github, "NVIDIA/FasterTransformer," Apr. 2, 2021, pp. 1-28, Retrieved from the Internet <URL:https://github.com/NVIDIA/FasterTransformer>.

Github, "NVIDIA/Megatron-LM," Aug. 11, 2021, pp. 1-18, Retrieved from the Internet <URL:htth://github.com/NVIDIA/Megatron-LM>.

Li, G. et al., "Easy and Efficient Transformer: Scalable Inference Solution for Large NLP Model," arXiv:2104.12470v4, Nov. 23, 2021, pp. 1-9.

NVIDIA, "NVIDIA TensorRT," Jan. 27, 2021, pp. 1-11, Retrieved from the Wayback Machine <URL:http://web.archive.org/web/20210127111124/https://developer.nvidia.com/tensorrt>.

NVIDIA, "NVIDIA Triton Inference Server," Jan. 25, 2021, pp. 1-6, Retrieved from the Wayback Machine <URL: http://web.archive.org/web/20210125141031/https://developer.nvidia.com/nvidia-triton-inference-server>.

Olston, C. et al., "TensorFlow-Serving: Flexible, High-Performance ML Serving," arXiv:1712.06139v2, Dec. 27, 2017, pp. 1-8.

Shazeer, N. et al., "Mesh-TensorFlow: Deep Learning for Super-computers," arXiv:1811.02084v1, Nov. 5, 2018, pp. 1-16.

Shoeybi, M. et al., "Megatron-LM: Training Multi-Billion Parameter Language Models Using Model Parallelism," arXiv:1909.08053v4, Mar. 13, 2020, pp. 1-15.

Vaswani, A. et al. "Attention is All You Need," Advances in Neural Information Processing Systems, No. 30, Dec. 6, 2017, pp. 1-15.

Wang, X. et al., "LightSeq: A High-Performance Inference Library for Transformers," arXiv:2010.13887v4, Apr. 22, 2021, pp. 1-8.

Bytedance Inc., "Effective Transformer," last edited Aug. 8, 2020, 7 pages, Retrieved from the Internet <URL:https://github.com/bytedance/effective_transformer>.

Bytedance Inc., "Running BERT without Padding," last edited Aug. 8, 2020, 7 pages, Retrieved from the Internet <URL:https://github.com/bytedance/effective_transformer#running-bert-without-padding>.

European Patent Office, Extended European Search Report and Written Opinion, European Patent Application No. 22185149.6, dated Dec. 21, 2022, 10 pages.

Gschwind, M. et al., "A Better Transformer for Fast Transformer Inference," PyTorch, Jul. 12, 2022, pp. 1-4, Retrieved from the Internet <URL:https://pytorch.org/blog/a-better-transformer-for-fast-transformer-encoder-inference/>.

Gschwind, M., "Fast Transformer Inference With Better Transformer," PyTorch, Jul. 19, 2022, pp. 1-4, Retrieved from the Internet <URL:https://pytorch.org/tutorials/beginner/bettertransformer_tutorial.html>.

Guo, H. et al. "ATT: A Fault-Tolerant ReRam Accelerator for Attention-Based Neural Networks," IEEE 38th International Conference on Computer Design, Oct. 18-21, 2020, pp. 213-221.

NVIDIA Corporation, "Faster Transformer BERT," Sep. 30, 2021, 53 pages, Retrieved from the Internet <URL:https://github.com/NVIDIA/FasterTransformer/blob/main/docs/bert_guide.md#standard-bert-and-effective-fastertransformer>.

NVIDIA Corporation, "FasterTransformer," Apr. 2, 2021, 15 pages, Retrieved from the Internet <URL:https://github.com/nvidia/FasterTransformer>.

PCT International Search Report and Written Opinion, PCT Application No. PCT/IB2022/000664, dated Mar. 30, 2023, 10 pages.

PCT International Search Report and Written Opinion, PCT Application No. PCT/IB2022/000666, dated Apr. 10, 2023, 11 pages.

Pytorch, "pytorch," Dec. 2019, 14 pages, Retrieved from the Internet <URL:https://github.com/pytorch/pytorch/>.

Soojeong, K. et al. "Parallax: Sparsity-aware Data Parallel Training of Deep Neural Networks," Fourteenth EuroSys Conference, Mar. 25, 2019, pp. 1-15.

Yan, Y. et al. "EL-Attention: Memory Efficient Lossless Attention for Generation," International Conference on Machine Learning, Jul. 2021, pp. 1-11.

Zhou, H.Y. et al. "nnFormer: Interleaved Transformer for Volumetric Segmentation," arXiv preprint arXiv:2109.03201, Sep. 7, 2021, pp. 1-10.

* cited by examiner



FIG. 1



**FIG. 2A**



**FIG. 2B**



**FIG. 3A**



**FIG. 3B**



FIG. 4



**FIG. 5A**



**FIG. 5B**



**FIG. 5C**



**FIG. 5D**



FIG. 6A



```
┌─────────────────────────────────────────┐
│ Generate first attention output for the  │
│ first request by combining the first     │
│ query, first key, first value            │
│                  610                      │
└─────────────────────────────────────────┘
                    │
                    ▼
┌─────────────────────────────────────────┐
│ Separately generating second attention   │
│ output for the second request by         │
│ combining the second query, second key,  │
│ second value                             │
│                  612                      │
└─────────────────────────────────────────┘
                    │
                    ▼
┌─────────────────────────────────────────┐
│ Concatenate at least the first attention │
│ output and the second attention output   │
│ into a concatenated tensor               │
│                  614                      │
└─────────────────────────────────────────┘
                    │
                    ▼
┌─────────────────────────────────────────┐
│ Generate output representations by       │
│ applying a weight tensor to the          │
│ concatenated tensor by a batch operation │
│                  616                      │
└─────────────────────────────────────────┘
                    │
                    ▼
┌─────────────────────────────────────────┐
│ Setting the one or more output tokens as │
│ the one or more inputs to the set of     │
│ decoders for the next iteration          │
│                  618                      │
└─────────────────────────────────────────┘
                    │
                    ▼
┌─────────────────────────────────────────┐
│ Provide output tokens generated for at   │
│ least one request to a client device as  │
│ a response                               │
│                  620                      │
└─────────────────────────────────────────┘
```

**FIG. 6B**



**FIG. 7**

800



FIG. 8

US 11,836,520 B2

1

# DYNAMIC BATCHING FOR INFERENCE SYSTEM FOR TRANSFORMER-BASED GENERATION TASKS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation application of U.S. patent application Ser. No. 17/542,193, filed on Dec. 3, 2021, which is incorporated herein by reference in its entirety.

## BACKGROUND

This invention relates generally to machine-learning transformer neural network models, and more particularly to selective batching for transformer models.

Transformer neural network models are machine-learning models used for a variety of applications, for example, natural language processing (NLP), image processing, or audio processing applications that include sequential data. For example, a transformer model may receive a sequence of input tokens that represent a query and generate a sequence of output tokens that represent a response to the query. As another example, the transformer model may receive a sequence of input tokens that represent a paragraph in German and generate a sequence of output tokens that represents a translation of the paragraph in English. As yet another example, the transformer model may receive a sequence of input tokens that represent a paragraph of text and generate a sequence of output tokens that represent a summarized version of the text.

Typically, users of client devices submit requests to an inference system. The inference system executes a machine-learning transformer model to inputs (e.g., a sequence of input tokens) of requests to generate outputs (e.g., a sequence of output tokens) for the requests. The inference system may return the outputs to client devices of the requests as a response. In one instance, the inference system executes the requests on specialized hardware accelerators such as graphics processing units (GPU's) or tensor processing units (TPU's) to improve latency and throughput, especially when the number of parameters of the transformer model is significantly large.

In one instance, the inference system processes requests in batches to achieve high processor utilization on the accelerators. Specifically, the inference system may process multiple requests in a batch together to exploit the amount of parallel computation units in the hardware accelerators. In many situations, the inputs for requests in a batch are variable in length. For example, the number of input tokens for each request in a batch may be variable in length. However, methods of batching for transformer models often require that the length of data for multiple requests in a batch be the same to be processed. Thus, it may not be feasible to process a batch of requests with variable lengths or work-arounds addressing this problem may result in using more resources compared to processing each request individually.

## SUMMARY

An inference system applies a machine-learning transformer model to a batch of requests with variable input length or variable target length or variable internal state length by selectively batching a subset of operations in the transformer model but processing requests in the batch individually for a subset of operations in the transformer model. In one embodiment, the operation to be processed individually is an attention operation of an encoder or a decoder of the transformer model. By selective batching, the inference system can allow batching operations to be performed for a batch of requests with variable input or target or internal state length to utilize the parallel computation capabilities of hardware accelerators while preventing unnecessary computations that occur for workarounds that restrain the data of a batch of requests to a same length.

Specifically, in one embodiment, the inference system receives a batch of requests including one or more input token sequences. A length of a first input token sequence for a first request in the batch may be different from a length of a second input token sequence for a second request. The inference system accesses a transformer model including at least a set of decoders coupled to one another. For one or more iterations, the inference system repeatedly performs the steps of generating one or more output tokens for the requests by applying the set of decoders to one or more inputs for the requests.

For at least one decoder in the set, the inference system generates one or more queries, one or more keys, and one or more values for the requests by applying a QKV weight tensor to one or more input representations. In one instance, the queries, keys, and values are generated by a batch operation. The inference system splits at least a first query for the first request from the one or more queries, a first key for the first request from the one or more keys, and a first value for the first request from the one or more values. The inference system also splits at least a second query for the second request from the one or more queries, a second key for the second request from the one or more keys, and a second value for the second request from the one or more values.

The inference system generates a first attention output for the first request by at least combining the first query, the first key, and the first value for the first request. The inference system also separately generates a second attention output for the second request by at least combining the second query, the second key, and the second value for the second request. The inference system concatenates at least the first attention output and the second attention output into a concatenated tensor and generates one or more output representations by applying a weight tensor to the concatenated tensor. In one instance, the one or more output representations are generated by a batch operation. The inference system sets the one or more output tokens as the one or more inputs to the set of decoders for the next iteration and provides output tokens generated for at least one request to a client device as a response to the at least one request.

In one embodiment, the inference system performs iteration-level dynamic batching for a transformer model that allows the inference system to dynamically modify a batch of requests being executed on an execution engine. Specifically, in existing batching methods for transformer models, it is difficult to modify a batch of requests once it has started to process on an execution engine. This is because certain methods of batching require the length of the inputs or the length of the internal states to be the same across all requests in the batch. Therefore, unless new incoming requests have the same length of inputs as the batch of requests being executed on the execution engine, it may be difficult for the inference system to modify the batch to, for example, add or remove new requests to the batch.

By performing selective batching, the inference system can monitor and modify a batch being processed on the execution engine on an iteration-level and update the batch

US 11,836,520 B2

3

between iterations as requests get completed and new requests are received. Specifically, at one or more iterations, the inference system can modify the batch being executed on the execution engine by adding new incoming requests to the batch or removing completed requests from the batch. This is because selective batching allows requests with variable lengths to be processed without restraining the one or more inputs or internal states to the transformer model to same lengths. This allows the inference system to remove requests in the batch that are completed earlier than others so that the response can be provided to the user faster and allows the inference system to add new requests to a batch of requests if the execution engine is being under-utilized.

In one embodiment, a serving system of the inference system receives one or more requests for execution. The serving system may include a request processor and a scheduler each coupled to one or more execution engines for executing a machine-learning transformer model including at least a set of decoders. The scheduler schedules a batch of requests including the one or more requests for execution on an execution engine. The execution engine generates a first set of output tokens by iteratively applying the transformer model to a first set of inputs for the batch of requests. In one instance, applying the transformer model includes applying at least one batch operation to one or more input tensors associated with the batch of requests.

The serving system may receive a new request from a client device that includes a sequence of input tokens. The scheduler schedules a second batch of requests including the one or more requests and the new request for execution on the execution engine responsive to determining that the execution engine has memory available to execute the second batch of requests. The execution engine generates a second set of output tokens by iteratively applying the transformer model to a second set of inputs for the second batch of requests. The second set of inputs may include the sequence of input tokens for the new request.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a high-level block diagram of a system environment for an inference system, in accordance with an embodiment.

FIGS. 2A-2B illustrate a method of batching using a machine-learning transformer model, in accordance with an embodiment.

FIGS. 3A-3B illustrate a method of selective batching using a machine-learning transformer model, in accordance with an embodiment.

FIG. 4 is a block diagram of an inference system, in accordance with an embodiment.

FIGS. 5A-5D illustrate a method of dynamic batching for processing requests using a machine-learning transformer model, in accordance with an embodiment.

FIGS. 6A-6B is a flowchart illustrating a method of selective batching using the transformer model, in accordance with an embodiment.

FIG. 7 is a flowchart illustrating a method of dynamic batching for processing requests using the transformer model, in accordance with an embodiment.

FIG. 8 is a diagram illustrating a computer system upon which embodiments described herein may be implemented within the inference system, in accordance with an embodiment.

The figures depict various embodiments of the present invention for purposes of illustration only. One skilled in the art will readily recognize from the following discussion that

4

alternative embodiments of the structures and methods illustrated herein may be employed without departing from the principles of the invention described herein.

## DETAILED DESCRIPTION

### Overview

FIG. 1 is a high-level block diagram of a system environment 100 for an inference system 130, in accordance with an embodiment. The system environment 100 shown by FIG. 1 includes one or more client devices 110A, 110B, a network 120, and an inference system 130. In alternative configurations, different or additional components may be included in the system environment 100.

The inference system 130 receives requests from client devices 110A, 110B to perform tasks using machine-learning models. In one embodiment, the machine-learning models are transformer neural network models. The tasks may include, but are not limited to, natural language processing (NLP), image processing, audio processing applications. Specifically, the transformer model may be appropriate for processing sequential data that can be tokenized into a sequence of input tokens for the request and a sequence of output tokens for the desired response. The inference system 130 receives a request including input data (e.g., text data, image or video data, audio data) and encodes the input data to a set of input tokens. The inference system 130 repeatedly applies the machine-learning transformer model for one or more iterations to generate a set of output tokens. The inference system 130 decodes the set of output tokens to output data and returns the output data as the response to the request. While for applications such as NLP applications, a sequence of input tokens or output tokens are arranged along one dimension (1-D) to represent, for example, a sequence of words, it is appreciated that in other embodiments, a sequence of input tokens or output tokens may be a multi-dimensional sequence. For example, for two-dimensional image data, the sequence of tokens may be a two dimensional (2-D) sequence arranged along both a first direction (e.g., X-axis) and a second direction (e.g., Y-axis), where each token corresponds to a block of one or more pixels in the image.

In particular, NLP tasks involve using artificial intelligence and machine learning techniques to analyze language and may include a variety of tasks including translation, sentiment analysis, text summarization, auto-correction, and the like. When processing NLP tasks, the inference system 130 receives a request including input text of a sequence of words (e.g., query) and encodes the input text to a sequence of input tokens that each represent a respective word in a latent space. The inference system 130 repeatedly applies a transformer model for one or more iterations to generate a sequence of output tokens (e.g., response to query). The output tokens are converted to output text as a response to the request.

For example, a transformer model may receive a sequence of input tokens that represent a query and generate a sequence of output tokens that represent a response to the query. As another example, the transformer model may receive a sequence of input tokens that represent a paragraph in French and generate a sequence of output tokens that represents a translation of the paragraph or sentence in English. As yet another example, the transformer model may receive a sequence of input tokens that represent a paragraph of text and generate a sequence of output tokens that represents a summarized version of the text.

US 11,836,520 B2

5

6

In one embodiment, the inference system **130** includes one or more execution engines that are built on specialized hardware accelerators such as graphics processing units (GPU's) or tensor processing units (TPU's). The requests are executed on the execution engines. Specifically, execution of machine-learning neural network models, such as transformer models, involve a significant number of operations, such as tensor multiplication between input data and high-dimensional weight tensors that can be computationally intensive. The hardware accelerators of the execution engines may be optimized to perform these operations efficiently by parallel processing, leading to significant improvement in latency or throughput when the number of parameters in the transformer model are large.

The hardware of the inference system **130** may include one or more central processing unit (CPU) cores, CPU memory (e.g., DRAM), data storage, one or more execution engines (e.g., GPU devices). Each execution engine may include a set of cores (e.g., GPU cores) coupled to local memory (e.g., GPU memory), and may be composed of one or more hardware accelerators. In addition, the inference system **130** may be composed of multiple hardware components and components for configuring a network to connect the various components across the multiple hardware components together such that the components can coordinate with each other to process requests. For example, one execution engine may communicate with multiple hardware accelerators on multiple machines. An execution engine may process data that is stored on its local memory. During training or inference of the transformer model, data required for inference or training is read from an input file in the data storage by the CPU or across the network **120** from, for example, a client device **110**, moved to local memory of an execution engine, and processed by the execution engine. The results of the processing are retrieved by the CPU.

In one embodiment, the inference system **130** processes requests by batches to achieve higher processor utilization on the hardware accelerators. Specifically, the inference system **130** processes multiple requests in a batch together to exploit the amount of parallel computation units in the execution engines. In such an embodiment, the inference system **130** receives multiple requests each associated with an input token sequence. The inference system **130** iteratively applies the transformer model to the batch of requests to generate the output tokens for the requests together. In one instance, batching for a transformer model is made possible by grouping requests that have the same length of input token sequences together or at each iteration, treating requests in the batch as if they all had the same input token sequence lengths as the request with the shortest length.

Transformer Model with Batching

FIGS. **2A-2B** illustrate a method of batching using a machine-learning transformer model **200**, in accordance with an embodiment. In particular, the transformer model **200** is associated with a set of parameters determined through a training process. The transformer model **200** is coupled to receive one or more inputs (e.g., input token sequences or output tokens of previous iteration) and generate one or more outputs (e.g., output token predictions). Specifically, in one embodiment, a request is processed by applying the transformer model to the input token sequence of the request in one iteration of an encoding phase," and applying the transformer model to an output token sequence generated at a previous iteration for one or more iterations of a "decoding phase." In a decoding phase, the output tokens of a previous iteration are set as inputs for a next

iteration, and the process is repeated for additional iterations of the decoding phase until an end token (e.g., period "." or an "<end>" indicator) is generated for each request in the batch signaling that all predictions have been generated for a respective request. In other embodiments, the termination criteria for a request may be to terminate after a maximum number of output tokens are generated or may be other types of conditions that are specified by, for example, the inference system **130** or users of the client devices **110**.

FIG. **2A** illustrates an encoding phase for the transformer model **200**, in which the set of input token sequences are processed to generate one or more output tokens. In the example shown in FIG. **2A**, the inference system **130** processing requests for a chatbot receives a first request as the question "what is your name?," a second request as the question "what is the time?," and a third request as the question "how do I pay?" The inference system **130** encodes each of the requests as a respective set of input token sequences. The first request is encoded to an input token sequence $X_1$, the second request is encoded to an input token sequence $X_2$, and the third request is encoded to an input token sequence $X_3$, each request being illustrated with a different fill pattern in the figures. Each input token sequence in FIG. **2A** is a one-dimensional sequence in which a sequence of tokens are arranged along a single dimension (e.g., X-direction). However, as described above with respect to FIG. **1**, it is appreciated that in other embodiments, a sequence of tokens may be arranged as a multi-dimensional sequence.

As shown in FIG. **2A**, since each request includes four words, each input token sequence includes four tokens each token representing a respective word. For example, input token sequence $X_1$ for the first request is represented by four squares that represent words "what," "is," "your," "name." Specifically, while each word is mapped to a single square, in practice, the inference system **130** represents a token for a word as an embedding that represents the word in a multi-dimensional latent space. Thus, while each input token sequence is visually illustrated as a two-dimensional 1×4 tensor in FIG. **2A**, in practice, each input token sequence may be represented as a three-dimensional tensor 1×4×H where H is the dimension of an embedding (e.g., direction going in or out of the page). Moreover, while each token (input token or output token) is mapped to one word for the remainder of the specification, this is merely an example, and it is appreciated that in other embodiments, each token may be mapped to different text units, combination of text units, and the like. For example, in other embodiments, each token may be mapped to a text unit of multiple words, paragraphs, sentences, n-grams or may be mapped to a punctuation mark (e.g., "?," "!," ".") in addition to text units.

In one embodiment, the transformer model **200** includes a set of N decoders D1, D2, . . . , DN. A decoder is coupled to receive a set of input representations and generate a set of output representations. For example, the first decoder D1 is coupled to receive the one or more inputs to the transformer model **200** as the set of input representations and generate a set of output representations. Each subsequent decoder is coupled to receive the set of output representations of a previous decoder and generate another set of output representations. For example, the second decoder D2 placed after the first decoder D1 is coupled to receive the set of output representations generated by the first decoder D1 and generate another set of output representations. This process is repeated until the set of output representations for the final decoder are generated.

US 11,836,520 B2

7

The transformer model **200** may also include a LM head block **270** that is coupled to receive the set of output representations from the final decoder DN and generate one or more output tokens as the outputs for the current iteration. In the example illustrated in FIG. **2A**, the LM head **270** receives the set of output representations from a final decoder DN and generates one or more output tokens for the batch of requests in the forms of a tensor $\hat{y}_1$. Specifically, tensor $\hat{y}_1$ includes a first output token for the first request that represents the first word prediction "my" for the response, a second output token for the second request that represents the word prediction "the" for the response, and a third output token for the third request that represents the word prediction "you" for the response.

FIG. **2B** illustrates a decoding phase for the transformer model **200**, in which the previous output tokens are processed as inputs to generate one or more additional output tokens. Different from the encoding phase, the transformer model **200** is applied to output tokens generated at a previous iteration as inputs to generate the additional output tokens. As shown in FIG. **2B**, the transformer model **200** at the next iteration receives the output tokens $\hat{y}_1$ generated at the previous iteration and generates additional output tokens $\hat{y}_2$ for the requests as outputs. The decoding phase is repeated until the termination criteria is satisfied for each request in the batch.

The transformer model **200**, and in particular, each decoder Di in the set of decoders D1, D2, . . . , DN include one or more blocks that each represent a respective operation, in particular a tensor operation. Specifically, a block in the transformer model **200** may contain data for performing an operation to one or more input tensors for a request to generate one or more output tensors for the request. When an operation is executed on an execution engine, the one or more input tensors and associated data (e.g., weight tensors) for the operation may be read from the local memory of the execution engine. The operation may be executed using the one or more input tensors and the associated data to generate one or more output tensors. The output tensors are provided to the CPU, to another execution engine, or may be stored on the local memory of the execution engine such that it can be used for the next operation.

In one embodiment, the operations of the transformer model **200** are configured as batch operations in which data for a batch of requests are processed together. A batch operation is coupled to receive one or more input tensors that are each concatenations of input data for multiple requests in a batch. The batch operation generates one or more output tensors that are each concatenations of output data for the multiple requests in the batch by applying the respective operation to the one or more input tensors. For a batch operation, an input tensor may be a concatenation of the input tensor for each respective request in the batch. Thus, the input tensor for the batch operation is a single, larger tensor that coalesces the input tensors for each request in the batch across an additional batch dimension.

Similarly, an output tensor from a batch operation may be represented as the concatenation of output tensors for each respective request in the batch. Thus, while an output tensor for an individual request can also be generated by applying the operation to the input tensor for the request, an output tensor generated from a batch operation using a concatenated input tensor is also a single, larger tensor that coalesces the output tensors for each request in the batch across the batch dimension.

Moreover, certain operations, such as tensor multiplication operations, involve multiplying a set of parameters

8

(e.g., weight tensors) of the transformer model **200** with the input tensors for the batch operation. In some instances, when the requests are processed individually, a weight tensor is read from the local memory of a hardware accelerator each time an input tensor for a request is multiplied by the weight tensor. In contrast, when executing the tensor multiplication as a batch operation, the set of parameters are read once and re-used for operation on the concatenated input tensor. This can lead to significant improvement in throughput compared to processing the requests individually. However, in the batching process of FIGS. **2A-2B**, each request may be required to have the same length in an input tensor and an internal state tensor since the input data for the batch are processed as a single tensor.

As shown in FIG. **2A**, a decoder in the transformer model **200** includes a first layer normalization block **210**, a QKV operation block **215**, a split block **220**, a self-attention block **225**, an attention linear block **230**, a first add block **235**, a second layer normalization block **240**, a first MLP block **245**, a GeLU block **250**, a second MLP block **255**, and a second add block **260**. In one embodiment, each of the blocks in the decoder are performed on an execution engine as a batch operation, in which input tensors for the batch operation are a concatenation of the input data for the batch of requests and the output tensors are a concatenation of the output data for the batch of requests. While the operations in the first decoder D1 are described as an example, it is appreciated that the remaining decoders in the set may also include similar operations as the first decoder D1.

Specifically, the inference system **130** concatenates the input token sequences $X_1$, $X_2$, $X_3$ into a concatenated input tensor. The layer normalization block **210** is coupled to receive the concatenated input tensor and normalize the elements of each request to generate a normalized tensor as the output tensor. The QKV operation block **215** is coupled to receive the normalized tensor as an input tensor and generate an output tensor including queries, keys, values for the requests. Specifically, the QKV operation block **215** generates the queries, keys, and values by applying a QKV weight tensor that is a trained set of parameters of the transformer model **200** to the normalized tensor that includes normalized data for each request to generate an output tensor that includes the queries, keys, and values for each request in the batch. For example, as shown in FIG. **2A**, the first row of the output tensor of the QKV operation block **215** includes the query, key, value (in a concatenated form) for the first request, the second row includes the query, key, value for the second request, and so on. In one embodiment, instead of applying a single QKV weight tensor, the QKV operation block **215** may be associated with separate weight tensors that are each applied to the input tensor to separately generate the queries, keys, and values. For example, the QKV operation block **215** may apply a query weight tensor to the input tensor to generate the queries for the requests, a separate key weight tensor to the input tensor to generate the keys for the requests, and a separate value weight tensor to the input tensor to generate the values for the requests.

The split block **220** is coupled to receive the output tensor from the QKV operation block **215** and split the output tensor into a query tensor, a key tensor, a value tensor for the current iteration, in the case that these tensors are not generated separately. The query tensor includes the queries for the batch of requests, the key tensor includes the keys for the batch of requests, and the value tensor includes the values for the batch of requests for the current iteration. In one instance, the execution engine maintains an internal state for the batch of requests as a key cache tensor for

US 11,836,520 B2

9

caching the keys generated at previous iterations and the current iteration, and a value cache tensor for caching the values that were generated at previous iterations and the current iteration. The inference system **130** adds the key tensor for the current iteration to the key cache tensor and the value tensor for the current iteration to the value cache tensor.

The self-attention block **225** is coupled to receive the query tensor, the key cache tensor, and the value cache tensor as the input tensors and generate an output tensor including attention outputs for requests in the batch. In one instance, the attention output tensor is generated by multiplying the query tensor with the key cache tensor to generate a multiplied tensor and multiplying the multiplied tensor with the value cache tensor. When the self-attention block **225** is executed as a batch operation, the query tensor and the key cache tensor may be multiplied on the execution engine to generate the multiplied tensor. The value cache tensor and the multiplied tensor may be multiplied to generate the attention output tensor. The attention output tensor includes attention outputs for the requests in the batch. For example, in FIG. **2A**, the first row of the attention output tensor Z' is the attention output for the first request, the second row of the attention output tensor Z' is the attention output for the second request, and so on.

The attention linear block **230** is coupled to receive the attention output tensor as the input tensor and generates an output tensor by applying an attention weight tensor that is a trained set of parameters of the transformer model **200** to the attention output tensor. The attention linear block **230** is configured as a batch operation. For example, in FIG. **2A**, the first row of the output tensor Z may be the output data for the first request, and the second row of the output tensor Z may be the output data for the second request, and so on. The first add block **235** combines the concatenated input tensor with the input token sequences and the output tensor from the attention linear block **230** to generate a combined tensor. The second layer normalization block **240** is coupled to receive the combined tensor from the add block **235** and normalize elements of each request to generate a normalized tensor as the output tensor.

The decoder further includes a multi-layer perceptron (MLP) block **242** that includes one or more blocks including additional neural network layers. In one embodiment, the MLP block **242** includes a first MLP block **245** coupled to receive the normalized tensor from the second layer normalization block **240** as the input tensor and generate an output tensor by applying a MLP weight tensor that is a trained set of parameters of the transformer model **200** to the normalized tensor. The MLP block **242** includes a GeLU block **250** coupled to receive the output tensor from the first MLP block **245** as the input tensor and generate an output tensor by applying a GeLU function to the input tensor. The MLP block **242** includes a second MLP block **255** coupled to receive the output tensor from the GeLU block **250** as the input tensor and generate an output tensor by applying a second MLP weight tensor that is a trained set of parameters of the transformer model **200**.

The combined tensor from the second add block **260** may be obtained as the set of output representations generated for the first decoder D1. Subsequently, the second decoder D2 placed after the first decoder D1 is coupled to receive the set of output representations from the first decoder D1 and repeats similar operations to generate another set of output representations. This process is repeated until the set of output representations from the final decoder DN are generated. Specifically, while each decoder may involve similar

10

operations as the first decoder D1, the trained set of parameters that are associated with the operations may be different from decoder to decoder. The LM head block **270** is coupled to receive the set of output representations from the final decoder DN as an input tensor and generates an output tensor $\hat{y}_1$ including the one or more output tokens.

As described in conjunction with FIG. **2B**, the next iteration is a decoding phase in which the output tokens generated at the previous iteration are inputs to the transformer model **200**. The transformer model **200** generates another set of output tokens. The layer normalization block **210** is applied to the output tensor $\hat{y}_1$ to generate a normalized tensor. The QKV operation block **215** is applied to the normalized tensor to generate an output tensor including the queries, keys, values for the current iteration. The split block **220** is applied to split the output tensor into a query tensor, a key tensor, a value tensor. The inference system **130** adds the key tensor for the current iteration to the key cache tensor and adds the value tensor for the current iteration to the value cache tensor. Thus, during the iteration shown in FIG. **2B**, the key cache tensor Kcache includes the keys of the previous iterations and the current key tensor K, and the value cache tensor Vcache includes the values of the previous iterations and the current value tensor V.

The self-attention block **225** is applied to the query tensor, the key cache tensor, and the value cache tensor for the current iteration to generate the attention output tensor. The attention linear block **230** is applied to the attention output tensor to generate an output tensor. The add block **235** combines the inputs and the output tensor from the attention linear block **230** to generate a combined tensor. The MLP block **242** is applied to the combined tensor to generate the set of output representations for the decoder D1. This process is repeated for the remaining decoders and the LM head **270** to generate an output tensor $\hat{y}_2$ including another set of output tokens, and the transformer model **200** is iteratively applied until the termination criteria is satisfied for each request in the batch.

Transformer Model with Selective Batching

In many instances, the inputs for requests or the internal states for the requests are variable in length and may be difficult to batch using, for example, the batching method in FIGS. **2A-2B**. For example, the number of input tokens between different NLP requests are highly likely to vary in length depending on the input text and the type of request. For example, the length of a first query request may be different from the length of a second query request since different users synthesize language differently. However, methods of batching transformer models, such as the method described in conjunction with FIGS. **2A-2B**, require that the lengths of input tensors for the batch be the same since the input tensors have to be coalesced into a single concatenated tensor for an operation. Thus, if the lengths of input tensors are different for multiple requests, it may not be feasible to process the requests as a batch using the batching method of FIGS. **2A-2B**.

In addition, a workaround addressing this problem is to treat the input token sequences during the encoding phase as if the requests had the same lengths as the input token sequence with the shortest length (i.e., least number of tokens). However, this requires the inference system **130** to discard output tokens generated for requests with longer input lengths at subsequent iterations since the original input tokens received for the request have to be substituted in the respective elements. This results in inefficiency and waste of unnecessary resources because an inference system processes the input token sequences for longer requests sepa-

US 11,836,520 B2

11

12

rately in multiple iterations instead of a single iteration. Another workaround may be to treat the input token sequences as if the requests had the same lengths as the input token sequence with the longest length (i.e., largest number of tokens). However, this requires the inference system to increase the size of the input tensors to match the request with the longest token sequence (and pad the remaining elements). This results in redundant computation since the inference system processes a larger input tensor throughout the process of executing the transformer model. For example, in some cases, the number of iterations required to process a batch of requests using the method of FIGS. 2A-2B may be significantly larger than the number of iterations to process each request individually.

Thus, in one embodiment, the inference system 130 trains and applies a machine-learning transformer model to a batch of requests with variable input length or target length or internal state length using a selective batching method. In the selective batching method, the inference system 130 selectively batches a subset of operations in the transformer model but separately processes requests individually for a subset of operations in the transformer model that are not compatible with batching. In one embodiment, the operation to be processed separately is the attention operation of an encoder or a decoder of the transformer model. By selective batching, the inference system 130 can allow batching operations to be performed for a batch of requests with variable input or target length or internal state length to utilize the parallel computation capabilities of hardware accelerators while preventing problems that occur in workarounds.

FIGS. 3A-3B illustrate a method of selective batching using a machine-learning transformer model 300, in accordance with an embodiment. In the example shown in FIG. 3A, the inference system 130 receives a batch of requests with input token sequences having different lengths, different from FIG. 2A. In FIG. 3A, the inference system 130 receives a first request as the question "what's up?," a second request as the question "hello?," and a third request as the question "how are you?" each having different lengths of words. The inference system 130 encodes each of the requests as a respective set of input token sequences. The first request is encoded to an input token sequence $X_1$, the second request is encoded to an input token sequence $X_2$, and the third request is encoded to an input token sequence $X_3$.

