IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HUGGING FACE, INC., ) <br> ) <br> Defendant. ) | C.A. No. 23-816 (MN) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Hugging Face, Inc.'s Production of Core Technical Documents and Sales Figures for the Accused Product(s)* were caused to be served on January 16, 2024, upon the following in the manner indicated.

| | |
|---|---|
| David E. Moore <br> Bindu A. Palapura <br> Andrew L. Brown <br> POTTER ANDERSON & CORROON LLP <br> Hercules Plaza, 6th Fl. <br> 1313 N. Market St. <br> Wilmington, DE 19801 <br> Tel.: (302) 984-6000 <br> *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Michael J. Sacksteder <br> Shreyas A. Kale <br> John M. DiBaise <br> FENWICK & WEST LLP <br> 555 California St., 12th Fl. <br> San Francisco, CA 94104 <br> Tel.: (415) 875-2300 <br> *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |

Jessica Kaempf  
F<span>ENWICK</span> & W<span>EST</span> LLP  
401 Union St., 5th Fl.  
Seattle, WA 98101  
Tel.: (206) 389-4550  
  *Attorneys for Plaintiff FriendliAI Inc.*

*BY ELECTRONIC MAIL*

POLSINELLI PC

*/s/ Stephen J. Kraftschik*  
Stephen J. Kraftschik (#5623)  
222 Delaware Avenue, Suite 1101  
Wilmington, DE 19801  
(302) 252-0920  
skraftschik@polsinelli.com  
  *Attorneys for Defendant Hugging Face, Inc.*

OF COUNSEL:

Jason A. Wietjes  
POLSINELLI PC  
2950 N. Harwood St., Ste. 2100  
Dallas, TX 75201  
Tel.: (214) 661-5519  
jwietjes@polsinelli.com

January 16, 2024

91371205.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 16, 2024, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore<br>Bindu A. Palapura<br>Andrew L. Brown<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Fl.<br>1313 N. Market St.<br>Wilmington, DE 19801<br>Tel.: (302) 984-6000<br> *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Michael J. Sacksteder<br>Shreyas A. Kale<br>John M. DiBaise<br>FENWICK & WEST LLP<br>555 California St., 12th Fl.<br>San Francisco, CA 94104<br>Tel.: (415) 875-2300<br> *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Jessica Kaempf<br>FENWICK & WEST LLP<br>401 Union St., 5th Fl.<br>Seattle, WA 98101<br>Tel.: (206) 389-4550<br> *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |

*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)

91371205.1