# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-816-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on January 22, 2024, upon the following attorneys of record as indicated below:

> PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 1-74) TO DEFENDANT HUGGING FACE, INC.

## VIA ELECTRONIC MAIL

Stephen J. Kraftschik
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
skraftschik@polsinelli.com

Jason A. Wietjes
POLSINELLI PC
2950 N. Harwood St., Ste 2100
Dallas, TX 75201
jwietjes@polsinelli.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Michael J. Sacksteder | By: */s/ Andrew L. Brown* |
| Shreyas A. Kale | David E. Moore (#3983) |
| John M. DiBaise | Bindu A. Palapura (#5370) |
| FENWICK & WEST LLP | Andrew L. Brown (#6766) |
| 555 California Street, 12th Floor | Hercules Plaza, 6th Floor |
| San Francisco, CA 94104 | 1313 N. Market Street |
| Tel: (415) 875-2300 | Wilmington, DE 19801 |
| | Tel: (302) 984-6000 |
| | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| | abrown@potteranderson.com |

OF COUNSEL:

Michael J. Sacksteder
Shreyas A. Kale
John M. DiBaise
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300

Jessica Kaempf
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Tel: (206) 389-4550

Dated: January 22, 2024
11282866 / 23295.00001

POTTER ANDERSON & CORROON LLP

By: */s/ Andrew L. Brown*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Plaintiff FriendliAI Inc.*