IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRIENDLIAI INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-816 (MN) |
| | ) | |
| HUGGING FACE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Defendant's Objections and Responses to Plaintiff's First Set of Requests for Production of Documents (Nos. 1-74)* were caused to be served on February 21, 2024, upon the following in the manner indicated.

David E. Moore                                                  *BY ELECTRONIC MAIL*
Bindu A. Palapura
Andrew L. Brown
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Fl.
1313 N. Market St.
Wilmington, DE 19801
Tel.:  (302) 984-6000
  *Attorneys for Plaintiff FriendliAI Inc.*

Michael J. Sacksteder                                          *BY ELECTRONIC MAIL*
Shreyas A. Kale
John M. DiBaise
FENWICK & WEST LLP
555 California St., 12th Fl.
San Francisco, CA 94104
Tel.:  (415) 875-2300
  *Attorneys for Plaintiff FriendliAI Inc.*

91371205.1

Jessica Kaempf                                                      *BY ELECTRONIC MAIL*
FENWICK & WEST LLP
401 Union St., 5th Fl.
Seattle, WA 98101
Tel.:  (206) 389-4550
  *Attorneys for Plaintiff FriendliAI Inc.*


                                          POLSINELLI PC

                                          */s/ Stephen J. Kraftschik*
                                          Stephen J. Kraftschik (#5623)
                                          222 Delaware Avenue, Suite 1101
                                          Wilmington, DE 19801
OF COUNSEL:                               (302) 252-0920
                                          skraftschik@polsinelli.com
Jason A. Wietjes                            *Attorneys for Defendant Hugging Face, Inc.*
POLSINELLI PC
2950 N. Harwood St., Ste. 2100
Dallas, TX 75201
Tel.:  (214) 661-5519
jwietjes@polsinelli.com

February 21, 2024

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 21, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 21, 2024, upon the following in the manner indicated:

David E. Moore                                                    *BY ELECTRONIC MAIL*
Bindu A. Palapura
Andrew L. Brown
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Fl.
1313 N. Market St.
Wilmington, DE 19801
Tel.:  (302) 984-6000
  *Attorneys for Plaintiff FriendliAI Inc.*

Michael J. Sacksteder                                           *BY ELECTRONIC MAIL*
Shreyas A. Kale
John M. DiBaise
FENWICK & WEST LLP
555 California St., 12th Fl.
San Francisco, CA 94104
Tel.:  (415) 875-2300
  *Attorneys for Plaintiff FriendliAI Inc.*

Jessica Kaempf                                                  *BY ELECTRONIC MAIL*
FENWICK & WEST LLP
401 Union St., 5th Fl.
Seattle, WA 98101
Tel.:  (206) 389-4550
  *Attorneys for Plaintiff FriendliAI Inc.*

*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)

91371205.1