# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| Plaintiff, | ) ) ) |
| | ) C.A. No. 23-816-MN |
| v. | ) ) |
| | ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) ) |
| Defendant. | ) ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that John M. DiBaise, formerly with Fenwick & West LLP, is hereby withdrawn as counsel for Plaintiff in the above-captioned matter. Plaintiff will continue to be represented by the firms of Potter Anderson & Corroon LLP and Fenwick & West LLP.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Andrew L. Brown* |
|  | David E. Moore (#3983) |
| Michael J. Sacksteder | Bindu A. Palapura (#5370) |
| Shreyas A. Kale | Andrew L. Brown (#6766) |
| FENWICK & WEST LLP | Hercules Plaza, 6th Floor |
| 555 California Street, 12th Floor | 1313 N. Market Street |
| San Francisco, CA 94104 | Wilmington, DE 19801 |
| Tel: (415) 875-2300 | Tel: (302) 984-6000 |
|  | dmoore@potteranderson.com |
| Jessica Kaempf | bpalapura@potteranderson.com |
| FENWICK & WEST LLP | abrown@potteranderson.com |
| 401 Union Street, 5th Floor |  |
| Seattle, WA 98101 | *Attorneys for Plaintiff FriendliAI Inc.* |
| Tel: (206) 389-4550 |  |

Dated: February 22, 2024
11347697 / 23295.00001