**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FRIENDLIAI INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 23-816-MN |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

pro hac vice of Samantha Ong of FENWICK & WEST LLP, 555 California Street, 12th Floor,

San Francisco, CA 94104 to represent Plaintiff FriendliAI Inc. in this matter.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael J. Sacksteder
Shreyas A. Kale
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300

Jessica Kaempf
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Tel: (206) 389-4550

Dated: March 25, 2024
11392051 / 23295.00001

By: */s/ Andrew L. Brown*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff FriendliAI Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Court Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

   Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

   In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00

   ☐   has been paid to the Clerk of the Court

   ☒   will be submitted to the Clerk's Office upon the filing of this motion

Date: March 25, 2024     Signed: */s/ Samantha Ong*
            Samantha Ong
            FENWICK & WEST LLP
            555 California Street, 12th Floor
            San Francisco, CA 94104
            Tel: (415) 875-2300
            SOng@fenwick.com