# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 23-816-MN |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff FriendliAI Inc. and Defendant Hugging Face, Inc., subject to the approval of the Court, that the following deadlines are amended as set forth below:

| **Event** | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Deadline to exchange list of claim terms | April 15, 2024 | May 15, 2024 |
| Deadline to exchange proposed constructions of claim terms | April 24, 2024 | May 24, 2024 |
| Deadline for Plaintiff to provide final infringement contentions | June 19, 2024 | June 26, 2024 |
| Deadline for Defendant to provide final invalidity contentions | June 19, 2024 | June 26, 2024 |

No other deadlines are altered by this stipulation.

|  |  |
|---|---|
| POTTER ANDERSON & CORROON LLP | Respectfully submitted,<br><br>POLSINELLI PC |
| By: */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com<br><br>*Attorneys for Plaintiff FriendliAI Inc.* | By:  */s/ Stephen J. Kraftschik*<br>    Stephen J. Kraftschik (#5623)<br>    222 Delaware Avenue, Suite 1101<br>    Wilmington, DE  19801<br>    Tel:  (302) 252-0920<br>    skraftschik@polsinelli.com<br><br>*Attorney for Defendant* |

Dated: April 10, 2024
11389435 / 23295.00001


IT IS SO ORDERED this ___ day of April, 2024.

_____
United States District Judge

1