# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-816-MN ) ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) ) |
| Defendant. | ) ) |

## STIPULATION AND ORDER TO EXTEND CERTAIN DEADLINES

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff FriendliAI Inc. and Defendant Hugging Face, Inc., subject to the approval of the Court, that the following deadlines are amended as set forth below:

| **Event** | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Deadline to exchange list of claim terms | April 15, 2024 | May 15, 2024 |
| Deadline to exchange proposed constructions of claim terms | April 24, 2024 | May 24, 2024 |
| Deadline for Plaintiff to provide final infringement contentions | June 19, 2024 | June 26, 2024 |
| Deadline for Defendant to provide final invalidity contentions | June 19, 2024 | June 26, 2024 |

No other deadlines are altered by this stipulation.

|  |  |
|---|---|
| | Respectfully submitted, |
| POTTER ANDERSON & CORROON LLP | POLSINELLI PC |
| By: */s/ Bindu A. Palapura* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Andrew L. Brown (#6766) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE  19801 <br> Tel:  (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> abrown@potteranderson.com | By:   */s/ Stephen J. Kraftschik* <br> Stephen J. Kraftschik (#5623) <br> 222 Delaware Avenue, Suite 1101 <br> Wilmington, DE  19801 <br> Tel:  (302) 252-0920 <br> skraftschik@polsinelli.com <br><br> *Attorney for Defendant* |
| *Attorneys for Plaintiff FriendliAI Inc.* | |
| Dated: April 10, 2024 <br> 11389435 / 23295.00001 | |

IT IS SO ORDERED this 11th day of April 2024.

_____
The Honorable Maryellen Noreika
United States District Judge

[1]