IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 23-816 (MN) |
| ) | |
| HUGGING FACE, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of (1) *Defendant Hugging Face, Inc.'s First Interrogatories* and (2) *Defendant Hugging Face, Inc.'s First Request for Production of Documents* were caused to be served on April 16, 2024, upon the following in the manner indicated.

David E. Moore                                                              *BY ELECTRONIC MAIL*
Bindu A. Palapura
Andrew L. Brown
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Fl.
1313 N. Market St.
Wilmington, DE 19801
Tel.: (302) 984-6000
  *Attorneys for Plaintiff FriendliAI Inc.*

Michael J. Sacksteder                                                    *BY ELECTRONIC MAIL*
Shreyas A. Kale
Samantha Ong
FENWICK & WEST LLP
555 California St., 12th Fl.
San Francisco, CA 94104
Tel.: (415) 875-2300
  *Attorneys for Plaintiff FriendliAI Inc.*

1

91371205.1

Jessica Kaempf  
FENWICK & WEST LLP  
401 Union St., 5th Fl.  
Seattle, WA 98101  
Tel.: (206) 389-4550  
  *Attorneys for Plaintiff FriendliAI Inc.*

*BY ELECTRONIC MAIL*

POLSINELLI PC

/s/ *Stephen J. Kraftschik*  
Stephen J. Kraftschik (#5623)  
222 Delaware Avenue, Suite 1101  
Wilmington, DE 19801  
(302) 252-0920  
skraftschik@polsinelli.com  
  *Attorneys for Defendant Hugging Face, Inc.*

OF COUNSEL:

Jason A. Wietjes  
POLSINELLI PC  
2950 N. Harwood St., Ste. 2100  
Dallas, TX 75201  
Tel.: (214) 661-5519  
jwietjes@polsinelli.com

April 16, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 16, 2024, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore<br>Bindu A. Palapura<br>Andrew L. Brown<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Fl.<br>1313 N. Market St.<br>Wilmington, DE 19801<br>Tel.: (302) 984-6000<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Michael J. Sacksteder<br>Shreyas A. Kale<br>Samantha Ong<br>FENWICK & WEST LLP<br>555 California St., 12th Fl.<br>San Francisco, CA 94104<br>Tel.: (415) 875-2300<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Jessica Kaempf<br>FENWICK & WEST LLP<br>401 Union St., 5th Fl.<br>Seattle, WA 98101<br>Tel.: (206) 389-4550<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |

*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)

91371205.1