# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-816-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following

documents were caused to be served on May 16, 2024, upon the following attorneys of record as

indicated below:

PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT
HUGGING FACE, INC.'S FIRST SET OF INTERROGATORIES TO
PLAINTIFF (NOS. 1-19)

PLAINTIFF FRIENDLIAI INC.'S OBJECTIONS AND RESPONSES TO
DEFENDANT HUGGING FACE, INC.'S FIRST REQUEST FOR
PRODUCTION OF DOCUMENTS (NOS. 1-61)

## VIA ELECTRONIC MAIL

Stephen J. Kraftschik
POLSINELLI PC
222 Delaware Avenue,
Suite 1101
Wilmington, DE 19801
skraftschik@polsinelli.com

Jason A. Wietjes
POLSINELLI PC
2950 N. Harwood St., Ste 2100
Dallas, TX 75201
jwietjes@polsinelli.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael J. Sacksteder
Shreyas A. Kale
Samantha Ong
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300

Jessica Kaempf
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Tel: (206) 389-4550

Dated: May 16, 2024
 11510069 / 23295.00001

By: */s/ Andrew L. Brown*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff FriendliAI Inc.*

2