## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
|        Plaintiff, | ) ) ) C.A. No. 23-816-MN |
| v. | ) ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) ) |
|        Defendant. | ) |

## **MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE**

Plaintiff FriendliAI Inc. ("Plaintiff") respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Production of technical information relating to the accused products, including certain source code

- Production of financial information, including sales figures and other data

- Production of agreements between Defendant and third parties that relate to the accused functionality

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a video meet-and-confer by Zoom on May 2, 2024.

Delaware Counsel:

    For Plaintiff: Andrew L. Brown

    For Defendant: Stephen J. Kraftschik

Lead Counsel:

    For Plaintiff: Michael J. Sacksteder, Shreyas A. Kale

    For Defendant: Jason A. Wietjes, Jahnathan L.D. Braquet

The parties are available for a teleconference on the following dates: June 3, June 5 or June 6.

<table>
<tr><td>

OF COUNSEL:

Michael J. Sacksteder
Shreyas A. Kale
Samantha Ong
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300

Jessica Kaempf
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Tel: (206) 389-4550

Dated: May 20, 2024
11495112 / 23295.00001

</td><td>

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Andrew L. Brown*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff FriendliAI Inc.*

</td></tr>
</table>