IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-816 (MN) |
| | ) |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by the parties, subject to the Court's approval, that the deadline for the parties to exchange proposed constructions of claim terms is extended from May 24, 2024, to May 28, 2024.

| POTTER ANDERSON & CORROON LLP | POLSINELLI PC |
|---|---|
| /s/ *Andrew L. Brown* | /s/ *Stephen J. Kraftschik* |
| David E. Moore (#3983) | Stephen J. Kraftschik (#5623) |
| Bindu A. Palapura (#5370) | 222 Delaware Avenue, Suite 1101 |
| Andrew L. Brown (#6766) | Wilmington, DE 19801 |
| Hercules Plaza, 6th Fl. | (302) 252-0920 |
| 1313 N. Market St. | skraftschik@polsinelli.com |
| Wilmington, DE 19801 | *Attorneys for Defendant Hugging Face, Inc.* |
| Tel.: (302) 984-6000 | |
| dmoore@potteranderson.com | |
| bpalapura@potteranderson.com | |
| abrown@potteranderson.com | |
| *Attorneys for Plaintiff FriendliAI Inc.* | |

May 24, 2024

SO ORDERED this _____ day of May, 2024.

_____
United States District Judge

95214923.1