**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FRIENDLIAI INC., | ) |
|        Plaintiff, | ) ) ) ) C.A. No. 23-816-MN |
| v. | ) ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) ) |
|        Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on May 28, 2024, upon the following attorneys of record as indicated below:

    PLAINTIFF'S DISCLOSURE OF PROPOSED CONSTRUCTIONS OF CLAIM TERMS

**VIA ELECTRONIC MAIL**

Stephen J. Kraftschik
POLSINELLI PC
222 Delaware Avenue,
Suite 1101
Wilmington, DE 19801
skraftschik@polsinelli.com

Jason A. Wietjes
POLSINELLI PC
2950 N. Harwood St., Ste 2100
Dallas, TX 75201
jwietjes@polsinelli.com

|                                              |                                                     |
|----------------------------------------------|-----------------------------------------------------|
| OF COUNSEL:                                  | POTTER ANDERSON & CORROON LLP                       |
|                                              |                                                     |
| Michael J. Sacksteder                        | By: */s/ Andrew L. Brown*                           |
| Shreyas A. Kale                              | David E. Moore (#3983)                              |
| Samantha Ong                                 | Bindu A. Palapura (#5370)                           |
| FENWICK & WEST LLP                           | Andrew L. Brown (#6766)                             |
| 555 California Street, 12th Floor            | Hercules Plaza, 6th Floor                           |
| San Francisco, CA 94104                      | 1313 N. Market Street                               |
| Tel: (415) 875-2300                          | Wilmington, DE 19801                                |
|                                              | Tel: (302) 984-6000                                 |
| Jessica Kaempf                               | dmoore@potteranderson.com                           |
| FENWICK & WEST LLP                           | bpalapura@potteranderson.com                        |
| 401 Union Street, 5th Floor                  | abrown@potteranderson.com                           |
| Seattle, WA 98101                            |                                                     |
| Tel: (206) 389-4550                          | *Attorneys for Plaintiff FriendliAI Inc.*           |

Dated: May 28, 2024
11531340 / 23295.00001