# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-816-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on May 28, 2024, upon the following attorneys of record as indicated below:

PLAINTIFF FRIENDLIAI INC.'S SUPPLEMENTAL IDENTIFICATION OF ALL ACCUSED PRODUCTS

## VIA ELECTRONIC MAIL

Stephen J. Kraftschik
Christina B. Vavala
POLSINELLI PC
222 Delaware Avenue,
Suite 1101
Wilmington, DE 19801
skraftschik@polsinelli.com
cvavala@polsinelli.com
Jahnathan L.D. Braquet
POLSINELLI PC
1000 Louisiana Street
Suite 6400
Houston, TX, 77002
JBraquet@Polsinelli.com

Jason A. Wietjes
POLSINELLI PC
2950 N. Harwood St., Ste 2100
Dallas, TX 75201
jwietjes@polsinelli.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | By: */s/ Andrew L. Brown* |
| Michael J. Sacksteder | David E. Moore (#3983) |
| Shreyas A. Kale | Bindu A. Palapura (#5370) |
| Samantha Ong | Andrew L. Brown (#6766) |
| FENWICK & WEST LLP | Hercules Plaza, 6th Floor |
| 555 California Street, 12th Floor | 1313 N. Market Street |
| San Francisco, CA 94104 | Wilmington, DE 19801 |
| Tel: (415) 875-2300 | Tel: (302) 984-6000 |
| | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| Jessica Kaempf | abrown@potteranderson.com |
| FENWICK & WEST LLP | |
| 401 Union Street, 5th Floor | *Attorneys for Plaintiff FriendliAI Inc.* |
| Seattle, WA 98101 | |
| Tel: (206) 389-4550 | |

Dated: May 29, 2024
11534761 / 23295.00001