**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FRIENDLIAI INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 23-816-MN |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

<u>NOTICE OF SERVICE</u>

The undersigned counsel hereby certifies that a true and correct copy of the following

document was caused to be served on June 5, 2024, upon the following attorneys of record as

indicated below:

PLAINTIFF'S NOTICE OF DEPOSITION OF JULIEN SIMON

<u>**VIA ELECTRONIC MAIL**</u>

Stephen J. Kraftschik
Christina B. Vavala
POLSINELLI PC
222 Delaware Avenue,
Suite 1101
Wilmington, DE 19801
skraftschik@polsinelli.com
cvavala@polsinelli.com

Jahnathan L.D. Braquet
POLSINELLI PC
1000 Louisiana Street
Suite 6400
Houston, TX, 77002
jbraquet@polsinelli.com

Jason A. Wietjes
POLSINELLI PC
2950 N. Harwood St., Ste 2100
Dallas, TX 75201
jwietjes@polsinelli.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:                                    By: */s/ Andrew L. Brown*
                                                    David E. Moore (#3983)
Michael J. Sacksteder                               Bindu A. Palapura (#5370)
Shreyas A. Kale                                     Andrew L. Brown (#6766)
Samantha Ong                                        Hercules Plaza, 6th Floor
FENWICK & WEST LLP                                  1313 N. Market Street
555 California Street, 12th Floor                   Wilmington, DE  19801
San Francisco, CA 94104                             Tel:  (302) 984-6000
Tel: (415) 875-2300                                 dmoore@potteranderson.com
                                                    bpalapura@potteranderson.com
Jessica Kaempf                                      abrown@potteranderson.com
FENWICK & WEST LLP
401 Union Street, 5th Floor                    *Attorneys for Plaintiff FriendliAI Inc.*
Seattle, WA 98101
Tel: (206) 389-4550

Dated: June 6, 2024
 11551105 / 23295.00001

2