IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-816 (MN) |
| | ) |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>HUGGING FACE, INC.'S NOTICE OF DEPOSITION OF BYUNG-GON CHUN</u>**

Please take notice that pursuant to Federal Rule of Civil Procedure 30(b)(1) Defendant Hugging Face, Inc. will take the deposition upon oral examination of Byung-gon Chun on July 1, 2024, at 9:00 am CT in Dallas, TX.  The deposition will occur at Polsinelli PC, 2950 N. Harwood St., Ste. 2100, Dallas, TX 75201 or at another location mutually agreed upon by counsel, or by virtual deposition.  The deposition will be taken before an officer authorized by law to administer oaths and will be recorded by both stenographic and videographic means.  The deposition shall continue from day to day, weekends and holidays excepted, until completed or adjourned by the attorney(s) taking the deposition(s).

POLSINELLI PC

*/s/ Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0920
skraftschik@polsinelli.com
*Attorneys for Defendant Hugging Face, Inc.*

OF COUNSEL:

Jason A. Wietjes
POLSINELLI PC
2950 N. Harwood St., Ste. 2100
Dallas, TX 75201
Tel: (214) 661-5519
jwietjes@polsinelli.com

June 10, 2024

95472826.2

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 10, 2024, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore<br>Bindu A. Palapura<br>Andrew L. Brown<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Fl.<br>1313 N. Market St.<br>Wilmington, DE 19801<br>Tel.: (302) 984-6000<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Michael J. Sacksteder<br>Shreyas A. Kale<br>Samantha Ong<br>FENWICK & WEST LLP<br>555 California St., 12th Fl.<br>San Francisco, CA 94104<br>Tel.: (415) 875-2300<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Jessica Kaempf<br>FENWICK & WEST LLP<br>401 Union St., 5th Fl.<br>Seattle, WA 98101<br>Tel.: (206) 389-4550<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |

                                                */s/ Stephen J. Kraftschik*
                                                Stephen J. Kraftschik (#5623)

95472826.2