# Exhibit C

Document produced in native format.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





