# Exhibit F

Document produced in native format.

▮

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
DEF_323613

