# Exhibit G

| | |
|---|---|
| **From:** | Jason Wietjes |
| **To:** | Samantha Ong; Jahn Braquet; Jessica Kaempf |
| **Cc:** | Stephen J. Kraftschik; Joncilee Miller; Annya Shafranskaya; Michael Sacksteder; FriendliAI v Hugging Face; Brown, Andrew L.; Palapura, Bindu A.; Moore, David E. |
| **Subject:** | RE: FriendliAI Inc., v. Hugging Face, Inc., USDC D. Del., Case No. 1:23-CV-00816-MN | CoFrrespondence re Discovery |
| **Date:** | Friday, April 12, 2024 7:59:57 AM |
| **Attachments:** | image002.png |

**\*\* EXTERNAL EMAIL \*\***

Sam,

Further to below, we address your points in turn.

First, you've misstated our statements and inaccurately depicted the record. This is a repeated issue. Going forward, please accurately refer to our prior communications and correspondence.

==With respect to financial information, you should refer to our email of 3/26, where it was specifically communicated that Hugging Face doesn't maintain financial information broken down on an application-by-application basis.==  Hugging Face has produced financial information as kept in the ordinary course of business, and will supplement its production during the ongoing discovery period should additional information become available.

Our 3/26 email is clear that Hugging Face considers the production of core technical documents a closed issue. Hugging Face has produced and otherwise made available documents and source code "sufficient to show" how the accused products work. Any additional documents related to how the accused functionality operates will be produced during the ongoing discovery period.

You also misstate the record regarding the ORG chart. Please see our 3/26 email where it was communicated that "Hugging Face didn't agree to a blanket production of a list of employees and their roles/titles. Subject to discovery objections, Hugging Face will provide the names of Hugging Face employees who worked on the development of the accused products, either in document form, to the extent such documentation is maintained by Hugging Face, or otherwise in response to any properly served discovery request by FriendliAI." Hugging Face will produce any additional documents and information accordingly, during the ongoing discovery period.

==With respect to agreements, Hugging Face has or will produce all applicable license agreements.==  Any necessary supplementation will be made during the ongoing discovery period.

Jason Wietjes
214.661.5519
214.450.2193 (cell)