# Exhibit J



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEF_346103



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEF_346104