# Exhibit L



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEF_275086



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEF_275087