# Exhibit M

AWS and Hugging Face □ - QBR#2: Aug 19th, 2021

**About this document**
The purpose of this document is to communicate the progress on the collaboration between Hugging Face (HF) and SageMaker. It will discuss the launches, results (customers adoption, revenue), outline the roadmap for next 6 months, GTM activities, and highlight key decisions we would like executive guidance on. This document was prepared jointly by Hugging Face and AWS teams.

**Summary**
Since the April QBR, we successfully launched an inference solution for SageMaker customers to easily deploy any Hugging Face model, with promising initial traction (as of 8/14/21, weekly revenue for Inference was 166% that of training). Our total revenue for the month of July was $60k, and our year to date revenue is $115k. The original conservative projection was $6M total revenue within the first 12 months of launch (3/23/21). To achieve this target, we need to grow an average of 70% MoM for the next 7 months. A minimum revenue target, defined in section 8.2.2 (See Appendix 1), of the collaborative agreement, is to accrue $750k in referral fees for the time span of Dec 21-May 22.  To accomplish this goal, we need to average 40% MoM growth every month until May 22. While both goals (conservative target of $6M and minimum target of $750k of referral fees) are achievable, they both will require flawless execution in both our roadmap, GTM, and marketing.

**Releases:**
The first release of the AWS and HF collaboration (launched 3/23/21) were Deep Learning Containers (DLC) and an updated Python SDK that enabled SageMaker customers to fine-tune any HF model on their own data. Customer feedback was positive but the number one request was to have a solution that enabled customers to also deploy HF models via SageMaker.  On July 8th, we delivered just that with new Inference DLCs and a Hugging Face Inference Toolkit.
On August 9th, we rolled out Hugging Face JumpStarts to make it easy for customers to train and deploy 40 different pre-trained models in SageMaker Studio, thus eliminating the need for the one line of code. We will be redesigning our reporting dashboards so we can get a better understanding of the impact it has on overall revenue. On Aug 12th, we released a new Hugging Face [Product Description page](#) to signal to the ML community that our collaboration is serious and stable.
To be self-critical, all our releases suffered from delays due to resource issues as well as collaborative building agreements. While we believe we have resolved the latter, we still need to do a more efficient job of scoping releases, building, certifying and launching.  Although we are getting better at it, each new release brings in a new group of AWS engineers that need to ramp up and commit to a timeline. We are asking for a dedicated SDM to manage the engineering of new phases as well as maintaining the currency of all releases.

**Objectives and Results**
Our number one goal is always the end customer. We believe that the customers that have been leveraging our collaborative launches have been pleased with the quality of the launches and the services. We have talked to over 30 customers and all of them have said that these DLCs for both training and inference have made their lives easier. However, we have gathered some additional requirements for pipeline management, debugging and performance that we are working into future roadmap launches. Our second goal is revenue. As mentioned before, we are tracking to 2 revenue goals 1/ the conservative

projection of $6M within the first 12 months of our release, and 2/the HF referral fees that can be collected between Dec 21-May 22. The initial aggressive goal of $16M within the first 16 months of release we believe at this point is unrealistic.

When analyzed further, the revenue goal consists of total customers and the consumption of each. When we look at our actual revenue today, the top 4 customers are driving 55% of all revenue, and the top 4% are driving 80% of the revenue. This break down causes the revenue to be too dependent on a handful of XL customers.

The chart below shows actuals as of today. XL customers are customers that average $10k a month, and Large are >$1K a month, Small are >$50 but <$1k, and X-Small average <$50 a month. The green side of the table depicts where we want to be by January. To do this, we need to continue to grow our overall user count 30% MoM (currently averages 50%) and develop campaigns to find and nurture to land XL customers.

| Customer Segment | Count | Rev | % of count | % of rev | Goal count | Goal Rev | % of count2 | % of rev2 |
|---|---|---|---|---|---|---|---|---|
| XL (10k) | 4 | $ 54,858 | 1% | 55% | 40 | $ 400,000 | 4% | 58% |
| Large (>1k) | 11 | $ 24,744 | 3% | 25% | 160 | $ 160,000 | 16% | 23% |
| Small >50 <1k | 80 | $ 17,119 | 24% | 17% | 200 | $ 100,000 | 20% | 14% |
| Xsmall <$50 | 239 | $ 1,930 | 72% | 2% | 600 | $ 30,000 | 60% | 4% |
| Totals | 334 | $ 98,651 | | | 1000 | $ 690,000 | | |





