# Exhibit N

---

**From:** Jason Wietjes

**Sent:** Friday, March 8, 2024 12:28 PM
**To:** 'Jessica Kaempf' <jkaempf@fenwick.com>; Annya Shafranskaya <AShafranskaya@fenwick.com>; Stephen J. Kraftschik <skraftschik@polsinelli.com>
**Cc:** Michael Sacksteder <MSacksteder@Fenwick.com>; FriendliAI v Hugging Face <FriendliAIvHuggingFace@fenwick.com>; Brown, Andrew L. <abrown@potteranderson.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Moore, David E. <dmoore@potteranderson.com>; Jahn Braquet <JBraquet@Polsinelli.com>
**Subject:** RE: FriendliAI Inc., v. Hugging Face, Inc., USDC D. Del., Case No. 1:23-CV-00816-MN | Correspondence re Discovery

Jessica,

Thank you for your email.

Hugging Face is in the process of reviewing FriendliAI's proposal regarding search terms. We'll follow up with you in this regard.

With respect to additional "core technical documents" that FriendliAI is requesting, we again confirm Hugging Face doesn't maintain anything additional that isn't publicly available. Again, the open source code and user manuals for TGI are all public and available on the Hugging Face website. Likewise, the source code for Spaces, Inference Endpoints, Enterprise Hub, Hugging Face Hub and HuggingChat is publicly available, as are the user manuals for these applications. Hugging Face additionally notes the OpenAssistant application isn't a Hugging Face product for which Hugging Face maintains non-public information. Docker Hub itself isn't a separate application and simply functions as a repository for the subject open source code. In sum, any core technical documents FriendliAI believes it needs are publicly available and equally accessible to FriendliAI.

I've again asked for confirmation that there are no other internal code names for the subject project, and will provide that confirmation just as soon as I receive it. Again, it's now been communicated to us more than once that there are no such additional code names. For version numbers, those are all referenced directly in the publicly available open source code. Hugging Face will not review code to summarize version numbers for FriendliAI, and reiterates its position that such version numbers are irrelevant.

We've also conferred with Hugging Face regarding the org chart and sales information, and Hugging Face will be producing relevant, responsive documentation. We're actively working to get this to you as soon as possible.

Jason Wietjes
214.661.5519
214.450.2193 (cell)