# Exhibit O

Captured at: 2024/06/04 09:34 PM URL: https://huggingface.co/enterprise

Enterprise Hub

# Enterprise-ready version of the world's leading AI platform

Subscribe to Enterprise Hub

for $20/user/month with your Hub organization

Give your organization the most advanced platform to build AI with enterprise-grade security, access controls, dedicated support and more.

### Single Sign-On

Connect securely to your identity provider with SSO integration.

### Regions

Select, manage, and audit the location of your repository data.

### Audit Logs

Stay in control with comprehensive logs that report on actions taken.

### Resource Groups

Accurately manage access to repositories with granular access control.

### Private Datasets Viewer

Enable the Dataset Viewer on your private datasets for easier collaboration.

### Advanced Compute Options

Increase scalability and performance with more compute options.

### Inference on your own Infra

Use our optimized Docker containers (TGI) for maximum performance and security.

### Billing

Control your budget effectively with managed billing and yearly commit options.

### Priority Support

Maximize your platform usage with priority support from the Hugging Face team.

## Join the most forward-thinking AI organizations

Everything you already know and love about Hugging Face in Enterprise mode.

Subscribe to Enterprise Hub or Talk to sales

Writer Enterprise Company · 15 models
Orange Business Enterprise Company
Sanofi Enterprise Company
Just Eat Takeaway.com Enterprise Company
Lyrebird Studio Ltd Enterprise Company
Cloudflare Enterprise Company
Snorkel AI Enterprise Company · 9 models
Mistral AI_ Enterprise Company · 10 models
Uber Enterprise Company
Liberty Mutual Enterprise Company
Jina AI Enterprise Company · 28 models
Arcee AI Enterprise Company · 98 models

Compliance & Certifications — GDPR Compliant — SOC 2 Type 2

**Website**
Models
Datasets
Spaces
Tasks
Inference Endpoints
HuggingChat

**Company**
About
Brand assets
Terms of service
Privacy
Jobs
Press

**Resources**
Learn
Documentation
Blog
Forum
Service Status

**Social**
GitHub
Twitter
LinkedIn
Discord