# Exhibit P

| | |
|---|---|
| **From:** | Jason Wietjes <JWietjes@Polsinelli.com> |
| **Sent:** | Friday, April 12, 2024 7:59 AM |
| **To:** | Samantha Ong; Shreyas Kale |
| **Cc:** | Stephen J. Kraftschik; Jahn Braquet; Michael Sacksteder; Jessica Kaempf; Annya Shafranskaya; Brown, Andrew L.; Palapura, Bindu A.; Moore, David E.; FriendliAI v Hugging Face |
| **Subject:** | RE: FriendliAI-Hugging Face: Expert Disclosure and Code Review Request |

**\*\* EXTERNAL EMAIL \*\***

Sam,

Your points below will be addressed in turn.

Regarding source code, we expect to follow up with you early next week on the timing of the requested source code review.  Again, Hugging Face first needs to isolate its code in a searchable manor and provide it to us in accordance with applicable EU data privacy and export control laws.  As we explained, this isn't something that can be done with the flip of a switch.  We reiterate that FriendliAI's patience will be required while we actively work to get the code delivered to the U.S.

Specifically as to the source code for Enterprise Hub, you misstate what we told you.  We didn't state that the code for Enterprise Hub is being withheld on the basis that its difficult to produce.  ==We did communicate that the code is highly sensitive and irrelevant to FriendliAI's claims.==  If FriendliAI would like to serve RFAs related to the Enterprise Hub code, or as you otherwise mention in your email, it's free to do so.  Hugging Face reserves its right to object accordingly.

The questions regarding data sources and document review were addressed in my prior email.

Jason Wietjes
214.661.5519
214.450.2193 (cell)