IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 23-816 (MN) |
| | ) |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the Court's approval, that the respective deadlines for the parties to serve and exchange final infringement contentions and final invalidity contentions are extended from June 26, 2024 to July 1, 2024.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | POLSINELLI PC |
| /s/ Andrew L. Brown | /s/ Stephen J. Kraftschik |
| David E. Moore (#3983) | Stephen J. Kraftschik (#5623) |
| Bindu A. Palapura (#5370) | 222 Delaware Avenue, Suite 1101 |
| Andrew L. Brown (#6766) | Wilmington, DE 19801 |
| Hercules Plaza, 6th Fl. | (302) 252-0920 |
| 1313 N. Market St. | skraftschik@polsinelli.com |
| Wilmington, DE 19801 | *Attorneys for Defendant Hugging Face, Inc.* |
| Tel.: (302) 984-6000 | |
| dmoore@potteranderson.com | |
| bpalapura@potteranderson.com | |
| abrown@potteranderson.com | |
| *Attorneys for Plaintiff FriendliAI Inc.* | |

June 27, 2024

SO ORDERED this _____ day of _____, 2024.

_____
United States District Judge

95814925.1