## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
|           Plaintiff, | ) |
| | )   C.A. No. 23-816-MN |
|     v. | ) |
| | )   **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) |
| | ) |
|           Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following

documents were caused to be served on July 1, 2024, upon the following attorneys of record as

indicated below:

> PLAINTIFF'S FRIENDLIAI INC.'S FINAL INFRINGEMENT
> CONTENTIONS WITH EXHIBIT A AND B

**VIA ELECTRONIC MAIL**

Stephen J. Kraftschik
Christina B. Vavala
POLSINELLI PC
222 Delaware Avenue,
Suite 1101
Wilmington, DE 19801
skraftschik@polsinelli.com
cvavala@polsinelli.com

Jahnathan Braquet
Bobbie J. Horocofsky
POLSINELLI PC
1000 Louisiana Street
Suite 6400
Houston, TX, 77002
JBraquet@Polsinelli.com
BHorocofsky@Polsinelli.com

Jason A. Wietjes
POLSINELLI PC
2950 N. Harwood St., Ste 2100
Dallas, TX 75201
jwietjes@polsinelli.com

Adam P. Daniels
POLSINELLI PC
2049 Century Park East
Suite 2900
Los Angeles, CA, 90067
ADaniels@Polsinelli.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael J. Sacksteder
Shreyas A. Kale
Samantha Ong
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300

Jessica Kaempf
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Tel: (206) 389-4550

Dated: July 1, 2024
11589870 / 23295.00001

By:  /s/ Andrew L. Brown
     David E. Moore (#3983)
     Bindu A. Palapura (#5370)
     Andrew L. Brown (#6766)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Tel:  (302) 984-6000
     dmoore@potteranderson.com
     bpalapura@potteranderson.com
     abrown@potteranderson.com

*Attorneys for Plaintiff FriendliAI Inc.*

2