# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-816-MN ) ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on July 2, 2024, upon the following attorneys of record as indicated below:

> PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT HUGGING FACE PURSUANT TO FED.R.CIV. P. 30(B)(6)

## VIA ELECTRONIC MAIL

Stephen J. Kraftschik
Christina B. Vavala
POLSINELLI PC
222 Delaware Avenue,
Suite 1101
Wilmington, DE 19801
skraftschik@polsinelli.com
cvavala@polsinelli.com

Jason A. Wietjes
POLSINELLI PC
2950 N. Harwood St., Ste 2100
Dallas, TX 75201
jwietjes@polsinelli.com

Jahnathan Braquet
Bobbie J. Horocofsky
POLSINELLI PC
1000 Louisiana Street
Suite 6400
Houston, TX, 77002
JBraquet@Polsinelli.com
BHorocofsky@Polsinelli.com

Adam P. Daniels
POLSINELLI PC
2049 Century Park East
Suite 2900
Los Angeles, CA, 90067
ADaniels@Polsinelli.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Michael J. Sacksteder<br>Shreyas A. Kale<br>Samantha Ong<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Tel: (415) 875-2300<br><br>Jessica Kaempf<br>FENWICK & WEST LLP<br>401 Union Street, 5th Floor<br>Seattle, WA 98101<br>Tel: (206) 389-4550<br><br>Dated: July 2, 2024<br>11591366 / 23295.00001 | By: */s/ Andrew L. Brown*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Plaintiff FriendliAI Inc.* |