# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-816-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiff FriendliAI Inc. ("Plaintiff") respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Plaintiff's request to compel the deposition of an employee of Defendant Hugging Face, who is scheduled to depart Hugging Face in ten days, on July 12, 2024.

- Defendant's request to compel the completion of Plaintiff's document production and the scheduling of depositions of Plaintiff's noticed witnesses, including individual witnesses and the deposition of Plaintiff pursuant to Rule 30(b)(6), to occur no earlier than 14 days after Plaintiff substantially completes its document production, and for Plaintiff to identify the location at which it will presents its witnesses for deposition.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a video meet-and-confer on July 1, 2024.

Delaware Counsel:

    For Plaintiff: Andrew L. Brown

    For Defendant: Stephen J. Kraftschik

Lead Counsel:

    For Plaintiff: Michael J. Sacksteder, Shreyas A. Kale, Jessica Kaempf

    For Defendant: Jason A. Wietjes

**Given the time sensitive nature of this request, Plaintiff respectfully request a hearing in advance of July 12, 2024.** The parties are available for a teleconference on the following dates: July 8, 9, 10.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

| | |
|---|---|
| OF COUNSEL: | By: */s/ Andrew L. Brown* |
| | David E. Moore (#3983) |
| Michael J. Sacksteder | Bindu A. Palapura (#5370) |
| Shreyas A. Kale | Andrew L. Brown (#6766) |
| Samantha Ong | Hercules Plaza, 6th Floor |
| FENWICK & WEST LLP | 1313 N. Market Street |
| 555 California Street, 12th Floor | Wilmington, DE 19801 |
| San Francisco, CA 94104 | Tel: (302) 984-6000 |
| Tel: (415) 875-2300 | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| Jessica Kaempf | abrown@potteranderson.com |
| FENWICK & WEST LLP | |
| 401 Union Street, 5th Floor | *Attorneys for Plaintiff FriendliAI Inc.* |
| Seattle, WA 98101 | |
| Tel: (206) 389-4550 | |

Dated: July 3, 2024
11593545 / 23295.00001