## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-816-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on July 12, 2024, upon the following attorneys of record as indicated below:

PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT HUGGING FACE, INC.'S SECOND AND THIRD SETS OF INTERROGATORIES TO PLAINTIFF (NOS. 20-24)

### VIA ELECTRONIC MAIL

Stephen J. Kraftschik
Christina B. Vavala
POLSINELLI PC
222 Delaware Avenue,
Suite 1101
Wilmington, DE 19801
skraftschik@polsinelli.com
cvavala@polsinelli.com

Jason A. Wietjes
POLSINELLI PC
2950 N. Harwood St., Ste 2100
Dallas, TX 75201
jwietjes@polsinelli.com

Jahnathan Braquet
Bobbie J. Horocofsky
POLSINELLI PC
1000 Louisiana Street
Suite 6400
Houston, TX, 77002
JBraquet@Polsinelli.com
BHorocofsky@Polsinelli.com

Adam P. Daniels
POLSINELLI PC
2049 Century Park East
Suite 2900
Los Angeles, CA, 90067
ADaniels@Polsinelli.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By: */s/ Andrew L. Brown* |
| Michael J. Sacksteder | David E. Moore (#3983) |
| Shreyas A. Kale | Bindu A. Palapura (#5370) |
| Samantha Ong | Andrew L. Brown (#6766) |
| FENWICK & WEST LLP | Hercules Plaza, 6th Floor |
| 555 California Street, 12th Floor | 1313 N. Market Street |
| San Francisco, CA 94104 | Wilmington, DE 19801 |
| Tel: (415) 875-2300 | Tel: (302) 984-6000 |
|  | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
| Jessica Kaempf | abrown@potteranderson.com |
| FENWICK & WEST LLP |  |
| 401 Union Street, 5th Floor | *Attorneys for Plaintiff FriendliAI Inc.* |
| Seattle, WA 98101 |  |
| Tel: (206) 389-4550 |  |

Dated: July 12, 2024
11623265 / 23295.00001