IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-816 (MN) |
| | ) |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

## HUGGING FACE, INC.'S AMENDED NOTICE OF DEPOSITION OF GYEONG-IN YU

Please take notice that pursuant to Federal Rules of Civil Procedure 30(b)(1) Defendant Hugging Face, Inc. will take the deposition upon oral examination of Gyeong-In Yu on August 2, 2024, at 9:00 a.m. PT. The deposition will occur at FENWICK &WEST LLP, 801 California St., Mountain View, CA 94041, or by virtual/remote video deposition. The deposition will be taken before an officer authorized by law to administer oaths and will be recorded by both stenographic and videographic means. The deposition shall continue from day to day, weekends and holidays excepted, until completed or adjourned by the attorney(s) taking the deposition(s).

POLSINELLI PC

*/s/ Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0920
skraftschik@polsinelli.com
*Attorneys for Defendant Hugging Face, Inc.*

OF COUNSEL:

Jason A. Wietjes
POLSINELLI PC
2950 N. Harwood St., Ste. 2100
Dallas, TX 75201
Tel: (214) 661-5519
jwietjes@polsinelli.com

July 16, 2024

96243155.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 16, 2024, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore<br>Bindu A. Palapura<br>Andrew L. Brown<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Fl.<br>1313 N. Market St.<br>Wilmington, DE 19801<br>Tel.: (302) 984-6000<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Michael J. Sacksteder<br>Shreyas A. Kale<br>Samantha Ong<br>FENWICK & WEST LLP<br>555 California St., 12th Fl.<br>San Francisco, CA 94104<br>Tel.: (415) 875-2300<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Jessica Kaempf<br>FENWICK & WEST LLP<br>401 Union St., 5th Fl.<br>Seattle, WA 98101<br>Tel.: (206) 389-4550<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |

                                                      */s/ Stephen J. Kraftschik*
                                                      Stephen J. Kraftschik (#5623)

96243155.2