**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FRIENDLIAI INC., )<br>)<br>Plaintiff, )<br>) C.A. No. 23-816-MN<br>v. )<br>) **JURY TRIAL DEMANDED**<br>HUGGING FACE, INC., )<br>)<br>Defendant. ) | |

## PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF NICOLAS PATRY

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff FriendliAI Inc. ("Plaintiff"), by and through their undersigned counsel, will take the deposition upon oral examination of Nicolas Patry on Thursday, July 25, 2024, at 9:00 am ET at Fenwick & West LLP, 902 Broadway #14, New York, NY 10010, or at another location mutually agreed upon by counsel or by virtual deposition. The deposition will be taken before a notary public or other officer authorized by law to administer oaths and will be recorded by both stenographic and videographic means. The deposition(s) shall continue from day to day, weekends and holidays excepted, until completed or adjourned by the attorney(s) taking the deposition(s).

|  |  |
|---|---|
| | Respectfully submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Andrew L. Brown* |
| | David E. Moore (#3983) |
| Michael J. Sacksteder | Bindu A. Palapura (#5370) |
| Shreyas A. Kale | Andrew L. Brown (#6766) |
| Samantha Ong | Hercules Plaza, 6th Floor |
| FENWICK & WEST LLP | 1313 N. Market Street |
| 555 California Street, 12th Floor | Wilmington, DE 19801 |
| San Francisco, CA 94104 | Tel: (302) 984-6000 |
| Tel: (415) 875-2300 | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| Jessica Kaempf | abrown@potteranderson.com |
| FENWICK & WEST LLP | |
| 401 Union Street, 5th Floor | *Attorneys for Plaintiff FriendliAI Inc.* |
| Seattle, WA 98101 | |
| Tel: (206) 389-4550 | |

Dated: July 16, 2024
11638070 / 23295.00001