# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-816-MN ) ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on July 17, 2024, upon the following attorneys of record as indicated below:

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF DEFENDANT HUGGING FACE PURSUANT TO FED.R.CIV. P. 30(B)(6)

## VIA ELECTRONIC MAIL

Stephen J. Kraftschik
Christina B. Vavala
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
skraftschik@polsinelli.com
cvavala@polsinelli.com

Jason A. Wietjes
POLSINELLI PC
2950 N. Harwood St., Ste 2100
Dallas, TX 75201
jwietjes@polsinelli.com

Daniel B. Adams
POLSINELLI PC
One International Place, Suite 3900
Boston, MA 02110
ADaniels@Polsinelli.com

Jahnathan L.D. Braquet
Bobbie J. Horocofsky
POLSINELLI PC
1000 Louisiana Street
Suite 6400
Houston, TX 77002
BHorocofsky@Polsinelli.com
JBraquet@Polsinelli.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | By: */s/ Andrew L. Brown* |
| Michael J. Sacksteder | David E. Moore (#3983) |
| Shreyas A. Kale | Bindu A. Palapura (#5370) |
| Samantha Ong | Andrew L. Brown (#6766) |
| FENWICK & WEST LLP | Hercules Plaza, 6th Floor |
| 555 California Street, 12th Floor | 1313 N. Market Street |
| San Francisco, CA 94104 | Wilmington, DE 19801 |
| Tel: (415) 875-2300 | Tel: (302) 984-6000 |


OF COUNSEL:                              POTTER ANDERSON & CORROON LLP

                                         By: */s/ Andrew L. Brown*
Michael J. Sacksteder                        David E. Moore (#3983)
Shreyas A. Kale                              Bindu A. Palapura (#5370)
Samantha Ong                                 Andrew L. Brown (#6766)
FENWICK & WEST LLP                           Hercules Plaza, 6th Floor
555 California Street, 12th Floor            1313 N. Market Street
San Francisco, CA 94104                      Wilmington, DE 19801
Tel: (415) 875-2300                          Tel: (302) 984-6000
                                             dmoore@potteranderson.com
                                             bpalapura@potteranderson.com
Jessica Kaempf                               abrown@potteranderson.com
FENWICK & WEST LLP
401 Union Street, 5th Floor              *Attorneys for Plaintiff FriendliAI Inc.*
Seattle, WA 98101
Tel: (206) 389-4550


Dated: July 17, 2024
11643553 / 23295.00001