# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRIENDLIAI INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 23-816-MN |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER AMENDING CASE SCHEDULE

WHEREAS, the parties have been diligently coordinating schedules of multiple witnesses (including overseas witnesses);

WHEREAS, the depositions of certain witnesses are subject of pending disputes that the parties intend to seek relief from the Court pursuant to the Order regarding the Discovery Dispute Teleconference (D.I. 75);

IT IS HEREBY STIPULATED by the parties, subject to the Court's approval, that the Scheduling Order is amended as shown in the table below:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline for Defendant to Provide Final Non-Infringement Contentions | July 17, 2024 | August 9, 2024 |
| Deadline for Plaintiff to Provide Final Validity Contentions | July 17, 2024 | August 16, 2024 |
| Deadline to Submit Joint Claim Construction Chart | July 24, 2024 | August 2, 2024 |
| Deadline for Fact Discovery Cut-off (Except as Provided Below With Respect to the Depositions of Jeff Boudier and Clement Delangue) | July 17, 2024 | August 9, 2024 |

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to Serve Plaintiff's Opening Claim Construction Brief | August 7, 2024, 2024 | August 16, 2024 |
| Deadline to Serve Defendant's Answering Claim Construction Brief | September 4, 2024 | September 11, 2024 |
| Deadline to Serve Plaintiff's Reply Claim Construction Brief | September 18, 2024 | September 25, 2024 |
| Deadline to Serve Defendant's Sur-Reply Claim Construction Brief | October 2, 2024 | October 9, 2024 |
| Deadline to File Joint Claim Construction Brief | October 9, 2024 | October **11**, 2024 |
| Claim Construction Hearing | October 29, 2024 at 10:00 a.m. | No change |



IT IS FURTHER STIPULATED by the parties, subject to the Court's approval, that the depositions of two Hugging Face witnesses, Jeff Boudier and Clement Delangue, will be taken outside the new fact discovery period (which would otherwise end August 9, 2024) in order to accommodate their potential unavailability to attend depositions in person in the US prior to the proposed new discovery deadline.  Hugging Face agrees that if the witnesses are available in the U.S. before September 11, 2024, it will coordinate in good faith for those depositions to occur in person in the U.S. before that date.  FriendliAI understands that Hugging Face contends it is unable to commit to making its witnesses available in person in the U.S. before September 11, 2024, and is unable to commit to any dates certain for their depositions in the US.  FriendliAI thus intends to move to compel their depositions on dates certain.

|  |  |
|---|---|
| POTTER ANDERSON & CORROON LLP | Respectfully submitted,<br><br>POLSINELLI PC |
| By: */s/ Andrew L. Brown*<br>   David E. Moore (#3983)<br>   Bindu A. Palapura (#5370)<br>   Andrew L. Brown (#6766)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE 19801<br>   Tel: (302) 984-6000<br>   dmoore@potteranderson.com<br>   bpalapura@potteranderson.com<br>   abrown@potteranderson.com<br><br>*Attorneys for Plaintiff FriendliAI Inc.*<br><br>Dated: July 17, 2024<br>11646440 / 23295.00001 | By:  */s/ Stephen J. Kraftschik*<br>   Stephen J. Kraftschik (#5623)<br>   222 Delaware Avenue, Suite 1101<br>   Wilmington, DE 19801<br>   Tel: (302) 252-0920<br>   skraftschik@polsinelli.com<br><br>*Attorney for Defendant* |

SO ORDERED this 18th day of July 2024.

*[signature]*
The Honorable Maryellen Noreika
United States District Judge

3

## **LOCAL RULE 16.4 CERTIFICATION**

I hereby certify that requesting counsel has sent a copy of the request and received approval of such request from its client, Plaintiff FriendliAI Inc.

Dated: July 17, 2024                             */s/ Andrew L. Brown*
                                                                  Andrew L. Brown (#6766)

                                                                  *Attorney for Plaintiff FriendliAI Inc.*

## **LOCAL RULE 16.4 CERTIFICATION**

      I hereby certify that requesting counsel has sent a copy of the request and received approval of such request from its client, Defendant Hugging Face, Inc..

| | |
|---|---|
| Dated: July 17, 2024 | */s/ Stephen J. Kraftschik*<br>Stephen J. Kraftschik (#5623)<br><br>*Attorney for Defendant Hugging Face, Inc.* |