IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRIENDLIAI INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-816 (MN) |
| | ) | |
| HUGGING FACE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Hugging Face, Inc.'s Second Amended Objections and Answers to FriendliAI Inc.'s Second Set of Interrogatories* were caused to be served on July 19, 2024, upon the following in the manner indicated.

David E. Moore                                                                    *BY ELECTRONIC MAIL*
Bindu A. Palapura
Andrew L. Brown
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Fl.
1313 N. Market St.
Wilmington, DE 19801
Tel.: (302) 984-6000
  *Attorneys for Plaintiff FriendliAI Inc.*

Michael J. Sacksteder                                                            *BY ELECTRONIC MAIL*
Shreyas A. Kale
Samantha Ong
FENWICK & WEST LLP
555 California St., 12th Fl.
San Francisco, CA 94104
Tel.: (415) 875-2300
  *Attorneys for Plaintiff FriendliAI Inc.*

Jessica Kaempf                                              *BY ELECTRONIC MAIL*
FENWICK & WEST LLP
401 Union St., 5th Fl.
Seattle, WA 98101
Tel.:  (206) 389-4550
 *Attorneys for Plaintiff FriendliAI Inc.*

                                        POLSINELLI PC

                                        */s/ Stephen J. Kraftschik*
                                        Stephen J. Kraftschik (#5623)
                                        222 Delaware Avenue, Suite 1101
                                        Wilmington, DE 19801
OF COUNSEL:                             (302) 252-0920
                                        skraftschik@polsinelli.com
Jason A. Wietjes                         *Attorneys for Defendant Hugging Face, Inc.*
POLSINELLI PC
2950 N. Harwood St., Ste. 2100
Dallas, TX 75201
Tel.:  (214) 661-5519
jwietjes@polsinelli.com

July 19, 2024

91371205.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 19, 2024, upon the following in the manner indicated:

David E. Moore                                              *BY ELECTRONIC MAIL*
Bindu A. Palapura
Andrew L. Brown
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Fl.
1313 N. Market St.
Wilmington, DE 19801
Tel.:  (302) 984-6000
  *Attorneys for Plaintiff FriendliAI Inc.*

Michael J. Sacksteder                                       *BY ELECTRONIC MAIL*
Shreyas A. Kale
Samantha Ong
FENWICK &WEST LLP
555 California St., 12th Fl.
San Francisco, CA 94104
Tel.:  (415) 875-2300
  *Attorneys for Plaintiff FriendliAI Inc.*

Jessica Kaempf                                             *BY ELECTRONIC MAIL*
FENWICK & WEST LLP
401 Union St., 5th Fl.
Seattle, WA 98101
Tel.:  (206) 389-4550
  *Attorneys for Plaintiff FriendliAI Inc.*


                                        */s/ Stephen J. Kraftschik*
                                        _____
                                        Stephen J. Kraftschik (#5623)