# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 23-816-MN |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF PLAINTIFF FRIENDLIAI'S COUNSEL IN RESPONSE TO THE COURT'S JULY 25, 2024 ORDER

I, Jessica M. Kaempf, hereby declare as follows:

1. I am an attorney at law licensed to practice in the state of Washington.

2. I am an associate in the law firm Fenwick & West LLP ("Fenwick"), in Seattle, Washington. Fenwick is counsel for Plaintiff FriendliAI Inc. ("Plaintiff") in the above-captioned civil action.

3. I submit this declaration in response to the Court's July 25, 2024 Order (D.I. 92), and, if called upon to do so, I could and would testify competently to the statements made herein.

4. The parties met and conferred on Plaintiff's issue regarding Defendant's alleged noncompliance with the court's June 10 Oral Order. Plaintiff sent a deficiency letter on June 30, 2024 with respect to Defendant's noncompliance with the Court's June 10 Oral Order. (Ex. A). The parties then met and conferred on this issue on July 1, 2024 (Ex. B) and July 17, 2024 (Ex. C) to discuss Defendant's noncompliance.

5. The parties also discussed adding Plaintiff's additional issues at their July 17, 2024 meet and confer. (Ex. C). The parties discussed the additional disputes, and having declared an impasse, Defendant's counsel indicated they did not oppose adding these disputes to the previously

scheduled briefing for the August 1, 2024 hearing. At the conclusion of the meet and confer, Plaintiff's Delaware counsel announced that he would coordinate via email with Defendant's Delaware counsel on contacting the Court.

6. Following the Meet and Confer, on July 18, 2024, Plaintiff's Delaware counsel emailed Delaware Counsel for Defendant with a draft of the email that was to be sent to the Court. (Ex. D, at 2-3). Defendant's Delaware counsel responded on July 19, 2024, and indicated that he thought his responses may resolve some of the issues, reiterated that Defendant did not oppose adding the deposition issue with respect to Mr. Delangue, and suggested that Plaintiff dig into the supplemental production and revisit the issue on the following Monday if Plaintiff still felt the need to reach out to the Court. (Ex. D, at 1).

7. Plaintiff determined that the supplemental production was insufficient, and that all issues were still ripe, and therefore Plaintiff's Delaware counsel responded on Monday, July 22, 2024 that Plaintiff still intended to reach out to the Court. (*Id.*). Defendant never responded to this last email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2024, in Seattle, Washington.

 */s/ Jessica M. Kaempf*
Jessica M. Kaempf