# EXHIBIT B

# Brown, Andrew L.

| | |
|---|---|
| **From:** | Jessica Kaempf <jkaempf@fenwick.com> |
| **Sent:** | Monday, July 1, 2024 3:32 PM |
| **To:** | Jason Wietjes; Jahn Braquet; Stephen J. Kraftschik |
| **Cc:** | Michael Sacksteder; Shreyas Kale; Samantha Ong; Brown, Andrew L.; Palapura, Bindu A.; Moore, David E.; Polsinelli - FriendliAI v. Hugging Face; FriendliAI v Hugging Face |
| **Subject:** | [EXT] RE: FriendliAI v. Hugging Face - Deposition Notices |

> ** This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. **

Jason,

We are following up on our meet and confer today.  First, with respect to the depositions of Hugging Face witnesses:

- <u>Julien Simon:</u>  Regarding Julien Simon, per our correspondence below, we had offered to take his deposition between July 1-3, and you had told us you were inquiring into his availability those dates.  You have not gotten back to us.  On the call today, we heard for the first time that Julien Simon may not have availability at all before his departure on July 12.  This is extremely concerning, and FriendliAI may need to move for emergency relief if Hugging Face will not agree to make him available before his departure date.  Please let us know by <u>tomorrow (Tuesday, July 2) at noon PT</u> whether Hugging Face will make Julien Simon available for deposition, and when.
- <u>US based witnesses:</u>  On our call, we discussed that Jeff Boudier is based in SF, and Clement Delangue is based in Miami.  You indicated that Hugging Face is not refusing to provide their availability for depositions in the US, and that you would inquire into their availability.  This is consistent with our call on June 10, where you had indicated that Jeff Boudier would be made available in San Francisco and that Clemen Delangue could be made available in Miami at certain times.  Accordingly, please provide availability for Jeff Boudier to be deposed in SF, and Clement Delangue to be deposed in Miami (or elsewhere in the US).

Additionally, we discussed FriendliAI's requests for outstanding documents and information from Hugging Face, pursuant to the Court's order.  Please see our letter dated June 30 for more information regarding the missing information/documents.  Additionally, with respect to the outstanding usage information, we told you that it is not plausible that Hugging Face does not keep any usage information.  As an example, Hugging Face's billing page shows how usage information is provided to each customer for each Accused Product they use and the way in which it used on a monthly basis, with an accompanying screenshot of the user's interface: https://huggingface.co/docs/hub/en/billing.  Please explain how Hugging Face tracks usage information, and let us know whether Hugging Face will agree to provide all such usage information (as required by the Court's order).

Best,
Jessica

**Jessica Kaempf**
Fenwick | Associate | +1 206-389-4550 | jkaempf@fenwick.com

**From:** Jason Wietjes <JWietjes@Polsinelli.com>
**Sent:** Friday, June 28, 2024 4:25 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Jahn Braquet <JBraquet@Polsinelli.com>; Stephen J. Kraftschik <skraftschik@polsinelli.com>

1