# EXHIBIT C

# Brown, Andrew L.

| | |
|---|---|
| **From:** | Jessica Kaempf <jkaempf@fenwick.com> |
| **Sent:** | Tuesday, July 16, 2024 8:15 PM |
| **To:** | Jason Wietjes; Stephen J. Kraftschik; Brown, Andrew L. |
| **Cc:** | Moore, David E.; Palapura, Bindu A.; Michael Sacksteder; FriendliAI v Hugging Face; Polsinelli - FriendliAI v. Hugging Face |
| **Subject:** | RE: [EXT] RE: FriendliAI v. Hugging Face - Deposition Notices |

Jason,

We are available at 12:30 pm ET on Wednesday, July 17.  The issues we would like to confer on are outlined in my email dated last Thursday July 11, which I have pasted directed below:

- With respect to Mr. Simon, we maintain that Hugging Face should have produced Mr. Simon for deposition.  As alternative relief, please let us know whether Hugging Face (1) agrees that the marketing and other promotional materials regarding Hugging Face that were created or published by Mr. Simon during his time as Chief Evangelist of Hugging Face are attributable to Hugging Face; and (2) agrees to search for and produce Mr. Simon's ESI pursuant to the agreed search terms.  Please let us know if Hugging Face agrees.
- With respect to the depositions of Jeff Boudier and Clement Delangue, thank you for confirming that Hugging Face does not oppose the depositions of Messrs. Boudier and Delangue in the U.S. and outside the fact discovery period.  However, we need a date certain for their depositions.  Given your repeated prior representations that Mr. Boudier and Mr. Delangue are based in the US, we will not agree to take their depositions remotely.

We are also still awaiting a response regarding our letter dated June 30 (regarding Hugging Face's failure to comply with the Court's discovery order), and our follow up correspondence, including specifically regarding usage data.

Best,
Jessica


Jessica Kaempf
Fenwick | Associate | +1 206-389-4550 | jkaempf@fenwick.com

---

**From:** Jason Wietjes <JWietjes@Polsinelli.com>
**Sent:** Monday, July 15, 2024 1:17 PM
**To:** Jessica Kaempf <jkaempf@fenwick.com>; Stephen J. Kraftschik <skraftschik@polsinelli.com>; Brown, Andrew L. <abrown@potteranderson.com>
**Cc:** Moore, David E. <dmoore@potteranderson.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Michael Sacksteder <MSacksteder@Fenwick.com>; FriendliAI v Hugging Face <FriendliAIvHuggingFace@fenwick.com>; Polsinelli - FriendliAI v. Hugging Face <FriendliAI-HuggingFace@polsinelli.com>
**Subject:** RE: [EXT] RE: FriendliAI v. Hugging Face - Deposition Notices

**\*\* EXTERNAL EMAIL \*\***

We didn't understand that a meet and confer was still requested.

We're not available until Wednesday, and are available between 9:00 a.m. and 1:00 eastern.