# EXHIBIT D

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**