# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., <br><br> Plaintiff, <br><br> v. <br><br> HUGGING FACE, INC., <br><br> Defendant. | C.A. No. 1:23-CV-00816-MN |

**PLAINTIFF'S NOTICE OF DEPOSITION OF JULIEN SIMON**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff FriendliAI Inc. ("Plaintiff"), by and through their undersigned counsel, will take the deposition upon oral examination of Julien Simon on Wednesday, July 10, 2024, at 9:00 am ET in New York, New York. The deposition will occur at Fenwick & West LLP, 902 Broadway #14, New York, NY 10010, or at another location mutually agreed upon by counsel or by virtual deposition. The deposition will be taken before a notary public or other officer authorized by law to administer oaths and will be recorded by both stenographic and videographic means. The deposition(s) shall continue from day to day, weekends and holidays excepted, until completed or adjourned by the attorney(s) taking the deposition(s).

//

//

//

|  |  |
|---|---|
| | Respectfully submitted, |
| | FENWICK & WEST LLP |
| *OF COUNSEL:* | |
| Michael J. Sacksteder<br>Shreyas A. Kale<br>Samantha Ong<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:     415.875.2300<br>Facsimile:     415.281.1350<br>MSacksteder@fenwick.com<br>SKale@fenwick.com<br>Song@fenwick.com | By: *Jessica M. Kaempf*<br><br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com |
| Jessica M. Kaempf<br>FENWICK & WEST LLP<br>401 Union Street, 5th Floor<br>Seattle, WA 98101<br>Tel: (206) 389-4550<br>JKaempf@fenwick.com | *Attorneys for Plaintiff FriendliAI Inc.* |
| Dated:    June 5, 2024 | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2024, a true and correct copy of the foregoing document was caused to be served upon the following in the manner indicated:

Stephen J. Krafschik
Christina B. Vavala
POLSINELLI PC
222 Delaware Avenue, Ste 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Email: skraftschik@polsinelli.com
Email: cvavala@polsinelli.com
*Attorneys for Defendant*

Jason A. Wietjes
POLSINELLI PC
2950 N. Harwood St., Ste 2100
Dallas, TX 75201
Telephone: (214) 661-5519
Email: jwietjes@polsinelli.com
*Attorneys for Defendant*

                                                                 */s/ Jessica M. Kaempf*
                                                                     Jessica M. Kaempf