# EXHIBIT I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., <br><br> Plaintiff, <br><br> v. <br><br> HUGGING FACE, INC., <br><br> Defendant. | C.A. No. 1:23-CV-00816-MN |

**PLAINTIFF'S NOTICE OF DEPOSITION OF JEFF BOUDIER**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff FriendliAI Inc. ("Plaintiff"), by and through their undersigned counsel, will take the deposition upon oral examination of Jeff Boudier on Tuesday, July 9, 2024, at 9:00 am PT in San Francisco, California. The deposition will occur at Fenwick & West LLP, 555 California Street, San Francisco, CA 94104, or at another location mutually agreed upon by counsel or by virtual deposition. The deposition will be taken before a notary public or other officer authorized by law to administer oaths and will be recorded by both stenographic and videographic means. The deposition(s) shall continue from day to day, weekends and holidays excepted, until completed or adjourned by the attorney(s) taking the deposition(s).

//

//

//

                            Respectfully submitted,

                            FENWICK & WEST LLP

*OF COUNSEL:*

Michael J. Sacksteder
Shreyas A. Kale
Samantha Ong
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:     415.281.1350
MSacksteder@fenwick.com
SKale@fenwick.com
Song@fenwick.com

Jessica M. Kaempf
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Tel: (206) 389-4550
JKaempf@fenwick.com

Dated:   May 28, 2024

By: *Jessica M. Kaempf*
     David E. Moore (#3983)
     Bindu A. Palapura (#5370)
     Andrew L. Brown (#6766)
     POTTER ANDERSON & CORROON LLP
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE 19801
     Tel: (302) 984-6000
     dmoore@potteranderson.com
     bpalapura@potteranderson.com
     abrown@potteranderson.com

*Attorneys for Plaintiff FriendliAI Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2024, a true and correct copy of the foregoing document was caused to be served upon the following in the manner indicated:

| | |
|---|---|
| Stephen J. Krafschik<br>Christina B. Vavala<br>POLSINELLI PC<br>222 Delaware Avenue, Ste 1101<br>Wilmington, DE 19801<br>Telephone: (302) 252-0920<br>Email: skraftschik@polsinelli.com<br>Email: cvavala@polsinelli.com<br>*Attorneys for Defendant* | *BY ELECTRONIC MAIL* |
| Jason A. Wietjes<br>POLSINELLI PC<br>2950 N. Harwood St., Ste 2100<br>Dallas, TX 75201<br>Telephone: (214) 661-5519<br>Email: jwietjes@polsinelli.com<br>*Attorneys for Defendant* | *BY ELECTRONIC MAIL* |

*/s/ Jessica M. Kaempf*
Jessica M. Kaempf