# EXHIBIT J

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>HUGGING FACE, INC.,<br><br>                Defendant. | C.A. No. 1:23-CV-00816-MN |

## PLAINTIFF'S NOTICE OF DEPOSITION OF CLEMENT DELANGUE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff FriendliAI Inc. ("Plaintiff"), by and through their undersigned counsel, will take the deposition upon oral examination of Clement Delangue on Tuesday, July 16, 2024, at 9:00 am ET in New York, New York. The deposition will occur at Fenwick & West LLP, 902 Broadway #14, New York, NY 10010, or at another location mutually agreed upon by counsel or by virtual deposition. The deposition will be taken before a notary public or other officer authorized by law to administer oaths and will be recorded by both stenographic and videographic means. The deposition(s) shall continue from day to day, weekends and holidays excepted, until completed or adjourned by the attorney(s) taking the deposition(s).

//

//

//

|  |  |
|---|---|
| *OF COUNSEL:*<br><br>Michael J. Sacksteder<br>Shreyas A. Kale<br>Samantha Ong<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:     415.875.2300<br>Facsimile:     415.281.1350<br>MSacksteder@fenwick.com<br>SKale@fenwick.com<br>Song@fenwick.com<br><br>Jessica M. Kaempf<br>FENWICK & WEST LLP<br>401 Union Street, 5th Floor<br>Seattle, WA 98101<br>Tel: (206) 389-4550<br>JKaempf@fenwick.com<br><br>Dated:    May 28, 2024 | Respectfully submitted,<br><br>FENWICK & WEST LLP<br><br><br>By: *Jessica M. Kaempf*<br><br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Plaintiff FriendliAI Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2024, a true and correct copy of the foregoing document was caused to be served upon the following in the manner indicated:

| | |
|---|---|
| Stephen J. Krafschik<br>Christina B. Vavala<br>POLSINELLI PC<br>222 Delaware Avenue, Ste 1101<br>Wilmington, DE 19801<br>Telephone: (302) 252-0920<br>Email: skraftschik@polsinelli.com<br>Email: cvavala@polsinelli.com<br>*Attorneys for Defendant* | *BY ELECTRONIC MAIL* |
| Jason A. Wietjes<br>POLSINELLI PC<br>2950 N. Harwood St., Ste 2100<br>Dallas, TX 75201<br>Telephone: (214) 661-5519<br>Email: jwietjes@polsinelli.com<br>*Attorneys for Defendant* | *BY ELECTRONIC MAIL* |

                                                                */s/ Jessica M. Kaempf*
                                                                 Jessica M. Kaempf