# EXHIBIT K

| | |
|---|---|
| **From:** | Jason Wietjes |
| **To:** | FriendliAI v Hugging Face; Moore, David E.; Palapura, Bindu A.; Brown, Andrew L. |
| **Cc:** | Polsinelli - FriendliAI v. Hugging Face |
| **Subject:** | FriendliAI v. Hugging Face; 30(b)(6) Designations |
| **Date:** | Wednesday, July 17, 2024 1:28:08 PM |
| **Attachments:** | image002.png |

**\*\* EXTERNAL EMAIL \*\***

Counsel,

Subject to Hugging Face's objections and responses to FriendliAI's 30(b)(6) notice, Hugging Face provides its designees as follows:

Olivier Dehaene
Topics 1, 2, 3 (excepting profitability / commercial success), 4, 5, 8, and 19

Jeff Boudier
Topics 3 (profitability / commercial success), 10, 11, 12, 13, 14, 15, 16, 17, 18, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, and 41

**Jason Wietjes**
*Shareholder*

jwietjes@polsinelli.com
**214.661.5519**
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201


Polsinelli PC, Polsinelli LLP in California

polsinelli.com



This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.