# EXHIBIT L





Show all posts →

Experience

**Product + Growth**
Hugging Face · Full-time
Nov 2020 - Present · 3 yrs 9 mos
San Francisco Bay Area

**GoPro**
4 yrs 8 mos
San Francisco Bay Area

**Sr. Director, Corporate + Business Development**
Full-time
Sep 2020 - Nov 2020 · 3 mos

**Director, Corporate + Business Development**
Aug 2019 - Sep 2020 · 1 yr 2 mos
Developing growth opportunities through strategic partnerships.

**GoPro Acquires ReelSteady**
GoPro is pumped to share that the small, but mighty team behind ReelSteady, known for enabling mind-…

**Director Of Business Development**
Jul 2018 - Aug 2019 · 1 yr 2 mos
Enabling new user experiences and delivering business value through strategic partnerships and product integrations.

Show all 5 experiences →

**Cofounder**
Stupeflix
Jul 2009 - Apr 2016 · 6 yrs 10 mos
San Francisco Bay Area

Stupeflix, acquired by GoPro in 2016, helped people express themselves through video.…

**Replay at Apple Keynote, October 2014**
Skip to 55th minute…

**Advisor**
Agilewords
Nov 2008 - Nov 2011 · 3 yrs 1 mo
San Francisco Bay Area

AgileWords is an online service to get business and technical documents reviewed and approved in the most efficient way. It's online collaboration…

**Zilok US General Manager**
Zilok.com
Nov 2007 - Jul 2009 · 1 yr 9 mos
San Francisco Bay Area

Zilok is the first online rental marketplace where anyone can rent out anything. …

Show all 14 experiences →

Education



**University of California, Berkeley**
MS, Industrial Engineering & Operations Research
2001 - 2002

Operations Research: Statistical Analysis and Optimization Algorithms. Database design.



**University of California, Berkeley, Haas School of Business**
Certificate, Management of Technology
2001 - 2002

Haas School of Business and UCB College of Engineering program bringing together MBA students and Graduate Engineering students in joint classes…

Show all 3 educations ➔

## Skills

**Online Advertising**
 2 endorsements

**Business Analysis**
 1 endorsement

Show all 24 skills ➔

## Recommendations

**Received**   Given



**Christian Martinez** · 2nd
Commercial and Product Counsel (AI/ML Software Products at Apple)
March 18, 2009, Christian worked with Jeff but they were at different companies

Jean-Francois is resourceful and entrepreneurial with a talent for thinking outside the box. Jean-Francois contributed greatly to a patent-pending solution in the online payment industry (App # 20080301046) by adding numerous original innovations to the invention.

He was and continues to be great to work with through very complex business and technical issues.

**Muriel Figer** · 3rd
Co Founder at Silamir
March 20, 2007, Muriel worked with Jeff but on different teams

Jean-Francois has it all : brilliant analytical skills, great insight and perspective, and outstanding communication skills. A positive problem solver and a result deliverer.
I was particularly impressed by his competence in international business relations and his smoothness in tense or intense situations.
Working with him was always a great incentive, and very rewarding. Our clients were the first to say it!

Show all 4 received ➔

## Languages

**English**
Native or bilingual proficiency

**French**
Native or bilingual proficiency

Show all 3 languages →

**Interests**

**Top Voices**   Companies   Groups   Newsletters   Schools

**Yann LeCun** 🔗 · 3rd
VP & Chief AI Scientist at Meta
765,092 followers

＋ Follow

**Chip Huyen** 🔗 · 2nd
AI founder | Open source | GPU optimization
232,717 followers

＋ Follow

Show all Top Voices →

Promoted ⋯

**No More Patent Errors!**
Get it right — faster — with AI-enabled proofreading. Get your free trial!

**Rajiv** & 7 other connections also follow Patent Bots®

**Are you an Attorney?**
We need attorneys to help our legal clients. Free trial to view cases.

**Other similar profiles**

**Omar Sanseviero** · 2nd
Chief Llama Officer | Head of Platform and Community

＋ Connect

**Thomas Wolf** 🔗 · 2nd
Co-founder and CSO at 🤗 Hugging Face

＋ Follow

**Clem Delangue** 🤗 🔗 · 2nd
Co-founder & CEO at Hugging Face

＋ Follow

**Bassem ASSEH** 🔗 · 3rd
Head of Sales at Hugging Face 🤗 — Helping businesses build their digital future with machine learning

View profile

**Abubakar Abid** 🔗 · 3rd
ML @ Hugging Face

View profile

Show all

**Grow your network**

