# EXHIBIT M

 
 

| | Home | My Network | Jobs | Messaging | Notifications | Me ▾ | | For Business ▾ | Network Smar <br> Try Premium F |



**Clem Delangue** 🙂 · 2nd
Co-founder & CEO at Hugging Face
🤗

● Hugging Face

● Stanford University

Miami-Fort Lauderdale Area · Contact info

500+ connections

Rohit Dave, Huu Nguyen, Esq., and 1 other mutual connection

Follow        ✈ Message        More

---

## Highlights

 **Ask for an introduction to Clem**
Rohit, Huu, and 1 other can introduce you to Clem

Show connections

---

## About

My first startup experience was with Moodstocks - building machine learning for computer vision. The company went on to get acquired by Google. I never lost my passion for building AI products since then.

---

## Featured

Post

The first part of the Hugging Face Course is finally out!
...



Link

My takeaways from the I
Incorporate These 5 Hab
Entrepreneur





**Founder CEO**
VideoNot.es
Jun 2010 - Jul 2011 · 1 yr 2 mos
Palo Alto

VideoNot.es is the leading note-taking platform for the digital age. It has reached more than 2 million pageviews. Accelerated at Imagine K12, the Y...

**Innovation**
eBay FR/UK
May 2010 - Dec 2010 · 8 mos

The innovative strategy of eBay is to become the global marketplace where you can find everything you need at the best price, not only from individua...

## Education

**Stanford University**
Non-degree program, Introduction to computer science | Programming methodology
2011 - 2012

Completed online thanks to the Stanford Engineering Everywhere program

**ESCP Business School**
Master in management, Management
2008 - 2012

Innovation specialization

Show all 6 educations →

## Skills

**Entrepreneurship**

Endorsed by Julien Chaumond and 12 others who are highly skilled at this

Endorsed by 2 colleagues at Hugging Face

84 endorsements

**Start-ups**

Endorsed by Martin Pannier and 4 others who are highly skilled at this

Endorsed by 4 colleagues at Mention

66 endorsements

Show all 20 skills →

## Recommendations

**Received**    Given



**Marcos Sanz** · 3rd
Partner en PeopleMatters
February 7, 2010, Marcos was Clem's teacher

I have known Clément attending my Human Resources lectures during several weeks. He is an active participant in class discussions, and understands complex ideas very quickly.
Clément has delivered with high quality, and on time, all the work that has been asked.
He is also interested in extracurricular activities, and he has started to develop their professional relationships using social networks.
I think sincerely that Clément is prepared to demonstrate maturity during ...

## Publications

**TransferTransfo: A Transfer Learning Approach for Neural Network Based Conversational Agents**
Jan 23, 2019

Show publication ⬈

**Some of my most recent publications**
Forbes, Inc.com, Entrepreneur.com, Social Media Today, ...

Show publication ⬈

"Lessons learned from 100,000 messages with an AI"
"Beta testing & beta tester acquisition through Snapchat"...

## Languages

**English**
Native or bilingual proficiency

**French**
Native or bilingual proficiency

Show all 3 languages →

## Interests

**Top Voices**    Companies    Groups    Schools



**Yann LeCun** 🔗 · 3rd
VP & Chief AI Scientist at Meta
765,089 followers

+ Follow



**Sridhar Ramaswamy** 🔗 · 3rd
CEO, Snowflake
92,470 followers

+ Follow

Show all Top Voices →





**Jonathan Millard**
Co-Chair Technology Transactions Group at Fenwick & West

👤 Connect

**Bryte Gordon** 🔗
Senior Patent Agent at Fenwick & West

👤 Connect

**Michael Shaw**
Director, Corporate Counsel at BILL

👤 Connect

**Jennifer Stanley**
Partner, Intellectual Property, Copyright and Licensing Groups at Fenwick & West, LLP

👤 Connect

Show all

**You might like**
Pages for you

**Anthropic**
Research Services
382,153 followers
👥 1 connection works here

+ Follow

**RX3 Growth Partners**
Venture Capital and Private Equity Principals
3,052 followers
👤 1 connection works here

+ Follow

Show all