# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| Plaintiff, | ) ) ) |
| | ) C.A. No. 23-816-MN |
| v. | ) ) |
| | ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) ) |
| Defendant. | ) ) |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for the parties to file the Joint Claim Chart shall be extended from August 2, 2024 to August 6, 2024.

| | Respectfully submitted, |
|---|---|
| POTTER ANDERSON & CORROON LLP | POLSINELLI PC |
| By: */s/ David E. Moore* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Andrew L. Brown (#6766) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> abrown@potteranderson.com | By: */s/ Stephen J. Kraftschik* <br> Stephen J. Kraftschik (#5623) <br> Christina B. Vavala (#6135) <br> 222 Delaware Avenue <br> Suite 1101 <br> Wilmington, DE 19801 <br> skraftschik@polsinelli.com <br> cvavala@polsinelli.com |
| *Attorneys for Plaintiff FriendliAI Inc.* | *Attorney for Defendant* |

Dated: August 2, 2024
11684409 / 23295.00001

SO ORDERED this _____ day of August, 2024.

_____
United States District Judge