**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-816-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT CLAIM CONSTRUCTION CHART**

The parties have met and conferred pursuant to Paragraph 10 of the Scheduling Order (D.I. 17) and present the following Joint Claim Construction Chart below, which sets forth the disputed claims/terms from U.S. Patent Nos. 11,442,775 and 11,836,520.[1] The Joint Claim Construction Chart identifies the disputed claims, terms and phrases of the patents-at-issue, and provides each party's proposed constructions of those claims, terms, and phrases as well as citations to the intrinsic evidence supporting each party's respective proposed constructions. The parties have made a good faith effort to include all known support in the intrinsic record for their respective proposed constructions but reserve their rights to supplement the Joint Claim Construction Chart with additional evidence and to rely upon additional evidence in their claim construction briefs.

---

[1] Pursuant to Paragraph 10, the parties will provide a copy of the patents-in-suit in a subsequent joint appendix with the joint claim construction brief.

The parties have agreed to the following construction(s):

| Claim Term | Joint Proposed Construction |
|---|---|
| **"a second batch of requests"**<br><br>'775 patent, independent claims 1, 10.<br><br>'520 patent, independent claims 1, 11, 21, 28, 35, 43, 51, 59. | "a batch that includes at least one request from the [first] batch of requests" |

The parties dispute the construction(s) of the following term(s):

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| 1. | **"a new request"**<br><br>('775 patent, independent claims 1, 10; '520 patent, independent claims 1, 11, 21, 28, 35, 43, 51, 59) | Plain and ordinary meaning.<br><br>**In the Alternative**<br><br>"a request other than the 'at least one request'" | '775 Patent at Figs. 5A-5D; 20:10-14; 22:1-5; 22:35-46; 22:58-23:29; 24:1-16; 25:34-46.<br><br>'520 Patent at Figs. 5A-5D; 20:17-21; 22:8-12; 22:42-53; 22:65-23:35; 24:7-22; 25:40-52. | "a request different from each of the one or more requests of the [first] batch of requests" | '775 patent file history, including 2/9/2022 Non-Final Rejection, 5/2/2022 Examiner Interview Summary, 5/3/2022 Amendment;<br><br>'520 patent file history, including 2/14/2023 Non-Final Rejection, 8/7/2023 Terminal Disclaimer, 8/7/2023 Amendment, 10/26/2023 Examiner Interview Summary;<br><br>'775 patent claims;<br><br>'520 patent claims;<br><br>Figures 1, 2A-B, 3A-B, 4, 5A-D, 6A-B, 7; |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | Specification(s)[2], including '775 patent at 1:38-51; 1:55-2:2; 2:44-57; 2:58-3:6; 3:19-29; 4:10-29; 4:40-48; 5:30-45; 5:46-6:2; 11:9-25; 17:49-67; 18:35-51; 21:32-22:21; 22:47-23:29; 23:51-24:38; 25:18-46. |
| 2. | **"dedicated cache memory" / "cache memory dedicated"** ('775 patent, dependent claims 3, 5, 12, 14; '520 patent, dependent claims 4, 6, 14, 16, 23, 24, 30, 31, 37, 39, 45, 47, 53, 55, 61, 63) | Plain and ordinary meaning.<br><br>**In the Alternative**<br><br>"memory that can be utilized by an execution engine." | '775 Patent at Figs. 5A-5D; 22:44-46; 23: 22-29.<br><br>'520 Patent at Figs. 5A-5D; 22:51-53; 23:28-35. | "physical memory in, or that is a component part of, the execution engine" | '775 patent file history, including 2/9/2022 Non-Final Rejection, 5/2/2022 Examiner Interview Summary, 5/3/2022 Amendment;<br><br>'520 patent file history, including 2/14/2023 Non-Final Rejection, 8/7/2023 Terminal Disclaimer, 8/7/2023 Amendment, 10/26/2023 Examiner Interview Summary; |

---

[2] The Figures and Specification for the parent '775 patent and the child '520 patent are identical and thus, citations to the '775 Patent are representative of the identical disclosures of the '520 Patent and vice versa.

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | '775 patent claims; '520 patent claims; Figures 1, 2A-B, 3A-B, 4, 5A-D, 6A-B, 7; Specification(s), including '775 patent at 1:32-37; 5:7-29; 7:25-34; 17:1-19; 19:41-20:24; 22:40-46; 23:4-29; 23:48-51; 23:63-67; 24:28-38; 25:56-26-16. |
| 3. | "a length of the sequence of input tokens for the new request is different from a length of an input for [the] at least one request [other than the new request]" ('775 patent, independent claims 1, 10; '520 patent, independent claims 1, 11, 51, 59) | Plain and ordinary meaning. **In the Alternative** "Length" refers to "number, quantity, or size of <units>" | '775 Patent at Figs. 2A-2B, Figs. 3A-3B; Figs. 5A-5D; 5:39-44; 10:34-11:25; 11:26-40; 11:54-12:1-5; 13:16-60; 16:22-48; 16:65-17:67; 21:32-22:1-21; 22:58-23:50; 24:28-50. '520 Patent at Figs. 2A-2B, Figs. 3A-3B; Figs. 5A-5D; 5:46-51; 10:40-11:31; 11:47-59; 11:60-12:11; 13:22-65; 16:28-54; 17:4-18:6; | "length" refers to a "number or quantity of <units>" for a given context—e.g., the number of "tokens" in a sequence, such as "a [number or quantity of tokens] of the sequence of input tokens for the new request is different from a [number or quantity of tokens] of an input for at least one request" | '775 patent file history, including 2/9/2022 Non-Final Rejection, 5/2/2022 Examiner Interview Summary, 5/3/2022 Amendment; '520 patent file history, including 2/14/2023 Non-Final Rejection, 8/7/2023 Terminal Disclaimer, 8/7/2023 Amendment, |

