IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRIENDLIAI INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-816 (MN) |
| | ) | |
| HUGGING FACE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF SERVICE</u>**

The undersigned hereby certifies that copies of (1) *Hugging Face, Inc.'s Supplemental Initial Disclosures*, (2) *Hugging Face, Inc.'s Third Amended Objections and Answers to FriendliAI Inc.'s Second Set of Interrogatories* and (3) *Hugging Face, Inc.'s Final Non-Infringement Contentions* were caused to be served on August 9, 2024, upon the following in the manner indicated.

| | |
|---|---|
| David E. Moore<br>Bindu A. Palapura<br>Andrew L. Brown<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Fl.<br>1313 N. Market St.<br>Wilmington, DE 19801<br>Tel.: (302) 984-6000<br> *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Michael J. Sacksteder<br>Shreyas A. Kale<br>Samantha Ong<br>FENWICK & WEST LLP<br>555 California St., 12th Fl.<br>San Francisco, CA 94104<br>Tel.: (415) 875-2300<br> *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |

91371205.1

2

Jessica Kaempf  
FENWICK & WEST LLP  
401 Union St., 5th Fl.  
Seattle, WA 98101  
Tel.: (206) 389-4550  
  *Attorneys for Plaintiff FriendliAI Inc.*

                                     *BY ELECTRONIC MAIL*

POLSINELLI PC

*/s/ Stephen J. Kraftschik*  
Stephen J. Kraftschik (#5623)  
222 Delaware Avenue, Suite 1101  
Wilmington, DE 19801  
(302) 252-0920  
skraftschik@polsinelli.com  
  *Attorneys for Defendant Hugging Face, Inc.*

OF COUNSEL:

Jason A. Wietjes  
POLSINELLI PC  
2950 N. Harwood St., Ste. 2100  
Dallas, TX 75201  
(214) 661-5519  
jwietjes@polsinelli.com

Jahnathan L.D. Braquet  
POLSINELLI PC  
1000 Louisiana Street, Suite 6400  
Houston, TX 77002  
(713) 374-1600  
jbraquet@polsinelli.com

August 9, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 9, 2024, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore<br>Bindu A. Palapura<br>Andrew L. Brown<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Fl.<br>1313 N. Market St.<br>Wilmington, DE 19801<br>Tel.: (302) 984-6000<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Michael J. Sacksteder<br>Shreyas A. Kale<br>Samantha Ong<br>FENWICK & WEST LLP<br>555 California St., 12th Fl.<br>San Francisco, CA 94104<br>Tel.: (415) 875-2300<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Jessica Kaempf<br>FENWICK & WEST LLP<br>401 Union St., 5th Fl.<br>Seattle, WA 98101<br>Tel.: (206) 389-4550<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |

/s/ *Stephen J. Kraftschik*

Stephen J. Kraftschik (#5623)

91371205.1