**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FRIENDLIAI INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 23-816-MN |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME**

WHEREAS, counsel for the parties have had unforeseen conflicts arise;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Scheduling Order is amended as shown in the table below:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Deadline to Serve Plaintiff's Opening Claim Construction Brief | August 16, 2024 | August 20, 2024 |
| Deadline to Serve Defendant's Answering Claim Construction Brief | September 11, 2024 | September 13, 2024 |
| Deadline to Serve Plaintiff's Reply Claim Construction Brief | September 25, 2024 | September 26, 2024 |
| Deadline to Serve Defendant's Sur-Reply Claim Construction Brief | October 9, 2024 | October 10, 2024 |
| Deadline to File Joint Claim Construction Brief | October 11, 2024 | No change |
| Claim Construction Hearing | October 29, 2024 at 10:00 a.m. | No change |

|  |  |
|---|---|
|  | Respectfully submitted, |
| POTTER ANDERSON & CORROON LLP | POLSINELLI PC |
| By: */s/ Andrew L. Brown* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Andrew L. Brown (#6766) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> abrown@potteranderson.com | By: */s/ Stephen J. Kraftschik* <br> Stephen J. Kraftschik (#5623) <br> Christina B. Vavala (#6135) <br> 222 Delaware Avenue <br> Suite 1101 <br> Wilmington, DE 19801 <br> skraftschik@polsinelli.com <br> cvavala@polsinelli.com |
| *Attorneys for Plaintiff FriendliAI Inc.* | *Attorney for Defendant* |

Dated: August 15, 2024
11699373 / 23295.00001

SO ORDERED this _____ day of August, 2024.

United States District Judge