# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 23-816-MN |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, counsel for the parties have had unforeseen conflicts arise;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Scheduling Order is amended as shown in the table below:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Deadline to Serve Plaintiff's Opening Claim Construction Brief | August 16, 2024 | August 20, 2024 |
| Deadline to Serve Defendant's Answering Claim Construction Brief | September 11, 2024 | September 13, 2024 |
| Deadline to Serve Plaintiff's Reply Claim Construction Brief | September 25, 2024 | September 26, 2024 |
| Deadline to Serve Defendant's Sur-Reply Claim Construction Brief | October 9, 2024 | October 10, 2024 |
| Deadline to File Joint Claim Construction Brief | October 11, 2024 | No change |
| Claim Construction Hearing | October 29, 2024 at 10:00 a.m. | No change |

|  |  |
|---|---|
| POTTER ANDERSON & CORROON LLP | Respectfully submitted,<br><br>POLSINELLI PC |
| By: */s/ Andrew L. Brown*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com | By: */s/ Stephen J. Kraftschik*<br>    Stephen J. Kraftschik (#5623)<br>    Christina B. Vavala (#6135)<br>    222 Delaware Avenue<br>    Suite 1101<br>    Wilmington, DE 19801<br>    skraftschik@polsinelli.com<br>    cvavala@polsinelli.com |
| *Attorneys for Plaintiff FriendliAI Inc.* | *Attorney for Defendant* |

Dated: August 15, 2024

SO ORDERED this 15th day of August 2024.

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Judge