The transformer model 300 shown in FIGS. 3A-3B also includes a set of N decoders D1, D2, . . . , DN and a LM head block 370. However, different from the transformer model 200 of FIGS. 2A-2B, a subset of operations in the transformer model 300, specifically operations in the self-attention operation block 325, are executed separately instead of being processed as a batch operation. As shown in FIG. 3A, the transformer model 300 includes a first layer normalization block 310, a QKV operation block 315, a split block 320, a self-attention block 325, an attention linear block 330, a first add block 335, a second layer normalization block 340, a first MLP block 345, a GeLU block 350, a second MLP block 355, and a second add block 360.

Specifically, in the selective batching method, the inference system 130 may concatenate the input token sequences $X_1$, $X_2$, $X_3$ into a concatenated input tensor. Different from the batching method in FIGS. 2A-2B, the inference system 130 concatenates the input token sequences such that individual input tokens for the batch of requests are concatenated across one dimension, for example, the vertical dimension in FIGS. 3A-3B. When input token sequences

with different lengths are input to the transformer model 300, one way to concatenate the sequences into a concatenated tensor with the same dimensionality for the requests in the batch is to concatenate the input tokens for the requests across a single dimension. Thus, the concatenated tensor in FIG. 3A is illustrated as a $\Sigma L_b \times 1$ tensor in FIG. 3A, where $\Sigma L_b$ denotes the total sum of the token lengths over each request b in the batch, in which the length of input tokens for request b is given by $L_b$. In practice, the concatenated input tensor may be a $\Sigma L_b \times 1 \times H$ tensor where H is the dimension of an embedding.

The first layer normalization block 310 is applied to the concatenated input tensor to generate a normalized tensor that normalizes elements of each request. In one instance, the operation of the first layer normalization block 310 is given by:

$$Y_{i,j} = \frac{X_{i,j} - E[X_{i,\cdot}]}{\sqrt{\mathrm{Var}[X_{i,\cdot}] + \epsilon}} \cdot \gamma_j + \beta_j$$

where $X \in \mathbb{R}^{\Sigma L_b \times H}$ represents the concatenated input tensor and $Y \in \mathbb{R}^{\Sigma L_b \times H}$ represents the normalized tensors, $\epsilon$ is a constant, and $\gamma$, $\beta \in \mathbb{R}^H$.

The QKV operation block 315 is applied to the normalized tensor as an input tensor to generate an output tensor including the queries, keys, values for the requests. The QKV operation block can be configured as one or more neural network layers. Specifically, the QKV operation block 315 generates the queries, keys, and values by applying a QKV weight tensor that is a trained set of parameters of the transformer model 300 to the normalized tensor. In one instance, the operation of the QKV operation block 315 is given by:

$$Y_{i,j} = \left( \sum_{k=1}^{H} X_{i,k} \cdot W_{k,j}^{QKV} \right) + \mathrm{bias}_j$$

where $X \in \mathbb{R}^{\Sigma L_b \times H}$ represents the normalized tensor from the first layer normalization block 310, $Y \in \mathbb{R}^{\Sigma L_b \times 3H}$ represents the output tensor containing the queries, keys, and values, $W^{QKV} \in \mathbb{R}^{H \times 3H}$ is the QKV weight tensor, and bias$\in \mathbb{R}^{3H}$.

In particular, the QKV operation block 315 in the selective batching method may be configured as a batch operation and the QKV weight tensor is multiplied with the normalized tensor from the layer normalization block 310 to generate the output tensor that includes the queries, keys, and values for the batch of requests. Because of the shape of the concatenated input tensor, the output tensor of the QKV operation 315 may also be arranged such that each query element for the requests are concatenated along one dimension, for example, the vertical dimension, each key element for the requests are concatenated along the one dimension, and each value element for the requests are concatenated along the one dimension. For example, as shown in FIG. 3A, the first and second rows of the output tensor of the QKV operation 315 corresponds to the query, key, value for the first request, the third row corresponds to the query, key, value for the second request, and the fourth through sixth rows correspond to the query, key, value for the third request. Similarly, the QKV operation block 315 may generate the queries, keys, and values separately by applying a query tensor, a separate key tensor, and a separate value tensor to the input tensor. In one embodiment, the QKV

US 11,836,520 B2

13

operation block **315** includes multiple attention heads, and the queries, keys, and values are generated for each attention head. In such an instance, when the QKV operation block **315** includes n attention heads, H may be equal to $n \times h$, where h is the dimensionality of the latent space per attention head.

The split block **320** is coupled to receive the output tensor from the QKV operation block **315** and split the output tensor into a query tensor, a key tensor, a value tensor for the current iteration. In one instance, an operation of the split block **320** is given by:

$$Q_{i,j} = X_{i,j}, K_{i,j} = X_{i,H+j}, V_{i,j} = X_{i,2H+j}$$

where $X \in \mathbb{R}^{\Sigma L_b \times 3H}$ represents the output tensor from the QKV operation block **315**, $Q \in \mathbb{R}^{\Sigma L_b \times H}$ represents the query tensor, $K \in \mathbb{R}^{\Sigma L_b \times H}$ represents the key tensor, $V \in \mathbb{R}^{\Sigma L_b \times H}$ represents the value tensor. When the QKV operation block **315** includes multiple attention heads, the query tensor may include n queries for each request, the key tensor may include n keys for each request, and the value tensor may include n values for each request.

Different from the batching method of FIG. 2A, the split block **320** further splits the query tensor Q to queries for each request, the key tensor K to keys for each request, and the value tensor V to values for each request. In one instance the per-request split operation of the split block **320** is given by:

$$Q_{1i,j} = Q_{i,j}, Q_{2i,j} = Q_{L_1+i,j}, \ldots, Q_{Bi,j} = Q_{L_1+\ldots+L_{B-1}+i,j}$$

where $Q_1, Q_2, \ldots, Q_B$ are queries for individual requests, and $Q_1 \in \mathbb{R}^{L_1 \times H}, Q_2 \in \mathbb{R}^{L_2 \times H}, \ldots, Q_B \in \mathbb{R}^{L_B \times H}$,

$$K_{1i,j} = K_{i,j}, K_{2i,j} = K_{L_1+i,j}, \ldots K_{Bi,j} = K_{L_1+\ldots+L_{B-1}+i,j}$$

where $K_1, K_2, \ldots, K_B$ are keys for individual requests, and $K_1 \in \mathbb{R}^{L_1 \times H}, K_2 \in \mathbb{R}^{L_2 \times H}, \ldots, K_B \in \mathbb{R}^{L_B \times H}$,

$$V_{1i,j} = V_{i,j}, V_{2i,j} = V_{L_1+i,j}, \ldots V_{Bi,j} = V_{L_1+\ldots+L_{B-1}+i,j}$$

where $V_1, V_2, \ldots, V_B$ are queries for individual requests, and $V_1 \in \mathbb{R}^{L_1 \times H}, V_2 \in \mathbb{R}^{L_2 \times H}, \ldots, V_B \in \mathbb{R}^{L_B \times H}$.

Moreover, for each request b=1, 2, . . . , B, the inference system **130** maintains an internal state for the request in the form of a key cache tensor Kcache$_b$ and a value cache tensor Vcache$_b$, where Kcache$_b \in \mathbb{R}^{L_{b,curr} \times H}$ and Vcache$_b \in \mathbb{R}^{L_{b,curr} \times H}$ and $L_{b,curr}$ is the current length of the token sequence (including both the input tokens and output tokens) of the request b. In other embodiments, the internal state for a request may contain different types of information from the keys and values for the request and embodiments are not limited hereto. Thus, $L_{b,curr}$ is equal to $L_b$ for the encoding phase. The inference system **130** adds the key tensor $K_b$ to the respective key cache tensor and the value tensor $V_b$ to the respective value cache tensor for the request. Because the set of inputs (i.e., input token sequences for $X_1$, $X_2$, $X_3$) for the batch of requests have different lengths, the length of the internal state for the requests in the batch are different in FIG. 3A. In the batching process of FIGS. 2A-2B, the key cache tensor and the value cache tensor are also required to have the same lengths across requests in the batch since the self-attention operation **225** involves multiplying the query tensor, the key cache tensor, and the value cache tensor together. However, since selective batching is performed in FIG. 3A, requests that have different lengths for its internal state can also be efficiently processed in batches for select operations while being processed separately for the self-attention operation **325**.

The self-attention block **325** is coupled to receive the query tensor, the key cache tensor, and the value cache

14

tensor for each request as the one or more input tensors and generates one or more output tensors that are attention outputs for each request in the batch. In one embodiment, the self-attention block **325** is not batched, and at least a subset of the requests in the batch are processed separately from one another. In particular, each request in the batch may be processed individually for the self-attention block **325**.

For a request in the batch, the self-attention block **325** is coupled to receive the query for the request and the key cache tensor for the request to generate a multiplied tensor for the request. In one instance, an operation of the self-attention block **325** for a request is given by:

$$Y_{b\,i,j,k} = \sum_{m=1}^{h} Q'_{b\,i,j,m} \cdot Kcache'_{b\,i,m,k}$$

where $Y_b \in \mathbb{R}^{n \times L_{b,curr} \times L}$ represents the multiplied tensor for request b, $Q'_b \in \mathbb{R}^{n \times L_{b,curr} \times h}$ is a reshaped query tensor $Q_b$ for request b that concatenates the query for each attention head together for a request b, and Kcache'$_b \in \mathbb{R}^{n \times h \times L_{b,curr}}$ is a reshaped key cache tensor Kcache$_b$ for request b that concatenates the key cache tensor for each attention head together for request b.

The self-attention block **325** is then coupled to receive the multiplied tensor and the value cache tensor for the request and generate the attention output tensor for the request. In one instance, an operation of the self-attention block **325** for the request is given by:

$$P_{b\,i,j,k} = \frac{\exp\left(\frac{1}{\sqrt{h}} \cdot X_{b\,i,j,k}\right)}{\sum_{l=1} \exp\left(\frac{1}{\sqrt{h}} \cdot X_{b\,i,j,l}\right)} \text{ if } k \le j$$

$$P_{b\,i,j,k} = 0 \text{ if } k > j$$

Where $X_b \in \mathbb{R}^{n \times L_{b,curr} \times L_{b,curr}}$ represents the received multiplied tensor for request b, $P_b \in \mathbb{R}^{n \times L_{b,curr} \times L_{b,curr}}$ and

$$Y_{b\,i,j,k} = \sum_{m=1}^{L_{b,curr}} P_{b\,i,j,m} \cdot Vcache'_{b\,i,m,k}$$

where $Y_b \in \mathbb{R}^{n \times L_{b,curr} \times h}$ represents the multiplied tensor for request b, Vcache'$_b \in \mathbb{R}^{n \times L_{b,curr} \times h}$ is the reshaped value tensor Vcache$_b$ for request b that concatenates the value cache tensor for each attention head together for request b. Subsequently the output $Y_b$ is reshaped to generate the attention output $Z'_b$ by:

$$Z'_{b\,j,h/i+k} = Y_{b\,i,j,k},$$

where $Y_b \in \mathbb{R}^{n \times L_{b,curr} \times h}$ and $Z'_b \in \mathbb{R}^{L_{b,curr} \times H}$.

In particular, the operations of the self-attention block **325** may not be compatible as a batch operation for requests that have different lengths because the operations of the self-attention block **325** are multiplications between the queries, key caches, and value caches for the requests rather than tensor multiplication between a fixed weight tensor and one or more input tensors. Thus, the attention outputs for requests in the batch are generated separately. For example, an execution engine may generate a first attention output for a first request using input tensors (e.g., query tensor $Q_1$, key

US 11,836,520 B2

15                                                                                16

cache tensor $Kcache_1$, value cache tensor $Vcache_1$) for the first request, and separately, the execution engine at a separate step may generate a second attention output for a second request using input tensors for the second request. In particular, the second attention output may be generated at a different execution engine from the execution engine that processed the first request, generated at a different hardware accelerator from the hardware accelerator that processed the first request in the same execution engine, generated at a different GPU kernel from the GPU kernel that processed the first request in the same hardware accelerator, or generated at the same GPU kernel that processed the first request in the same hardware accelerator, but embodiments are not limited hereto.

The inference system 130 concatenates the attention outputs of the requests in the batch together into a single attention output tensor, since the subsequent operation in the attention linear block 330 is configured as a batch operation. In one instance, the concatenation operation is given by:

$$Z'_{i,j} = Z'_{1,i,j}, Z'_{k_1+i,j} = Z'_{2,i,j}, \ldots, Z'_{k_1+\ldots+k_{B-1}+i,j} = Z'_{B,i,j}$$

where $Z' \in \mathbb{R}^{\sum L_b \times H}$ represents the single attention output tensor. As shown in FIG. 3A, the first and second rows of the concatenated attention output tensor $Z'$ correspond to attention outputs of the first request, the third row corresponds to the attention outputs of the second request, and the fourth through sixth rows correspond to the attention outputs of the third request.

The attention linear block 330 is coupled to receive the attention output tensor as the input tensor and generates an output tensor by applying an attention weight tensor that is a trained set of parameters of the transformer model 300 to the attention output tensor. The attention linear block 330 may be configured as one or more neural network layers. The attention linear block 330 may be executed as a batch operation. In one instance, the operation of the attention linear block 330 is given by:

$$Z_{i,j} = \left( \sum_{k=1}^{H} Z'_{i,k} \cdot W^{attn}_{k,j} \right) + bias_j$$

where $Z' \in \mathbb{R}^{\sum L_b \times H}$ represents the attention output tensor from the self-attention block 325, $Z \in \mathbb{R}^{\sum L_b \times H}$ represents the output tensor, $W^{attn} \in \mathbb{R}^{H \times H}$ is the attention weight tensor, and $bias \in \mathbb{R}^H$. As an example, in FIG. 3A, the first to second rows of the output tensor $Z$ include the output data for the first request, the third row includes the output data for the second request, and the fourth to sixth rows includes the output data for the third request.

The first add block 335 combines the concatenated input tensor including the input token sequences and the output tensor from the attention linear block 330 to generate a combined tensor. The second layer normalization block 340 is coupled to receive the combined tensor from the add block 335 and normalize elements of each request to generate a normalized tensor as the output tensor.

Similar to the transformer model 200 of FIGS. 2A-2B, the decoder may further include a MLP block 342 that includes one or more blocks including additional neural network layers. The MLP block 342 is executed as one or more batch operations. The MLP block 342 further includes a first MLP block 345 configured as one or more neural network layers. The first MLP block 345 is coupled to receive the normalized tensor from the second layer normalization block 340 and generate an output tensor by applying a MLP weight tensor that is a trained set of parameters of the transformer model 200 to the normalized tensor.

The MLP block 342 further includes a GeLU block 350 coupled to receive the output tensor from the first MLP block 345 as the input tensor and generate an output tensor by applying a GeLU function to the input tensor. The MLP block 342 also includes a second MLP block 355 configured as one or more neural network layers. The second MLP block 355 is coupled to receive the output tensor from the GeLU block 350 as the input tensor and generate an output tensor by applying a second MLP weight tensor that is a trained set of parameters of the transformer model 300. The second add block 360 combines the output tensor from the second MLP block 355 and the output tensor from the first add block 335 to form the combined tensor.

The combined tensor includes the set of output representations for the first decoder D1. The set of output representations are propagated to subsequent decoders and a similar process is repeated to generate a set of output representations for the final decoder DN. Specifically, the inference system 130 may also deploy a selective batching method for the remaining decoders in which the self-attention operation is executed without batching but the remaining operations are batched. The LM head block 370 is coupled to receive the set of output representations from the final decoder DN and generate an output tensor $\hat{y}_1$ including a set of output tokens.

As shown in FIG. 3B, the next iteration is a decoding phase where the previous output tokens generated at the previous iteration are inputs to the transformer model 300 to generate another set of output tokens. Specifically, the layer normalization block 310 is applied to the output tensor $\hat{y}_1$ to generate a normalized tensor. The QKV operation block 315 is applied to the normalized tensor to generate the output tensor including the queries, keys, values for the current iteration. The split block 320 is applied to split the output tensor into one or more query tensors for each request, one or more key tensors for each request, and one or more value tensors for each request in the batch. The inference system 130 adds each key tensor to the key cache tensor for the respective request and adds each value tensor to the value cache for the respective request. Since FIG. 3B depicts an iteration of a decoding phase for all requests in the batch, the requests have the same lengths for the set of inputs (i.e., single output token for each request generated from the previous iteration) that are fed to the transformer model 300. However, the attention state including the key cache tensor and value cache tensor may still have different lengths for requests in the batch, since the input token lengths for the requests were different in the encoding phase illustrated in FIG. 3A. However, similar to FIG. 3A, the inference system 130 can still process a batch of requests that have different internal state lengths by selectively batching operations in the transformer model 300.

The self-attention block 325 is separately applied to the query tensor, the key cache tensor, and the value cache tensor for each respective request to generate the attention output tensor for the request. The attention outputs for the requests are concatenated into the attention output tensor. The attention linear block 330 is applied to the attention output tensor to generate an output tensor. The add block 335 combines the concatenated input tensor and the output tensor from the attention linear block 330 to generate a combined tensor. The MLP block 342 is applied to the combined tensor to generate the set of output representations for the decoder D1. This process is repeated for the remaining decoders and the LM head block 370 to generate an

output tensor $\hat{y}_2$ including another set of output tokens, and the transformer model **300** is iteratively applied until the termination criteria is satisfied for each request in the batch.

By performing selective batching on select operations of the transformer model **300**, the inference system **130** can efficiently process a batch of requests with variable input length. The inference system **130** executes requests by separately processing operations, such as the self-attention operation, on a per-request basis while remaining operations of the transformer model **300** are batched. Specifically, operations that involve tensor multiplication between one or more input tensors and a trained weight tensor, such as the QKV linear operation, the attention linear operation or the MLP operation, may require high computational power during the inference process since the dimensionality of the weight tensors are often large. Moreover, when the requests are individually processed for these operations, the weight tensors may be read from the local memory of an execution engine multiple times. However, by configuring these subsets of operations as batch operations but separately processing operations, such as the self-attention operation, that do not involve operations on weight tensors, the inference system **130** can utilize the parallel computation capabilities of hardware accelerators while allowing high flexibility in processing variable length requests.

In addition, FIG. **3A** illustrates an iteration of the encoding phase for a set of inputs that are input token sequences and FIG. **3B** illustrates an iteration of the decoding phase for a set of inputs that are output tokens for the batch of requests that were generated in a previous iteration (i.e., encoding phase). However, different from other methods of batching transformer models, the selective batching method described herein flexibly allows the transformer model **300** to process a set of inputs for a batch of requests having variable input lengths, target lengths, or internal state lengths, regardless of whether a request in the batch is processed for an encoding phase or a decoding phase or how many iterations have been processed for the request.

Specifically, a batch of requests may not be batched using the method of FIGS. **2A-2B** when (i) the requests are in the encoding phase and have input token sequences with different lengths, when (ii) the requests are in the decoding phase and each request is processing a token at a different index (i.e., input token length plus the index of decoding iterations) from each other resulting in internal states with different lengths, and when (iii) each request in the batch is in a different phase (encoding or decoding) resulting in inputs with different lengths (i.e., input token sequence for encoding phase and single output token for decoding phase). While the method of batching in FIGS. **2A-2B** restrict the requests in a batch to the same phase with the same number of input tokens for the encoding phase and the same token index for the decoding phase, this restriction significantly reduces the likelihood of batching in real-world workloads.

In contrast, the selective batching method described herein allows the transformer model **300** to process requests as a batch, even if they are at different phases or different indices for processing. Thus, for example, instead of receiving a set of input token sequences $X_1$, $X_2$, $X_3$, in FIG. **3A**, the transformer model **300** may perform an iteration using a batch of an input token sequence for a first request (encoding phase), a first output token for a second request (first iteration of decoding phase), and a third output token for a third request (third iteration of decoding phase). As another example, the transformer model **300** may perform an iteration using a batch of a second output token for a first request and a fourth output token for a second request, each having

different lengths for the key cache tensor and the value cache tensor. As described in conjunction with FIGS. **5A-5B**, this allows the inference system **130** to flexibly modify and update batches at each iteration so that the computing capabilities of the one or more execution engines are fully utilized.

Moreover, while FIGS. **2A-2B** and **3A-3B** illustrate a GPT (generative pre-training) type transformer model that includes a set of decoders, the inference system **130** is also capable of performing selective batching on transformer models with other types of architectures, as long as the transformer model includes a attention mechanism (e.g., self-attention or encoder-decoder attention) that generates attention outputs using queries, keys, and values generated for the request, and generates output tokens in an autoregressive manner by using the output tokens generated at previous iterations as inputs for the next iteration.

In another embodiment, a transformer model may have an encoder-decoder architecture and includes a set of encoders coupled to a set of decoders. In such an architecture, each encoder includes at least a self-attention block coupled to a MLP block. The self-attention block of an encoder is coupled to receive a query tensor, a key tensor, and a value tensor obtained from processing a set of input tokens and generate an attention output. Each decoder includes at least a self-attention block coupled to an encoder-decoder attention block coupled to a MLP block. The encoder-decoder attention block of a decoder is coupled to receive a query tensor obtained from processing the output of the self-attention block and a key tensor and a value tensor obtained from processing the output of the final encoder to generate another attention output.

The inference system **130** may apply the encoder-decoder transformer model to a batch of requests. Specifically, for an encoder, the requests may be separately processed for the self-attention block while they are batched for the remaining operations. For the decoder, the requests may be separately processed for the self-attention block and the encoder-decoder attention block while they are batched for the remaining operations.

Returning to FIG. **1**, the client devices **110A**, **110B** is a computing device such as a smartphone with an operating system such as ANDROID® or APPLE® IOS®, a tablet computer, a laptop computer, a desktop computer, or any other type of network-enabled device. In the system environment **100** shown in FIG. **1**, the client device **110** allows a user to submit requests to the inference system **130** to perform tasks that can be processed by the machine-learning transformer model. For example, a user of the client device **110A** may be affiliated with an entity that deploys one or more applications that require NLP or other types of tasks that can be processed by the transformer architecture. A request submitted by the client device **110** may be, for example, a request to generate predictions for chatbot applications, a request to translate a sequence of words from one language to another language, a request to synthesize a story or narrative given a sequence of starting words, and the like.

A typical client device **110** includes hardware and software needed to connect to the network **122** (e.g., via WiFi and/or 4G, 5G or other wireless telecommunication standards). Specifically, the client device **110** may include an operating system and various applications that run on the operating system that enable the users to submit the requests. For example, the client device **110** may be include browser applications or standalone applications deployed by the

US 11,836,520 B2

19                                                                                          20

inference system **130** that allow users of an organization to interact with the inference system **130** to submit the requests.

The network **122** provides a communication infrastructure between the client devices **110** and the online system **130**. The network **122** is typically the Internet, but may be any network, including but not limited to a Local Area Network (LAN), a Metropolitan Area Network (MAN), a Wide Area Network (WAN), a mobile wired or wireless network, a private network, or a virtual private network. Block Diagram of Inference System

FIG. **4** is a block diagram of an architecture of the inference system **130**, in accordance with an embodiment. The inference system **130** shown by FIG. **4** includes a data management module **420**, a training module **430**, and a serving system **435**. The inference system **130** also includes a training corpus **460**. In alternative configurations, different and/or additional components may be included in the inference system **130**.

The data management module **420** manages the training corpus **460** of training data that is used to train parameters of the transformer model. In one embodiment, the training corpus **460** includes multiple instances of data that each include a set of training input data and a set of training output data that correspond to known predictions for the set of training input data that address the task the transformer model should be trained for. In one embodiment, the training input data and the training output data is text data, but embodiments are not limited hereto, and the training data may include any type of data, such as audio data or image data, that the transformer model is trained to process in an auto-regressive manner. The training module **430** encodes the set of training input data to a set of training input tokens and the set of training output data to a set of training output tokens. Each token may represent a respective word in the latent space.

For example, when the transformer model is used for automatic translation from English to French, the set of training input tokens may correspond to a first sentence of words in English and the set of training output tokens may correspond to a second sentence of words in French that is a translation of the first sentence. As yet another example, when the transformer model is used to convert an image to text, the set of training input tokens may correspond to pieces of image data for the training image and the set of training output tokens may correspond to a converted sentence or paragraph describing the image.

The execution engine module **425** includes or more execution engines that are built on specialized hardware accelerators such as graphics processing units (GPU's) or tensor processing units (TPU's). An execution engine receives requests to execute one or more requests on the specialized hardware. In one instance, the execution engine receives a batch of requests and executes one or more iterations of the transformer model via selective batching using the inputs for each request. As described above, an execution engine may include a set of cores (e.g., GPU cores) coupled to local memory (e.g., GPU memory). Specifically, for each operation of an iteration, the execution engine is configured to read data required for the operation from the local memory of the execution engine.

The execution engines of the execution engine module **425** may be configured as GPU's or TPU's or any other specialized hardware that is capable of processing neural network operations, including tensor multiplication and floating-point operations in an efficient manner. For example, the execution engine is not limited to Google TPU,

Graphcore IPU, Cerebras WSE, Nvidia GPU, intel Nervana, Qualcomm Cloud AI, Samsung Exynos, AMD Radeon, Xilinx AI Accelerator cards, IBM TrueNorth, AWS Trainium, and the like. As described above, an execution engine may be composed of one or more hardware accelerators. In some instances, the execution engine may process workload that requires processing capabilities of more than one hardware accelerator. Thus, the execution engine is able to distribute the workload across multiple hardware accelerators if necessary.

In one embodiment, an execution engine is also configured to manage one or more caches on the local memory necessary for executing one or more iterations of the transformer model. For example, when executing the transformer model **300** of FIGS. **3A**-**3B**, the execution engine maintains a key cache tensor and a value cache tensor for a request until the request has been completed. Thus, responsive to receiving one or more new requests (requests for which the encoding phase has not been processed), an execution engine allocates memory to each request for maintaining the key cache tensor and the value cache tensor for the request. For each iteration of the decoding phase, the execution engine may add the key tensor and the value tensor for the iteration to the respective key cache and value cache allocated for the request and retrieve the key cache and value cache for the request to execute an operation. Responsive to completing one or more requests, an execution engine may provide the outputs for the requests to an appropriate module of the inference system **130**, and free the allocated cache memory for the completed requests, such that the freed memory can be used for other requests.

The training module **430** trains parameters of a transformer model by performing a training process. First, the training module **430** may generate an appropriate architecture for the transformer model that can address the task requests received by the client devices **110**. For example, the training module **430** may train the transformer model **300** illustrated in FIGS. **3A**-**3B**. The training module **430** may determine the number of decoders in the set of decoders to adjust the depth of the transformer model and determine, for example, how many layers are included in each neural network layer of the transformer model. When the transformer model to be trained is an encoder-decoder architecture, the training module **430** may determine the number of encoders as well as the number of decoders.

The training module **430** may also initialize one or more weight tensors associated with the operations of the transformer model. The elements of the weight tensors correspond to parameters of the transformer model that will be learned during the training process using the training data of the training corpus **460**. The weight tensors may be initialized with dimensionality based on the dimensionality of the input tensors the weight tensors are configured to be operated with. For example, to train the transformer model **300** of FIGS. **3A**-**3B**, the training module **430** may initialize a QKV weight tensor $W^{QKV}$ for the QKV operation block **315** (e.g., with dimensionality H×3H), an attention weight tensor $W^{attn}$ for the attention linear block **330** (e.g., dimensionality H×H), and a first MLP weight tensor for the first MLP block **345** and a second MLP weight tensor for the second MLP block **355**.

During the training process, the training module **430** obtains a set of training data and trains parameters of the machine-learning transformer model by repeatedly iterating between a forward pass step and a backpropagation step. During the forward pass step, the training module **430** generates one or more estimated output tokens by applying

US 11,836,520 B2

21

estimated parameters of the transformer model to the set of training input tokens in the set of training data to generate one or more estimated output tokens. The training module **430** determines a loss function indicating a difference between the one or more estimated output tokens and the set of training output tokens. During the backpropagation step, the training module **430** updates parameters of the transformer model (i.e., weight tensors) to reduce the loss function. This process is iteratively repeated for the next sets of training data until convergence is reached for parameters of the transformer model or a desired level of model quality is reached.

In one embodiment, the training module **430** arranges the training data in batches and executes one or more iterations of the training process on one or more execution engines. For example, each batch of training data may include a batch of input token sequences, each from a different training source. For example, a first training input token sequence may be obtained from a first text source and a second training input token sequence may be obtained from a second text source. By executing the training process with batching, the training module **430** can utilize the parallel processing capabilities of the execution engines when training the transformer model, which requires a high degree of computation.

The serving system **435** receives requests from client devices **110** to perform one or more tasks that can be processed using the trained transformer model. As described with respect to FIGS. 3A-3B, when the tasks are NLP applications, the requests may include a sequence of words (e.g., sentence in English) that the serving system **435** can parse and map into a sequence of input tokens that can be provided to the transformer model. The serving system **435** processes the request to generate one or more output tokens using the transformer model. The serving system **435** can convert the output tokens to output data, for example, a sequence of words (e.g., translated sentence in French), and return the output data as a response to the client device.

In one embodiment, the serving system **435** receives multiple requests from client devices **110** over time and forms batches of requests. The serving system **435** provides the batches to one or more execution engines. Responsive to execution by the execution engines, the serving system **435** receives one or more output tokens for the requests and provides the outputs to the client devices **110** as response to the requests. In one embodiment, the lengths of input sequences of the requests in a batch or lengths of the internal states of the requests in a batch formed by the serving system **435** can be different from one another as the execution engines are capable of processing the requests using the selective batching method. In one embodiment, the serving system **435** waits until a request is completed (i.e., the termination criteria is satisfied), and provides the outputs to the client devices **110** as response to the requests. In another embodiment, the serving system **435** provides outputs to the client devices **110** even though a request has not been completed yet. For example, the serving system **435** may provide a number (e.g., 5, 10, 15) of output tokens every time that the number of output tokens is generated for the request. As another example, for one or more time intervals (e.g., 100 ms, 200 ms) the serving system **435** may provide the output tokens generated after each time interval to the client device **110**. This allows the user of the client device **110** to receive intermittent outputs even though a request has not been completed yet.

In one embodiment, the serving system **435** performs iteration-level dynamic batching for the transformer model

22

that allows the serving system **435** to dynamically modify a batch of requests being executed on an execution engine on a per-iteration basis. Specifically, it may be difficult to modify a batch of requests once processing has started on an execution engine for certain batching methods because such methods require the length of inputs or the lengths of internal states to the transformer model be the same across the requests of the batch. That is, unless new incoming requests have the same length of inputs and internal states as the batch of requests being executed, it is difficult for the inference system to modify the batch to, for example, add new requests to the batch.

By performing selective batching, the serving system **435** can monitor and modify a batch processed on the execution engine per iteration. Specifically, at one or more iterations, the serving system **435** can modify the batch being executed on the execution engine by adding new incoming requests to the batch or removing completed requests from the batch. This is because selective batching allows requests with variable lengths to be processed without restraining the inputs or the internal states to the transformer model to the same lengths. This allows the serving system **435** to provide the response for completed requests earlier to the client device **110** of the request and allows addition of new requests to a batch if the execution engine processing the batch is being under-utilized, even if the lengths for the new requests are different from lengths of the existing requests for the next iteration.

Dynamic Batching for Transformer Model

FIGS. 5A-5D illustrate a method of dynamic batching for processing requests using a machine-learning transformer model, in accordance with an embodiment. In one embodiment, the serving system **435** includes a request processor **580** and a scheduler **585** each coupled to the one or more execution engines. The request processor **580** receives requests and forwards the requests to the scheduler **585**. The request processor **580** maintains a completion queue for storing outputs of completed requests. Specifically, the request processor **580** receives outputs for completed requests from the execution engines and stores the outputs in the completion queue such that they can be provided to the client devices **110** of the requests. The scheduler **585** receives the forwarded requests from the request processor **580** and maintains an incoming request queue for storing new requests to be processed. The scheduler **585** forms a batch of requests and schedules the batch for execution on an execution engine. In one embodiment, the scheduler **585** is configured to monitor which batch of requests were distributed to each execution engine and how many iterations of the transformer model have been performed for each request and whether the request has been completed. The scheduler **585** is also configured to monitor the available cache memory in each execution engine.

Specifically, FIG. 5A illustrates a request processor **580** and a scheduler **585** coupled to execution engines **590A** and **590B**. In FIG. 5A, execution engine **590A** is scheduled to execute a single request R1, and execution engine **590B** is scheduled to execute a batch of requests R3, R4, R5. Specifically, for the first iteration of FIG. 5A, request R1 in execution engine **590A** includes a single input token. On the other hand, request R3 in the execution engine **590B** includes a sequence of two input tokens, request R4 includes a sequence of three input tokens, and request R5 includes a sequence of two input tokens.