If we take a linear approach to meeting the 2 revenue targets, we will need to average 56% MoM to meet the conservative projection of $6M in the first year, or 40% MoM to meet the minimum requirement to earn HF $750k of fees in month 13-18 from the initial term of the agreement. The chart below illustrates those how we can reach these goals month by month. The Sum of the AWS total for the "Conservative Target" of $6M only adds rows from April 2021-March 2022. The Minimum Target of getting $750k HF fees in month 13-18 only adds up months Nov-21 through April 22.

| | Initial Term Begins | | | Training Launched Late March | | | | | | | | | | | | | | AWS Total | HF Referral Fee Estimate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nov 23, 2020 | Feb | Mar | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | | |
| Conservative MoM Growth | | | | 20% | 50% | 100% | 50% | 70% | 50% | 50% | 100% | 50% | 40% | 40% | 70% | 70% | | |
| Conservative Amount | | | | $ 7,500 | $ 9,000 | $ 13,500 | $ 59,740 | $ 89,610 | $ 152,337 | $ 228,506 | $ 342,758 | $ 685,517 | $ 1,028,275 | $ 1,439,585 | $ 2,015,419 | $ 3,426,211 | $ 5,824,559 | $ 6,071,745 | $ 910,762 |
| Minimum MoM Growth | | | | | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | | |
| Minimum Amount | | | | $ 10,500 | $ 17,015 | $ 14,743 | $ 59,740 | $ 83,636 | $ 117,090 | $ 163,927 | $ 229,497 | $ 321,296 | $ 449,814 | $ 629,740 | $ 881,636 | $ 1,234,291 | $ 1,728,007 | $ 5,244,785 | $ 786,718 |
| Actual MoM Growth | | | | | 62% | -13% | 305% | | | | | | | | | | | | |
| Actual Amount | | | | $ 10,500 | $ 17,015 | $ 14,743 | $ 59,740 | | | | | | | | | | | $ 101,998 | $ 15,300 |

By charting the MoM growth rates, we can see that these goals are not unreasonable considering our current data points. We have had some very large growth in months where we have new launches and then negative growth when large customers (like Amgen) take vacations.



**GTM - a look back**
This quarter we published 2 blogs, 2 videos, and launched our dedicated Product Description Page (PDP) for Hugging Face on SageMaker. We promoted this on both AWS and Hugging Face social media channels for a combined 5K+ views. To enable our AWS sellers and customers, we did the following enablement activities: 1/ presented a session on "Accelerating NLP training with Amazon SageMaker" at 2021 AWS ML Summit. This was attended by 959 users (567 AMER, 205 APJ, 187 EMEA) with CSAT score of 4.5 (Avg for events is 4.4); 2/ Enablement session for ProServe attended by 50 data scientists. Amgen, one of our top customers, is a ProServe engagement; 3/ Included the blogs and videos links in AWS NLP newsletter reaching out to 200+ NLP practitioners; and 4/ Updated our First Call Deck with messaging and latest launches with total views of 242. We also collaborated with Hugging Face on a AWS Howdy Partner Twitch episode that got 1,100 views targeting developers.

We know that Hugging Face website gets hundreds of thousand views every month. To create awareness amongst those users, we have deployed a new user experience to feature Amazon SageMaker as a solution for Training and Inference on each of the 13,000+ compatible models on the Hugging Face website. Screenshots are in Appendix 5. In the last 30 days, 3,000 users clicked on the Train in SageMaker button, and 1,400 users clicked on the Deploy in SageMaker button.

**GTM - going forward**
We have 3 main strategies to increase adoption and grow revenue: 1/ Deep Dive workshops to get existing customers to leverage our solutions at scale, 2/ Awareness campaigns to acquire new customers, 3/ Build reference customer case studies, 4/ Enable partners to scale business. The campaigns for each are described below:

**Deep Dive Workshops:** To convert active customers to L and XL customers we are launching 1:M (one to many) online customer facing workshops where we will review how to train and deploy containers and offer deeper dive tips and tricks, as well as Q&A. This is targeted towards existing customers who have used Hugging Face on SageMaker DLC. 2 SAs will lead the event but we have recruited 4 other SAs from the AWS NLP community to participate. The first workshop is set to launch on September 8th. We have reached out to 200+ account managers to get their customers registered for this workshop. So far 17 customers have registered. If successful, we aim to offer these workshops and webinars at a monthly cadence.