5

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | "a length of the sequence of input tokens for the new request is different from a length of another sequence of input tokens for the at least one request"<br><br>'520 patent, independent claims 21, 28.<br><br>"a [the] length of an internal state for the new request is different from a length of another internal state for the at least one request"<br><br>'520 patent, independent claims 35, 43.<br><br>"a length of the sequence of input tokens for the new request is different from a length of the | | 21:39-22:28; 22:65-23:1-56; 24:34-56. | | 10/26/2023 Examiner Interview Summary;<br><br>'775 patent claims;<br><br>'520 patent claims;<br><br>Figures 1, 2A-B, 3A-B, 4, 5A-D, 6A-B, 7;<br><br>Specification(s), including '775 patent at 1:10-25; 1:26-32; 1:38-51; 1:55-2:2; 2:3-13; 2:58-3:6; 4:10-29; 4:40-59; 5:46-6:2; 6:3-44 [FIG. 2A]; 10:34-50; 11:9-40; 11:54-12:5; 13:35-60; 16:36-48; 17:20-32; 17:49-67; 21:6-18; 21:21-28; 24:41-50. |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | output token for the at least one request"<br><br>'775 patent, dependent claims 4, 13.<br><br>'520 patent, dependent claims 5, 15, 54, 62<br><br>**"a length of the key cache tensor for the at least one request is different from a length of a key cache tensor for the new request, and a length of the value cache tensor for the at least one request is different from a length of a value cache tensor for the new request"**<br><br>'775 patent, dependent claims 6, 15.<br><br>'520 patent, dependent 7, 17, 25, 32, 40, 48, 56, 64. | | | | |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| 4. | **"scheduler"**<br><br>('775 patent, independent claims 1, 10; '520 patent, independent claims 1, 11, 21, 28, 35, 43, 51, 59) | Not indefinite. No additional construction necessary.<br><br>**In the Alternative**<br><br>"the component that schedules a batch of requests for execution on an execution engine." | '775 Patent at Figs. 5A-5D; 22:23-57; 22:47-57; 22:58-62; 23:22-29; 24:1-16; 25:18-46.<br><br>'520 Patent at Figs. 5A-5D; 22:30-43; 22:54-54; 22:65-67; 23:28-35; 24:7-22; 25:24-52. | Indefinite. Governed by 35 U.S.C. § 112(b). | Figures 5A, 5B, 5C, 5D.<br><br>'775 patent at 3:7-29, 22:22-23:29, 24:1-16, 25:18-46. |
| 5. | **"at least one batch operation"**<br><br>('775 patent, independent claims 1, 10; '520 patent, independent claims 1, 11, 21, 28, 35, 43, 51, 59) | Not indefinite. No additional construction necessary.<br><br>**In the Alternative**<br><br>"at least one operation of the transformer model that is applied to a batch." | '775 Patent at 7:35-67, 8:1-6; 12:40-67; 14:52, 15:1-22; 16:65-67, 17:1-19.<br><br>'520 Patent at 7:43-67, 8:1-14; 12:46-67, 13:1-6; 14:58-67, 15:1-28; 17:4-25. | Indefinite. Governed by 35 U.S.C. § 112(b). | Figures 6A, 6B.<br><br>'520 patent at 2:14-27, 2:28-43, 3:7-18, 7:35-8:6, 8:7-22, 9:1-35, 11:41-53, 12:40-67, 14:52-15:7, 15:8-45, 15:53-63, 16:65-17:19, 24:51-67, 25: 1-17, 25:17-33. |

8

Dated: August 6, 2024

| POTTER ANDERSON & CORROON LLP | POLSINELLI PC |
|---|---|
| By: */s/ Andrew L. Brown*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>Michael J. Sacksteder<br>Shreyas A. Kale<br>Samantha Ong<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile: 415.281.1350<br>MSacksteder@fenwick.com<br>SKale@fenwick.com<br>Song@fenwick.com<br><br>Jessica M. Kaempf<br>FENWICK & WEST LLP<br>401 Union Street, 5th Floor<br>Seattle, WA 98101<br>Tel: (206) 389-4550<br>JKaempf@fenwick.com<br><br>*Attorneys for Plaintiff-Counterdefendant FriendliAI Inc.* | By: */s/ Stephen J. Kraftschik*<br>Stephen J. Kraftschik<br>Christina B. Vavala<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Tel: (302) 252-0921<br>skraftschik@polsinelli.com<br>cvavala@polsinelli.com<br><br>Jason A. Wietjes<br>POLSINELLI PC<br>2950 N. Harwood St., Ste 2100<br>Dallas, TX 75201<br>Telephone: (214) 661-5519<br>Email: jwietjes@polsinelli.com<br><br>*Attorneys for Defendant-Counterclaimant Hugging Face, Inc.* |

11690034/ 23295.00001