The request processor **580** receives a new request R2 and forwards request R2 to the scheduler **585**. The scheduler **585** stores request R2 in the incoming request queue. An iteration

US 11,836,520 B2

23                                                24

of the transformer model is executed on the execution engines 590A, 590B. For example, the iteration may be an encoding phase for a certain request in current executing batch. In particular, a key cache tensor and value cache tensor are allocated for each request as the internal state cache, and a part of the cache for each request is used to store the keys and values after the encoding phase. In one embodiment, the allocation of the internal state cache for a request is based on the maximum output token length the transformer model is configured to generate. For example, a transformer model may be configured to generate a maximum number of 1024 output tokens, and the execution engine may allocate an internal state cache configured to store up to 1024 elements for each key cache tensor and value cache tensor. In another embodiment, when a user of the request specifies a maximum length of output tokens that can be returned as the response, and the execution engine may allocate an internal state cache configured to store up to the maximum length of elements specified in the request for each tensor. In yet another embodiment, the execution engine may determine the initial number of input tokens for the request, and the execution engine may initially allocate an internal state cache that is large enough to store the number of input tokens plus some additional amount of memory. The execution engine may incrementally allocate more memory to the internal state cache as the transformer model is iteratively applied for the request if the initially allocated memory is insufficient. The scheduler 585 monitors the cache memory for execution engines 590A and 590B. Responsive to determining that execution engine 590A has cache memory available for processing request R2, the scheduler 585 updates the batch for execution engine 590A to include the new request R2 and instructs the execution engine 590A to execute the updated batch for the next iteration.

As shown in FIG. 5B, after executing the first iteration, a first output token is generated for request R1 in the execution engine 590A and requests R3, R4, R5 in the execution engine 590B. Moreover, execution engine 590A is now scheduled to execute an updated batch of requests R1, R2 at the second iteration. The request R2 includes a single input token. In particular, since the first output token has been generated for request R1, the second iteration for request R1 may be a decoding phase, while the second iteration for request R2 may be an encoding phase. Thus, because an execution engine is configured to perform selective batching and is capable of processing requests with different lengths, execution engine 590A can perform both the encoding phase and the decoding phase for the same batch of requests, as described in conjunction with FIGS. 3A-3B. This may not be feasible for other batching methods as there is no guarantee that the length of input tokens for one request will be the same as the length of input tokens and output tokens for an existing request in the batch. As shown in FIG. 5B, an additional part of the cache for each request is used to store the keys and values after the second iteration.

As shown in FIG. 5C, after executing the second iteration, a second output token is generated for request R1 in execution engine 590A and requests R3, R4, R5 in the execution engine 590B. A first output token is generated for request R2 in execution engine 590A. Specifically, the first output token generated for request R2 is generated with an end token and the execution engine 590A provides the outputs for request R2 to the completion queue of the request processor 580. The execution engine 590A frees the cache memory allocated to request R2. The second output token generated for request R4 is also generated with an end token and the

execution engine 590B provides the outputs for request R4 to the completion queue of the request processor 580. The execution engine 590B frees the cache memory allocated to request R4. The request processor 580 forwards the outputs of the completion queue to the client devices 110 of the completed requests.

The request processor 580 also receives another new request R7 and forwards the request to the scheduler 585. The scheduler 585 stores the request R7 in the incoming request queue. Responsive to determining that requests R2, R4 are completed and that execution engine 590A has cache memory available for processing request R7, the scheduler 585 updates the batch for execution engine 590A to R1, R7 and updates the batch for execution engine 590B to R3, R5. The scheduler 585 instructs the execution engines 590A, 590B to execute the updated batches. Thus, by dynamically adjusting the batches at an iteration, completed requests can be provided to the client devices 110 of the requests as soon as processing is completed, and the scheduler 585 can schedule new requests within the batch such that the computing capabilities of an execution engine can be utilized when the memory of the completed request is freed up.

As shown in FIG. 5D, after executing the third iteration, a third output token is generated for request R1 in the execution engine 590A and requests R3, R5 in the execution engine 590B. Moreover, execution engine 590A is now scheduled to execute an updated batch of requests R1, R7 at the fourth iteration and execution engine 590B is now scheduled to execute an updated batch of requests R3, R5 at the fourth iteration. The request R7 includes a sequence of two input tokens. A similar process to that described in FIGS. 5A-5D may be continuously performed as the serving system 435 receives requests from client devices 110.

As described above, dynamic batching allows the serving system 435 to dynamically adjust batches that are processed on the execution engines such that the hardware of the execution engine can be fully utilized. This process was not available for certain methods of batching (e.g., method of FIGS. 2A-2B) for transformer models, because internal states, such as the key cache tensor and value cache tensor, maintain variable length per iteration in a transformer model, while other recurrent machine-learning models (e.g., RNN's) make use of state data that have the same lengths across a batch of requests.

Flowchart Illustrating Method of Selective Batching and Dynamic Batching

FIGS. 6A-6B is a flowchart illustrating a method of selective batching using the transformer model, in accordance with an embodiment. The inference system 130 receives 602 a batch of requests including one or more input token sequences. In one instance, a length of a first token sequence for a first request in the batch may be different from a length of a second token sequence for a second request in the batch. The inference system 130 accesses 604 a machine-learning transformer model including at least a set of decoders.

For one or more iterations, the inference system 130 repeatedly performs the steps of applying the set of decoders to one or more inputs for the requests. Specifically, for at least one decoder in the set, the inference system 130 generates 606 one or more queries, one or more keys, and one or more values for the requests by applying a QKV weight tensor to one or more input representations. The queries, keys, and values may be generated by a batch operation. The inference system 130 splits 608 a first query for the first request from the one or more queries, a first key for the first request from the one or more keys, and a first

US 11,836,520 B2

25

value for the first request from the one or more values. The inference system 130 also splits a second query for the second request from the one or more queries, a second key for the second request from the one or more keys, and a second value for the second request from the one or more values.

The inference system 130 generates 610 a first attention output for the first request by at least combining the first query, the first key, and the first value. The inference system 130 separately generates 612 a second attention output for the second request by combining the second query, the second key, and the second value for the second request. The inference system concatenates 614 at least the first attention output and the second attention output into a concatenated tensor. The inference system 130 generates 616 one or more output representations by applying a weight tensor to the concatenated tensor. The one or more output representations may be generated by a batch operation. The inference system 130 sets 618 the one or more output tokens as the one or more inputs to the set of decoders for a next iteration. The inference system 130 provides 620 output tokens generated for at least one request to a client device 110 as a response to the at least one request.

FIG. 7 is a flowchart illustrating a method of dynamic batching for processing requests using the transformer model, in accordance with an embodiment. The inference system 130 receives 710, by a serving system, one or more requests for execution. The serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model including at least a set of decoders. The inference system 130 schedules 712, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine. The inference system 130 generates 714, by the execution engine, a first set of output tokens by iteratively applying the transformer model to a first set of inputs for the batch of requests. Applying the transformer model includes applying at least one batch operation to one or more input tensors associated with the batch of requests.

The inference system 130 receives 716, by a request processor, a new request from a client device. The new request may include a sequence of input tokens. The inference system 130 schedules 718, by the scheduler, a second batch of requests including the one or more requests and the new request for execution on the execution engine responsive to determining that the execution engine has memory available to execute the second batch of requests. The inference system 130 generates 720, by the execution engine, a second set of output tokens by iteratively applying the transformer model to a second set of inputs for the second batch of requests including the sequence of input tokens for the new request.

Hardware Components

FIG. 8 is a diagram illustrating a computer system 800 upon which embodiments described herein may be implemented within the inference system 130. For example, in the context of FIG. 1, the inference system 130 and its subsystems may be implemented using a computer system such as described by FIG. 8. The inference system 130 and its sub-systems may also be implemented using a combination of multiple computer systems as described by FIG. 8.

In one implementation, the computer system 800 includes processing resources 801, main memory 803, read only memory (ROM) 805, storage device 807, a communication interface 809, and hardware accelerators 810. The computer system 800 includes at least one processor 801 including CPU cores for processing information and a main memory

26

803, such as a random-access memory (RAM) or other dynamic storage device, for storing information and instructions to be executed by the processor 801. Main memory 803 also may be used for storing temporary variables or other intermediate information during execution of instructions to be executed by processor 801. The computer system 800 may also include ROM 805 or other static storage device for storing static information and instructions for processor 801. The storage device 807, such as a magnetic disk or optical disk or solid-state memory device, is provided for storing information and instructions. For example, in the context of FIG. 4, the training corpus store 460 of the inference system 130 may be stored in the read only memory (ROM) 805 or the storage device 807. The computer system 800 also includes one or more hardware accelerators 810. As described above, while an execution engine may be configured with the one or more hardware accelerators 810 in a single computer system 800, in another embodiment, an execution engine may be configured across multiple hardware accelerators 810 that are distributed across multiple computer systems 800.

The communication interface 809 can enable the inference system 130 to communicate with client devices 110 through use of a communication link (wireless or wireline). Using the communication link, the inference system 130 can communicate with the different sub-systems included in a client device 110 to enable receiving and processing of requests. In addition, when an execution engine is configured across multiple hardware accelerators that are distributed across multiple computer systems 800, the communication interface 809 can also enable communication between the multiple computer systems 800, such that an execution engine can process requests across the multiple hardware accelerators 810.

The computer system 800 can optionally include a display device 811, such as a cathode ray tube (CRT), an LCD monitor, an LED monitor, a TFT display or a television set, for example, for displaying graphics and information to a user. An input mechanism 813, such as a keyboard that includes alphanumeric keys and other keys, can optionally be coupled to the computer system 800 for communicating information and command selections to processor 801. Other non-limiting, illustrative examples of input mechanisms 813 include a mouse, a trackball, touch-sensitive screen, or cursor direction keys for communicating direction information and command selections to processor 801 and for controlling cursor movement on display device 811.

Examples described herein are related to the use of the inference system 130 for implementing the techniques described herein. According to one embodiment, those techniques are performed by the inference system 130 in response to processor 801 executing one or more sequences of one or more instructions contained in main memory 803. Such instructions may be read into main memory 803 from another machine-readable medium, such as storage device 807. Execution of the sequences of instructions contained in main memory 803 causes processor 801 to perform the process steps described herein. In alternative implementations, hard-wired circuitry may be used in place of or in combination with software instructions to implement examples described herein. Thus, the examples described are not limited to any specific combination of hardware circuitry and software.

SUMMARY

The foregoing description of the embodiments of the invention has been presented for the purpose of illustration;

US 11,836,520 B2

27

28

it is not intended to be exhaustive or to limit the invention to the precise forms disclosed. Persons skilled in the relevant art can appreciate that many modifications and variations are possible in light of the above disclosure.

Some portions of this description describe the embodiments of the invention in terms of algorithms and symbolic representations of operations on information. These algorithmic descriptions and representations are commonly used by those skilled in the data processing arts to convey the substance of their work effectively to others skilled in the art. These operations, while described functionally, computationally, or logically, are understood to be implemented by computer programs or equivalent electrical circuits, microcode, or the like. Furthermore, it has also proven convenient at times, to refer to these arrangements of operations as modules, without loss of generality. The described operations and their associated modules may be embodied in software, firmware, hardware, or any combinations thereof.

Any of the steps, operations, or processes described herein may be performed or implemented with one or more hardware or software modules, alone or in combination with other devices. In one embodiment, a software module is implemented with a computer program product comprising a computer-readable medium containing computer program code, which can be executed by a computer processor for performing any or all of the steps, operations, or processes described.

Embodiments of the invention may also relate to an apparatus for performing the operations herein. This apparatus may be specially constructed for the required purposes, and/or it may comprise a general-purpose computing device selectively activated or reconfigured by a computer program stored in the computer. Such a computer program may be stored in a non-transitory, tangible computer readable storage medium, or any type of media suitable for storing electronic instructions, which may be coupled to a computer system bus. Furthermore, any computing systems referred to in the specification may include a single processor or may be architectures employing multiple processor designs for increased computing capability.

Embodiments of the invention may also relate to a product that is produced by a computing process described herein. Such a product may comprise information resulting from a computing process, where the information is stored on a non-transitory, tangible computer readable storage medium and may include any embodiment of a computer program product or other data combination described herein.

Finally, the language used in the specification has been principally selected for readability and instructional purposes, and it may not have been selected to delineate or circumscribe the inventive subject matter. It is therefore intended that the scope of the invention be limited not by this detailed description, but rather by any claims that issue on an application based hereon. Accordingly, the disclosure of the embodiments of the invention is intended to be illustrative, but not limiting, of the scope of the invention, which is set forth in the following claims.

What is claimed is:

1. A method of dynamically executing batches of requests on one or more execution engines running a machine-learning transformer model, comprising:

receiving, by a serving system, one or more requests for execution, the serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model including at least a set of decoders;

scheduling, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine;

generating, by the execution engine, a first set of output tokens by applying the transformer model to a first set of inputs for the batch of requests, wherein applying the transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of requests;

receiving, by the serving system, a new request from a client device;

obtaining a sequence of input tokens for the new request;

scheduling, by the scheduler, a second batch of requests for execution on the execution engine, the second batch of requests including the new request and at least one request in the batch of requests, wherein in a second set of inputs for the second batch of requests, a length of the sequence of input tokens for the new request is different from a length of an input for the at least one request; and

generating, by the execution engine, a second set of output tokens by applying the transformer model to the second set of inputs for the second batch.

2. The method of claim 1, wherein the second batch of requests is scheduled responsive to determining that the execution engine has memory available to execute the second batch of requests.

3. The method of claim 1, further comprising:

responsive to determining that a request in the batch of requests has been completed, providing output tokens generated for the completed request to a client device as a response to the request.

4. The method of claim 3, wherein the request is associated with a cache memory in the execution engine dedicated for storing an internal state for the request, and responsive to determining that the request has been completed, freeing the dedicated cache memory for the request in the execution engine.

5. The method of claim 1, wherein the input for the at least one request is at least one output token from the first set of output tokens for the at least one request, and wherein the length of the sequence of input tokens for the new request is different from a length of the at least one output token for the at least one request.

6. The method of claim 5,

wherein the execution engine includes a cache memory for maintaining a key cache tensor for storing keys and a value cache tensor for storing values for the at least one request, and

wherein after scheduling the second batch of requests, allocating, by the execution engine, a new cache memory dedicated to maintaining a key cache tensor and a value cache tensor for the new request.

7. The method of claim 6, wherein after generating the second set of output tokens, a length of the key cache tensor for the at least one request is different from a length of a key cache tensor for the new request, and a length of the value cache tensor for the at least one request is different from a length of a value cache tensor for the new request.

8. The method of claim 1, after receiving the new request from the client device, determining, by the scheduler, that there is insufficient memory available to execute the second batch of requests on a second execution engine different from the execution engine, and responsive to the determination for the second execution engine, determining whether the execution engine has the memory available to execute the second batch of requests.

US 11,836,520 B2

9. The method of claim 1, wherein the execution engine is configured as a graphics processing unit (GPU) or a tensor processing unit (TPU).

10. The method of claim 1, wherein each token in the sequence of input tokens represents a text unit.

11. A non-transitory computer-readable storage medium storing computer program instructions executable to perform operations for dynamically executing batches of requests on one or more execution engines running a machine-learning transformer model, the operations comprising:

receiving, by a serving system, one or more requests for execution, the serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model including at least a set of decoders;

scheduling, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine;

generating, by the execution engine, a first set of output tokens by applying the transformer model to a first set of inputs for the batch of requests, wherein applying the transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of requests;

receiving, by the serving system, a new request from a client device;

obtaining a sequence of input tokens for the new request, the new request;

scheduling, by the scheduler, a second batch of requests for execution on the execution engine, the second batch of requests including the new request and at least one request in the batch of requests, wherein in a second set of inputs for the second batch of requests, a length of the sequence of input tokens for the new request is different from a length of an input for the at least one request; and

generating, by the execution engine, a second set of output tokens by applying the transformer model to the second set of inputs for the second batch.

12. The non-transitory computer-readable storage medium of claim 11, wherein the second batch of requests is scheduled responsive to determining that the execution engine has memory available to execute the second batch of requests.

13. The non-transitory computer-readable storage medium of claim 11, the operations further comprising:

responsive to determining that a request in the first batch of requests has been completed, providing output tokens generated for the completed request to a client device as a response to the request.

14. The non-transitory computer-readable storage medium of claim 13, wherein the request is associated with a cache memory in the execution engine dedicated for storing an internal state for the request, and responsive to determining that the request has been completed, freeing the dedicated cache memory for the request in the execution engine.

15. The non-transitory computer-readable storage medium of claim 11, wherein the input for the at least one request is at least one output token from the first set of output tokens for the at least one request, and wherein the length of the sequence of input tokens for the new request is different from a length of the at least one output token for the at least one request.

16. The non-transitory computer-readable storage medium of claim 15,

wherein the execution engine includes a cache memory for maintaining a key cache tensor for storing keys and a value cache tensor for storing values for the at least one request, and

wherein after scheduling the second batch of requests, allocating, by the execution engine, a new cache memory dedicated to maintaining a key cache tensor and a value cache tensor for the new request.

17. The non-transitory computer-readable storage medium of claim 16, wherein after generating the second set of output tokens, a length of the key cache tensor for the at least one request is different from a length of a key cache tensor for the new request, and a length of the value cache tensor for the at least one request is different from a length of a value cache tensor for the new request.

18. The non-transitory computer-readable storage medium of claim 11, after receiving the new request from the client device, determining, by the scheduler, that there is insufficient memory available to execute the second batch of requests on a second execution engine different from the execution engine, and responsive to the determination for the second execution engine, determining whether the execution engine has the memory available to execute the second batch of requests.

19. The non-transitory computer-readable storage medium of claim 11, wherein the execution engine is configured as a graphics processing unit (GPU) or a tensor processing unit (TPU).

20. The non-transitory computer-readable storage medium of claim 11, wherein each token in the sequence of input tokens represents a text unit.

21. A non-transitory computer-readable storage medium storing computer program instructions executable to perform operations for dynamically executing batches of requests on one or more execution engines running a machine-learning transformer model, the operations comprising:

receiving, by a serving system, one or more requests for execution, the serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model;

scheduling, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine;

generating, by the execution engine, a first set of output tokens by applying the transformer model to a first set of inputs for the batch of requests, wherein applying the transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of requests;

receiving, by the serving system, a new request from a client device;

obtaining a sequence of input tokens for the new request;

scheduling, by the scheduler, a second batch of requests for execution on the execution engine, the second batch of requests including the new request and at least one request in the batch of requests, wherein a length of the sequence of input tokens for the new request is different from a length of another sequence of input tokens for the at least one request; and

generating, by the execution engine, a second set of output tokens by applying the transformer model to a second set of inputs for the second batch.

22. The non-transitory computer-readable storage medium of claim 21, wherein the second batch of requests

US 11,836,520 B2

31

is scheduled responsive to determining that the execution engine has memory available to execute the second batch of requests.

**23**. The non-transitory computer-readable storage medium of claim **21**, wherein the at least one request is associated with a cache memory in the execution engine dedicated for storing an internal state for the at least one request, and responsive to determining that the at least one request has been completed, freeing the dedicated cache memory for the at least one request in the execution engine.

**24**. The non-transitory computer-readable storage medium of claim **21**,

wherein the execution engine includes a cache memory for maintaining a key cache tensor for storing keys and a value cache tensor for storing values for the at least one request, and

wherein after scheduling the second batch of requests, allocating, by the execution engine, a new cache memory dedicated to maintaining a key cache tensor and a value cache tensor for the new request.

**25**. The non-transitory computer-readable storage medium of claim **24**, wherein after generating the second set of output tokens, a length of the key cache tensor for the at least one request is different from a length of a key cache tensor for the new request, and a length of the value cache tensor for the at least one request is different from a length of a value cache tensor for the new request.

**26**. The non-transitory computer-readable storage medium of claim **21**, wherein the execution engine is configured as a graphics processing unit (GPU) or a tensor processing unit (TPU).

**27**. The non-transitory computer-readable storage medium of claim **21**, wherein each token in the sequence of input tokens represents a text unit.

**28**. A method, comprising:

receiving, by a serving system, one or more requests for execution, the serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model;

scheduling, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine;

generating, by the execution engine, a first set of output tokens by applying the transformer model to a first set of inputs for the batch of requests, wherein applying the transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of requests;

receiving, by the serving system, a new request from a client device;

obtaining a sequence of input tokens for the new request;

scheduling, by the scheduler, a second batch of requests for execution on the execution engine, the second batch of requests including the new request and at least one request in the batch of requests, wherein a length of the sequence of input tokens for the new request is different from a length of another sequence of input tokens for the at least one request; and

generating, by the execution engine, a second set of output tokens by applying the transformer model to a second set of inputs for the second batch.

**29**. The method of claim **28**, wherein the second batch of requests is scheduled responsive to determining that the execution engine has memory available to execute the second batch of requests.

**30**. The method of claim **28**, wherein the at least one request is associated with a cache memory in the execution

32

engine dedicated for storing an internal state for the at least one request, and responsive to determining that the at least one request has been completed, freeing the dedicated cache memory for the at least one request in the execution engine.

**31**. The method of claim **28**,

wherein the execution engine includes a cache memory for maintaining a key cache tensor for storing keys and a value cache tensor for storing values for the at least one request, and

wherein after scheduling the second batch of requests, allocating, by the execution engine, a new cache memory dedicated to maintaining a key cache tensor and a value cache tensor for the new request.

**32**. The method of claim **31**, wherein after generating the second set of output tokens, a length of the key cache tensor for the at least one request is different from a length of a key cache tensor for the new request, and a length of the value cache tensor for the at least one request is different from a length of a value cache tensor for the new request.

**33**. The method of claim **28**, wherein the execution engine is configured as a graphics processing unit (GPU) or a tensor processing unit (TPU).

**34**. The method of claim **28**, wherein each token in the sequence of input tokens represents a text unit.

**35**. A non-transitory computer-readable storage medium storing computer program instructions executable to perform operations for dynamically executing batches of requests on one or more execution engines running a machine-learning transformer model, the operations comprising:

receiving, by a serving system, one or more requests for execution, the serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model;

scheduling, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine;

generating, by the execution engine, a first set of output tokens by applying the transformer model to a first set of inputs for the batch of requests, wherein applying the transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of requests;

receiving, by the serving system, a new request from a client device;

obtaining a sequence of input tokens for the new request;

scheduling, by the scheduler, a second batch of requests for execution on the execution engine, the second batch of requests including the new request and at least one request in the batch of requests, wherein a length of an internal state for the new request is different from a length of another internal state for the at least one request; and

generating, by the execution engine, a second set of output tokens by applying the transformer model to a second set of inputs for the second batch.

**36**. The non-transitory computer-readable storage medium of claim **35**, wherein the second batch of requests is scheduled responsive to determining that the execution engine has memory available to execute the second batch of requests.

**37**. The non-transitory computer-readable storage medium of claim **35**, wherein the at least one request is associated with a cache memory in the execution engine dedicated for storing the internal state for the at least one request, and responsive to determining that the at least one

33

request has been completed, freeing the dedicated cache memory for the at least one request in the execution engine.

**38**. The non-transitory computer-readable storage medium of claim **35**,

wherein the internal state of the new request is a key cache tensor for storing keys or a value cache tensor for storing values for the new request, and wherein the another internal state of the at least one request is another key cache tensor for storing keys or another value cache tensor for storing values for the at least one request.

**39**. The non-transitory computer-readable storage medium of claim **38**,

wherein the execution engine includes a cache memory for maintaining the another key cache tensor and the another value cache tensor for the at least one request, and

wherein after scheduling the second batch of requests, allocating, by the execution engine, a new cache memory dedicated to maintaining the key cache tensor and the value cache tensor for the new request.

**40**. The non-transitory computer-readable storage medium of claim **39**, wherein after generating the second set of output tokens, a length of the another key cache tensor for the at least one request is different from a length of the key cache tensor for the new request, and a length of the another value cache tensor for the at least one request is different from a length of the value cache tensor for the new request.

**41**. The non-transitory computer-readable storage medium of claim **35**, wherein the execution engine is configured as a graphics processing unit (GPU) or a tensor processing unit (TPU).

**42**. The non-transitory computer-readable storage medium of claim **35**, wherein each token in the sequence of input tokens represents a text unit.

**43**. A method, comprising:

receiving, by a serving system, one or more requests for execution, the serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model;

scheduling, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine;

generating, by the execution engine, a first set of output tokens by applying the transformer model to a first set of inputs for the batch of requests, wherein applying the transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of requests;

receiving, by the serving system, a new request from a client device;

obtaining a sequence of input tokens for the new request;

scheduling, by the scheduler, a second batch of requests for execution on the execution engine, the second batch of requests including the new request and at least one request in the batch of requests, wherein a length of an internal state for the new request is different from a length of another internal state for the at least one request; and

generating, by the execution engine, a second set of output tokens by applying the transformer model to a second set of inputs for the second batch.

**44**. The method of claim **43**, wherein the second batch of requests is scheduled responsive to determining that the execution engine has memory available to execute the second batch of requests.

34

**45**. The method of claim **43**, wherein the at least one request is associated with a cache memory in the execution engine dedicated for storing the internal state for the at least one request, and responsive to determining that the at least one request has been completed, freeing the dedicated cache memory for the at least one request in the execution engine.

**46**. The method of claim **43**,

wherein the internal state of the new request is a key cache tensor for storing keys or a value cache tensor for storing values for the new request, and wherein the another internal state of the at least one request is another key cache tensor for storing keys or another value cache tensor for storing values for the at least one request.

**47**. The method of claim **46**,

wherein the execution engine includes a cache memory for maintaining the another key cache tensor and the another value cache tensor for the at least one request, and

wherein after scheduling the second batch of requests, allocating, by the execution engine, a new cache memory dedicated to maintaining the key cache tensor and the value cache tensor for the new request.

**48**. The method of claim **47**, wherein after generating the second set of output tokens, a length of the another key cache tensor for the at least one request is different from a length of the key cache tensor for the new request, and a length of the another value cache tensor for the at least one request is different from a length of the value cache tensor for the new request.

**49**. The method of claim **43**, wherein the execution engine is configured as a graphics processing unit (GPU) or a tensor processing unit (TPU).

**50**. The method of claim **43**, wherein each token in the sequence of input tokens represents a text unit.

**51**. A non-transitory computer-readable storage medium storing computer program instructions executable to perform operations for dynamically executing batches of requests on one or more execution engines running a machine-learning transformer model, the operations comprising:

receiving, by a serving system, one or more requests for execution, the serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model;

scheduling, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine;

generating, by the execution engine, a first set of output tokens by applying the transformer model to a first set of inputs for the batch of requests, wherein applying the transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of requests;

receiving, by the serving system, a new request from a client device;

obtaining a sequence of input tokens for the new request;

scheduling, by the scheduler, a second batch of requests for execution on the execution engine, the second batch of requests including the new request and at least one request in the batch of requests, wherein a length of the sequence of input tokens for the new request is different from a length of an input for the at least one request; and

generating, by the execution engine, a second set of output tokens by applying the transformer model to a second set of inputs for the second batch.

35

**52**. The non-transitory computer-readable storage medium of claim **51**, wherein the second batch of requests is scheduled responsive to determining that the execution engine has memory available to execute the second batch of requests.

**53**. The non-transitory computer-readable storage medium of claim **51**, wherein the at least one request is associated with a cache memory in the execution engine dedicated for storing an internal state for the at least one request, and responsive to determining that the at least one request has been completed, freeing the dedicated cache memory for the at least one request in the execution engine.

**54**. The non-transitory computer-readable storage medium of claim **51**, wherein the input for the at least one request is at least one output token from the first set of output tokens for the at least one request, and wherein the length of the sequence of input tokens for the new request is different from a length of the at least one output token for the at least one request.

**55**. The non-transitory computer-readable storage medium of claim **51**,

wherein the execution engine includes a cache memory for maintaining a key cache tensor for storing keys and a value cache tensor for storing values for the at least one request, and

wherein after scheduling the second batch of requests, allocating, by the execution engine, a new cache memory dedicated to maintaining a key cache tensor and a value cache tensor for the new request.

**56**. The non-transitory computer-readable storage medium of claim **55**, wherein after generating the second set of output tokens, a length of the key cache tensor for the at least one request is different from a length of a key cache tensor for the new request, and a length of the value cache tensor for the at least one request is different from a length of a value cache tensor for the new request.

**57**. The non-transitory computer-readable storage medium of claim **51**, wherein the execution engine is configured as a graphics processing unit (GPU) or a tensor processing unit (TPU).

**58**. The non-transitory computer-readable storage medium of claim **51**, wherein each token in the sequence of input tokens represents a text unit.

**59**. A method, comprising:

receiving, by a serving system, one or more requests for execution, the serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model;

scheduling, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine;

generating, by the execution engine, a first set of output tokens by applying the transformer model to a first set of inputs for the batch of requests, wherein applying the

36

transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of requests;

receiving, by the serving system, a new request from a client device;

obtaining a sequence of input tokens for the new request;

scheduling, by the scheduler, a second batch of requests for execution on the execution engine, the second batch of requests including the new request and at least one request in the batch of requests, wherein a length of the sequence of input tokens for the new request is different from a length of an input for the at least one request; and

generating, by the execution engine, a second set of output tokens by applying the transformer model to a second set of inputs for the second batch.

**60**. The method of claim **59**, wherein the second batch of requests is scheduled responsive to determining that the execution engine has memory available to execute the second batch of requests.

**61**. The method of claim **59**, wherein the at least one request is associated with a cache memory in the execution engine dedicated for storing an internal state for the at least one request, and responsive to determining that the at least one request has been completed, freeing the dedicated cache memory for the at least one request in the execution engine.

**62**. The method of claim **59**, wherein the input for the at least one request is at least one output token from the first set of output tokens for the at least one request, and wherein the length of the sequence of input tokens for the new request is different from a length of the at least one output token for the at least one request.

**63**. The method of claim **59**,

wherein the execution engine includes a cache memory for maintaining a key cache tensor for storing keys and a value cache tensor for storing values for the at least one request, and

wherein after scheduling the second batch of requests, allocating, by the execution engine, a new cache memory dedicated to maintaining a key cache tensor and a value cache tensor for the new request.

**64**. The method of claim **59**, wherein after generating the second set of output tokens, a length of the key cache tensor for the at least one request is different from a length of a key cache tensor for the new request, and a length of the value cache tensor for the at least one request is different from a length of a value cache tensor for the new request.

**65**. The method of claim **59**, wherein the execution engine is configured as a graphics processing unit (GPU) or a tensor processing unit (TPU).

**66**. The method of claim **59**, wherein each token in the sequence of input tokens represents a text unit.

* * * * *

# EXHIBIT 3

**EXHIBIT 2**

**FriendliAI Inc. v. Hugging Face, Inc.: Infringement Chart for U.S. Patent No. 11,442,775**

The claim chart below provides an exemplary mapping of an exemplary accused functionality, Text Generation Inference ("TGI" or "Accused Functionality"), to claim 10 of U.S. Patent No. 11,442,775 ("the '775 patent"). This chart and the allegations herein are preliminary and provide only exemplary identification of infringement based on plaintiff FriendliAI's ("FriendliAI") investigation to date based on publicly available information, and before Defendant has provided any discovery regarding the Accused Products. This chart is not intended to provide a comprehensive explanation of infringement or identification of Accused Products and Services, which FriendliAI will provide in accordance with the Court's rules and case schedule. Plaintiff will be seeking Defendants' internal documentation, including without limitation technical documentation, in discovery and therefore Plaintiff reserves the right to amend or further supplement this chart.

Further, this chart provides details regarding only one example of Defendant's infringement, and only as to a single patent claim, and Plaintiff reserves its right to provide greater detail and scope via its Preliminary and Final Infringement Contentions at the time required under this Court's scheduling order. This chart specifically addresses representative Claim 10 of the '775 Patent by Defendant's Text Generation Inference included the Accused Products and Services (as defined in the Complaint), and merely demonstrates one way in which Defendants infringe this claim of the '775 Patent.

1

39192/01001/FW/17735390.4

| Claim 10 of U.S. Patent No. 11,442,775 | Accused Functionality |
|---|---|
| 10. A non-transitory computer-readable storage medium storing computer program instructions executable to perform operations for dynamically executing batches of requests on one or more execution engines running a machine-learning transformer model, the operations comprising: | Defendant has designed and developed, and has used, sold, offered for sale, and/or otherwise made available (and continues to use, sell, offer for sale, and/or otherwise make available), the Accused Products and Services that use Text Generation Inference ("TGI" or the "Accused Functionality"). The Accused Functionality performs operations for dynamically executing batches of requests on one or more execution engines running a machine-learning transformer model. *See* https://huggingface.co/text-generation-inference.[1] |

---

[1] By charting the preamble, Plaintiff does not take any position as to whether the preamble is a limitation of the claim.