**Awareness Campaigns:** The next hands-on workshop will happen at re:Invent. We have secured a re:Invent workshop slot that will focus on how to build and deploy cloud scale NLP solutions using Amazon SageMaker's Hugging Face Deep Learning Containers. We expect this to drive awareness and should see an increase in the number of users. We will follow-up with attendees from this workshop to increase adoption of DLC.

**Customer Case Studies**: We want to arm Account Managers and Solutions Architects with reference Customer Case Studies showing the experience and benefits of our solutions from successful customers. Our goal is to create 2 to 5 customer case studies before the end of year.

**Partner Enablement:** SI partners are the scale mechanism and we need them to influence and autonomously generate business for us to grow non-linearly. To enable the partners and their data science practitioners we have developed a "PartnerCast" that is available to all ML Competency Partners and so far, 8 partners have attended it. We also have an on-demand training planned in Nov targeting 1K+ partner practitioners to create awareness amongst partners so that in case they have NLP use cases, they choose Hugging Face on SageMaker.

**Roadmap**
The first 2 launch releases were about getting a baseline functionality that helped customers already familiar with Hugging Face and SageMaker, easily train and deploy HF models on SageMaker. These releases made it easy for customers to take advantage of model and data parallelism in training, checkpointing, spot instances cost savings, and overall infrastructure management. Following releases (JumpStart, HF Product Description page on AWS, and future training benchmarks blogs) are intended to drive more awareness to the HF integrated solutions within the SageMaker ecosystem.
The next releases are focused on the requirements of our large and extra-large customers to enable them to use HF DLCs at scale. We have gathered both training and inference requirements from customers and have summarized below:
1. Make it easier to monitor and debug training jobs from with SageMaker Debugger
2. Enable HF models to be put in MLOPs
3. Improve efficiency and performance with inference
4. Enable batch inference – Done as of 8/15
5. Improve upgrade paths
6. Scale to larger models
7. Reduce endpoint complexity

There are other development opportunities that we believe can add significant growth to the install base because it will further improve usability, performance, efficiency, and functionality. (See Appendix 3 for more details)

- Support for new Speech and Vision to our Training and Inference solutions

Speech models and pipelines are getting a lot of traction of Hugging Face, and new Vision models and pipelines a lot of interest. By adding and improving support for these new architectures and pipelines, we will grow the use cases and addressable market of our training and inference solutions.

- Native integration of the Hugging Face Model Hub in SageMaker Platform

By having the SageMaker Platform load models directly from the Hugging Face Hub, we will simplify the customer experience (today they have to set it up manually), remove current limitations (enable models > 10Go, add support for Multi-Model-Endpoints and Multi-Container-Endpoints), and add support to models from third party libraries supported by the Hub (e.g. spacy, sci-kit learn, asteroid, speechbrain, adapter transformers, sentence-transformers, allennlp, timm).

- Inferentia support

Through a new DLC and improved Inference Toolkit, we want SageMaker to be where using Hugging Face with Inferentia is easiest and offers the best cost performance ratio.

- AutoML integration with HF

By integrating the Hugging Face Estimator with the latest AWS open source AutoML library, we can extend the use cases of our Training DLCs to include Hyper Parameter Optimization, Architecture Search, and introduce advanced tuning strategies like fairness maximization on Hugging Face models.