39192/01001/FW/17735390.4

| 10[A] receiving, by a serving system, one or more requests for execution, the serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model including at least a set of decoders; | The Accused Functionality performs the step of receiving, by a serving system, one or more requests for execution, the serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model including at least a set of decoders.<br><br>The Accused Functionality performs the step of receiving, by a serving system, one or more requests for execution.  The Accused Functionality receives a request for execution:<br><br><br><br>(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856c7e2122f1a09d2fb0f44b7649dad/router/src/server.rs#L33-L78). |

39192/01001/FW/177353901.4

The Accused Functionality includes a scheduler:

```
239    /// Batching logic
240    /// Will be launched in a background Tokio task.
241    ///
242    /// Batches requests and sends them to the inference server
243 ∨  async fn batching_task(
244        mut client: ShardedClient,
245        waiting_served_ratio: f32,
246        max_batch_total_tokens: u32,
247        max_waiting_tokens: usize,
248        queue: Queue,
249        shared: Arc<Shared>,
250        generation_health: Arc<AtomicBool>,
251    ) {
252        // Infinite loop
253        loop {
254            // Wait for a notification from the Infer struct
255            shared.batching_task.notified().await;
256
257            // Get the next batch from the queue
258            // This batch might be smaller than the maximum batch size if there are not enough requests
259            // waiting in the queue
260            while let Some((mut entries, batch, span)) =
261                queue.next_batch(None, max_batch_total_tokens).await
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L239-L348; *see also* https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/server.rs#L580-L589)

The Accused Functionality scheduler puts the received requests into a queue:

```
115        // Append the request to the queue
116        self.queue.append(Entry {
117            request: valid_request,
118            response_tx,
119            span: Span::current(),
120            temp_span: None,
121            queue_time: Instant::now(),
122            batch_time: None,
123        });
124
125        // Notify the background task that we have a new entry in the queue that needs
126        // to be batched
127        self.shared.batching_task.notify_one();
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L115-L127; *see also*

39192/01001/FW/17735390.4

https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L239-L348)

The Accused Functionality includes one or more one or more execution engines, comprising one or more shards:

```
987    spawn_shards(
988        num_shard,
989        &args,
990        shutdown.clone(),
991        &shutdown_receiver,
992        shutdown_sender,
993        &status_receiver,
994        status_sender,
995        running.clone(),
996    )?;
---
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/launcher/src/main.rs#main.rs#L987-L996; *see also* https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/server.py#L97-L155; *see also* https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/server.py#L154-L155).

Each of the execution engines in the Accused Functionality is coupled to access a machine-learning transformer model including at least a set of decoders. The Accused Functionality gets a model:

```
123    try:
124        model = get_model(model_id, revision, sharded, quantize, trust_remote_code)
125    except Exception:
126        logger.exception("Error when initializing model")
127        raise
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/cli.py#L123-L124).

5

39192/01001/FIW/17735390.4

The machine-learning transformer models used by the Accused Functionality include at least a set of decoders:

```
155    if model_type == "bloom":
156        return BLOOMSharded(
157            model_id, revision, quantize=quantize, trust_remote_code=trust_remote_code
158        )
159
160    elif model_type == "gpt_neox":
161        if FLASH_ATTENTION:
162            return FlashNeoXSharded(
163                model_id,
164                revision,
165                quantize=quantize,
166                trust_remote_code=trust_remote_code,
167            )
168    elif sharded:
169        return GPTNeoxSharded(
170            model_id,
171            revision,
172            quantize=quantize,
173            trust_remote_code=trust_remote_code,
174        )
175    else:
176        return CausalLM(
177            model_id,
178            revision,
179            quantize=quantize,
180            trust_remote_code=trust_remote_code,
181        )
182
183    elif model_type == "llama":
184        if FLASH_ATTENTION:
185            return FlashLlama(
186                model_id,
187                revision,
188                quantize=quantize,
189                trust_remote_code=trust_remote_code,
190            )
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/__init__.py#L98-L276).

39192/01001/FW/177353904

| 10[B] scheduling, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine; | The Accused Functionality performs the step of scheduling, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine. |
| | The Accused Functionality performs the scheduling of a batch of requests, including the one or more requests for execution on an execution engine. The Accused Functionality removes a batch of requests, comprising the one or more requests, from the scheduling queue, then schedules execution of the first iteration on the execution engine: |
| | |

```
252    // Infinite loop
253    loop {
254        // Wait for a notification from the Infer struct
255        shared.batching_task.notified().await;
256
257        // Get the next batch from the queue
258        // This batch might be smaller than the maximum batch size if there are not enough requests
259        // waiting in the queue
260        while let Some((mut entries, batch, span)) =
261            queue.next_batch(None, max_batch_total_tokens).await
262        {
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L260-L261).

```
263        let mut cached_batch = prefill(&mut client, batch, &mut entries, &generation_health)
264            .instrument(span)
265            .await;
266        let mut waiting_tokens = 1;
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L263-L265).

39192/01001/FW/17735390.4

The Accused Functionality also schedules execution of further iterations on the execution engine:



```
339        cached_batch = decode(&mut client, batches, &mut entries, &generation_health)
340            .instrument(next_batch_span)
341            .await;
342        waiting_tokens += 1;
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L339-L341).

39192/0100I/FW/177353590.4

| 10[C] generating, by the execution engine, a first set of output tokens by applying the transformer model to a first set of inputs for the batch of requests, wherein applying the transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of requests; | The Accused Functionality performs the step of generating, by the execution engine, a first set of output tokens by applying the transformer model to a first set of inputs for the batch of requests, wherein applying the transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of requests.

The Accused Functionality first applies the transformer model to a first set of inputs for the batch of requests, wherein applying the transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of request:

```
361   match client.prefill(batch).await {
362       Ok((generations, next_batch)) => {
```

- (https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L361-L362; see also https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/text_generation_server/mod els/flash_causal_lm.py#L1147; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/text_generation_server/mod els/flash_causal_lm.py#L219; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/text_generation_server/mod els/flash_causal_lm.py#L239; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/text_generation_server/mod els/custom_modeling/flash_llama_modeling.py#L347; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/text_generation_server/mod els/custom_modeling/flash_llama_modeling.py#L277-L278). |

39192/01001/FW/177353590.4

The Accused Functionality then generates tokens from applying the transformer model to the set of inputs in the batch:

```
90   /// Generate one token for each request in the given batch
91   ///
92   /// Returns Generation for each request in batch
93   /// and the next cached batch
94   #[instrument(skip_all, fields(id = &batch.id, size = &batch.size))]
95 > pub async fn prefill(
96       &mut self,
97       batch: Batch,
98   ) -> Result<(Vec<Generation>, Option<CachedBatch>)> {
99       let futures: Vec<_> = self
100          .clients
101          .iter_mut()
102          .map(|client| Box::pin(client.prefill(batch.clone())))
103          .collect();
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e21221a09d2fb0f44b7649dad/router/client/src/sharded_client.rs#L98-L103).

```
97   /// Generate one token for each request in the given batch
98   ///
99   /// Returns Generation for each request in batch
100  /// and the next cached batch
101  #[instrument(skip_all, fields(id = &batch.id, size = &batch.size))]
102 > pub async fn prefill(
103      &mut self,
104      batch: Batch,
105  ) -> Result<(Vec<Generation>, Option<CachedBatch>)> {
106      let request = tonic::Request::new(PrefillRequest { batch: Some(batch) }).inject_context();
107      let response = self.stub.prefill(request).await?.into_inner();
108      Ok((response.generations, response.batch))
109  }
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e21221a09d2fb0f44b7649dad/router/client/src/client.rs#L107-L108).

10

The generated tokens are passed back to the Accused Functionality server, and another batch can be scheduled to execute:

```
61    generations, next_batch = self.model.generate_token(batch)
62    self.cache.set(next_batch)
```

(https://github.com/huggingface/text-generation-
inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/server.py#L
61-L62).

In order to perform these steps, TGI creates the first batch and adds the input tokens to the batch.  (*See* https://github.com/huggingface/text-generation-
inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/server.py#L
57-L59; https://github.com/huggingface/text-generation-
inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flas
h_causal_lm.py#L93-L99; https://github.com/huggingface/text-generation-
inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flas
h_causal_lm.py#L147; https://github.com/huggingface/text-generation-
inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flas
h_causal_lm.py#L219; https://github.com/huggingface/text-generation-
inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flas
h_causal_lm.py#L239.

The Accused Functionality performs at least one batch operation on the input tensors.  (*See* https://github.com/huggingface/text-generation-
inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/cust
om_modeling/flash_llama_modeling.py#L347; https://github.com/huggingface/text-generation-
inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/cust
om_modeling/flash_llama_modeling.py#L277-L278; https://github.com/huggingface/text-generation-
inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/cust
om_modeling/flash_llama_modeling.py#L140).

39192/1001/FW/17735390.4

| 10[D] receiving, by a request processor, a new request from a client device, the new request including a sequence of input tokens; | The Accused Functionality performs the step of receiving, by a request processor, a new request from a client device, the new request including a sequence of input tokens.<br><br>The Accused Functionality receives, by a request processor, a new request from a client device, the new request including a sequence of input token:  |

39192/01001/FW/17735390.4

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/server.rs#L33-L78).

The Accused Functionality then tokenizes the input text into a sequence of input tokens:

```
97    batch_tokenized_inputs = tokenizer(
98        batch_inputs, truncation=True, max_length=max_truncation
99    )["input_ids"]
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L97-L99).

13

39192/01001/FW/177353590.4

| | |
|---|---|
| 10[E] scheduling, by the scheduler, a second batch of requests additionally including the new request for execution on the execution engine, the second batch of requests scheduled responsive to determining that the execution engine has memory available to execute the second batch of requests, wherein in a second set of inputs for the second batch of requests, a length of the sequence of input tokens for the new request is different from a length of an input for at least one request other than the new request; and | The Accused Functionality performs the step of scheduling, by the scheduler, a second batch of requests additionally including the new request for execution on the execution engine, the second batch of requests scheduled responsive to determining that the execution engine has memory available to execute the second batch of requests, wherein in a second set of inputs for the second batch of requests, a length of an input for at least one request other than the new request.

The Accused Functionality performs the step of scheduling, by the scheduler, a second batch of requests additionally including the new request for execution on the execution engine.  The Accused Functionality receives a new set of requests including the new request:

```
289      // Try to get a new batch
290      if let Some((mut new_entries, new_batch, span)) =
291          queue.next_batch(min_size, token_budget).await
---      ·
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2b0f44b7649dad/router/src/infer.rs#L289-L291).

The Accused Functionality merges the new set of requests into the previous, first batch of requests:

```
318      // Extend current batch with the new batch
319      if let Some(new_cached_batch) = new_cached_batch {
320          entries.extend(new_entries);
321          batches.push(new_cached_batch);
322      }
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2b0f44b7649dad/router/src/infer.rs#L318-L322). |

39192/01001/FW/177735390.4

The Accused Functionality then schedules a second batch of requests that also includes the new request for execution:



```
339    cached_batch = decode(&mut client, batches, &mut entries, &generation_health)
340        .instrument(next_batch_span)
341        .await;
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2b0f44b7649dad/router/src/infer.rs#L339-L341).

The Accused Functionality schedules the second batch of requests responsive to determining that the execution engine has memory available to execute the second batch of requests:

```
287    let token_budget = max_batch_total_tokens - batch_max_tokens;
288
289    // Try to get a new batch
290    if let Some((mut new_entries, new_batch, span)) =
291        queue.next_batch(min_size, token_budget).await
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2b0f44b7649dad/router/src/infer.rs#L287-L291).

```
187    if (prefill_tokens + decode_tokens) > token_budget {
188        // Entry is over budget
189        // Add it back to the front
190        self.entries.push_front((id, entry));
191        break;
192    }
```

39192/01001/FW/177353590.4

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2b0f44b7649dad/router/src/queue.rs#L187-L192).

The Accused Functionality performs no check to validate that the inputs for the second batch of requests are the same length, and implies that requests in a batch can have an arbitrary length. (*See* https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2b0f44b7649dad/router/src/queue.rs; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2b0f44b7649dad/router/src/infer.rs).

TGI also confirms this behavior by explaining that it performs continuous batching, which allows for new requests, of different length than the first request, to be processed in the same batch:



(https://huggingface.co/blog/falcon; *see also* https://github.com/huggingface/text-generation-inference/tree/main/router; https://www.anyscale.com/blog/continuous-batching-llm-inference.)

16

39192/1001/FW/17735390.4

| | |
|---|---|
| 10[F] generating, by the execution engine, a second set of output tokens by applying the transformer model to the second set of inputs for the second batch. | The Accused Functionality performs the step of generating, by the execution engine, a second set of output tokens by applying the transformer model to the second set of inputs for the second batch.<br><br>The Accused Functionality performs this step in the same fashion as described above, with respect to Claim 10[C].  (*See* https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L361-L362; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/client/src/sharded_client.rs#L98-L103; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/client/src/client.rs#L107-L108; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/server.py#L61-L62; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L634-L646; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L602; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L648-L657; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/server.py#L57-L59; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flas |

39192/01001/FW/177353904

h_causal_lm.py#L93-L99; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flas h_causal_lm.py#L147; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flas h_causal_lm.py#L219; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flas h_causal_lm.py#L239; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/cust om_modeling/flash_llama_modeling.py#L347; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/cust om_modeling/flash_llama_modeling.py#L277-L278; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/cust om_modeling/flash_llama_modeling.py#L140).

39192/01001/FW/177353904

EXHIBIT 4

**EXHIBIT 4**

**FriendliAI Inc. v. Hugging Face, Inc.: Infringement Chart for U.S. Patent No. 11,836,520**

The claim chart below provides an exemplary mapping of an exemplary accused functionality, Text Generation Inference ("TGI" or "Accused Functionality"), to claim 35 of U.S. Patent No. 11,836,520 ("the '520 patent"). This chart and the allegations herein are preliminary and provide only exemplary identification of infringement based on plaintiff FriendliAI's ("FriendliAI") investigation to date based on publicly available information, and before Defendant has provided any discovery regarding the Accused Products. This chart is not intended to provide a comprehensive explanation of infringement or identification of Accused Products and Services, which FriendliAI will provide in accordance with the Court's rules and case schedule. Plaintiff will be seeking Defendants' internal documentation, including without limitation technical documentation, in discovery and therefore Plaintiff reserves the right to amend or further supplement this chart.

Further, this chart provides details regarding only one example of Defendant's infringement, and only as to a single patent claim, and Plaintiff reserves its right to provide greater detail and scope via its Preliminary and Final Infringement Contentions at the time required under this Court's scheduling order. This chart specifically addresses representative Claim 35 of the '520 Patent by Defendant's Text Generation Inference included the Accused Products and Services (as defined in the Complaint), and merely demonstrates one way in which Defendants infringe this claim of the '520 Patent.

1

39192/01001/FW/179701180.3

| Claim 35 of U.S. Patent No. 11,836,520 | Accused Functionality |
|---|---|
| 35. A non-transitory computer-readable storage medium storing computer program instructions executable to perform operations for dynamically executing batches of requests on one or more execution engines running a machine-learning transformer model, the operations comprising: | Defendant has designed and developed, and has used, sold, offered for sale, and/or otherwise made available (and continues to use, sell, offer for sale, and/or otherwise make available), the Accused Products and Services that use Text Generation Inference ("TGI" or the "Accused Functionality"). The Accused Functionality performs operations for dynamically executing batches of requests on one or more execution engines running a machine-learning transformer model. *See* https://huggingface.co/text-generation-inference.[1] |

---

[1] By charting the preamble, Plaintiff does not take any position as to whether the preamble is a limitation of the claim.

2

39192/01001/FW/17970180.3

| 35[A] receiving, by a serving system, one or more requests for execution, the serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model including at least a set of decoders; | The Accused Functionality performs the step of receiving, by a serving system, one or more requests for execution, the serving system including a scheduler and one or more execution engines each coupled to access a machine-learning transformer model including at least a set of decoders.<br><br>The Accused Functionality performs the step of receiving, by a serving system, one or more requests for execution. The Accused Functionality receives a request for execution:<br><br><br><br>(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856c7e2122f1a09d2fb0f44b7649dad/router/src/server.rs#L33-L78). |

39192/01001/FW/17970180.3

The Accused Functionality includes a scheduler:



(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L239-L348; *see also* https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/server.rs#L580-L589)

The Accused Functionality scheduler puts the received requests into a queue:

```
115    // Append the request to the queue
116    self.queue.append(Entry {
117        request: valid_request,
118        response_tx,
119        span: Span::current(),
120        temp_span: None,
121        queue_time: Instant::now(),
122        batch_time: None,
123    });
124
125    // Notify the background task that we have a new entry in the queue that needs
126    // to be batched
127    self.shared.batching_task.notify_one();
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L115-L127; *see also*

https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L239-L348)

The Accused Functionality includes one or more one or more execution engines, comprising one or more shards:

```
987   spawn_shards(
988      num_shard,
989      &args,
990      shutdown.clone(),
991      &shutdown_receiver,
992      shutdown_sender,
993      &status_receiver,
994      status_sender,
995      running.clone(),
996   )?;
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/launcher/src/main.rs#L987-L996; *see also* https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/server.py#L97-L155; *see also* https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/cli.py#L154-L155).

Each of the execution engines in the Accused Functionality is coupled to access a machine-learning transformer model including at least a set of decoders. The Accused Functionality gets a model:

```
123   try:
124      model = get_model(model_id, revision, sharded, quantize, trust_remote_code)
125   except Exception:
126      logger.exception("Error when initializing model")
127      raise
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/server.py#L123-L124).

The machine-learning transformer models used by the Accused Functionality include at least a set of decoders:

```
155  if model_type == "bloom":
156      return BLOOMSharded(
157          model_id, revision, quantize=quantize, trust_remote_code=trust_remote_code
158      )
159
160  elif model_type == "gpt_neox":
161      if FLASH_ATTENTION:
162          return FlashNeoXSharded(
163              model_id,
164              revision,
165              quantize=quantize,
166              trust_remote_code=trust_remote_code,
167          )
168      elif sharded:
169          return GPTNeoxSharded(
170              model_id,
171              revision,
172              quantize=quantize,
173              trust_remote_code=trust_remote_code,
174          )
175      else:
176          return CausalLM(
177              model_id,
178              revision,
179              quantize=quantize,
180              trust_remote_code=trust_remote_code,
181          )
182
183  elif model_type == "llama":
184      if FLASH_ATTENTION:
185          return FlashLlama(
186              model_id,
187              revision,
188              quantize=quantize,
189              trust_remote_code=trust_remote_code,
190          )
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/__init__.py#L98-L276).

39192/0/1001/FfW/17970180.3

| 35[B] scheduling, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine; | The Accused Functionality performs the step of scheduling, by the scheduler, a batch of requests including the one or more requests for execution on an execution engine. |
|---|---|

The Accused Functionality performs the scheduling of a batch of requests, including the one or more requests for execution on an execution engine. The Accused Functionality removes a batch of requests, comprising the one or more requests, from the scheduling queue, then schedules execution of the first iteration on the execution engine:

```
252     // Infinite loop
253     loop {
254
255         // Wait for a notification from the Infer struct
256         shared.batching_task.notified().await;
257
258         // Get the next batch from the queue
259         // This batch might be smaller than the maximum batch size if there are not enough requests
260         // waiting in the queue
261         while let Some((mut entries, batch, span)) =
262             queue.next_batch(None, max_batch_total_tokens).await
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L260-L261).

```
263     let mut cached_batch = prefill(&mut client, batch, &mut entries, &generation_health)
264         .instrument(span)
265         .await;
266     let mut waiting_tokens = 1;
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L263-L265).

39192/01001/FW/17970180.3

The Accused Functionality also schedules execution of further iterations on the execution engine:

```
339         cached_batch = decode(&mut client, batches, entries, &generation_health)
340             .instrument(next_batch_span)
341             .await;
342         waiting_tokens += 1;
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L339-L341).

39192/01001/FW/179701180.3

| 35[C] generating, by the execution engine, a first set of output tokens by applying the transformer model to a first set of inputs for the batch of requests, wherein applying the transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of requests; | The Accused Functionality performs the step of generating, by the execution engine, a first set of output tokens by applying the transformer model to a first set of inputs for the batch of requests, wherein applying the transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of requests. |
|---|---|
| | The Accused Functionality first applies the transformer model to a first set of inputs for the batch of requests, wherein applying the transformer model comprises applying at least one batch operation to one or more input tensors associated with the batch of request: |
| | ```
361    match client.prefill(batch).await {
362        Ok((generations, next_batch)) => {
``` |
| | - (https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L361-L362; see also https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/mod els/flash_causal_lm.py#L147; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/mod els/flash_causal_lm.py#L219; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/mod els/flash_causal_lm.py#L239; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/mod els/custom_modeling/flash_llama_modeling.py#L347; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/mod els/custom_modeling/flash_llama_modeling.py#L277-L278). |

The Accused Functionality then generates tokens from applying the transformer model to the set of inputs in the batch:

```
90    /// Generate one token for each request in the given batch
91    ///
92    /// Returns Generation for each request in batch
93    /// and the next cached batch
94    #[instrument(skip_all, fields(id = &batch.id, size = &batch.size))]
95 >  pub async fn prefill(
96        &mut self,
97        batch: Batch,
98    ) -> Result<(Vec<Generation>, Option<CachedBatch>)> {
99        let futures: Vec<_> = self
100           .clients
101           .iter_mut()
102           .map(|client| Box::pin(client.prefill(batch.clone())))
103           .collect();
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e21221a09d2fb0f44b7649dad/router/client/src/sharded_client.rs#L98-L103).

```
97    /// Generate one token for each request in the given batch
98    ///
99    /// Returns Generation for each request in batch
100   /// and the next cached batch
101   #[instrument(skip_all, fields(id = &batch.id, size = &batch.size))]
102 > pub async fn prefill(
103       &mut self,
104       batch: Batch,
105   ) -> Result<(Vec<Generation>, Option<CachedBatch>)> {
106       let request = tonic::Request::new(PrefillRequest { batch: Some(batch) }).inject_context();
107       let response = self.stub.prefill(request).await?.into_inner();
108       Ok((response.generations, response.batch))
109   }
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e21221a09d2fb0f44b7649dad/router/client/src/client.rs#L107-L108).

10

The generated tokens are passed back to the Accused Functionality server, and another batch can be scheduled to execute:

```
61    generations, next_batch = self.model.generate_token(batch)
62    self.cache.set(next_batch)
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/server.py#L61-L62).

In order to perform these steps, TGI creates the first batch and adds the input tokens to the batch. (*See* https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L57-L59; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L93-L99; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L147; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L219; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L239.

The Accused Functionality performs at least one batch operation on the input tensors. (*See* https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/custom_modeling/flash_llama_modeling.py#L347; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/custom_modeling/flash_llama_modeling.py#L277-L278; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/custom_modeling/flash_llama_modeling.py#L140).

11

| 35[D] receiving, by a request processor, a new request from a client device, the new request including a sequence of input tokens; | The Accused Functionality performs the step of receiving, by a request processor, a new request from a client device, the new request including a sequence of input tokens.<br><br>The Accused Functionality receives, by a request processor, a new request from a client device, the new request including a sequence of input token: |
| --- | --- |
| |  |

12

39192/01001/FW/179701180.3

([https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/server.rs#L33-L78](https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/server.rs#L33-L78)).

The Accused Functionality then tokenizes the input text into a sequence of input tokens:

```
97    batch_tokenized_inputs = tokenizer(
98        batch_inputs, truncation=True, max_length=max_truncation
99    )["input_ids"]
```

([https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L97-L99](https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L97-L99)).

13

39192/01001/FW/179701180.3

| | |
|---|---|
| 35[E] scheduling, by the scheduler, a second batch of requests for execution on the execution engine, the second batch of requests including the new request and at least one request in the batch of requests, wherein a length of an internal state for the new request is different from a length of another internal state for the at least one request; and | The Accused Functionality performs the step of scheduling, by the scheduler, a second batch of requests for execution on the execution engine, the second batch of requests including the new request and at least one request in the batch of requests, wherein a length of an internal state for the new request is different from a length of another internal state for the at least one request.

The Accused Functionality performs the step of scheduling, by the scheduler, a second batch of requests additionally including the new request for execution on the execution engine.  The Accused Functionality receives a new set of requests including the new request:

```
289     // Try to get a new batch
290     if let Some((mut new_entries, new_batch, span)) =
291         queue.next_batch(min_size, token_budget).await
- - -
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L289-L291).

The Accused Functionality merges the new set of requests into the previous, first batch of requests:

```
318     // Extend current batch with the new batch
319     if let Some(new_cached_batch) = new_cached_batch {
320         entries.extend(new_entries);
321         batches.push(new_cached_batch);
322     }
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L318-L322).

The Accused Functionality then schedules a second batch of requests that also includes the new request for execution: |

39192/01001/FW/17970180.3

```
339        cached_batch = decode(&mut client, batches, &mut entries, &generation_health)
340            .instrument(next_batch_span)
341            .await;
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2b0f44b7649dad/router/src/infer.rs#L339-L341).

The Accused Functionality schedules the second batch of requests responsive to determining that the execution engine has memory available to execute the second batch of requests:

```
287        let token_budget = max_batch_total_tokens - batch_max_tokens;
288
289        // Try to get a new batch
290        if let Some((mut new_entries, new_batch, span)) =
291            queue.next_batch(min_size, token_budget).await
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2b0f44b7649dad/router/src/infer.rs#L287-L291).

```
187        if (prefill_tokens + decode_tokens) > token_budget {
188            // Entry is over budget
189            // Add it back to the front
190            self.entries.push_front((id, entry));
191            break;
192        }
```

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2b0f44b7649dad/router/src/queue.rs#L187-L192).

The Accused Functionality performs no check to validate that the internal state for the second batch of requests are the same length, and implies that requests in a batch can have an arbitrary internal state length. (*See* https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2b0f44b7649dad/router/src/queue.rs;

39192/1001/FW/17970180.3

https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs: (https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/models/flash_causal_lm.py).

An example of the length of an internal state in the Accused Functionality is input_lengths[i], the length of past keys (and values) stored in the key / value cache, that is incremented by 1 after every execution of generate_token() function.

(i of input_lengths[i] refers to a request's index within a batch)

The initial value of input_lengths[i] is determined by the number of input tokens (= length of tokenized input prompt).

(https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L351-L360).TGI also confirms this behavior by explaining that it performs continuous batching, which allows for new requests, of different internal state length than at least one request in the first batch, to be processed in the same batch:



## Text Generation Inference

Text Generation Inference is a production ready inference container developed by Hugging Face to enable easy deployment of large language models.

Its main features are:

- Continuous batching
- Token streaming using Server-Sent Events (SSE)
- Tensor Parallelism for faster inference on multiple GPUs
- Optimized transformers code using custom CUDA kernels
- Production ready logging, monitoring and tracing with Prometheus and Open Telemetry

(https://huggingface.co/blog/falcon; *see also* https://github.com/huggingface/text-generation-inference/tree/main/router; https://www.anyscale.com/blog/continuous-batching-llm-inference.)

17

39192/01001/FW/17970180.3

| 35[F] generating, by the execution engine, a second set of output tokens by applying the transformer model to the second set of inputs for the second batch. | The Accused Functionality performs the step of generating, by the execution engine, a second set of output tokens by applying the transformer model to the second set of inputs for the second batch. |
|---|---|
| | The Accused Functionality performs this step in the same fashion as described above, with respect to Claim 35[C]. (*See* https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/src/infer.rs#L361-L362; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/client/src/sharded_client.rs#L98-L103; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/router/client/src/client.rs#L107-L108; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/server.py#L61-L62; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L634-L646; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L602; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L648-L657; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/server.py#L57-L59; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L93-L99; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L147; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L219; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/flash_causal_lm.py#L239; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/custom_modeling/flash_llama_modeling.py#L347; https://github.com/huggingface/text-generation-inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b7649dad/server/text_generation_server/models/custom_modeling/flash_llama_modeling.py#L277-L278; https://github.com/huggingface/text-generation- |

39192/01001/FJW/17970180.3

inference/blob/bd3a9d8e856cb7e2122f1a09d2fb0f44b76d9dad/server/text_generation_server/models/cust om_modeling/flash_llama_modeling.py#L140).

39192/01001/FW/17970180.3

# EXHIBIT 5



THE ADVANCED
COMPUTING SYSTEMS
ASSOCIATION

# ORCA: A Distributed Serving System for Transformer-Based Generative Models

Gyeong-In Yu and Joo Seong Jeong, *Seoul National University;*
Geon-Woo Kim, *FriendliAI and Seoul National University;* Soojeong Kim, *FriendliAI;*
Byung-Gon Chun, *FriendliAI and Seoul National University*

https://www.usenix.org/conference/osdi22/presentation/yu

## This paper is included in the Proceedings of the 16th USENIX Symposium on Operating Systems Design and Implementation.

July 11–13, 2022 • Carlsbad, CA, USA

978-1-939133-28-1

Open access to the Proceedings of the
16th USENIX Symposium on Operating
Systems Design and Implementation
is sponsored by

**NetApp**®

# ORCA: A Distributed Serving System for Transformer-Based Generative Models

Gyeong-In Yu
*Seoul National University*

Joo Seong Jeong
*Seoul National University*

Geon-Woo Kim
*FriendliAI*
*Seoul National University*

Soojeong Kim
*FriendliAI*

Byung-Gon Chun*
*FriendliAI*
*Seoul National University*

## Abstract

Large-scale Transformer-based models trained for generation tasks (e.g., GPT-3) have recently attracted huge interest, emphasizing the need for system support for serving models in this family. Since these models generate a next token in an autoregressive manner, one has to run the model multiple times to process an inference request where each iteration of the model generates a single output token for the request. However, existing systems for inference serving do not perform well on this type of workload that has a multi-iteration characteristic, due to their inflexible scheduling mechanism that cannot change the current batch of requests being processed; requests that have finished earlier than other requests in a batch cannot return to the client, while newly arrived requests have to wait until the current batch completely finishes.

In this paper, we propose iteration-level scheduling, a new scheduling mechanism that schedules execution at the granularity of iteration (instead of request) where the scheduler invokes the execution engine to run only a single iteration of the model on the batch. In addition, to apply batching and iteration-level scheduling to a Transformer model at the same time, we suggest selective batching, which applies batching only to a selected set of operations. Based on these two techniques, we have implemented a distributed serving system called ORCA, with additional designs for scalability to models with hundreds of billions of parameters. Our evaluation on a GPT-3 175B model shows that ORCA can significantly outperform NVIDIA FasterTransformer in terms of both latency and throughput: 36.9× throughput improvement at the same level of latency.

## 1 Introduction

Language generation tasks are becoming increasingly paramount to many types of applications, such as chatbot [9, 52], summarization [41,45,54], code generation [13], and caption generation [65,66]. Moreover, recent works published by

AI21 Labs [37], DeepMind [26,48], Google [15,21,63], Meta Platforms [10,67], Microsoft [50], Microsoft & NVIDIA [59], and OpenAI [12] have reported that every language processing task, including translation [11, 17], classification [20, 53], question-answering [32, 33, 40] and more, can be cast as a language generation problem and have shown great improvements along this direction. The rise of generative models is not limited to the language domain; the AI community has also given growing interest to generation problems in other domains such as image, video, speech, or a mixture of multiple domains [19,38,51,62]. At the heart of generative models lies the Transformer architecture [60] and its variants [15,47–49]. By relying on the attention mechanism [60], Transformer models can learn better representations where each element of the sequence may have a direct connection with every other element, which was not possible in recurrent models [25].

To use generative models in real-world applications, we often delegate the inference procedure to a separate service responsible for ML inference serving. The growing demands for this service, which should provide inference results for client requests at low latency and high throughput, have facilitated the development of inference serving systems such as Triton Inference Server [7] and TensorFlow Serving [42]. These systems can use a separately-developed DNN *execution engine* to perform the actual tensor operations. For example, we can deploy a service for language generation tasks by using a combination of Triton and FasterTransformer [4], an execution engine optimized for the inference of Transformer-based models. In this case, Triton is mainly responsible for grouping multiple client requests into a batch, while Faster-Transformer receives the batch from Triton and conducts the inference procedure in the batched manner.

Unfortunately, we notice that the existing inference systems, including both the serving system layer and the execution engine layer, have limitations in handling requests for Transformer-based generative models. Since these models are trained to generate a next token in an autoregressive manner, one should run the model as many times as the number of tokens to generate, while for other models like ResNet [24] and

---

*Corresponding author.

BERT [18] a request can be processed by running the model once. That is, in order to process a request to the generative model, we have to run multiple *iterations* of the model; each iteration generates a single output token, which is used as an input in the following iteration. Such multi-iteration characteristic calls into question the current design of inference systems, where the serving system schedules the execution of the engine at the granularity of request. Under this design, when the serving system dispatches a batch of requests to the engine, the engine returns inference results for the entire batch at once after processing all requests within the batch. As different client requests may require different numbers of iterations for processing, requests that have finished earlier than others in the batch cannot return to the client, resulting in an increased latency. Requests arrived after dispatching the batch also should wait for processing the batch, which can significantly increase the requests' queueing time.

In this paper, we propose to schedule the execution of the engine *at the granularity of iteration* instead of request. In particular, the serving system invokes the engine to run only a single iteration of the model on the batch. As a result, a newly arrived request can be considered for processing after waiting for only a single iteration of the model. The serving system checks whether a request has finished processing after every return from the engine – hence the finished requests can also be returned to the clients immediately.

Nevertheless, a noticeable challenge arises when we attempt to apply batching and the iteration-level scheduling at the same time. Unlike the canonical request-level scheduling, the proposed scheduling can issue a batch of requests where each request has so far processed a different number of tokens. In such a case, the requests to the Transformer model cannot be processed in the batched manner because the attention mechanism calls for non-batchable tensor operations whose input tensors have variable shapes depending on the number of processed tokens.

To address this challenge, we suggest to apply batching only to a selected set of operations, which we call *selective batching*. By taking different characteristics of operations into account, selective batching splits the batch and processes each request individually for the Attention[1] operation while applying batching to other operations of the Transformer model. We observe that the decision not to batch the executions of the Attention operation has only a small impact on efficiency. Since the Attention operation is not associated with any model parameters, applying batching to Attention has no benefit of reducing the amount of GPU memory reads by reusing the loaded parameters across multiple requests.