While scoping efforts are on the way the table below outlines our development roadmap. However, these are not commitments until scoping and engineering is committed:

| Title | Target Date | Driver |
| --- | --- | --- |
| Phase 2 Inference | October 2021 | To drive value to customers with larger inference loads with bigger models we need to show that SM performs as well if not better than running HF models directly on EC2. We have a customer requirements doc and a development scoping doc that needs to be revised. |
| Add More Jumpstarts | Sept 2021 | Currently JS release only supports 40 to the most popular HF models. We want to add 100 more (HF has 15 but we are focused on the most popular). Not only add more JS but we will guide the customer in selecting the right model. |
| Auto ML | Dec 2021 | By Re:Invent enable customers to automatically optimize their hyper parameters for better accuracy. |
| Speech and Vision | TBD | Support for Hugging Face Speech and Vision models and pipelines for Training and Inference in SageMaker |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                        DEF_319000

| | | |
|---|---|---|
| Deep Reference Links | TBD | Ability to get to provide a link that will quickly get a customer to the right Jumpstart from the HF site – (or from anywhere else). This will reduce friction for customer adoption, as well as give AWS better metrics on GTM campaign effectiveness. |
| Collab Replacement Link | Feb 2022 | HF will replace the Collab button on their site as soon as we have something comparable. This will increase low end trials and potentially reduce our XS and S customer consumption. |
| Debugger integration | TBD | Customers currently want better insight to training jobs while they are running. Right now we are only offering RegEx metrics. This is more of an upsell opportunity for SM Debugger, |
| Model Registry | TBD | Enable customer to register their HF Model to get better MLOPs support. |

**Discussion Points**

1. HF User definition: Section 5 of the initial contract between AWS and HF outlines the conditions of referral fees. There is a distinction that says AWS will only pay referral fees on usage that comes from "HF Users" implying that customers that come to SageMaker from HF through a referral link. To accomplish this AWS needs to build a deep referral link that 1/ is user friendly, enabling customers to get to the right HF DLC within SageMaker with one click, 2/ tracks the customers' origin, and lastly 3/ makes the link strong enough to continue the tracking even if the customer must create a new AWS account. A requirements document was written and reviewed last March, however it has not been built by the SageMaker team, nor is it on the short-term roadmap. Upon review, this referral tracking mechanism is not practical and wouldn't reflect the extent of the marketing and lead generation activities through which Hugging Face brings its users to SageMaker. AWS has previously agreed to pay HF on all customers using our DLCs while we continue working on our solution. However, we need to make an official decision as our current implementation does not align with the agreement.

2. AWS Resources: This past quarter many initiatives (e.g. DLC updates, Training Benchmarks, Customer Case Studies, Hugging Face PDPs) have incurred delays. Turnover issues aside, is there anything we can do at the leadership level to give more priority / visibility to the Hugging Face partnership?

3. Currency through DLC updates: Since the initial launch on 3/23 we have struggled to maintain currency of the Hugging Face DLCs through the updates of the Transformers, Datasets and other underlying libraries. Currently, the AWS engineering team has a mechanism in place to release new DLCs within 2 weeks of a new model version from HF. This mechanism needs improvement and expansion as we add more functionality. The training and inference DLCs and SDKs should be maintained by the AWS Asimov team. The JumpStart team has their own cadence as upgrading

their Jumpstarts is a manual process. This means (as an example) HF can release a new version on September 1, AWS training and inference DLCs will be updated on 9/15, but anyone launching the DLCs from JumpStart will get an older version until a special request is made for it to be updated.

4. Replacing Collab on HF: Our agreement states that HF will replace the Collab button that enables customers to launch their models in a lightweight environment on Google Cloud, with a SageMaker button when we have a comparable free and easy to use option. We have always been targeting Seychelles to be that alternative to Collab, but more work must be done to understand the UX on HF, the potential impact to our pipeline funnel, the potential impact to revenue, and the migration path for customers coming from Seychelles wanting to go to SageMaker.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              DEF_319002

# Contents

| | |
|---|---|
| Appendix 1: Collaborative Agreement 8.2.2 | 9 |
| Appendix 2: Previous Roadmap and results | 9 |
| Appendix 3: Hugging Face proposed service Improvements | 11 |
|     Inferentia Support | 11 |
|         Customer Journey | 11 |
|         Requirements | 11 |
|         Desired outcome | 11 |
|     Better integration of the Hugging Face Model Hub | 12 |
|         Current Customer Journey | 12 |
|         New Customer Journey | 12 |
|         Requirements | 12 |
|         Desired outcome | 12 |
|     Extend Training & Inference DLC to other modalities | 12 |
|         Possible improvements | 12 |
|         Requirements | 13 |
|         Desired outcome | 13 |
| Additional non-related improvements for SageMaker | 13 |
|     Start-up time of container for training and inference | 13 |
|     Async inference | 13 |
| Appendix 4: Launch Assets as of 8/2 | 14 |
| Appendix 5: Hugging Face website screens | 15 |