Based on these techniques, we design and implement ORCA, a distributed serving system for Transformer-based generative models. In order to handle large-scale models,

ORCA adopts parallelization strategies including intra-layer and inter-layer model parallelism, which were originally developed by training systems [55, 58] for Transformer models. We also design a new scheduling algorithm for the proposed iteration-level scheduling, with additional considerations for memory management and pipelined execution across workers.

We evaluate ORCA using OpenAI GPT-3 [12] models with various configurations, scaling up to 341B of parameters. The results show that ORCA significantly outperforms FasterTransformer [4], showing 36.9× throughput improvement at the same level of latency. While we use a language model as a driving example throughout the paper and conduct experiments only on language models, generative models in other domains can benefit from our approach as long as the models are based on the Transformer architecture and use the autoregressive generation procedure [19, 38, 51, 62].

## 2   Background

We provide background on the inference procedure of GPT [12, 47], a representative example of Transformer-based generative models that we use throughout this paper, and ML inference serving systems.

**Inference procedure of GPT.**   GPT is an autoregressive language model based on one of architectural variants of Transformer [60]. It takes text as input and produces new text as output. In particular, the model receives a sequence of input tokens and then completes the sequence by generating subsequent output tokens. Figure 1a illustrates a simplified computation graph that represents this procedure with a three-layer GPT model, where nodes and edges indicate Transformer layers and dependencies between the layers, respectively. The Transformer layers are executed in the order denoted by the numbers on the nodes, and the nodes that use the same set of model parameters (i.e., nodes representing the same layer) are filled with the same color.

The generated output token is fed back into the model to generate the next output token, imposing a sequential, one-by-one inference procedure. This autoregressive procedure of generating a single token is done by running all the layers of the model with the input, which is either a sequence of input tokens that came from the client or a previously generated output token. We define the run of all layers as an *iteration* of the model. In the example shown in Figure 1a, the inference procedure comprises three iterations. The first iteration ("iter 1") takes all the input tokens ("I think this") at once and generates the next token ("is"). This iteration composes an *initiation phase*, a procedure responsible for processing the input tokens and generating the first output token. The next two iterations ("iter 2" and "iter 3"), which compose an *increment phase*, take the output token of the preceding iteration and generate

---

[1]In some literature the Attention operation has an extended definition that includes linear layers (QKV Linear and Attn Out Linear; Figure 1b). On the other hand, we use a narrow definition as described in Figure 1b.



(a) A computation graph representing an inference procedure using a GPT model. The graph does not depict layers other than Transformer layers (e.g., embedding) for simplicity.

(b) A Transformer layer used in GPT.

(c) Internal state usage of Transformer. $h$, $k$, $v$, and $c$ refer to layer input/output, Attention key, Attention value, and LSTM internal memory, respectively. $l$ denotes layer index and $t$ denotes token index.

Figure 1: Illustrations for GPT's inference procedure, Transformer layer, and internal state usage.

the next token. In this case, "iter 3" is the last iteration because it produces "<EOS>", a special end-of-sequence token that terminates output generation. Note that while the increment phase comprises multiple iterations because each iteration is only able to process a single token, the initiation phase is typically implemented as a single iteration by processing all the input tokens in parallel.

The original Transformer [60] employs two stacks of Transformer layers, while GPT's architecture consists of a single layer stack, namely decoder. Figure 1b shows a Transformer layer used in GPT. Among the operations that compose the Transformer layer, *Attention* is the essence that distinguishes Transformer from other architectures. At a high level, the Attention operation computes a weighted average of the tokens of interest so that each token in the sequence is aware of the other. It takes three inputs, query, key, and value, computes dot products of the query (for the current token) with all keys (for the tokens of interest), applies Softmax on the dot products to get weights, and conducts weighted average of all values associated with the weights.

Since the Attention requires keys and values of all preceding tokens,[2] we consider the keys and values as internal states that should be maintained across multiple iterations. A naïve, state-less inference procedure would take all tokens in the sequence (including both the client-provided input tokens and the output tokens generated so far) to recompute all the keys and values at every iteration. To avoid such recomputation, fairseq [43] suggests incremental decoding, which saves the keys and values for reuse in successive iterations. Other systems for Transformer such as FasterTransformer [4] and Megatron-LM [3] also do the same.

Figure 1c illustrates the state usage pattern of Transformer, along with LSTM [25] that also maintains internal states. The main difference is that the size of the states ($k$ for Attention key and $v$ for value) in Transformer increases with iteration, whereas the size of the states ($c$ for LSTM internal memory and $h$ for LSTM layer's input/output) in LSTM remains constant. When processing the token at index $t$, the Attention operation takes all previous Attention keys $k_{l,1:t-1}$ and values $v_{l,1:t-1}$ along with the current key $k_{l,t}$ and value $v_{l,t}$.[3] Therefore, the Attention operation should perform computation on tensors of different shapes depending on the number of tokens already processed.

Prior to the Attention operation, there are the layer normalization operation (LayerNorm) and the QKV Linear (linear and split operations to get the query, key and value). Operations performed after Attention are, in order, a linear operation (Attn Out Linear), an add operation for residual connection (Add), layer normalization operation (LayerNorm), the multi-layer perceptron (MLP) operations, and the other residual connection operation (Add).

**ML inference serving systems.**   Growing demands for ML-driven applications have made ML inference serving service a critical workload in modern datacenters. Users (either the end-user or internal microservices of the application) submit requests to an inference service, and the service gives replies on the requests based on a pre-defined ML model using its provisioned resource, typically equipped with specialized accelerators such as GPUs and TPUs. In particular, the service runs a DNN model with input data to generate output for the

---

[2]Language models like GPT use causal masking, which means all preceding tokens are of interest and participate in the Attention operation.

[3]$k_{l,1:t-1}$ represents Attention keys of the $l$-th layer for tokens at indices 1 to $t-1$ while $k_{l,t}$ is for the Attention key of the $l$-th layer for the token at index $t$. Same for $v_{l,1:t-1}$ and $v_{l,t}$.



Figure 2: Overall workflow of serving a generative language model with existing systems.



Figure 3: An illustration for a case where the requests have the same input length but some requests finish earlier than others. Shaded tokens represent input tokens. "-" denotes inputs and outputs of extra computation imposed by the scheduling.

request. Just like other services operating on datacenters, a well-managed inference service should provide low latency and high throughput within a reasonable amount of cost.

To meet such constraints, service operators often use ML inference serving systems such as Triton Inference Server [7] and TensorFlow Serving [42]. These systems can be seen as an abstraction sitting atop underlying model *execution engines* such as TensorRT [6], TVM [14], TensorFlow [8], and many others [44, 46], being agnostic to various kinds of ML models, execution engines, and computing hardware. While delegating the role of driving the main mathematical operations to the engines, serving systems are in charge of exposing endpoints that receive inference requests, scheduling executions of the engine, and sending responses to the requests. Accordingly, these systems focus on aspects such as batching the executions [7, 16, 35, 42, 56], selecting an appropriate model from multiple model variants [16, 27, 30, 57], deploying multiple models (each for different inference services) on the same device [7, 29, 35, 56], and so on.

Among the features and optimizations provided by serving systems, batching is a key to achieve high accelerator utilization when using accelerators like GPUs. When we run the execution engine with batching enabled, the input tensors from multiple requests coalesce into a single, large input tensor before being fed to the first operation of the model. Since the accelerators prefer large input tensors over small ones to better exploit the vast amount of parallel computation units, the engine's throughput is highly dependent on the batch size, i.e., the number of inference requests the engine processes together. Reusing the model parameters loaded from off-chip memory is another merit in batched execution, especially when the model involves memory-intensive operations.

Figure 2 shows an overall workflow of serving a generative language model with existing serving systems and execution engines. The main component of the serving system (e.g., Triton [7]) is the scheduler, which is responsible for ① creating a batch of requests by retrieving requests from a queue and ② scheduling the execution engine (e.g., FasterTransformer [4]) to process the batch. The execution engine ③ processes the received batch by running multiple iterations of the model being served and ④ returns the generated text back to the serving system. In Figure 2, the serving system schedules the engine to process two requests ($x_1$: "I think", $x_2$: "I love") in

a batch and the engine generates "this is great" and "you" for requests $x_1$ and $x_2$, respectively.

## 3  Challenges and Proposed Solutions

In this section, we describe challenges in serving Transformer-based generative models and propose two techniques: iteration-level scheduling and selective batching.

**C1: Early-finished and late-joining requests.**  One major limitation of existing systems is that the serving system and the execution engine interact with each other only when (1) the serving system schedules the next batch on an idle engine; or (2) the engine finishes processing the current batch. In other words, these systems are designed to schedule executions at *request* granularity; the engine maintains a batch of requests fixed until all requests in the batch finish. This can be problematic in the serving of generative models, since each request in a batch may require different number of iterations, resulting in certain requests finishing earlier than the others. In the example shown in Figure 3, although request $x_2$ finishes earlier than request $x_1$, the engine performs computation for both "active" and "inactive" requests throughout all iterations. Such extra computation for inactive requests ($x_2$ at iter 3 and 4) limits the efficiency of batched execution.

What makes it even worse is that this behavior prevents an early return of the finished request to the client, imposing a substantial amount of extra latency. This is because the engine only returns the execution results to the serving system when it finishes processing all requests in the batch. Similarly, when a new request arrives in the middle of the current batch's execution, the aforementioned scheduling mechanism makes the newly arrived request wait until all requests in the current batch have finished. We argue that the current request-level scheduling mechanism cannot efficiently handle workloads with multi-iteration characteristic. Note that this problem of early-finished and late-joining requests does not occur in the training of language models; the training procedure finishes processing the whole batch in a single iteration by using the teacher forcing technique [64].



Figure 4: System overview of ORCA. Interactions between components represented as dotted lines indicate that the interaction takes place at every iteration of the execution engine. $x_{ij}$ is the j-th token of the i-th request. Shaded tokens represent input tokens received from the clients, while unshaded tokens are generated by ORCA. For example, request $x_1$ initially arrived with two input tokens ($x_{11}, x_{12}$) and have run two iterations so far, where the first and second iterations generated $x_{13}$ and $x_{14}$, respectively. On the other hand, request $x_3$ only contains input tokens ($x_{31}, x_{32}$) because it has not run any iterations yet.

**S1: Iteration-level scheduling.**   To address the above limitations, we propose to schedule executions at the granularity of *iteration*. At high level, the scheduler repeats the following procedure: (1) selects requests to run next; (2) invokes the engine to execute *one iteration* for the selected requests; and (3) receives execution results for the scheduled iteration. Since the scheduler receives a return on every iteration, it can detect the completion of a request and immediately return its generated tokens to the client. For a newly arrived request, the request gets a chance to start processing (i.e., the scheduler may select the new request to run next) after execution of the currently scheduled iteration, significantly reducing the queueing delay. With iteration-level scheduling, the scheduler has a full control on how many and which requests are processed in each iteration.

Figure 4 depicts the system architecture and the overall workflow of ORCA using the iteration-level scheduling. ORCA exposes an *endpoint* (e.g., HTTPS or gRPC) where inference requests arrive at the system and responses to the requests are sent out. The endpoint puts newly arrived requests in the *request pool*, a component that manages all requests in the system during their lifetime. The pool is monitored by the *scheduler*, which is responsible for: selecting a set of requests from the pool, scheduling the *execution engine* to run an iteration of the model on the set, receiving execution results (i.e., output tokens) from the engine, and updating the pool by appending each output token to the corresponding request. The engine is an abstraction for executing the actual tensor operations, which can be parallelized across multiple GPUs spread across multiple machines. In the example shown in Figure 4, the scheduler ① interacts with the request pool to

decide which requests to run next and ② invokes the engine to run four selected requests: ($x_1, x_2, x_3, x_4$). The scheduler provides the engine with input tokens of the requests scheduled for the first time. In this case, $x_3$ and $x_4$ have not run any iterations yet, so the scheduler hands over ($x_{31}, x_{32}$) for $x_3$ and ($x_{41}, x_{42}, x_{43}$) for $x_4$. The engine ③ runs an iteration of the model on the four requests and ④ returns generated output tokens ($x_{15}, x_{23}, x_{33}, x_{44}$), one for each scheduled request. Once a request has finished processing, the request pool removes the finished request and notifies the endpoint to send a response. Unlike the method shown in Figure 2 that should run multiple iterations on a scheduled batch until finish of all requests within the batch, ORCA's scheduler can change which requests are going to be processed at every iteration. We describe the detailed algorithm about how to select the requests at every iteration in Section 4.2.

**C2: Batching an arbitrary set of requests.**   When we try to use the iteration-level scheduling in practice, one major challenge that we are going to face is batching. To achieve high efficiency, the execution engine should be able to process any selected set of requests in the batched manner. Without batching, one would have to process each selected request one by one, losing out on the massively parallel computation capabilities of GPUs.

Unfortunately, there is no guarantee that even for a pair of requests ($x_i, x_j$), for the next iteration, their executions can be merged and replaced with a batched version. There are three cases for a pair of requests where the next iteration cannot be batched together: (1) both requests are in the initiation phase and each has different number of input tokens (e.g., $x_3$ and $x_4$ in Figure 4); (2) both requests are in the increment phase and each is processing a token at different index from each other ($x_1$ and $x_2$); or (3) each request is in the different phase: initiation or increment ($x_1$ and $x_3$). Recall that in order to batch the execution of multiple requests, the execution of each request must consist of identical operations, each consuming identically-shaped input tensors. In the first case, the two requests cannot be processed in a batch because the "length" dimension of their input tensors, which is the number of input tokens, are not equal. The requests in the second case have difference in the tensor shape of Attention keys and values because each processes token at different index, as shown in Figure 1c. For the third case, we cannot batch the iterations of different phases because they take different number of tokens as input; an iteration of the initiation phase processes all input tokens in parallel for efficiency, while in the increment phase each iteration takes a single token as its input (we assume the use of fairseq-style incremental decoding [43]).

Batching is only applicable when the two selected requests are in the same phase, with the same number of input tokens (in case of the initiation phase) or with the same token index (in case of the increment phase). This restriction significantly reduces the likelihood of batching in real-world workloads,



Figure 5: An illustration of ORCA execution engine running a Transformer layer on a batch of requests with selective batching. We only depict the QKV Linear, Attention, and Attention Out Linear operations for simplicity.

because the scheduler should *make a wish* for the presence of two requests eligible for batching at the same time. The likelihood further decreases exponentially as the batch size increases, making it impractical to use a large batch size that can pull out better throughput without compromising latency.

**S2: Selective batching.** We propose *selective batching*, a technique for batched execution that allows high flexibility in composing requests as a batch. Instead of processing a batch of requests by "batchifying" all tensor operations composing the model, this technique selectively apply batching only to a handful of operations.

The main problem regarding batching described above is that the three aforementioned cases[4] correspond to irregularly shaped input (or state) tensors, which cannot be coalesced into a single large tensor and fed into a batch operation. In the canonical batching mechanism, at each iteration, a Transformer layer takes a 3-dimensional input tensor of shape $[B, L, H]$ generated by concatenating multiple $[L, H]$ input tensors of requests in a batch, where $B$ is the batch size, $L$ is the number of tokens processed together, and $H$ is the hidden size of the model. For example, in Figure 3, "iter 1" (initiation phase) takes an input tensor of shape $[2, 2, H]$ and "iter 2" (increment phase) takes a tensor of shape $[2, 1, H]$. However, when the scheduler decides to run an iteration on batch $(x_1, x_2, x_3, x_4)$ in Figure 4, the inputs for requests in the initiation phase ($x_3 : [2, H]$ and $x_4 : [3, H]$) cannot coalesce into a single tensor of shape $[B, L, H]$ because $x_3$ and $x_4$ have different number of input tokens, 2 and 3.

Interestingly, not all operations are incompatible with such irregularly shaped tensors. Operations such as non-Attention matrix multiplication and layer normalization can be made to work with irregularly shaped tensors by flattening the tensors.

For instance, the aforementioned input tensors for $x_3$ and $x_4$ can compose a 2-dimensional tensor of shape $[\sum L, H] = [5, H]$ without an explicit batch dimension. This tensor can be fed into all non-Attention operations including Linear, LayerNorm, Add, and GeLU operations because they do not need to distinguish tensor elements of different requests. On the other hand, the Attention operation requires a notion of requests (i.e., requires the batch dimension) to compute attention only between the tokens of the same request, typically done by applying cuBLAS routines for batch matrix multiplication.

Selective batching is aware of the different characteristics of each operation; it splits the batch and processes each request individually for the Attention operation while applying token-wise (instead of request-wise) batching to other operations without the notion of requests. Figure 5 presents the selective batching mechanism processing a batch of requests $(x_1, x_2, x_3, x_4)$ described in Figure 4. This batch has 7 input tokens to process, so we make the input tensor have a shape of $[7, H]$ and apply the non-Attention operations. Before the Attention operation, we insert a `Split` operation and run the Attention operation separately on the split tensor for each request. The outputs of Attention operations are merged back into a tensor of shape $[7, H]$ by a `Merge` operation, bringing back the batching functionality to the rest of operations.

To make the requests in the increment phase can use the Attention keys and values for the tokens processed in previous iterations, ORCA maintains the generated keys and values in the *Attention K/V manager*. The manager maintains these keys and values separately for each request until the scheduler explicitly asks to remove certain request's keys and values, i.e., when the request has finished processing. The Attention operation for request in the increment phase ($x_1$ and $x_2$) takes keys and values of previous tokens ($x_{11}, x_{12}, x_{13}$ for $x_1$; $x_{21}$ for $x_2$) from the manager, along with the current token's query, key, and value from the Split operation to compute attention between the current token and the previous ones.

## 4   ORCA Design

Based on the above techniques, we design and implement ORCA: a distributed serving system for Transformer-based generative models. We have already discussed the system components and the overall execution model of ORCA while describing Figure 4. In this section, we answer the remaining issues about how to build an efficient system that can scale to large-scale models with hundreds of billions of parameters. We also describe the scheduling algorithm for iteration-level scheduling, i.e., how to select a batch of requests from the request pool at every iteration.

### 4.1   Distributed Architecture

Recent works [12, 31] have shown that scaling language models can dramatically improve the quality of models. Hence,

---

[4]We use the first case as a driving example, but the argument can be similarly applied to the other two cases.



Figure 6: An example of intra- and inter- layer parallelism. A vertical dotted line indicates partitioning between layers and a horizontal line indicates partitioning within a layer.



Figure 7: An illustration of the distributed architecture of ORCA's execution engine using the parallelization configuration shown in Figure 6. For example, the first inter-layer partition (Layer1 and Layer2) in Figure 6 is assigned to Worker1, while the second partition is assigned to Worker2.

system support for serving such large language models is getting more importance, especially when the model does not fit in a single GPU. In such a case, one should split the model parameters along with the corresponding computation and distribute them across multiple GPUs and machines.

ORCA composes known parallelization techniques for Transformer models: intra-layer parallelism and inter-layer parallelism. These two model parallelism strategies, which are also used by FasterTransformer [4], have been originally developed for distributed training. Intra-layer parallelism [55, 58] splits matrix multiplications (i.e., Linear and Attention operations) and their associated parameters over multiple GPUs. We omit the detail about how this strategy partitions each matrix multiplication. On the other hand, inter-layer parallelism splits Transformer layers over multiple GPUs. ORCA assigns the same number of Transformer layers to each GPU. Figure 6 illustrates an example application of intra- and inter- layer parallelism to a 4-layer GPT model. The 4 layers are split into 2 inter-layer partitions, and the layers in the partition are subdivided into 3 intra-layer partitions. We assign each partition to a GPU, using a total of 6 GPUs.

The ORCA execution engine supports distributed execution using the techniques described above. Figure 7 depicts the architecture of an ORCA engine. Each *worker process* is responsible for an inter-layer partition of the model and can be

placed on a different machine from each other. In particular, each worker manages one or more CPU threads each dedicated for controlling a GPU, the number of which depends on the degree of intra-layer parallelism.

The execution procedure of the ORCA execution engine is as follows. Once the engine is scheduled to run an iteration of the model for a batch of requests, the *engine master* forwards the received information about the scheduled batch to the first *worker process* (Worker1). The information includes tokens for the current iteration and a control message, which is composed of ids of requests within the batch, current token index (for requests in the increment phase), and number of input tokens (for requests in the initiation phase). The *controller* of Worker1 hands over the information received from the engine master to the GPU-controlling threads, where each thread parses the information and issues proper GPU kernels to its associated GPU. For example, the kernel for the Attention operation uses the request id and the current token index to get the GPU memory address of previous keys and values kept by the Attention K/V manager. In the meantime, the controller also forwards the control message to the controller of the next worker (Worker2), without waiting for the completion of the kernels issued on the GPUs of Worker1. Unlike Worker1, the controller of the last worker (Worker2) waits for (i.e., synchronize with) the completion of the issued GPU kernels, in order to fetch the output token for each request and send the tokens back to the engine master.

To keep GPUs busy as much as possible, we design the ORCA engine to minimize synchronization between the CPU and GPUs. We observe that current systems for distributed inference (e.g., FasterTransformer [4] and Megatron-LM [3]) have CPU-GPU synchronization whenever each process receives control messages[5] because they exchange the messages through a GPU-to-GPU communication channel – NCCL [5]. The exchange of these control messages occurs at every iteration, imposing a non-negligible performance overhead. On the other hand, ORCA separates the communication channels for control messages (plus tokens) and tensor data transfer, avoiding the use of NCCL for data used by CPUs. Figure 7 shows that the ORCA engine uses NCCL exclusively for exchanging intermediate tensor data (represented by dashed arrows) as this data is produced and consumed by GPUs. Control messages, which is used by the CPU threads for issuing GPU kernels, sent between the engine master and worker controllers by a separate communication channel that does not involve GPU such as gRPC [2].

## 4.2  Scheduling Algorithm

The ORCA scheduler makes decisions on which requests should be selected and processed at every iteration. The scheduler has high flexibility in selecting a set of requests to com-

---

[5]This includes various metadata such as batch size, sequence length, and whether a request within the batch has finished processing.

pose a batch, because of the selective batching technique that allows the engine to run any set of requests in the batched manner. Now the main question left is how to select the requests at every iteration.

We design the ORCA scheduler to use a simple algorithm that does not change the processing order of client requests; early-arrived requests are processed earlier. That is, we ensure iteration-level first-come-first-served (FCFS) property. We define the iteration-level FCFS property for workloads with multi-iteration characteristics as follows: for any pair of requests $(x_i, x_j)$ in the request pool, if $x_i$ has arrived earlier than $x_j$, $x_i$ should have run the same or more iterations than $x_j$. Note that some late-arrived requests may return earlier to clients if the late request requires a smaller number of iterations to finish.

Still, the scheduler needs to take into account additional factors: diminishing returns to increasing the batch size and GPU memory constraint. Increasing the batch size trades off increased throughput for increased latency, but as the batch size becomes larger, the amount of return (i.e., increase in throughput) diminishes. Therefore, just like other serving systems [7, 16], ORCA also has a notion of a max batch size: the largest possible number of requests within a batch. The ORCA system operator can tune this knob to maximize throughput while satisfying one's latency budget. We will discuss this in more details with experiment results in Section 6.2.

Another factor is the GPU memory constraint. Optimizing memory usage by reusing buffers for intermediate results across multiple operations is a well-known technique used by various systems [4, 6], and ORCA also adopts this technique. However, unlike the buffers for intermediate results that can be reused immediately, buffers used by the Attention K/V manager for storing the keys and values cannot be reclaimed until the ORCA scheduler notifies that the corresponding request has finished processing. A naïve implementation can make the scheduler fall into a deadlock when the scheduler cannot issue an iteration for any requests in the pool because there is no space left for storing a new Attention key and value for the next token. This requires the ORCA scheduler to be aware of the remaining size of pre-allocated memory regions for the manager.

The ORCA scheduler takes all these factors into account: it selects at most "max batch size" requests based on the arrival time, while reserving enough space for storing keys and values to a request when the request is scheduled for the first time. We describe the scheduling process in Algorithm 1. The algorithm selects a batch of requests from the request pool (line 4) and schedules the batch (line 5). The *Select* function (line 17) selects at most *max_bs* requests from the pool based on the arrival time of the request (lines 20-22). Algorithm 1 does not depict the procedure of request arrival and return; one may think of it as there exist concurrent threads inserting newly arrived requests into *request_pool* and removing finished requests from *request_pool*.

---

**Algorithm 1:** ORCA scheduling algorithm

**Params:** *n_workers*: number of workers, *max_bs*:
        max batch size, *n_slots*: number of K/V slots

1   $n\_scheduled \leftarrow 0$
2   $n\_rsrv \leftarrow 0$
3   **while** *true* **do**
4      $batch, n\_rsrv \leftarrow Select(request\_pool, n\_rsrv)$
5      schedule engine to run one iteration of the model for the batch
6      **foreach** *req* in *batch* **do**
7         $req.state \leftarrow RUNNING$
8      $n\_scheduled \leftarrow n\_scheduled + 1$
9      **if** $n\_scheduled = n\_workers$ **then**
10        wait for return of a scheduled batch
11        **foreach** *req* in the returned batch **do**
12          $req.state \leftarrow INCREMENT$
13          **if** *finished(req)* **then**
14            $n\_rsrv \leftarrow n\_rsrv - req.max\_tokens$
15        $n\_scheduled \leftarrow n\_scheduled - 1$
16
17 **def** *Select(pool, n_rsrv)*:
18      $batch \leftarrow \{\}$
19      $pool \leftarrow \{req \in pool | req.state \neq RUNNING\}$
20      $SortByArrivalTime(pool)$
21      **foreach** *req* in *pool* **do**
22        **if** $batch.size() = max\_bs$ **then** break
23        **if** $req.state = INITIATION$ **then**
24          $new\_n\_rsrv \leftarrow n\_rsrv + req.max\_tokens$
25          **if** $new\_n\_rsrv > n\_slots$ **then** break
26          $n\_rsrv \leftarrow new\_n\_rsrv$
27        $batch \leftarrow batch \bigcup \{req\}$
28      **return** $batch, n\_rsrv$

---

When the scheduler considers a request in the initiation phase, meaning that the request has never been scheduled yet, the scheduler uses the request's *max_tokens*[6] attribute to reserve *max_tokens* slots of GPU memory for storing the keys and values in advance (lines 23-26). The scheduler determines whether the reservation is possible (line 25) based on *n_rsrv*, the number of currently reserved slots, where a slot is defined by the amount of memory required for storing an Attention key and value for a single token. Here, *n_slots* is a parameter tuned by the ORCA system operator indicating the size of memory region (in terms of slots) allocated to the Attention K/V manager. Since the number of tokens in a request cannot exceed *max_tokens*, if the reservation is possible, it is guaranteed that the manager can allocate buffers for the newly generated keys and values until the request finishes.

Unlike the tuning of *max_bs* that requires quantifying the trade-off between latency and throughput, the ORCA system

---

[6]The *max_tokens* attribute is a per-request option, meaning the maximum number of tokens that a request can have after processing.



(a) ORCA execution pipeline.

(b) FasterTransformer execution pipeline.

Figure 8: Comparison of the use of pipeline parallelism in ORCA and FasterTransformer where $X_i$ is the i-th iteration of request $X$.

| # Params | # Layers | Hidden size | # Inter-partitions | # Intra-partitions |
|---|---|---|---|---|
| 13B | 40 | 5120 | 1 | 1 |
| 101B | 80 | 10240 | 1 | 8 |
| 175B | 96 | 12288 | 2 | 8 |
| 341B | 120 | 15360 | 4 | 8 |

Table 1: Configurations of models used in the experiments.

operator can easily configure $n\_slots$ without any experiments. Given a model specification (e.g., hidden size, number of layers, etc.) and degrees of intra- and inter- layer parallelism, ORCA's GPU memory usage mostly depends on $n\_slots$. That is, the operator can simply use the largest possible $n\_slots$ under the memory constraint.

**Pipeline parallelism.** ORCA's scheduler makes the execution of workers in the engine to be pipelined across multiple batches. The scheduler does not wait for the return of a scheduled batch until $n\_scheduled$, the number of currently scheduled batches, reaches $n\_workers$ (line 9-10 of Algorithm 1). By doing so, the scheduler keeps the number of concurrently running batches in the engine to be $n\_workers$, which means that every worker in the engine is processing one of the batches without being idle.

Figure 8a depicts the execution pipeline of 3 ORCA workers, using a max batch size of 2. We assume that the request A arrives before B, which arrives before C, and so on. At first, the scheduler selects requests A and B based on the arrival time and schedules the engine to process a batch of requests A and B (we call this batch AB), where Worker1, Worker2, and Worker3 process the batch in turn. The scheduler waits for the return of the batch AB only after the scheduler injects two more batches: CD and EF. Once the batch AB returns, requests A and B get selected and scheduled once again, because they are the earliest arrived requests among the requests in the pool.

In contrast, the interface between current serving systems and execution engines (e.g., a combination of Triton [7] and FasterTransformer [4]) does not allow injecting another batch before the finish of the current running batch, due to the request-level scheduling. That is, Triton cannot inject the next request C to FasterTransformer until the current

batch AB finishes. To enable pipelined execution of multiple inter-layer partitions under such constraint, FasterTransformer splits a batch of requests into multiple *microbatches* [28] and pipelines the executions of partitions across the microbatches. In Figure 8b, FasterTransformer splits the batch AB into two microbatches, A and B. Since each partition processes a microbatch (which is smaller than the original batch) in the batched manner, the performance gain from batching can become smaller. Moreover, this method may insert *bubbles* into the pipeline when the microbatch size is too large, making the number of microbatches smaller than the number of partitions. While FasterTransformer needs to trade batching efficiency (larger microbatch size) for pipelining efficiency (fewer pipeline bubbles), ORCA is free of such a tradeoff – thanks to iteration-level scheduling – and can easily pipeline requests without dividing a batch into microbatches.

## 5  Implementation

We have implemented ORCA with 13K lines of C++, based on the CUDA ecosystem. We use gRPC [2] for the communication in the control plane of the ORCA engine, while NCCL [5] is used in the data plane, for both inter-layer and intra-layer communication. Since we design ORCA to focus on Transformer-based generative models, ORCA provides popular Transformer layers as a building block of models including the original encoder-decoder Transformer [60], GPT [47], and other variants discussed in Raffel et al. [49].

We have also implemented fused kernels for LayerNorm, Attention, and GeLU operators, just like other systems for training or inference of Transformer models [1, 4, 58]. For example, the procedure of computing dot products between Attention query and keys, Softmax on the dot products, and weighted average of Attention values are fused into a single CUDA kernel for the Attention operator. In addition, we go one step further and fuse the kernels of the split Attention operators by simply concatenating all thread blocks of the kernels for different requests. Although this fusion makes the thread blocks within a kernel have different characteristics and lifetimes (which is often discouraged by CUDA programming practice) because they process tensors of different shapes, we find this fusion to be beneficial by improving GPU utilization and reducing the kernel launch overhead [34, 39].

## 6   Evaluation

In this section, we present evaluation results to show the efficiency of ORCA.

**Environment.**   We run our evaluation on Azure ND96asr A100 v4 VMs, each equipped with 8 NVIDIA 40-GB A100 GPUs connected over NVLink. We use at most four VMs depending on the size of the model being tested. Each VM has 8 Mellanox 200Gbps HDR Infiniband adapters, providing an 1.6Tb/s of interconnect bandwidth between VMs.

**Models.**   Throughout the experiments, we use GPT [12] as a representative example of Transformer-based generative models. We use GPT models with various configurations, which is listed in Table 1. The configurations for 13B and 175B models come from the GPT-3 paper [12]. Based on these two models, we change the number of layers and hidden size to make configurations for 101B and 341B models. All models have a maximum sequence length of 2048, following the setting of the original literature [12]. We use fp16-formatted model parameters and intermediate activations for the experiments. We also apply inter- and intra- layer parallelism strategies described in Section 4.1, except for the 13B model that can fit in a GPU. For example, the 175B model is partitioned over a total of 16 GPUs by using 2 inter-layer partitions subdivided into 8 intra-layer partitions, where the 8 GPUs in the same VM belongs to the same inter-layer partition.

**Baseline system.**   We compare with FasterTransformer [4], an inference engine that supports large scale Transformer models via distributed execution. While there exist other systems with the support for distributed execution such as Megatron-LM [3] and DeepSpeed [1], these systems are primarily designed and optimized for training workloads, which makes them show relatively lower performance compared to the inference-optimized systems.

**Scenarios.**   We use two different scenarios to drive our evaluation. First, we design a microbenchmark to solely assess the performance of the ORCA engine without being affected by the iteration-level scheduling. In particular, we do not run the ORCA scheduler in this scenario. Instead, given a batch of requests, the testing script repeats injecting the same batch into the ORCA engine until all requests in the batch finishes, mimicking the behavior of the canonical request-level scheduling. We also assume that all requests in the batch have the same number of input tokens and generate the same number of output tokens. We report the time taken for processing the batch (not individual requests) and compare the result with FasterTransformer [4].