# Appendix 1: Collaborative Agreement 8.2.2

**8.2.2** Company may terminate the Agreement upon written notice to Amazon if: (i) after the first 12 months of the Initial Term, Amazon disables tracking of HF Users; or (ii) after the first 18 months of the Initial Term, the Referral Fees total less than $750,000 during months 13 to 18 of the Initial Term, except that before Company exercises this termination right, Amazon and Company will conduct a business review to understand the shortfall of Referral Fees and will mutually agree on reasonable attempts to correct any issues relating to such shortfall prior to termination.

# Appendix 2: Previous Roadmap and results

The table below is what was presented last April as our desired roadmap. While we made good progress on 4 of the items, all target dates slipped causing us to push our inference revenue projections. The reasons had to do with 2 major issues. 1/ It took HF and AWS a while to agree on the terms of the inference DLC. Late May we agreed to collaborate and was able to release on July 8th. The second issue is the AWS engineering team had some turn over causing us to ramp up new resources.

| Enhancement | Status | Description |
|---|---|---|
| Phase 1.1: HF Jumpstarts | ~~Targeting mid-June~~ 8/9 | The Jumpstarts will help customers quickly deploy the DLCs for both training and inference. |
| Phase 1.1: Referral Links | ~~Targeting mid-June~~ N/A | Referral links will enable HF to link deep into Amazon SageMaker JumpStarts, creating a capture of where the customer is coming from, and reducing the friction for the customer. |
| Phase 1.1: Published Performance Benchmarks | ~~ETA 5/21/21~~ | Several service tickets are being worked to improve the performance. |
| Phase 1.1: Web Strategy | ~~ETA mid-June~~ 8/9 | A product detail page (PDP) for Hugging Face that will live in the drop-down menu alongside the other frameworks. |
| Phase 1.1: SM Debugger integration | ~~ETA 6/30/21~~ NA | Hooks for HF DLCs for better diagnostics during training. |
| Phase 2: Inference | ~~ETA 05/10/21~~ Launched 7/8 | A basic inference model - design still being discussed. (see Inference Appendix 1) |
| Phase 2: Referral Links | ETA TBD | Referral links will enable HF to link deep into Amazon SageMaker JumpStarts, creating a capture of where the |

AWS and Hugging Face ☐ - QBR#2: Aug 19th, 2021

|  |  | customer is coming from, and reducing the friction for the customer. |
|---|---|---|
| Phase 2:AutoML | Early discussion | Enable customers to use Auto ML to train models. |
| Phase 3: SM Lite | re:Invent (Dec) | Lightweight version of SM that will replace the Collab button on HF |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   DEF_319005

# Appendix 3: Hugging Face proposed service Improvements

## Inferentia Support

### Customer Journey



### Requirements

- Integration/Support in SageMaker NEO for hf.co/models
- Additional evaluation mechanism for customer and models
- mechanism/documentation/guides which models are supported (currently only encoder models are supported)
- New Deep Learning Container
- Improvements for Inference Toolkit -> pipelines do not support .pt models

### Desired outcome

Hugging Face Sagemaker DLCs offer first, first-party native support for inferentia instances, integrating into SageMaker NEO and zero-code deployments. We provide customer guides to make the entry into using inferentia as low as possible with additional evaluation of models and pipelines to achieve the best cost/performance balance.
=> Usage Growth by
- decreasing customer cost compared to ec2
- Easier deployment and optimization
- Better cost-performance (latency) than vanilla endpoints

# Better integration of the Hugging Face Model Hub

### Current Customer Journey

The Current Customer Journey of using models from hf.co/models are defining environment variables when creating endpoints in the configuration. Afterwards, the model is downloaded by the container/ inside the container on startup. The limitation of this is that not all SageMaker Platform features can be leveraged, like Multi-Model-Endpoints or Multi-Container-Endpoints or significant large models > 10GB.

### New Customer Journey

Instead of loading the models inside the container, the SageMaker Platform could take care of loading the models from hf.co/models and provide them in the container. Since would make this 100% compatible with all SageMaker features.