The second scenario tests the end-to-end performance of ORCA by emulating a workload. We synthesize a trace of client requests because there is no publicly-available request trace for generative language models. Each request in the synthesized trace is randomly generated by sampling the number of input tokens and a *max_gen_tokens* attribute, where the number of input tokens plus *max_gen_tokens* equals to the *max_tokens* attribute described in Section 4.2. We assume that all requests continue generation until the number of generated tokens reaches *max_gen_tokens*. In other words, we make the model never emit the "<EOS>" token. This is because we have neither the actual model checkpoint nor the actual input text so we do not have any information to guess the right timing of the "<EOS>" token generation. Once the requests are generated, we synthesize the trace by setting the request arrival time based on the Poisson process. To assess ORCA's behavior under varying load, we change the Poisson parameter (i.e., arrival rate) and adjust the request arrival time accordingly. We report latency and throughput using multiple traces generated from different distributions for better comparison and understanding of the behavior of ORCA and FasterTransformer.

### 6.1   Engine Microbenchmark

We first compare the performance of FasterTransformer and the ORCA engine using the first scenario. We set all requests in the batch to have the same number of input tokens (32 or 128) and generate 32 tokens. That is, in this set of experiments, all requests within the batch start and finish processing at the same time. We conduct experiments using three different models: 13B, 101B, and 175B. For each model, we use the corresponding parallelization strategy shown in Table 1.

Figure 9 shows the performance of FasterTransformer and the ORCA engine for processing a batch composed of the same requests. In Figure 9a, the ORCA engine shows a similar (or slightly worse) performance compared to FasterTransformer across all configurations. This is because ORCA does not apply batching to the Attention operations, while FasterTransformer apply batching to all operations. Still, the performance difference is relatively small. Despite not batching the Attention operation, the absence of model parameters in Attention makes this decision has little impact on efficiency as there is no benefit of reusing model parameters across multiple requests.

Figure 9b presents similar results for the 101B model that uses all of the 8 GPUs in a single VM. From these results, we can say that the ORCA engine and FasterTransformer have comparable efficiencies in the implementations of CUDA kernels and the communication between intra-layer partitions. Note that FasterTransformer cannot use a batch size of 8 or larger with the 13B model (16 or larger with the 101B model) because of the fixed amount of memory pre-allocation for each request's Attention keys and values, which grows in proportion to the max sequence length of the model (2048 for this case). In contrast, ORCA avoids redundant memory



Figure 9: Execution time of a batch of requests using FasterTransformer and the ORCA engine without the scheduling component. Label "ft(*n*)" represents results from FasterTransformer processing requests with *n* input tokens. Configurations that incurs out of memory error are represented as missing entries (e.g., ft(32) for the 101B model with a batch size of 16).



Figure 10: Median end-to-end latency normalized by the number of generated tokens and throughput. Label "orca(*max_bs*)" represents results from ORCA with a max batch size of *max_bs*. Label "ft(*max_bs*, *mbs*)" represents results from FasterTransformer with a max batch size of *max_bs* and a microbatch size of *mbs*.

allocation by setting the size of buffers for the keys and values separately for each request based on the *max_tokens* attribute.

Next, we go one step further and experiment with the 175B model, which splits the layers into two inter-layer partitions. In this case, for better comparison, we disable pipelined execution of the inter-layer partitions for both systems. For Faster-Transformer, we set the size of a microbatch to be equal to the batch size to disable pipelining. As shown in Figure 9c, the ORCA engine outperforms FasterTransformer by up to 47%. We attribute this performance improvement to the control-data plane separation described in Section 4.1. We omit the 341B model as it has similar results compared to the 175B model.

## 6.2 End-to-end Performance

Now we assess the end-to-end performance of ORCA by measuring the latency and throughput with the synthesized request trace under varying load. When synthesizing the trace, we sample each request's number of input tokens from $U(32, 512)$, a uniform distribution ranging from 32 to 512 (inclusive). The *max_gen_tokens* attributed is sampled from $U(1, 128)$, which means that the least and the most time-consuming requests require 1 and 128 iterations of the model for processing, respectively.

Unlike the microbenchmark shown in Section 6.1, to measure the end-to-end performance, we test the entire ORCA software stack including the ORCA scheduler. Client requests arrive to the ORCA scheduler following the synthesized trace described above. We report results from various max batch size configurations. For FasterTransformer that does not have its own scheduler, we implement a custom scheduler that receives client requests, creates batches, and injects the batches to an instance of FasterTransformer. We make the custom scheduler create batches dynamically by taking at most max batch size requests from the request queue, which is the most common scheduling algorithm used by existing serving systems like Triton [7] and TensorFlow Serving [42]. Again, we report results from various max batch size configurations, along with varying microbatch sizes, an additional knob in FasterTransformer that governs the pipelining behavior (see Section 4.2).

Figure 10 shows median end-to-end latency and throughput. Since each request in the trace requires different processing time, which is (roughly) in proportion to the number of generated tokens, we report median latency normalized by the number of generated tokens of each request. From the figure, we can see that ORCA provides significantly higher throughput and lower latency than FasterTransformer. The only exception is the 101B model under low load (Figure 10a). In this



(a) (# in, # gen) = (32, 32)

(b) (# in, # gen) = (256, 256)

Figure 11: Median end-to-end latency and throughput, using the 175B model with traces composed of homogeneous requests. We do not normalize the latency since all requests have the same characteristic.

case, both ORCA and FasterTransformer do not have enough number of requests to process in a batch. That is, the latency will mostly depend on the engine's performance, which is shown in Figure 9b. As the load becomes heavier, ORCA provides higher throughput with a relatively small increase in latency, because the ORCA scheduler makes late-arrived requests hitch a ride with the current ongoing batch. In contrast, FasterTransformer fails to efficiently handle multiple requests that (1) arrive at different times; (2) require different number of iterations to finish; or (3) start with different number of input tokens, resulting in a peak throughput of 0.49 req/s and much higher latency. If we use the 175B or 341B model (Figures 10b and 10c) that employs more than one inter-layer partitions, ORCA outperforms FasterTransformer under every level of load in terms of both latency and throughput, resulting in an order of magnitude higher throughput when we compare results at a similar level of latency. For example, to match a median normalized latency of 190ms for the 175B model, which is a double of the normalized execution time (by the number of generated tokens) of "orca(128)" shown in Figure 9c, FasterTransformer provides a throughput of 0.185 req/s whereas ORCA provides a throughput of 6.81 req/s, which is a 36.9× speedup.

**Varying batch size configurations.** Figure 10 shows that the increase of the max batch size of ORCA results in a higher throughput without affecting the latency. This is because the iteration-level scheduling of ORCA resolves the problem of early-finished and late-joining requests. Nevertheless, there is no guarantee that increasing the batch size will not negatively affect the latency, for arbitrary hardware settings, models, and workloads. As mentioned in Section 4.2, the max batch size

must be set carefully by considering both the required latency and throughput requirements.

Interestingly, larger max batch size in FasterTransformer does not necessarily help improving throughput. By testing all possible combinations of max batch size ($max\_bs$) and microbatch size ($mbs$) on all models under varying load, we find that ($max\_bs$, $mbs$) = (1, 1) or (8, 8) are the best options. Per our discussion in Section 4.1, FasterTransformer's microbatch-based pipelining can be less efficient because the engine is going to process at most $mbs$ number of requests in the batched manner, which explains why the configurations with the maximum possible $mbs$ (which is the same as $max\_bs$) have better performance than others. In addition, while increasing $max\_bs$ can improve performance due to the increased batch size, at the same time, this also increases the likelihood of batching requests with large difference in the number of input tokens or the number of generated tokens. In such cases, FasterTransformer cannot efficiently handle the batch because (1) for the first iteration of the batch, FasterTransformer processes requests as if they all had the same input length as the shortest one; and (2) early-finished requests cannot immediately return to the clients.

**Trace of homogeneous requests.** We test the behavior of ORCA and FasterTransformer when using a trace of homogeneous requests, i.e., all requests in a trace have the same number of input tokens and the same $max\_gen\_tokens$ attribute. Since all requests require the same number of iterations to finish processing, the problem of early-leaving requests does not occur for this trace. As a result, now the increase of the $max\_bs$ has a noticeable positive impact on the performance of FasterTransformer, as shown in Figure 11. Still, ORCA outperforms FasterTransformer ($max\_bs$=8) except for the case using a max batch size of 1, where ORCA degenerates into a simple pipeline of the ORCA workers that does not perform batching.

## 7  Related Work and Discussion

**Fine-grained batching for recurrent models.** We would like to highlight BatchMaker [23] as one of the most relevant previous works. BatchMaker is a serving system for RNNs that performs scheduling and batching at the granularity of RNN cells, motivated by the unique RNN characteristic of repeating the same computation. Once a request arrives, BatchMaker breaks the dataflow graph for processing the request into RNN cells, schedules execution at the granularity of cells (instead of the entire graph), and batches the execution of identical cells (if any). Since each RNN cell always performs the exact same computation, BatchMaker can execute multiple RNN cells in a batched manner regardless of the position (i.e., token index) of the cell. By doing so, BatchMaker allows a newly arrived request for RNN to join (or a finished request

to leave) the current executing batch without waiting for the batch to completely finish.

However, BatchMaker cannot make batches of cells for Transformer models because there are too many distinct cells (a subgraph that encapsulates the computation for processing a token; Figure 1c) in the graph. Each cell at a different token index $t$ must use a different set of Attention Keys/Values. As the cell for each $t$ is different, the graph comprises $L$ different cells ($L$ denotes the number of input and generated tokens), significantly lowering the likelihood of cells of the same computation being present at a given moment (e.g., in Figure 10, $L$ ranges from $33 = 32 + 1$ to $640 = 512 + 128$). Thus execution of the cells will be mostly serialized, making BatchMaker fall back to non-batched execution. BatchMaker also lacks support for large models that require model and pipeline parallelism.

While BatchMaker is geared towards detecting and aligning batch-able RNN cells, our key principle in designing ORCA is to perform as much computation as possible per each round of model parameter read. This is based on the insight that reading parameters from GPU global memory is a major bottleneck in terms of end-to-end execution time, for large-scale models. Adhering to this principle, we apply iteration-level scheduling and selective batching to process all "ready" tokens in a single round of parameter read, regardless of whether the processing of tokens can be batched (non-Attention ops) or not (Attention ops).

**Specialized execution engines for Transformer models.** The outstanding performance of Transformer-based models encourages the development of inference systems specialized for them. FasterTransformer [4], LightSeq [61], TurboTransformers [22] and EET [36] are such examples. Each of these systems behave as an backend execution engine of existing serving systems like Triton Inference Server [7] and Tensor-Flow Serving [42]. That is, these systems delegate the role of scheduling to the serving system layer, adhering to the canonical request-level scheduling. Instead, ORCA suggests to schedule executions at a finer granularity, which is not possible in current systems without changing the mechanism for coordination between the scheduler and the execution engine. Note that among these systems, FasterTransformer is the only one with the support for distributed execution. While systems like Megatron-LM [3] and DeepSpeed [1] can also be used for distributed execution, these systems are primarily optimized for large-scale training rather than inference serving.

**Interface between serving systems and execution engines.** Current general-purpose serving systems such as Triton Inference Server [7] and Clipper [16] serve as an abstraction for handling client requests and scheduling executions of the underlying execution engines. This approach is found to be beneficial by separating the design and implementation of the serving layer and the execution layer. However, we find that the prevalent interface between the two layers is too restricted for handling models like GPT [12], which has the multi-iteration characteristic. Instead, we design ORCA to tightly integrate the scheduler and the engine, simplifying the application of the two proposed techniques: iteration-level scheduling and selective batching. While in this paper we do not study a general interface design that supports the two techniques without losing the separation of abstractions, it can be an interesting topic to explore such possibility; we leave this issue to future work.

# 8 Conclusion

We present iteration-level scheduling with selective batching, a novel approach that achieves low latency and high throughput for serving Transformer-based generative models. Iteration-level scheduling makes the scheduler interact with the execution engine at the granularity of iteration instead of request, while selective batching enables batching arbitrary requests processing tokens at different positions, which is crucial for applying batching with iteration-level scheduling. Based on these techniques, we have designed and implemented a distributed serving system named ORCA. Experiments show the effectiveness of our approach: ORCA provides an order of magnitude higher throughput than current state-of-the-art systems at the same level of latency.

## Acknowledgments

We thank our shepherd Amar Phanishayee and the anonymous reviewers for their insightful comments. This work was supported by FriendliAI Inc.

## References

[1] DeepSpeed. Retrieved Dec 13, 2021 from https://github.com/microsoft/DeepSpeed.

[2] gRPC. Retrieved Dec 13, 2021 from https://grpc.io.

[3] Megatron-LM. Retrieved Dec 13, 2021 from https://github.com/NVIDIA/Megatron-LM.

[4] NVIDIA FasterTransformer. Retrieved Dec 13, 2021 from https://github.com/NVIDIA/FasterTransformer.

[5] NVIDIA NCCL. Retrieved Dec 13, 2021 from https://github.com/NVIDIA/nccl.

[6] NVIDIA TensorRT. Retrieved Dec 13, 2021 from https://developer.nvidia.com/tensorrt.

[7] NVIDIA Triton Inference Server. Retrieved Dec 13, 2021 from https://developer.nvidia.com/nvidia-triton-inference-server.

[8] Martín Abadi, Paul Barham, Jianmin Chen, Zhifeng Chen, Andy Davis, Jeffrey Dean, Matthieu Devin, Sanjay Ghemawat, Geoffrey Irving, Michael Isard, Manjunath Kudlur, Josh Levenberg, Rajat Monga, Sherry Moore, Derek G. Murray, Benoit Steiner, Paul Tucker, Vijay Vasudevan, Pete Warden, Martin Wicke, Yuan Yu, and Xiaoqiang Zheng. TensorFlow: A System for Large-Scale Machine Learning. In *Proceedings of the 12th USENIX Conference on Operating Systems Design and Implementation*, pages 265–283, 2016.

[9] Daniel Adiwardana, Minh-Thang Luong, David R So, Jamie Hall, Noah Fiedel, Romal Thoppilan, Zi Yang, Apoorv Kulshreshtha, Gaurav Nemade, Yifeng Lu, et al. Towards a Human-like Open-Domain Chatbot. *arXiv preprint arXiv:2001.09977*, 2020.

[10] Mikel Artetxe, Shruti Bhosale, Naman Goyal, Todor Mihaylov, Myle Ott, Sam Shleifer, Xi Victoria Lin, Jingfei Du, Srinivasan Iyer, Ramakanth Pasunuru, Giri Anantharaman, Xian Li, Shuohui Chen, Halil Akin, Mandeep Baines, Louis Martin, Xing Zhou, Punit Singh Koura, Brian O'Horo, Jeff Wang, Luke Zettlemoyer, Mona Diab, Zornitsa Kozareva, and Ves Stoyanov. Efficient Large Scale Language Modeling with Mixtures of Experts. *arXiv preprint arXiv:2112.10684*, 2021.

[11] Peter F. Brown, John Cocke, Stephen A. Della Pietra, Vincent J. Della Pietra, Fredrick Jelinek, John D. Lafferty, Robert L. Mercer, and Paul S. Roossin. A Statistical Approach to Machine Translation. *Computational Linguistics*, 16(2):79–85, 1990.

[12] Tom Brown, Benjamin Mann, Nick Ryder, Melanie Subbiah, Jared D Kaplan, Prafulla Dhariwal, Arvind Neelakantan, Pranav Shyam, Girish Sastry, Amanda Askell, Sandhini Agarwal, Ariel Herbert-Voss, Gretchen Krueger, Tom Henighan, Rewon Child, Aditya Ramesh, Daniel Ziegler, Jeffrey Wu, Clemens Winter, Chris Hesse, Mark Chen, Eric Sigler, Mateusz Litwin, Scott Gray, Benjamin Chess, Jack Clark, Christopher Berner, Sam McCandlish, Alec Radford, Ilya Sutskever, and Dario Amodei. Language Models are Few-Shot Learners. *Advances in Neural Information Processing Systems*, 2020.

[13] Mark Chen, Jerry Tworek, Heewoo Jun, Qiming Yuan, Henrique Ponde de Oliveira Pinto, Jared Kaplan, Harrison Edwards, Yuri Burda, Nicholas Joseph, Greg Brockman, Alex Ray, Raul Puri, Gretchen Krueger, Michael Petrov, Heidy Khlaaf, Girish Sastry, Pamela Mishkin, Brooke Chan, Scott Gray, Nick Ryder, Mikhail Pavlov, Alethea Power, Lukasz Kaiser, Mohammad Bavarian, Clemens Winter, Philippe Tillet, Felipe Petroski Such, Dave Cummings, Matthias Plappert, Fotios Chantzis, Elizabeth Barnes, Ariel Herbert-Voss, William Hebgen Guss, Alex Nichol, Alex Paino, Nikolas Tezak, Jie Tang, Igor Babuschkin, Suchir Balaji, Shantanu Jain, William Saunders, Christopher Hesse, Andrew N. Carr, Jan Leike, Joshua Achiam, Vedant Misra, Evan Morikawa, Alec Radford, Matthew Knight, Miles Brundage, Mira Murati, Katie Mayer, Peter Welinder, Bob McGrew, Dario Amodei, Sam McCandlish, Ilya Sutskever, and Wojciech Zaremba. Evaluating Large Language Models Trained on Code. *arXiv preprint arXiv:2107.03374*, 2021.

[14] Tianqi Chen, Thierry Moreau, Ziheng Jiang, Lianmin Zheng, Eddie Yan, Meghan Cowan, Haichen Shen, Leyuan Wang, Yuwei Hu, Luis Ceze, Carlos Guestrin, and Arvind Krishnamurthy. TVM: An Automated End-to-End Optimizing Compiler for Deep Learning. In *Proceedings of the 13th USENIX Conference on Operating Systems Design and Implementation*, pages 579–594, 2018.

[15] Aakanksha Chowdhery, Sharan Narang, Jacob Devlin, Maarten Bosma, Gaurav Mishra, Adam Roberts, Paul Barham, Hyung Won Chung, Charles Sutton, Sebastian Gehrmann, Parker Schuh, Kensen Shi, Sasha Tsvyashchenko, Joshua Maynez, Abhishek Rao, Parker Barnes, Yi Tay, Noam Shazeer, Vinodkumar Prabhakaran, Emily Reif, Nan Du, Ben Hutchinson, Reiner Pope, James Bradbury, Jacob Austin, Michael Isard, Guy Gur-Ari, Pengcheng Yin, Toju Duke, Anselm Levskaya, Sanjay Ghemawat, Sunipa Dev, Henryk Michalewski, Xavier Garcia, Vedant Misra, Kevin Robinson, Liam Fedus, Denny Zhou, Daphne Ippolito, David Luan, Hyeontaek Lim, Barret Zoph, Alexander Spiridonov, Ryan Sepassi, David Dohan, Shivani Agrawal, Mark Omernick, Andrew M. Dai, Thanumalayan Sankaranarayana Pillai, Marie Pellat, Aitor Lewkowycz, Erica Moreira, Rewon Child, Oleksandr Polozov, Katherine Lee, Zongwei Zhou, Xuezhi Wang, Brennan Saeta, Mark Diaz, Orhan Firat, Michele Catasta, Jason Wei, Kathy Meier-Hellstern, Douglas Eck, Jeff Dean, Slav Petrov, and Noah Fiedel. PaLM: Scaling Language Modeling with Pathways. *arXiv preprint arXiv:2204.02311*, 2022.

[16] Daniel Crankshaw, Xin Wang, Giulio Zhou, Michael J. Franklin, Joseph E. Gonzalez, and Ion Stoica. Clipper: A Low-Latency Online Prediction Serving System. In *Proceedings of the 14th USENIX Symposium on Networked Systems Design and Implementation*, pages 613–627, 2017.

[17] Raj Dabre, Chenhui Chu, and Anoop Kunchukuttan. A Survey of Multilingual Neural Machine Translation. *ACM Computing Surveys*, 53(5), 2020.

[18] Jacob Devlin, Ming-Wei Chang, Kenton Lee, and Kristina Toutanova. BERT: Pre-training of Deep Bidirectional Transformers for Language Understanding. In *Proceedings of the 2019 Conference of the North American Chapter of the Association for Computational Linguistics: Human Language Technologies, Volume 1 (Long and Short Papers)*, pages 4171–4186, 2019.

[19] Ming Ding, Zhuoyi Yang, Wenyi Hong, Wendi Zheng, Chang Zhou, Da Yin, Junyang Lin, Xu Zou, Zhou Shao, Hongxia Yang, and Jie Tang. CogView: Mastering Text-to-Image Generation via Transformers. *Advances in Neural Information Processing Systems*, 2021.

[20] Lucas Dixon, John Li, Jeffrey Sorensen, Nithum Thain, and Lucy Vasserman. Measuring and Mitigating Unintended Bias in Text Classification. In *Proceedings of the 2018 AAAI/ACM Conference on AI, Ethics, and Society*, pages 67–73, 2018.

[21] Nan Du, Yanping Huang, Andrew M. Dai, Simon Tong, Dmitry Lepikhin, Yuanzhong Xu, Maxim Krikun, Yanqi Zhou, Adams Wei Yu, Orhan Firat, Barret Zoph, Liam Fedus, Maarten Bosma, Zongwei Zhou, Tao Wang, Yu Emma Wang, Kellie Webster, Marie Pellat, Kevin Robinson, Kathy Meier-Hellstern, Toju Duke, Lucas Dixon, Kun Zhang, Quoc V Le, Yonghui Wu, Zhifeng Chen, and Claire Cui. GLaM: Efficient Scaling of Language Models with Mixture-of-Experts. *arXiv preprint arXiv:2112.06905*, 2021.

[22] Jiarui Fang, Yang Yu, Chengduo Zhao, and Jie Zhou. TurboTransformers: An Efficient GPU Serving System for Transformer Models. In *Proceedings of the 26th ACM SIGPLAN Symposium on Principles and Practice of Parallel Programming*, pages 389–402, 2021.

[23] Pin Gao, Lingfan Yu, Yongwei Wu, and Jinyang Li. Low Latency RNN Inference with Cellular Batching. In *Proceedings of the Thirteenth EuroSys Conference*, 2018.

[24] Kaiming He, Xiangyu Zhang, Shaoqing Ren, and Jian Sun. Deep Residual Learning for Image Recognition. In *Proceedings of the 2016 IEEE Conference on Computer Vision and Pattern Recognition*, pages 770–778, 2016.

[25] Sepp Hochreiter and Jürgen Schmidhuber. Long Short-Term Memory. *Neural Computation*, 9(8):1735–1780, 1997.

[26] Jordan Hoffmann, Sebastian Borgeaud, Arthur Mensch, Elena Buchatskaya, Trevor Cai, Eliza Rutherford, Diego de Las Casas, Lisa Anne Hendricks, Johannes Welbl, Aidan Clark, Tom Hennigan, Eric Noland, Katie Millican, George van den Driessche, Bogdan Damoc, Aurelia Guy, Simon Osindero, Karen Simonyan, Erich Elsen, Jack W. Rae, Oriol Vinyals, and Laurent Sifre. Training Compute-Optimal Large Language Models. *arXiv preprint arXiv:2203.15556*, 2022.

[27] Kevin Hsieh, Ganesh Ananthanarayanan, Peter Bodik, Shivaram Venkataraman, Paramvir Bahl, Matthai Philipose, Phillip B. Gibbons, and Onur Mutlu. Focus: Querying Large Video Datasets with Low Latency and Low Cost. In *Proceedings of the 13th USENIX Conference on Operating Systems Design and Implementation*, pages 269–286, 2018.

[28] Yanping Huang, Youlong Cheng, Ankur Bapna, Orhan Firat, Dehao Chen, Mia Chen, HyoukJoong Lee, Jiquan Ngiam, Quoc V Le, Yonghui Wu, et al. GPipe: Efficient Training of Giant Neural Networks Using Pipeline Parallelism. *Advances in Neural Information Processing Systems*, 2019.

[29] Angela H. Jiang, Daniel L.-K. Wong, Christopher Canel, Lilia Tang, Ishan Misra, Michael Kaminsky, Michael A. Kozuch, Padmanabhan Pillai, David G. Andersen, and Gregory R. Ganger. Mainstream: Dynamic Stem-Sharing for Multi-Tenant Video Processing. In *Proceedings of the 2018 USENIX Annual Technical Conference*, pages 29–42, 2018.

[30] Daniel Kang, John Emmons, Firas Abuzaid, Peter Bailis, and Matei Zaharia. NoScope: Optimizing Neural Network Queries over Video at Scale. *Proceedings of the VLDB Endowment*, 10(11):1586–1597, 2017.

[31] Jared Kaplan, Sam McCandlish, Tom Henighan, Tom B. Brown, Benjamin Chess, Rewon Child, Scott Gray, Alec Radford, Jeffrey Wu, and Dario Amodei. Scaling Laws for Neural Language Models. *arXiv preprint arXiv:2001.08361*, 2020.

[32] Daniel Khashabi, Sewon Min, Tushar Khot, Ashish Sabharwal, Oyvind Tafjord, Peter Clark, and Hannaneh Hajishirzi. UNIFIEDQA: Crossing Format Boundaries with a Single QA System. In *Findings of the Association for Computational Linguistics: EMNLP 2020*, pages 1896–1907, 2020.

[33] Tom Kwiatkowski, Jennimaria Palomaki, Olivia Redfield, Michael Collins, Ankur Parikh, Chris Alberti, Danielle Epstein, Illia Polosukhin, Jacob Devlin, Kenton Lee, et al. Natural Questions: a Benchmark for Question Answering Research. *Transactions of the Association for Computational Linguistics*, 7:452–466, 2019.

[34] Woosuk Kwon, Gyeong-In Yu, Eunji Jeong, and Byung-Gon Chun. Nimble: Lightweight and Parallel GPU Task

Scheduling for Deep Learning. *Advances in Neural Information Processing Systems*, 2020.

[35] Yunseong Lee, Alberto Scolari, Byung-Gon Chun, Marco Domenico Santambrogio, Markus Weimer, and Matteo Interlandi. PRETZEL: Opening the Black Box of Machine Learning Prediction Serving Systems. In *Proceedings of the 13th USENIX Symposium on Operating Systems Design and Implementation*, pages 611–626, 2018.

[36] Gongzheng Li, Yadong Xi, Jingzhen Ding, Duan Wang, Bai Liu, Changjie Fan, Xiaoxi Mao, and Zeng Zhao. Easy and Efficient Transformer: Scalable Inference Solution For large NLP model. *arXiv preprint arXiv:2104.12470*, 2021.

[37] Opher Lieber, Or Sharir, Barak Lenz, and Yoav Shoham. Jurassic-1: Technical details and evaluation. 2021.

[38] Xudong Lin, Gedas Bertasius, Jue Wang, Shih-Fu Chang, Devi Parikh, and Lorenzo Torresani. Vx2text: End-to-end learning of video-based text generation from multimodal inputs. In *Proceedings of the 2021 IEEE Conference on Computer Vision and Pattern Recognition*, pages 7005–7015, 2021.

[39] Lingxiao Ma, Zhiqiang Xie, Zhi Yang, Jilong Xue, Youshan Miao, Wei Cui, Wenxiang Hu, Fan Yang, Lintao Zhang, and Lidong Zhou. *Rammer: Enabling Holistic Deep Learning Compiler Optimizations with rTasks*, pages 881–897. 2020.

[40] Todor Mihaylov, Peter Clark, Tushar Khot, and Ashish Sabharwal. Can a Suit of Armor Conduct Electricity? A New Dataset for Open Book Question Answering. In *Proceedings of the 2018 Conference on Empirical Methods in Natural Language Processing*, pages 2381–2391, 2018.

[41] Ramesh Nallapati, Bowen Zhou, Cícero Nogueira dos Santos, Çaglar Gülçehre, and Bing Xiang. Abstractive Text Summarization using Sequence-to-sequence RNNs and Beyond. In *Proceedings of the 20th SIGNLL Conference on Computational Natural Language Learning*, pages 280–290, 2016.

[42] Christopher Olston, Noah Fiedel, Kiril Gorovoy, Jeremiah Harmsen, Li Lao, Fangwei Li, Vinu Rajashekhar, Sukriti Ramesh, and Jordan Soyke. TensorFlow-Serving: Flexible, High-Performance ML Serving. *Workshop on Machine Learning Systems at NIPS 2017*, 2017.

[43] Myle Ott, Sergey Edunov, Alexei Baevski, Angela Fan, Sam Gross, Nathan Ng, David Grangier, and Michael Auli. fairseq: A Fast, Extensible Toolkit for Sequence Modeling. In *Proceedings of the 2019 Conference of the North American Chapter of the Association for Computational Linguistics (Demonstrations)*, pages 48–53, 2019.

[44] Adam Paszke, Sam Gross, Francisco Massa, Adam Lerer, James Bradbury, Gregory Chanan, Trevor Killeen, Zeming Lin, Natalia Gimelshein, Luca Antiga, Alban Desmaison, Andreas Kopf, Edward Yang, Zachary DeVito, Martin Raison, Alykhan Tejani, Sasank Chilamkurthy, Benoit Steiner, Lu Fang, Junjie Bai, and Soumith Chintala. PyTorch: An Imperative Style, High-Performance Deep Learning Library. *Advances in Neural Information Processing Systems*, 2019.

[45] Romain Paulus, Caiming Xiong, and Richard Socher. A Deep Reinforced Model for Abstractive Summarization. In *Proceedings of the 6th International Conference on Learning Representations*, 2018.

[46] Fabian Pedregosa, Gaël Varoquaux, Alexandre Gramfort, Vincent Michel, Bertrand Thirion, Olivier Grisel, Mathieu Blondel, Peter Prettenhofer, Ron Weiss, Vincent Dubourg, Jake Vanderplas, Alexandre Passos, David Cournapeau, Matthieu Brucher, Matthieu Perrot, and Édouard Duchesnay. Scikit-Learn: Machine Learning in Python. *Journal of Machine Learning Research*, 12(85):2825–2830, 2011.

[47] Alec Radford, Jeff Wu, Rewon Child, David Luan, Dario Amodei, and Ilya Sutskever. Language Models are Unsupervised Multitask Learners. 2019.

[48] Jack W. Rae, Sebastian Borgeaud, Trevor Cai, Katie Millican, Jordan Hoffmann, Francis Song, John Aslanides, Sarah Henderson, Roman Ring, Susannah Young, Eliza Rutherford, Tom Hennigan, Jacob Menick, Albin Cassirer, Richard Powell, George van den Driessche, Lisa Anne Hendricks, Maribeth Rauh, Po-Sen Huang, Amelia Glaese, Johannes Welbl, Sumanth Dathathri, Saffron Huang, Jonathan Uesato, John Mellor, Irina Higgins, Antonia Creswell, Nat McAleese, Amy Wu, Erich Elsen, Siddhant Jayakumar, Elena Buchatskaya, David Budden, Esme Sutherland, Karen Simonyan, Michela Paganini, Laurent Sifre, Lena Martens, Xiang Lorraine Li, Adhiguna Kuncoro, Aida Nematzadeh, Elena Gribovskaya, Domenic Donato, Angeliki Lazaridou, Arthur Mensch, Jean-Baptiste Lespiau, Maria Tsimpoukelli, Nikolai Grigorev, Doug Fritz, Thibault Sottiaux, Mantas Pajarskas, Toby Pohlen, Zhitao Gong, Daniel Toyama, Cyprien de Masson d' Autume, Yujia Li, Tayfun Terzi, Vladimir Mikulik, Igor Babuschkin, Aidan Clark, Diego de Las Casas, Aurelia Guy, Chris Jones, James Bradbury, Matthew Johnson, Blake Hechtman, Laura Weidinger, Iason Gabriel, William Isaac, Ed Lockhart, Simon Osindero, Laura Rimell, Chris Dyer, Oriol Vinyals, Kareem

Ayoub, Jeff Stanway, Lorrayne Bennett, Demis Hassabis, Koray Kavukcuoglu, and Geoffrey Irving. Scaling Language Models: Methods, Analysis & Insights from Training Gopher. *arXiv preprint arXiv:2112.11446*, 2021.

[49] Colin Raffel, Noam Shazeer, Adam Roberts, Katherine Lee, Sharan Narang, Michael Matena, Yanqi Zhou, Wei Li, and Peter J. Liu. Exploring the Limits of Transfer Learning with a Unified Text-to-Text Transformer. *Journal of Machine Learning Research*, 21(140):1–67, 2020.

[50] Samyam Rajbhandari, Conglong Li, Zhewei Yao, Minjia Zhang, Reza Yazdani Aminabadi, Ammar Ahmad Awan, Jeff Rasley, and Yuxiong He. DeepSpeed-MoE: Advancing Mixture-of-Experts Inference and Training to Power Next-Generation AI Scale. *arXiv preprint arXiv:2201.05596*, 2022.

[51] Aditya Ramesh, Mikhail Pavlov, Gabriel Goh, Scott Gray, Chelsea Voss, Alec Radford, Mark Chen, and Ilya Sutskever. Zero-Shot Text-to-Image Generation. In *Proceedings of the 38th International Conference on Machine Learning*, pages 8821–8831, 2021.

[52] Stephen Roller, Emily Dinan, Naman Goyal, Da Ju, Mary Williamson, Yinhan Liu, Jing Xu, Myle Ott, Eric Michael Smith, Y-Lan Boureau, and Jason Weston. Recipes for Building an Open-Domain Chatbot. In *Proceedings of the 16th Conference of the European Chapter of the Association for Computational Linguistics: Main Volume*, pages 300–325, 2021.