### Requirements

- SageMaker platform being capable of loading models from hf.co/models
  - Model_data could be a hf uri with. hf://philschmid/distilroberta-base-ner-conll2003
- Extend DLC to support other frameworks
  - Create different flavors of it

### Desired outcome

With the first party integration of the hf.co/models into the SageMaker Platform customer can deploy any of 15 000+ models from hf.co. The Hub grew in the last couple of months by 150% and provides access to models for multiple deep learning/ machine learning frameworks, like spacy, asteroid, speechbrain, adapter transformers, sentence-transformers, allennlp, timm, pyannote, and sci-kit learn.
With this feature, SageMaker customers can deploy pre-trained models from any library to SageMaker.

=> Usage Growth by
- Customer Experience with the Platform
- Target customers who use non Hugging Face libraries
- Access more models

# Extend Training & Inference DLC to other modalities

### Possible improvements

The current Training & Inference DLC was build to support NLP models. It is possible to train Vision Transformers by adding a requirements.txt, but this isn't a nice customer experience. Hugging Face has extended the support in transformers to multiple new modals, like vision and speech with a minimum of 7 current supported model architectures and multiple more on the

roadmap. We can extend the Hugging Face to support these new modalities to make the Training DLC multi-modal attract vision and speech customers. Customer Request

## Requirements

- Write tests for new modalities
- Create new examples/blog posts
- Add new libraries to DLC

## Desired outcome

Support speech and vision models inside the DLC to attract new customers, e.g. we have more than 400k downloads of speech models in July 2021.

=> Usage Growth by
- Target customers for non-NLP use cases
- Bigger Audience
- SEO improvements
- Access more models

# Additional non-related improvements for SageMaker

## Start-up time of container for training and inference

According to Khaled should the start-up time for training and inference endpoints be decreased from 5-10 minutes to 2-3 minutes (IMHO still too slow) in the second half of the year. Release not known.
Desired outcome
Improves the customer experience with our DLCs. Convince companies like T-Mobile to use it for training rather than a default notebook.
=> Usage Growth by
- Customer Experience with the Platform

## Async inference

According to the inference team should this feature be added till the end of the year to sagemaker inference as a third solution. Async inference is comparable to a "streaming" inference where you sent a bunch of data and can gather the results before the whole bunch is finished.
Desired outcome
=> Usage Growth by
Customer Experience with the Platform

## Appendix 4: Launch Assets as of 8/2

| GTM Assets | Views | Engagement | Projected activity (2% |
|---|---|---|---|
| **AWS Training blog (Mar)** | 2,288 | 4.76% (109) | |
| **What's new training (3/23)** | 505 | 3.76% (19) | |
| **Julien Video train (Mar)** | 1,249 | - | |
| **What's new inference (7/8)** | 459 | 2.83% (13) | |
| **AWS Inference blog (7/8)** | 1,248 | 1.6% (20) | |
| **What's new JumpStart** | TBD by 8/13 | TBD | |
| **HF PDP Page (Aug)** | TBD by 8/13 | TBD | |
| **First Call Deck** | 232 | 232 | 232X3x2%= 14 |
| **AWS Prof Svc workshop** | 50 | | |
| **Howdy Partner** | 1,100 | | |
| **HF / Amazon Org page (Mar)** | 5,895 | - | |
| **HF new SageMaker doc (Jul)** | 3,541 | - | |
| **HF Training blog (Mar)** | 7,600 | - | |
| **HF Inference blog (Jul)** | 1,245 | - | |
| **HF Forum activity** | 3,529 | 134 | |
| **HF Training video (Mar)** | 2,916 | - | |
| **HF Inference (S3) video (Jul)** | 567 | - | |
| **HF Inference (Hub) video (Jul)** | 880 | - | |
| **HF Batch video (Aug)** | 329 | - | |
| **Planned Assets** | Projected Views | Projected Engagement | Projected activity |
| **Workshop (Sept)** | 200 invited | 17/50 | N/A* |
| **Workshop (Oct)** | 300 invite | 50 | N/A* |
| **Workshop (Nov)** | 300 invited | 50 | N/A* |
| **Re:Invent (targeted)** | 10,000 invited | 100 | 20 |
| **Blog Inference V2 (Oct)** | 5,000 | 2000 | 40 |

# Appendix 5: Hugging Face website screens



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                       DEF_319010