[53] Timo Schick and Hinrich Schütze. Exploiting Cloze-Questions for Few-Shot Text Classification and Natural Language Inference. In *Proceedings of the 16th Conference of the European Chapter of the Association for Computational Linguistics: Main Volume*, pages 255–269, 2021.

[54] Abigail See, Peter J. Liu, and Christopher D. Manning. Get To The Point: Summarization with Pointer-Generator Networks. In *Proceedings of the 55th Annual Meeting of the Association for Computational Linguistics (Volume 1: Long Papers)*, pages 1073–1083, 2017.

[55] Noam Shazeer, Youlong Cheng, Niki Parmar, Dustin Tran, Ashish Vaswani, Penporn Koanantakool, Peter Hawkins, HyoukJoong Lee, Mingsheng Hong, Cliff Young, Ryan Sepassi, and Blake Hechtman. Mesh-TensorFlow: Deep Learning for Supercomputers. *Advances in Neural Information Processing Systems*, 2018.

[56] Haichen Shen, Lequn Chen, Yuchen Jin, Liangyu Zhao, Bingyu Kong, Matthai Philipose, Arvind Krishnamurthy, and Ravi Sundaram. Nexus: A GPU Cluster Engine for Accelerating DNN-Based Video Analysis. In *Proceedings of the 27th ACM Symposium on Operating Systems Principles*, pages 322–337, 2019.

[57] Haichen Shen, Seungyeop Han, Matthai Philipose, and Arvind Krishnamurthy. Fast Video Classification via Adaptive Cascading of Deep Models. In *Proceedings of the 2017 IEEE Conference on Computer Vision and Pattern Recognition*, pages 3646–3654, 2017.

[58] Mohammad Shoeybi, Mostofa Patwary, Raul Puri, Patrick LeGresley, Jared Casper, and Bryan Catanzaro. Megatron-LM: Training Multi-Billion Parameter Language Models Using Model Parallelism. *arXiv preprint arXiv:1909.08053*, 2019.

[59] Shaden Smith, Mostofa Patwary, Brandon Norick, Patrick LeGresley, Samyam Rajbhandari, Jared Casper, Zhun Liu, Shrimai Prabhumoye, George Zerveas, Vijay Korthikanti, Elton Zhang, Rewon Child, Reza Yazdani Aminabadi, Julie Bernauer, Xia Song, Mohammad Shoeybi, Yuxiong He, Michael Houston, Saurabh Tiwary, and Bryan Catanzaro. Using DeepSpeed and Megatron to Train Megatron-Turing NLG 530B, A Large-Scale Generative Language Model. *arXiv preprint arXiv:2201.11990*, 2022.

[60] Ashish Vaswani, Noam Shazeer, Niki Parmar, Jakob Uszkoreit, Llion Jones, Aidan N Gomez, Łukasz Kaiser, and Illia Polosukhin. Attention is All you Need. *Advances in Neural Information Processing Systems*, 2017.

[61] Xiaohui Wang, Ying Xiong, Yang Wei, Mingxuan Wang, and Lei Li. LightSeq: A High Performance Inference Library for Transformers. In *Proceedings of the 2021 Conference of the North American Chapter of the Association for Computational Linguistics: Human Language Technologies: Industry Papers*, pages 113–120, 2021.

[62] Zihao Wang, Wei Liu, Qian He, Xinglong Wu, and Zili Yi. Clip-gen: Language-free training of a text-to-image generator with clip. *arXiv preprint arXiv:2203.00386*, 2022.

[63] Jason Wei, Maarten Bosma, Vincent Zhao, Kelvin Guu, Adams Wei Yu, Brian Lester, Nan Du, Andrew M. Dai, and Quoc V Le. Finetuned Language Models are Zero-Shot Learners. In *Proceedings of the 10th International Conference on Learning Representations*, 2022.

[64] Ronald J. Williams and David Zipser. A Learning Algorithm for Continually Running Fully Recurrent Neural Networks. *Neural Computation*, 1(2):270–280, 1989.

[65] Kelvin Xu, Jimmy Ba, Ryan Kiros, Kyunghyun Cho, Aaron Courville, Ruslan Salakhudinov, Rich Zemel, and Yoshua Bengio. Show, Attend and Tell: Neural Image

Caption Generation with Visual Attention. In *Proceedings of the 32nd International Conference on Machine Learning*, pages 2048–2057, 2015.

[66] Zhilin Yang, Ye Yuan, Yuexin Wu, William W. Cohen, and Ruslan R. Salakhutdinov. Review Networks for Caption Generation. *Advances in Neural Information Processing Systems*, 2016.

[67] Susan Zhang, Stephen Roller, Naman Goyal, Mikel Artetxe, Moya Chen, Shuohui Chen, Christopher Dewan, Mona Diab, Xian Li, Xi Victoria Lin, Todor Mihaylov, Myle Ott, Sam Shleifer, Kurt Shuster, Daniel Simig, Punit Singh Koura, Anjali Sridhar, Tianlu Wang, and Luke Zettlemoyer. OPT: Open Pre-trained Transformer Language Models. *arXiv preprint arXiv:2205.01068*, 2022.

# EXHIBIT 6

Are you passionate about Ray, scalable AI and distributed computing? Join us at Ray Summit!!   Find out more!

Home   /   Blog   /   Blog Detail

# How continuous batching enables 23x throughput in LLM inference while reducing p50 latency

By Cade Daniel, Chen Shen, Eric Liang and Richard Liaw   |   June 22, 2023

In this blog, we'll cover the basics of large language model (LLM) inference and highlight inefficiencies in traditional batching policies. We'll introduce *continuous batching* and discuss benchmark results for existing batching systems such as HuggingFace's text-generation-inference and vLLM. By leveraging vLLM, users can achieve 23x LLM inference throughput while reducing p50 latency.

Due to the large GPU memory footprint and compute cost of LLMs, serving dominates the compute cost for most real world applications. ML engineers often treat LLMs like "black boxes" that can only be optimized with internal changes such as quantization and custom CUDA kernels. However, this is not entirely the case. Because LLMs iteratively generate their output, and because LLM inference is often memory and not compute bound, there are surprising *system-level* batching optimizations that make 10x or more differences in real-world workloads.

One recent such proposed optimization is **continuous batching**, also known as **dynamic batching**, or batching with **iteration-level scheduling**. We wanted to see how this optimization performs. We will get into details below, including how we simulate a production workload, but to summarize our findings:

- Up to 23x throughput improvement using continuous batching and continuous batching-specific memory optimizations (using vLLM).

- 8x throughput over naive batching by using continuous batching (both on Ray Serve and Hugging Face's text-generation-inference).

- 4x throughput over naive batching by using an optimized model implementation (NVIDIA's FasterTransformer).

You can try out continuous batching today: see this example to run vLLM on Ray Serve.

The remainder of this blog is structured as follows:

- We'll cover the basics of how LLM inference works and highlight inefficiencies in traditional request-based dynamic batching policies.

- We'll introduce continuous batching and how it answers many of the inefficiencies of request-based dynamic batching.

- We then discuss our benchmarks and the implications this has on how to serve LLM models cost-effectively.

## The basics of LLM inference

There is a lot to know about LLM inference, and we refer users to *Efficient Inference on a Single GPU* and *Optimization story: Bloom inference* for more detail. However, at a high level, LLM inference is pretty straightforward.

For each request:

1. You start with a sequence of tokens (called the "prefix" or "prompt").

2. The LLM produces a sequence of completion tokens, stopping only after producing a stop token or reaching a maximum sequence length.

This is an iterative process. You get one additional completion token for each new forward pass of the model. For example, suppose you prompt with a sentence "What is the capital of California: ", it would take ten forward pass iterations to get back the full response of ["S", "a", "c", "r", "a", "m", "e", "n", "t", "o"]. This example simplifies things a little bit because in actuality tokens do not map 1:1 to ASCII characters (a popular token encoding technique is [Byte-Pair Encoding](#) which is beyond the scope of this blog post), but the iterative nature of generation is the same regardless of how you tokenize your sequences.



Simplified LLM inference. This toy example shows a hypothetical model which supports a maximum sequence length of 8 tokens (T1, T2, ..., T8). Starting from the prompt tokens (yellow), the iterative process generates a single token at a time (blue). Once the model generates an end-of-sequence token (red), the generation loop stops. This example shows a batch of only one input sequence, so the batch size is 1.

Now that we understand the simplicity of the iterative process, let's dive deeper with some things you may not know about LLM inference:

1. The initial ingestion ("prefill") of the prompt "What is the capital of California:" takes about as much time as the generation of each subsequent token. This is because the prefill phase pre-computes some inputs of the attention mechanism that remain constant over the lifetime of the generation. This prefill phase efficiently uses the GPU's parallel compute because these inputs can be computed independently of each other.

2. LLM inference is memory-IO bound, not compute bound. In other words, it currently takes more time to load 1MB of data to the GPU's compute cores than it does for those compute cores to perform LLM computations on 1MB of data. This means that LLM inference throughput *is largely determined by how large a batch you can fit into high-bandwidth GPU memory*. See this page in the NVIDIA docs for more details.

3. The amount of GPU memory consumed scales with the base model size + the length of the token sequence. In *Numbers every LLM developer should know*, it's estimated that a 13B parameter model consumes nearly 1MB of state for each token in a sequence. On a higher-end A100 GPU with 40GB RAM, back-of-the-envelope math suggests that since 14 GB are left after storing the 26GB of model parameters, ~14k tokens can be held in memory at once. This may seem high but is actually quite limiting; if we limit our sequence lengths to 512, we can process at most ~28 sequences in a batch. The problem is worse for higher sequence lengths; a sequence length of 2048 means our batch size is limited to 7 sequences. Note that this is an upper bound since it doesn't leave room for storing intermediate computations.

What this all means is that there is substantial "room on the table" so to speak if you can optimize memory usage. This is why approaches such as model quantization strategies such as AutoGPTQ are potentially so powerful; if you could halve the memory usage by moving from 16-bit to 8-bit representations, you could double the space available for larger batch sizes. However, not all strategies require modifications to the model weights. For example, FlashAttention found significant throughput improvements by reorganizing the attention computation to require less memory-IO.

Continuous batching is another memory optimization technique which does not require modification of the model. We next explain how naive batching works (and is inefficient), and how continuous batching increases the memory-efficiency of LLM generation.

# LLM batching explained

GPUs are massively-parallel compute architectures, with compute rates (measured in floating-point operations per second, or flops) in the teraflop (A100) or even petaflop (H100) range. Despite these staggering amounts of compute, LLMs struggle to achieve saturation because so much of the chip's memory bandwidth is spent loading model parameters.

Batching is one way to improve the situation: instead of loading new model parameters each time you have an input sequence, you can load the model parameters once and then use them to process many input sequences. This more efficiently uses the chip's memory bandwidth, leading to higher compute utilization, higher throughput, and cheaper LLM inference.

## Naive batching / static batching

We call this traditional approach to batching *static batching*, because the size of the batch remains constant until the inference is complete. Here's an illustration of static batching in context of LLM inference:



Completing four sequences using static batching. On the first iteration (left), each sequence generates one token (blue) from the prompt tokens (yellow). After several iterations (right), the completed sequences each have different sizes because each emits their end-of-sequence-token (red) at different iterations. Even though sequence $S_3$ finishes after two iterations, static batching means that the GPU will be underutilized until the last sequence in the batch finishes generation (in this example, sequence $S_2$ after six iterations).

https://www.anyscale.com/blog/continuous-batching-llm-inference

sequence 3 finished after two iterations, static batching means that the GPU will be underutilized until the last sequence in the batch finishes generation (in this example, sequence 2 after six iterations).

Unlike traditional deep learning models, batching for LLMs can be tricky due to the iterative nature of their inference. Intuitively, this is because requests can "finish" earlier in a batch, but it is tricky to release their resources and add new requests to the batch that may be at different completion states. This means that as the GPU is underutilized as generation lengths of different sequences in a batch differ from the largest generation length of the batch. In the figure on the right above, this is illustrated by the white squares after end-of-sequence tokens for sequences 1, 3, and 4.

How often does static batching under-utilize the GPU? It depends on the generation lengths of sequences in a batch. For example, one could use LLM inference to emit a single token as a classification task (there are better ways to do this but let's use this as an example). In this case, every output sequence is the same size (1 token). If the input sequences are also the same size (say, 512 tokens), then each static batch will achieve the best possible GPU utilization.

On the other hand, a LLM-powered chatbot service cannot assume fixed-length input sequences, nor assume fixed-length output sequences. Proprietary models offer maximum context lengths in excess of 8K tokens at the time of writing. With static batching, variance in generation output could cause massive underutilization of GPUs. It's no wonder OpenAI CEO Sam Altman described the compute costs as eye-watering.

Without restrictive assumptions on user input and model output, unoptimized production-grade LLM systems simply can't serve traffic without underutilizing GPUs and incurring unnecessarily high costs. We need to optimize how we serve LLMs for their power to be broadly accessible.

## Continuous batching

The industry recognized the inefficiency and came up with a better approach. Orca: A Distributed Serving System for Transformer-Based Generative Models is a paper presented in OSDI '22 which is the first to our knowledge to tackle this problem. Instead of waiting until every sequence in a batch has completed generation, Orca implements iteration-level

Case 1:23-cv-00816-MN   Document 27-1   Filed 01/08/24   Page 130 of 200 PageID #: 725

scheduling where the batch size is determined per iteration. The result is that once a sequence in a batch has completed generation, a new sequence can be inserted in its place, yielding higher GPU utilization than static batching.



Completing seven sequences using continuous batching. Left shows the batch after a single iteration, right shows the batch after several iterations. Once a sequence emits an end-of-sequence token, we insert a new sequence in its place (i.e. sequences S5, S6, and S7). This achieves higher GPU utilization since the GPU does not wait for all sequences to complete before starting a new one.

Reality is a bit more complicated than this simplified model: since the prefill phase takes compute and has a different computational pattern than generation, it cannot be easily batched with the generation of tokens. Continuous batching frameworks currently manage this via hyperparameter: waiting_served_ratio, or the ratio of requests waiting for prefill to those waiting end-of-sequence tokens.

Speaking of frameworks, Hugging Face has productionized continuous batching in their Rust- and Python-based text-generation-inference LLM inference server. We use their implementation to understand the performance characteristics of continuous batching in our benchmarks below.

**Note:** *Continuous batching, dynamic batching, and iteration-level scheduling are all close enough in meaning that any one of them can be used to describe the batching algorithm. We chose to use continuous batching. Dynamic batching is fitting but can be confused with request-level batching, where an LLM inference server uses a static batch whose size is chosen when*

*the current batch has completely finished generation. We feel that iteration-level scheduling is descriptive of the scheduling mechanism but not the process as a whole.*

## PagedAttention and vLLM

For this blog post, we want to showcase the differences between static batching and continuous batching. It turns out that continuous batching can unlock memory optimizations that are not possible with static batching by improving upon Orca's design.

PagedAttention is a new attention mechanism implemented in vLLM (GitHub). It takes inspiration from traditional OS concepts such as paging and virtual memory. They allow the KV cache (what is computed in the "prefill" phase, discussed above) to be non-contiguous by allocating memory in fixed-size "pages," or blocks. The attention mechanism can then be rewritten to operate on block-aligned inputs, allowing attention to be performed on non-contiguous memory ranges.

This means that buffer allocation can happen just-in-time instead of ahead-of-time: when starting a new generation, the framework does not need to allocate a contiguous buffer of size maximum_context_length. Each iteration, the scheduler can decide if it needs more room for a particular generation, and allocate on the fly without any degradation to PagedAttention's performance. This doesn't guarantee perfect utilization of memory (their blog says the wastage is now limited to under 4%, only in the last block), but it significantly improves upon wastage from ahead-of-time allocation schemes used widely by the industry today.

Altogether, PagedAttention + vLLM enable massive memory savings as most sequences will not consume the entire context window. These memory savings translate directly into a higher batch size, which means higher throughput and cheaper serving. We include vLLM in our benchmarks below.

## Benchmarking setup

We'll discuss our experimental setup then dive into the results of our benchmarks.

## Experiments

Our goal is to see how continuous batching performs versus static batching on a simulated real-world live-inference workload. Fundamentally, we care about cost. We break this down into throughput and latency since cost is directly downstream of how efficiently you can serve at a given latency.

| Benchmark goal | Measurement |
|---|---|
| Measure throughput | Time-to-process a queue of 1000 requests, each with 512 input tokens and generation length sampled from an exponential distribution. |
| Measure latency | Request latencies for 100 requests, with varying input lengths, output lengths, and arrival times at a fixed average rate. |

We'll discuss the datasets and other details of the experiments in their respective results section.

## Hardware/model

We benchmark throughput and latency on a single NVIDIA A100 GPU provided by Anyscale. Our A100 has 40GB of GPU RAM. We selected Meta's OPT-13B model because each framework under test had a readily-available integration with this model. We selected the 13B variant because it fits into our GPU without requiring tensor parallelism, yet is still large enough to present memory efficiency challenges. We opt not to use tensor parallelism, where each transformer block is split over multiple GPUs, to keep our experiments simple, although both static batching and continuous batching work with tensor parallelism.

# Frameworks

We test two static batching frameworks and three continuous batching frameworks. Our static batching frameworks are:

- **Hugging Face's Pipelines.** This is the simplest inference solution. It provides static batching with an easy-to-use API that works with any model and supports more tasks more than simple text-generation. We use this as our baseline.

- **NVIDIA's FasterTransformer.** This is a library which provides optimized implementations of various transformer models. It currently only provides static batching (the Triton inference server provides request-level dynamic batching, but not continuous batching yet). This provides us with an idea of how far an extremely optimized implementation of our model can get us with static batching – it provides a more competitive baseline than the relatively unoptimized OPT-13B implementation available on Hugging Face Hub.

Our continuous batching frameworks are:

| Framework | Category |
|---|---|
| HuggingFace's Pipelines | Static batching |
| NVIDIA's FasterTransformer | Static batching |
| HuggingFace's text-generation-inference | Continuous batching |
| Ray Serve | Continuous batching |
| vLLM | Continuous batching |

- **Hugging Face's text-generation-inference.** This is the inference server Hugging Face uses to power their LLM live-inference APIs. It implements continuous batching.

- **Continuous Batching on Ray Serve.** Ray Serve leverages Ray's serverless capabilities to provide seamless autoscaling, high-availability, and support for complex DAGs. We wanted to understand how continuous batching works, so we re-implemented text-generation-inference's core continuous batching logic in pure-Python on Ray Serve. As you will see in our results, our implementation achieves the same performance as text-generation-inference, which validates our understanding.

- **vLLM.** This is an open-source project recently released by folks at UC Berkeley (GitHub). It builds upon Orca's continuous batching design by taking full control of dynamic memory allocations, allowing it to significantly reduce different forms of GPU memory fragmentation. We test this framework because it shows the impact of further optimizations made possible by iteration-level scheduling and continuous batching.

## Benchmarking results: Throughput

Based on our understanding of static batching, we expect continuous batching to perform significantly better when there is higher *variance* in sequence lengths in each batch. To show this, we run our throughput benchmark four times for each framework, each time on a dataset with higher variance in sequence lengths.

To do this, we create a dataset containing 1000 sequences each with 512 input tokens. We configure our model to always emit a per-sequence generation length by ignoring the end-of-sequence token and configuring $max\_tokens$. We then generate 1000 generation lengths, one for each request, sampled from an exponential distribution with mean=128 tokens. We use an exponential distribution as it is a good approximation of the generation lengths that one may encounter while serving an application like ChatGPT. To vary the variance of each run, we select only samples from the exponential distribution that are less than or equal to 32, 128, 512, and 1536. The total output sequence length is then, at most, 512+32=544, 512+128=640, 512+512=1024, and 512+1536=2048 (the maximum sequence length of our model).

We then use a simple asyncio Python benchmarking script to submit HTTP requests to our model server. The benchmarking script submits all requests in burst fashion, so that the compute is saturated.

The results are as follows:

| Throughput (token/s) vs. variance in generated sequence lengths | Generation limit (higher limit implies higher variance in output sequence lengths) | | | |
|---|---|---|---|---|
| | max 32 tokens | max 128 tokens | max 512 tokens | max 1536 tokens |
| **Static batching (HF Pipelines)** | 2988 | 972 | 214 | 81 |
| **Static batching (FasterTransformer)** | 2869 | 1441 | 558 | 346 |
| **Continuous batching (Ray Serve)** | 3090 | 1460 | 703 | 650 |
| **Continuous batching (text-generation-inference)** | 2948 | 1442 | 707 | 665 |
| **Continuous batching (vLLM)** | 6121 | 3592 | 2029 | 1898 |

Throughput in tokens per second of each framework as variance in sequence length increases.

As expected, the static batchers and naive continuous batchers perform approximately identically for lower-variance generation lengths. However as the variance increases, naive static batching's performance plummets to 81 token/s. FasterTransformers improves upon naive static batching significantly, nearly keeping up with the naive continuous batchers until generation length limit of 1536. Continuous batching on Ray Serve and text-generation-inference achieves about the same performance, which is what we expect since they use the same batching algorithm.

What is most impressive here is vLLM. For each dataset, vLLM more than doubles performance compared to naive continuous batching. We have not analyzed what optimization contributes the most to vLLM performance the most, but we suspect vLLM's ability to reserve space dynamically instead of ahead-of-time allows vLLM to dramatically increase the batch size.

We plot these performance results relative to naive static batching:





Our throughput benchmark results presented as improvement multiples over naive static batching, log scale.

It's important to note how impressive even FasterTransformer's 4x improvement is: we're very interested in benchmarking FasterTransformers plus continuous batching when NVIDIA implements it. However, continuous batching is clearly a significant improvement over static batching even with an optimized model. The performance gap becomes gigantic when you include further memory optimization enabled by continuous batching and iteration-level scheduling as vLLM does.

## Benchmarking results: Latency

Live-inference endpoints often face latency-throughput tradeoffs that must be optimized based on user needs. We benchmark latency on a realistic workload and measure how the cumulative distribution function of latencies changes with each framework.

Similar to the throughput benchmark, we configure the model to always emit a specified amount of tokens specified per-request. We prepare 100 randomly-generated prompts by sampling lengths from a uniform distribution between 1 token and 512 tokens. We sample 100 output lengths from a capped exponential distribution with mean=128 and maximum size of 1536. These numbers were chosen because they are reasonably realistic and allow the generation to use up the full context-length of our model (512+1536=2048).

Instead of submitting all requests at the same time as done in the throughput benchmark, we delay each request by a predetermined number of seconds. We sample a Poisson distribution to determine how long each request waits after the previously submitted request. The Poisson distribution is parameterized by λ, the expected rate, which in our case is how many queries per second (QPS) hit our model endpoint. We measure latencies at both QPS=1 and QPS=4 to see how the latency distribution changes as load changes.

| Median generation request latency vs. framework/batching strategy | QPS=1 | | QPS=4 | |
| --- | --- | --- | --- | --- |
| | Median generation request latency (seconds) | Reduction over naive static batching | Median generation request latency (seconds) | Reduction over naive static batching |
| **Static batching (HF Pipelines)** | 113.9 | 0x | 136.2 | 0x |
| **Static batching (FasterTransformer)** | 69.1 | 1.6x | 102.7 | 1.3x |
| **Continuous batching (Ray Serve)** | 5.9 | 19.3x | 35.2 | 3.9x |
| **Continuous batching (text-generation-inference)** | 4.1 | 27.5x | 35.7 | 3.8x |
| **Continuous batching (vLLM)** | 3.6 | 31.6x | 4.6 | 29.6x |

Median generation request latency for each framework, under average load of 1 QPS and 4 QPS. Continuous batching systems improve median latency.

How continuous batching enables 23x throughput in LLM inference while reducing p50 latency | Anyscale

We see that while improving throughput, continuous batching systems also *improve* median latency. This is because continuous batching systems allow for new requests to be added to an existing batch if there is room, each iteration. But how about other percentiles? In fact, we find that they improve latency across all percentiles:



Cumulative distribution function of generation request latencies for each framework with QPS=1. Static batchers and continuous batchers have distinct curve shapes caused by the presence of iteration-level batch scheduling in continuous batchers. All continuous batchers perform approximately equally under this load: FasterTransformers performs noticeably better than static batching on a naive model implementation.

7/27/23, 9:18 AM                    How continuous batching enables 23x throughput in LLM inference while reducing p50 latency | Anyscale

The reason why continuous batching improves latency at all percentiles is the same as why it improves latency at p50: new requests can be added regardless of how far into generation other sequences in the batch are. However, like static batching, continuous batching is still limited by how much space is available on the GPU. As your serving system becomes saturated with requests, meaning a higher on-average batch size, there are less opportunities to inject new requests immediately when they are received. We can see this as we increase the average QPS to 4:



Cumulative distribution function of generation request latencies for each framework with QPS=4. Compared to QPS=1, FasterTransformer's distribution of latencies becomes more similar to static batching on a naive model. Both Ray Serve and text-generation-inference's continuous batching implementations perform similarly, but noticeably worse than vLLM.

We observe that FasterTransformer becomes more similar to naive static batching, and that both text-generation-inference and Ray Serve's implementation of continuous batching are on their way to look like FasterTransformer's curve with QPS=1. That is, as the systems become saturated there are less opportunities to inject new requests immediately, so request latency goes up. This lines up with the vLLM curve – it remains mostly unchanged between QPS=1 and QPS=4. This is because due to its advanced memory optimizations, it has a higher maximum batch size.

Anecdotally, we observe that vLLM becomes saturated around QPS=8 with a throughput near 1900 token/s. To compare these numbers apples-to-apples to the other serving systems requires more experimentation; however we have shown that continuous batching significantly improves over static batching by 1) reducing latency by injecting new requests immediately when possible, and 2) enable advanced memory optimizations (in vLLM's case) that increase the QPS that the serving system can handle before becoming saturated.

## Conclusion

LLMs present some amazing capabilities, and we believe their impact is still mostly undiscovered. We have shared how a new serving technique, continuous batching, works and how it outperforms static batching. It improves throughput by wasting fewer opportunities to schedule new requests, and improves latency by being capable of immediately injecting new requests into the compute stream. We are excited to see what people can do with continuous batching, and where the industry goes from here.

## Try out continuous batching for yourself

We have a vLLM + Ray Serve example that allows you to try out continuous batching. We are integrating continuous batching systems into Aviary, a webapp that allows you to compare the outputs of different LLMs in parallel, and will release it within the week.

*Acknowledgements. We'd like to thank the following people for assisting in benchmarking and/or reviewing our results. Anyscale: Stephanie Wang, Antoni Baum, Edward Oakes, and Amog Kamsetty; UC Berkeley: Zhuohan Li and Woosuk Kwon.*

# Get involved with Ray

The code used for the experiments in the blog post is here. To connect with the Ray community, join the Ray Slack or ask questions on the Discuss forum. If you are interested in hosting LLMs, check out our managed Ray offering. If you are interested in learning more about Ray, see ray.io and docs.ray.io.

See our earlier blog series on solving Generative AI infrastructure and using LangChain with Ray.

**Ray Summit 2023:** If you are interested to learn much more about how Ray can be used to build performant and scalable LLM applications and fine-tune/train/serve LLMs on Ray, join Ray Summit on September 18–20th! We have a set of great keynote speakers including John Schulman from OpenAI and Aidan Gomez from Cohere, community and tech talks about Ray as well as practical training focused on LLMs.

## Sharing




## Tags

LLM

## Sign up for product updates

Email*

Submit

## Recommended content





### Machine Learning for Developers

Read more →




### Ray 2.6 features streaming for Serve and Train and new Multi-GPU Learner API

Read more →



### Introducing the Anyscale Snowflake Connector

Read more →

How continuous batching enables 23x throughput in LLM inference while reducing p50 latency | Anyscale

## Products

Anyscale Compute Platform

Ray Open Source

## Learn

Blog

Demos & Webinars

Anyscale Academy

Anyscale Docs

## Follow Anyscale

## Events

Webinars

Meetups

Summits

## Scalable AI and Python

Data Ingestion

Reinforcement Learning

Ray AIR

Model Serving

Hyperparameter Tuning

## Follow Ray

## Company

About Us

News

Careers

Community

Contact

## Use Cases

Demand Forecasting/Pricing

Industrial Automation

Scalable ML Platforms

NLP

Recommendation System

© Anyscale, Inc 2023

How continuous batching enables 23x throughput in LLM inference while reducing p50 latency | Anyscale

# EXHIBIT 7

**FriendliAI**

Products ∨    Solutions ∨    Use Cases    Resources ∨    Company ∨    <span>Try it now</span>

# Virtual Patent Marking

Friendli Engine is protected by the below patents in the United States and Korea.
This web page is provided in compliance with the virtual patent marking provisions of the America Invents Act.

This list may not be all inclusive. Friendli Engine may be protected by additional patents, and other patents may be pending.
Any products of FriendliAI not listed may be protected by one or more patents.

| Patented Product | Associated Patent (s) |
|---|---|
| Friendli (formerly known as PeriFlow) | U.S. Patent No. 11,442,775 |
| | U.S. Patent No. 11,514,370 |
| | U.S. Patent No. 11,836,520 |
| | KR 10-2479264 |

# FriendliAI

Products ∨    Solutions ∨    Use Cases    Resources ∨    Company ∨    Try it now

# FriendliAI

**Products**

Friendli Dedicated Endpoints    Friendli Engine

**Solutions**

**Use Cases**

**Resources**

Blog

Docs

Research

**Company**

About

News

Patents

Careers

Contact

**Contact us:**

contact@friendli.ai

**Headquarters:**

303 Twin Dolphin Drive, Suite 600 PMB 90061

Redwood City, CA 94065

**Hub:**

5F AMC Tower, 222 Bongeunsa-ro, Gangnam-gu, Seoul, 06135, Korea

Copyright © 2023 FriendliAI Inc. All rights reserved

Privacy Policy    Cloud Terms of Service    Service Level Agreement

# EXHIBIT 8

Friendli Engine is protected by the below patents in the United States and Korea. This web page is provided in compliance with the virtual patent marking provisions of the America Invents Act.

This list may not be all inclusive. Friendli Engine may be protected by additional patents, and other patents may be pending. Any products of FriendliAI not listed may be protected by one or more patents.

| Patented Product | Associated Patent (s) |
|---|---|
| Friendli (formerly known as PeriFlow) | U.S. Patent No. 11,442,775 |
| | U.S. Patent No. 11,514,370 |
| | U.S. Patent No. 11,836,520 |
| | KR 10-2479264 |
| | KR 10-2498595 |

**FriendliAI**    PeriFlow    PeriFlow Cloud    Quick Start    Patents    Docs    Try it now

contact@friendli.ai303 Twin Dolphin Drive, Suite 600 CA 94065Redwood City, CA 945P AMC Tower, 222 Banpo-daero, Seocho-gu, Seoul, 06135, KoreaGangnam-gu, Seoul,



Privacy Policy Agreement    Cloud Terms of Service    Container Terms of Service    Service Level    Copyright © 2023 FriendliAI Inc. All rights reserved



# EXHIBIT 9

7/27/23, 9:37 AM

text-generation-inference/router at main · huggingface/text-generation-inference · GitHub

huggingface / **text-generation-inference**   Public

<> Code   ⊙ Issues 79   ⩔ Pull requests 24   ⊙ Actions   ⧉ Security   ⊵ Insights

**text-generation-inference** / **router** /   ⧉   ✓

⶟ main ▾

🧑 OlivierDehaene  feat: add cuda memory fraction (#659)   ⋯   3 days ago   🕓

Q Go to file

| Name | | Last commit date |
|------|------|------|
| .. | | |
| client | feat: add cuda memory fraction (#659) | 3 days ago |
| grpc-metadata | v0.9.0 (#525) | last month |
| src | feat(server): add local prom and health ro… | last week |
| Cargo.toml | v0.9.0 (#525) | last month |
| README.md | Adding docs on how dynamic batching w… | 3 months ago |
| build.rs | chore(github): add templates (#264) | 2 months ago |

**README.md**

# Router

Also named `webserver` throughout the docs.

This router is handling most of the logic to handle the "batches" tell when to pass new `prefill` requests and pausing `decode` requests, which ones etc...

It uses gRPC to communicate with the shards which can therefore be kept much simpler and focus on having the most efficient forward passes as possible.

## Continuous batching

One important feature of `text-generation-inference` is enabled by this `router`.

Continuous batching is the act of regularly running queries in the same `forward` step of the LLM (a "batch") and also removing them when they are finished.

In order for continuous batching to be useful, you need to have more compute available with respect to the memory requirements of your model. This is essentially true for LLMs and the larger the model, the truer it gets (since you have to pool multiple GPUs to load the model, you effectively have a lot of compute power at your hands).

Static batching is the act of doing several queries at the same time, but usually this is controlled by the client, and therefore the amount of batching is decided beforehand.

For text-generation, and LLMs which are memory bound we can try to be much more efficient with the available compute, by having client sending us single queries, and let the router mix&match queries into or out of batches to make the use the compute the most efficiently. This is possible because for LLMs the total compute for running the model is much bigger than doing mix&match of the batches themselves.

## Simple continuous batching

text-generation works by feeding a prompt to a model, and iteratively calling `forward` on the model to produce new text, 1 token at a time.

The first idea is simple, when a query arrives, we start working on it directly. When new queries arrive, we simply wait for the current `forward` to be finished then batch the current running prompt with the new query, and call `forward` .

Whenever either query is finished: either the model produce EOS (end of sentence) token or the query reached the allowed limit. We simply drop it from the batch, remove all the allocated memory and we can continue with the rest until nothing is left.

This simple idea generalizes very well and we could potentially stack many requests in the same batch.

One thing to note, is that queries can be potentially run with different parameters meaning different way to choose the next token (sampling, not sampling, temperature, top_k etc..). This is not problematic for the proposed approach we just need to do the sampling independantly on each member of the batch.

## Prefill, decode and past key values

In order to make LLMs and text-generation efficient, there's actually a very powerful trick that can be used, which is the "caching" of some attention matrices. [More on that in the first part of this blog](#)

What this means, is that the first "pass" of a prompt is different from the subsequent "forward" passes. Since for the first one we have to compute the entire attention matrix, whereas in the follow-ups only require to compute the new token attention. The first pass is called `prefill` throughout this codebase where as the follow-ups are called `decode` .

Since `prefill` is much more expensive than `decode` we don't want to do it all the time, but a currently running query is probably doing `decode` . If we want to do the continuous batching as explained previously we need to run `prefill` at some point in order to create the attention matrix required to be able to join the `decode` group.

`text-generation-inference` uses a bunch of different strategies and parameters in order to enable you to find the sweet spot between exploiting the hardware and perceived latency.

With no continuous batching at all, latency is going to be super good, but throughput (meaning the total number of requests allowed in a given timeframe) is going to be super bad (since it's essentially 1).

With static batching, you can probably reach the maximum throughput (by using the maximum total batch size applicable to your hardware), but the latency is super bad since in order to have maximum throughput you need to wait for requests to come in before processing.

With continuous batching you can find a sweet spot. In general latency is the most critical parameter users care about. But a 2x latency slowdown for 10x more users on the same hardware is an acceptable tradeoff.

## Token streaming

This is a very important aspect of client UX. As mentionned above, latency is the most critical perceived quality of an LLM API.

With token streaming, the server can start answering after the first `prefill` pass directly, without waiting for all the generation to be done. For extremely long queries this means clients can start to see something happening orders of magnitude before the work is done. Seeing something in progress allows them to cut short if it's not what's wanted but also it "feels" better.

# EXHIBIT 10

Search models, datasets, users...

☰

# Text Generation Inference

🔗 https://github.com/huggingface/text-generation-inference

👤 Request to join this org

## Research interests

Maintainers of the `huggingface/text-generation-inference` repo

## Team members   5




## Organization Card

ℹ️ About org cards

Text-Generation-Inference is, an open-source, purpose-built solution for deploying and serving Large Language Models (LLMs). TGI enables high-performance text generation using Tensor Parallelism and dynamic batching for the most popular open-source LLMs, including StarCoder, BLOOM, GPT-NeoX, Llama, and T5. Text Generation Inference is already used by customers such as

text-generation-inference (Text Generation Inference)

IBM, Grammarly, and the Open-Assistant initiative implements optimization for all supported model architectures, including:

- Tensor Parallelism and custom cuda kernels
- Optimized transformers code for inference using flash-attention and Paged Attention on the most popular architectures
- Quantization with bitsandbytes or gptq
- Continuous batching of incoming requests for increased total throughput
- Accelerated weight loading (start-up time) with safetensors
- Logits warpers (temperature scaling, topk, repetition penalty ...)
- Watermarking with A Watermark for Large Language Models
- Stop sequences, Log probabilities
- Token streaming using Server-Sent Events (SSE)



## 🔗 Currently optimized architectures

- <u>BLOOM</u>
- <u>FLAN-T5</u>

- Galactica
- GPT-Neox
- Llama
- OPT
- SantaCoder
- Starcoder
- Falcon 7B
- Falcon 40B

🔗 Check out the source code 👉

- the server backend: https://github.com/huggingface/text-generation-inference

- the Chat UI: https://huggingface.co/spaces/text-generation-inference/chat-ui

🔗 Check out examples

- Introducing the Hugging Face LLM Inference Container for Amazon SageMaker

- Deploy LLMs with Hugging Face Inference Endpoints

text-generation-inference (Text Generation Inference)

⭾ Sort: Recently Updated

⊞ **Spaces**  2



6

**oasst-sft-1-pythia-12b**

4

Build error

**chat-ui**

◈ **Models**

None public yet

▥ **Datasets**

None public yet

**Company**

TOS

Privacy

About

Jobs

**Website**

Models

Datasets

Spaces

Pricing

Docs

© Hugging Face

EXHIBIT 11

huggingface / text-generation-inference Public

Code | Issues 79 | Pull requests 23 | Actions | Security | Insights

New issue

Jump to bottom

# Adding docs on how dynamic batching works. #258

Merged **Narsil** merged 2 commits into `main` from `dynamic_batching_doc` on May 1

Conversation 4 | Commits 2 | Checks 3 | Files changed 2

Changes from 1 commit ▾ File filter ▾ Conversations ▾ Jump to ▾

**Rename dynamic to continuous.**

Prev | Next

**Narsil** committed on May 1

commit c6bb42286e3642261ff9bf7d376687684351c00e

2 README.md

```
42 42    - Serve the most popular Large Language Models with a simple launcher
43 43    - Tensor Parallelism for faster inference on multiple GPUs
44 44    - Token streaming using Server-Sent Events (SSE)
45     - - [Dynamic batching of incoming requests](https://github.com/huggingface/text-generation-inference/tree/main/router) for
         increased total throughput
   45 + - [Continous batching of incoming requests](https://github.com/huggingface/text-generation-inference/tree/main/router) for
         increased total throughput
46 46    - Optimized transformers code for inference using [flash-attention](https://github.com/HazyResearch/flash-attention) on the
         most popular architectures
```



| 47 | 47 | - Quantization with [bitsandbytes](https://github.com/TimDettmers/bitsandbytes) |
| 48 | 48 | - [Safetensors](https://github.com/huggingface/safetensors) weight loading |

☑ 🟥🟩 ☐ 🗔  router/README.md  🗗

∨ ✛ 14

| 8 | 8 | It uses gRPC to communicate with the shards which can therefore be kept |
| 9 | 9 | much simpler and focus on having the most efficient forward passes as possible. |
| 10 | 10 | |
| 11 |  | - ## **Dynamic batching** |
|  | 11 | + ## **Continuous batching** |
| 12 | 12 | |
| 13 | 13 | One important feature of `text-generation-inference` is enabled |
| 14 | 14 | by this `router`. |
| 15 | 15 | |
| 16 |  | - Dynamic batching is the act of regularly running queries in the same |
|  | 16 | + Continuous batching is the act of regularly running queries in the same |
| 17 | 17 | `forward` step of the LLM (a "batch") and also removing them when they are |
| 18 | 18 | finished. |
| 19 | 19 | |
| 20 |  | - In order for dynamic batching to be useful, you need to have more compute available |
|  | 20 | + In order for continuous batching to be useful, you need to have more compute available |
| 21 | 21 | with respect to the memory requirements of your model. This is essentially true for |
| 22 | 22 | LLMs and the larger the model, the truer it gets (since you have to pool multiple |
| 23 | 23 | GPUs to load the model, you effectively have a lot of compute power at your hands). |
| 34 | 34 | for running the model is much bigger than doing mix&match of the batches themselves. |
| 35 | 35 | |
| 36 | 36 | |
| 37 |  | - ### **Simple dynamic batching** |
|  | 37 | + ### **Simple continuous batching** |
| 38 | 38 | |
| 39 | 39 | text-generation works by feeding a prompt to a model, and iteratively calling |
| 40 | 40 | `forward` on the model to produce new text, 1 token at a time. |
| 65 | 65 | The first pass is called `prefill` throughout this codebase where as the follow-ups are called `decode`. |
| 66 | 66 | |
| 67 | 67 | Since `prefill` is much more expensive than `decode` we don't want to do it all the time, |
| 68 |  | - but a currently running query is probably doing `decode`. If we want to do the dynamic |

7/27/23, 9:39 AM

Adding docs on how dynamic batching works. by Narsil · Pull Request #258 · huggingface/text-generation-inference · GitHub

3/3

```
68  + but a currently running query is probably doing `decode`. If we want to do the continuous
69    batching as explained previously we need to run `prefill` at some point in order to create
70    the attention matrix required to be able to join the `decode` group.
71
72    `text-generation-inference` uses a bunch of different strategies and parameters in
73    order to enable you to find the sweet spot between exploiting the hardware and perceived latency.
74
75  - With no dynamic batching at all, latency is going to be super good, but throughput (meaning
75  + With no continuous batching at all, latency is going to be super good, but throughput (meaning
76    the total number of requests allowed in a given timeframe) is going to be super bad (since it's essentially 1).
77
78    With static batching, you can probably reach the maximum throughput (by using the maximum total batch size applicable to your
      hardware), but the latency is super bad since in order to have maximum throughput you need to wait for requests to come in
      before processing.
79
80  - With dynamic batching you can find a sweet spot. In general latency is the most critical
80  + With continuous batching you can find a sweet spot. In general latency is the most critical
81    parameter users care about. But a 2x latency slowdown for 10x more users on the same
82    hardware is an acceptable tradeoff.
83
```

# EXHIBIT 12

7/27/23, 9:40 AM

GitHub - huggingface/text-generation-inference: Large Language Model Text Generation Inference

huggingface / **text-generation-inference**   Public

☆ 3.4k stars   ⑂ 327 forks   ⌁ Activity

☆ Star

⌂ Notifications

Large Language Model Text Generation Inference

⚯ huggingface.github.io/text-generation-inference/

⚖ Apache-2.0 license

<> Code   ⊙ Issues 79   ⓘ Pull requests 23   ⊙ Actions   ⊡ Security   ⟋ Insights

⑀ main ▾

Go to file

OlivierDehaene feat(server): support new falcon config (#712)   …   ✕ 1 minute ago   ⏱ 345

View code

README.md

⋮⋮⋮

GitHub - huggingface/text-generation-inference: Large Language Model Text Generation Inference

# ♦ Text Generation Inference

Fast optimized inference for LLMs



## Text Generation Inference



🔄 Stars   3.4k   license Apache-2.0   API Swagger

A Rust, Python and gRPC server for text generation inference. Used in production at HuggingFace to power LLMs api-inference widgets.

https://github.com/huggingface/text-generation-inference#readme

# Table of contents

- Features
- Optimized Architectures
- Get Started
  - Docker
  - API Documentation
  - Using a private or gated model
  - A note on Shared Memory
  - Distributed Tracing
  - Local Install
  - CUDA Kernels
- Run Falcon
  - Run
  - Quantization
- Develop
- Testing

# Features

- Serve the most popular Large Language Models with a simple launcher
- Tensor Parallelism for faster inference on multiple GPUs
- Token streaming using Server-Sent Events (SSE)
- Continuous batching of incoming requests for increased total throughput
- Optimized transformers code for inference using flash-attention and Paged Attention on the most popular architectures
- Quantization with bitsandbytes and GPT-Q
- Safetensors weight loading

- Watermarking with A Watermark for Large Language Models
- Logits warper (temperature scaling, top-p, top-k, repetition penalty, more details see transformers.LogitsProcessor)
- Stop sequences
- Log probabilities
- Production ready (distributed tracing with Open Telemetry, Prometheus metrics)

## Optimized architectures

- BLOOM
- FLAN-T5
- Galactica
- GPT-Neox
- Llama
- OPT
- SantaCoder
- Starcoder
- Falcon 7B
- Falcon 40B
- MPT
- Llama V2

Other architectures are supported on a best effort basis using:

`AutoModelForCausalLM.from_pretrained(<model>, device_map="auto")`

or

`AutoModelForSeq2SeqLM.from_pretrained(<model>, device_map="auto")`

# Get started

## Docker

The easiest way of getting started is using the official Docker container:

```
model=tiiuae/falcon-7b-instruct
volume=$PWD/data # share a volume with the Docker container to avoid downloading weights every run

docker run --gpus all --shm-size 1g -p 8080:80 -v $volume:/data ghcr.io/huggingface/text-generation-inference:0.9.3
```

**Note**: To use GPUs, you need to install the NVIDIA Container Toolkit. We also recommend using NVIDIA drivers with CUDA version 11.8 or higher.

To see all options to serve your models (in the code or in the cli:

```
text-generation-launcher --help
```

You can then query the model using either the `/generate` or `/generate_stream` routes:

```
curl 127.0.0.1:8080/generate \
  -X POST \
  -d '{"inputs":"What is Deep Learning?","parameters":{"max_new_tokens":20}}' \
  -H 'Content-Type: application/json'
```

```
curl 127.0.0.1:8080/generate_stream \
  -X POST \
  -d '{"inputs":"What is Deep Learning?","parameters":{"max_new_tokens":20}}' \
  -H 'Content-Type: application/json'
```

Case 1:23-cv-00816-MN    Document 27-1    Filed 01/08/24    Page 172 of 200 PageID #: 767

or from Python:

```
pip install text-generation
```

```
from text_generation import Client

client = Client("http://127.0.0.1:8080")
print(client.generate("What is Deep Learning?", max_new_tokens=20).generated_text)

text = ""
for response in client.generate_stream("What is Deep Learning?", max_new_tokens=20):
    if not response.token.special:
        text += response.token.text
print(text)
```

## API documentation

You can consult the OpenAPI documentation of the `text-generation-inference` REST API using the `/docs` route. The Swagger UI is also available at: https://huggingface.github.io/text-generation-inference.

## Using a private or gated model

You have the option to utilize the `HUGGING_FACE_HUB_TOKEN` environment variable for configuring the token employed by `text-generation-inference`. This allows you to gain access to protected resources.

For example, if you want to serve the gated Llama V2 model variants:

1. Go to https://huggingface.co/settings/tokens

2. Copy your cli READ token

3. Export `HUGGING_FACE_HUB_TOKEN=<your cli READ token>`

or with Docker:

```
model=meta-llama/Llama-2-7b-chat-hf
volume=$PWD/data # share a volume with the Docker container to avoid downloading weights every run
token=<your cli READ token>

docker run --gpus all --shm-size 1g -e HUGGING_FACE_HUB_TOKEN=$token -p 8080:80 -v $volume:/data ghcr.io/huggingface
```

## A note on Shared Memory (shm)

NCCL is a communication framework used by PyTorch to do distributed training/inference. text-generation-inference make use of NCCL to enable Tensor Parallelism to dramatically speed up inference for large language models.

In order to share data between the different devices of a NCCL group, NCCL might fall back to using the host memory if peer-to-peer using NVLink or PCI is not possible.

To allow the container to use 1G of Shared Memory and support SHM sharing, we add --shm-size 1g on the above command.

If you are running text-generation-inference inside Kubernetes . You can also add Shared Memory to the container by creating a volume with:

```
- name: shm
  emptyDir:
    medium: Memory
    sizeLimit: 1Gi
```

and mounting it to /dev/shm .

Finally, you can also disable SHM sharing by using the NCCL_SHM_DISABLE=1 environment variable. However, note that this will impact performance.

## Distributed Tracing

`text-generation-inference` is instrumented with distributed tracing using OpenTelemetry. You can use this feature by setting the address to an OTLP collector with the `--otlp-endpoint` argument.

## Local install

You can also opt to install `text-generation-inference` locally.

First install Rust and create a Python virtual environment with at least Python 3.9, e.g. using `conda`:

```
curl --proto '=https' --tlsv1.2 -sSf https://sh.rustup.rs | sh

conda create -n text-generation-inference python=3.9
conda activate text-generation-inference
```

You may also need to install Protoc.

On Linux:

```
PROTOC_ZIP=protoc-21.12-linux-x86_64.zip
curl -OL https://github.com/protocolbuffers/protobuf/releases/download/v21.12/$PROTOC_ZIP
sudo unzip -o $PROTOC_ZIP -d /usr/local bin/protoc
sudo unzip -o $PROTOC_ZIP -d /usr/local 'include/*'
rm -f $PROTOC_ZIP
```

On MacOS, using Homebrew:

```
brew install protobuf
```

Then run:

```
BUILD_EXTENSIONS=True make install # Install repository and HF/transformer fork with CUDA kernels
make run-falcon-7b-instruct
```

**Note:** on some machines, you may also need the OpenSSL libraries and gcc. On Linux machines, run:

```
sudo apt-get install libssl-dev gcc -y
```

## CUDA Kernels

The custom CUDA kernels are only tested on NVIDIA A100s. If you have any installation or runtime issues, you can remove the kernels by using the `DISABLE_CUSTOM_KERNELS=True` environment variable.

Be aware that the official Docker image has them enabled by default.

# Run Falcon

## Run

```
make run-falcon-7b-instruct
```

## Quantization

You can also quantize the weights with bitsandbytes to reduce the VRAM requirement:

```
make run-falcon-7b-instruct-quantize
```

# Develop

```
make server-dev
make router-dev
```

## Testing

```
# python
make python-server-tests
make python-client-tests
# or both server and client tests
make python-tests
# rust cargo tests
make rust-tests
# integration tests
make integration-tests
```

**Releases** 19

⬡ **v0.9.3** (Latest)
last week

+ 18 releases

**Packages** 1

⬡ text-generation-inference

## Used by  60



+ 52

## Contributors  26














+ 15 contributors

## Languages

- ● Python 69.4%
- ● Rust 22.7%
- ● Cuda 5.9%
- ● Dockerfile 0.7%
- ● C++ 0.7%
- ● Makefile 0.3%
- ● Other 0.3%

EXHIBIT 13

Deploy LLMs with Hugging Face Inference Endpoints



≡

🔍 Search models, datasets, users...

← Back to blog

# Deploy LLMs with Hugging Face Inference Endpoints

🔗

Published July 4, 2023

Update on GitHub



philschmid
Philipp Schmid

Open-source LLMs like Falcon, (Open-)LLaMA, X-Gen, StarCoder or RedPajama, have come a long way in recent months and can compete with closed-source models like ChatGPT or GPT4 for certain use cases. However, deploying these models in an efficient and optimized way still presents a challenge.

In this blog post, we will show you how to deploy open-source LLMs to Hugging Face Inference Endpoints, our managed SaaS solution that makes it easy to deploy models. Additionally, we will teach you how to stream responses and test the performance of our endpoints. So let's get started!

1. How to deploy Falcon 40B instruct

2. Test the LLM endpoint

Case 1:23-cv-00816-MN   Document 27-1   Filed 01/08/24   Page 180 of 200 PageID #: 775

3. Stream responses in Javascript and Python

Before we start, let's refresh our knowledge about Inference Endpoints.

# 🔗 What is Hugging Face Inference Endpoints

Hugging Face Inference Endpoints offers an easy and secure way to deploy Machine Learning models for use in production. Inference Endpoints empower developers and data scientists alike to create AI applications without managing infrastructure: simplifying the deployment process to a few clicks, including handling large volumes of requests with autoscaling, reducing infrastructure costs with scale-to-zero, and offering advanced security.

Here are some of the most important features for LLM deployment:

1. Easy Deployment: Deploy models as production-ready APIs with just a few clicks, eliminating the need to handle infrastructure or MLOps.

2. Cost Efficiency: Benefit from automatic scale to zero capability, reducing costs by scaling down the infrastructure when the endpoint is not in use, while paying based on the uptime of the endpoint, ensuring cost-effectiveness.

3. Enterprise Security: Deploy models in secure offline endpoints accessible only through direct VPC connections, backed by SOC2 Type 2 certification, and offering BAA and GDPR data processing agreements for enhanced data security and compliance.

4.  <u>LLM Optimization</u>: Optimized for LLMs, enabling high throughput with Paged Attention and low latency through custom transformers code and Flash Attention power by Text Generation Inference

5.  <u>Comprehensive Task Support</u>: Out of the box support for  Transformers, Sentence-Transformers, and Diffusers tasks and models, and easy customization to enable advanced tasks like speaker diarization or any Machine Learning task and library.

You can get started with Inference Endpoints at: <u>https://ui.endpoints.huggingface.co/</u>

## 🔗 1. How to deploy Falcon 40B instruct

To get started, you need to be logged in with a User or Organization account with a payment method on file (you can add one <u>here</u>), then access Inference Endpoints at <u>https://ui.endpoints.huggingface.co</u>

Then, click on "New endpoint". Select the repository, the cloud, and the region, adjust the instance and security settings, and deploy in our case `tiiuae/falcon-40b-instruct`.

Inference Endpoints suggest an instance type based on the model size, which should be big enough to run the model. Here 4x `NVIDIA T4 GPUs`. To get the best performance for the LLM, change the instance to GPU `[xlarge]` · `1x Nvidia A100`.

*Note: If the instance type cannot be selected, you need to contact us and request an instance quota.*



You can then deploy your model with a click on "Create Endpoint". After 10 minutes, the Endpoint should be online and available to serve requests.

## 🔗 2. Test the LLM endpoint

The Endpoint overview provides access to the Inference Widget, which can be used to manually send requests. This allows you to quickly test your Endpoint with different inputs and share it with team members. Those Widgets do not support parameters - in this case this results to a "short" generation.

5/14



The widget also generates a cURL command you can use. Just add your `hf_xxx` and test.

```
curl https://j4xhm53fx19ussm8.us-east-1.aws.endpoints.huggingface.cloud \
-X POST \
-d '{"inputs":"Once upon a time,"}' \
-H "Authorization: Bearer " \
-H "Content-Type: application/json"
```

You can use different parameters to control the generation, defining them in the `parameters` attribute of the payload. As of today, the following parameters are supported:

- `temperature`: Controls randomness in the model. Lower values will make the model more deterministic and higher values will make the model more random. Default value is 1.0.

- `max_new_tokens`: The maximum number of tokens to generate. Default is 20, max value is 512.

- `repetition_penalty`: Controls the likelihood of repetition. Default is `null`.

- `seed`: The seed to use for random generation. Default is `null`.

- `stop`: A list of tokens to stop the generation. The generation will stop when one of the tokens is generated.

- `top_k`: The number of highest probability vocabulary tokens to keep for top-k-filtering. Default value is `null`, which disables top-k-filtering.

- `top_p`: The cumulative probability of parameter highest probability vocabulary tokens to keep for nucleus sampling, default to `null`

- `do_sample`: Whether or not to use sampling; use greedy decoding otherwise. Default value is `false`.

- `best_of`: Generate best_of sequences and return the one if the highest token logprobs, default to `null`.

- `details`: Whether or not to return details about the generation. Default value is `false`.

- `return_full_text`: Whether or not to return the full text or only the generated part. Default value is `false`.

- `truncate`: Whether or not to truncate the input to the maximum length of the model. Default value is `true`.

- `typical_p`: The typical probability of a token. Default value is `null`.

- `watermark`: The watermark to use for the generation. Default value is `false`.

## 🔗 3. Stream responses in Javascript and Python

Requesting and generating text with LLMs can be a time-consuming and iterative process. A great way to improve the user experience is streaming tokens to the user as they are generated. Below are two examples of how to stream tokens using Python and JavaScript. For Python, we are going to use the client from Text Generation Inference, and for JavaScript, the HuggingFace.js library.

## 𝒫 Streaming requests with Python

First, you need to install the `huggingface_hub` library:

```
pip install -U huggingface_hub
```

We can create a `InferenceClient` providing our endpoint URL and credential alongside the hyperparameters we want to use

```python
from huggingface_hub import InferenceClient

# HF Inference Endpoints parameter
endpoint_url = "https://YOUR_ENDPOINT.endpoints.huggingface.cloud"
hf_token = "hf_YOUR_TOKEN"

# Streaming Client
client = InferenceClient(endpoint_url, token=hf_token)

# generation parameter
gen_kwargs = dict(
```

```python
    max_new_tokens=512,
    top_k=30,
    top_p=0.9,
    temperature=0.2,
    repetition_penalty=1.02,
    stop_sequences=["\nUser:", "<|endoftext|>", "</s>"],
)
# prompt
prompt = "What can you do in Nuremberg, Germany? Give me 3 Tips"

stream = client.text_generation(prompt, stream=True, details=True, **gen_kwargs)

# yield each generated token
for r in stream:
    # skip special tokens
    if r.token.special:
        continue
    # stop if we encounter a stop sequence
    if r.token.text in gen_kwargs["stop_sequences"]:
        break
    # yield the generated token
    print(r.token.text, end = "")
    # yield r.token.text
```

Replace the `print` command with the `yield` or with a function you want to stream the tokens to.



## 🔗 Streaming requests with JavaScript

First, you need to install the `@huggingface/inference` library.

```
npm install @huggingface/inference
```

Deploy LLMs with Hugging Face Inference Endpoints

We can create a HfInferenceEndpoint providing our endpoint URL and credential alongside the hyperparameter we want to use.

```javascript
import { HfInferenceEndpoint } from '@huggingface/inference'

const hf = new HfInferenceEndpoint('https://YOUR_ENDPOINT.endpoints.huggingface.cloud'

//generation parameter
const gen_kwargs = {
  max_new_tokens: 512,
  top_k: 30,
  top_p: 0.9,
  temperature: 0.2,
  repetition_penalty: 1.02,
  stop_sequences: ['\nUser:', '<|endoftext|>', '</s>'],
}
// prompt
const prompt = 'What can you do in Nuremberg, Germany? Give me 3 Tips'

const stream = hf.textGenerationStream({ inputs: prompt, parameters: gen_kwargs })
for await (const r of stream) {
  // # skip special tokens
  if (r.token.special) {
    continue
  }
  // stop if we encounter a stop sequence
  if (gen_kwargs['stop_sequences'].includes(r.token.text)) {
    break
```

```
{
    // yield the generated token
    process.stdout.write(r.token.text)
}
```

Replace the process.stdout call with the yield or with a function you want to stream the tokens to.



## 🔗 Conclusion

Deploy LLMs with Hugging Face Inference Endpoints

In this blog post, we showed you how to deploy open-source LLMs using Hugging Face Inference Endpoints, how to control the text generation with advanced parameters, and how to stream responses to a Python or JavaScript client to improve the user experience. By using Hugging Face Inference Endpoints you can deploy models as production-ready APIs with just a few clicks, reduce your costs with automatic scale to zero, and deploy models into secure offline endpoints backed by SOC2 Type 2 certification.

Thanks for reading! If you have any questions, feel free to contact me on Twitter or LinkedIn.

**More articles from our Blog**



Deploy LLMs with Hugging Face Inference Endpoints

## Building an AI WebTV

By jbilcke-hf   July 17, 2023



## Fine-tuning Stable Diffusion models on Intel CPUs

By juliensimon   July 14, 2023

🤗

**Company**

TOS

Privacy

About

Jobs

**Website**

Models

Datasets

Spaces

Pricing

Docs

© Hugging Face

# EXHIBIT 14

# Orca: A Distributed Serving System for Transformer-Based Generative Models

**Authors:**

Gyeong-In Yu and Joo Seong Jeong, *Seoul National University;* Geon-Woo Kim, *FriendliAI and Seoul National University;* Soojeong Kim, *FriendliAI;* Byung-Gon Chun, *FriendliAI and Seoul National University*

**Abstract:**

Large-scale Transformer-based models trained for generation tasks (e.g., GPT-3) have recently attracted huge interest, emphasizing the need for system support for serving models in this family. Since these models generate a next token in an autoregressive manner, one has to run the model multiple times to process an inference request where each iteration of the model generates a single output token for the request. However, existing systems for inference serving do not perform well on this type of workload that has a multi-iteration characteristic, due to their inflexible scheduling mechanism that cannot change the current batch of requests being processed; requests that have finished earlier than other requests in a batch cannot return to the client, while newly arrived requests have to wait until the current batch completely finishes.

In this paper, we propose iteration-level scheduling, a new scheduling mechanism that schedules execution at the granularity of iteration (instead of request) where the scheduler invokes the execution engine to run only a single iteration of the model on the batch. In addition, to apply batching and iteration-level scheduling to a Transformer model at the same time, we suggest selective batching, which applies batching only to a selected set of operations. Based on these two techniques, we have implemented a distributed serving system called ORCA, with additional designs for scalability to models with hundreds of

Orca: A Distributed Serving System for Transformer-Based Generative Models | USENIX

billions of parameters. Our evaluation on a GPT-3 175B model shows that ORCA can significantly outperform NVIDIA FasterTransformer in terms of both latency and throughput: 36.9× throughput improvement at the same level of latency.

# OSDI '22 Open Access Sponsored by NetApp

## Open Access Media

USENIX is committed to Open Access to the research presented at our events. Papers and proceedings are freely available to everyone once the event begins. Any video, audio, and/or slides that are posted after the event are also free and open to everyone. Support USENIX and our commitment to Open Access.

BibTeX

osdi22-yu.pdf

Orca: A Distributed Serving System for Transformer-Based Generative Models | USENIX

## Presentation Video



OSDI '22 - Orca: A Distributed Serving System for Transformer-Based Generative M...

**PROGRAM**

Technical Sessions

Activities and Evening Events

Poster Session

**ATTEND**

Registration Information

Registration Discounts

Terms and Conditions

Grant Opportunities

7/27/23, 9:43 AM

Orca: A Distributed Serving System for Transformer-Based Generative Models | USENIX

Venue, Hotel, and Travel

## PARTICIPATE

Call for Papers

Requirements for Authors

Instructions for Presenters

Call for Artifacts

Call for Posters

## ABOUT

Past Symposia

Symposium Organizers

Conference Policies

Code of Conduct

Questions

## SPONSORS

Exhibitor Services



Privacy Policy   Contact Us

© USENIX 2023

EXHIBIT 15



**FriendliAI**

# FriendliAI Launches Public Beta of PeriFlow Cloud

July 20, 2023 09:00 AM Eastern Daylight Time

SEOUL, South Korea--(BUSINESS WIRE)--FriendliAI, a leading generative AI engine company, is proud to announce the public beta release of PeriFlow Cloud. This powerful platform empowers users to run PeriFlow, an engine for generative AI serving, within a managed cloud environment.

With its innovative approach specifically tailored to large language models (LLMs), the PeriFlow engine achieves remarkable improvements in throughput while maintaining low latency. This cutting-edge engine is built upon FriendliAI's groundbreaking batching and scheduling techniques, which are protected by patents in the United States and Korea, including U.S. Patent No. 11,514,370, U.S. Patent No. 11,442,775, Korean Patent No. 10-2498595, and Korean Patent No. 10-2479264.

PeriFlow is fast and versatile, attracting a growing number of companies that develop their own LLMs through pretraining or fine-tuning open-source LLMs. Supporting a broad range of LLMs, including GPT, GPT-J, GPT-NeoX, MPT, LLaMA, Dolly, OPT, BLOOM, T5, FLAN, UL2, and more, PeriFlow offers diverse decoding options such as greedy, top-k, top-p, beam search, and stochastic beam search. Furthermore, it supports multiple data types, including fp32, fp16, bf16, and int8. With PeriFlow, users can optimize the balance between precision and speed.

FriendliAI also offers PeriFlow as a container solution, named PeriFlow Container, which has gained considerable traction among companies for LLM serving. For instance, Scatter Lab, a prominent social chatbot company in Korea, optimizes their high user traffic by leveraging PeriFlow Container to run multiple LLMs, including the popular Luda 2.0. As a result, Scatter Lab has achieved a remarkable 50% reduction in infrastructure costs associated with serving.

**The Benefits of PeriFlow Cloud**

PeriFlow Cloud simplifies the adoption of PeriFlow for organizations of any scale. With PeriFlow Cloud, users can enjoy exceptional speed at low costs (70~90% GPU savings) for LLM serving without the hassle of cloud resource setup and management.

Through PeriFlow Cloud, users can centrally manage every deployed LLM from anywhere. Users are able to effortlessly upload model checkpoints, deploy models, and instantly send inference requests. Comprehensive monitoring tools empower users to track events, errors, and performance metrics while interactively testing deployed LLMs in the playground. It dynamically handles performance and fault issues while auto-scaling based on traffic patterns, freeing users to focus on creating LLMs and driving innovation.

Byung-Gon Chun, Founder & CEO of FriendliAI, emphasizes the significance of efficient LLM serving, stating "Generative AI is revolutionizing our lives, enabling more creative, intelligent, and productive services. Many organizations are now training their own models, but they have yet to fully realize how costly and painful it is to serve these models at scale for a

large User: Base.

"We're due for a significant transformation in the way we serve LLMs to empower organizations to fully harness the potential of their LLMs," Chun adds. "PeriFlow Cloud is an instant and cost-effective solution. We are incredibly excited to see the innovative services users will develop with their generative AI models, powered by PeriFlow Cloud."

**Get Started with PeriFlow Cloud Today**

The public beta version of PeriFlow Cloud is now available. Users can deploy their large language models (LLMs) on PeriFlow, the fastest generative AI inference serving engine, in a matter of minutes. Visit friendli.ai/periflowcloud to get started today.

**About FriendliAI**

FriendliAI is a leading provider of cutting-edge inference serving engines for generative AI. Our mission is to enable our customers to serve their generative AI models efficiently at low costs and minimal environmental impact. For more information, please visit friendli.ai.

# Contacts

Sujin Oh

+82-2-889-8020

press@friendli.ai

# #Hashtags

#LargeLanguageModels   #Serving   #AI   #GenerativeAI   #PeriFlowContainer   #FriendliAI

#PeriFlow   #LLM   #PeriFlowCloud   #Inference

# Social Media Profiles

FriendliAI On Facebook

FriendliAI on LinkedIn

FriendliAI on Medium