# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-816-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on August 20, 2024, upon the following attorneys of record as indicated below:

OPENING CLAIM CONSTRUCTION BRIEF OF PLAINTIFF FRIENDLIAI INC.

JOINT APPENDIX TO CLAIM CONSTRUCTION BRIEF

**VIA ELECTRONIC MAIL**

Stephen J. Kraftschik
Christina B. Vavala
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
skraftschik@polsinelli.com
cvavala@polsinelli.com

Jason A. Wietjes
POLSINELLI PC
2950 N. Harwood St., Ste 2100
Dallas, TX 75201
jwietjes@polsinelli.com

Daniel B. Adams
POLSINELLI PC
One International Place, Suite 3900
Boston, MA 02110
ADaniels@Polsinelli.com

Jahnathan L.D. Braquet
Bobbie J. Horocofsky
POLSINELLI PC
1000 Louisiana Street, Suite 6400
Houston, TX 77002
BHorocofsky@Polsinelli.com
JBraquet@Polsinelli.com

|  |  |
|---|---|
| OF COUNSEL:<br><br>Michael J. Sacksteder<br>Shreyas A. Kale<br>Samantha Ong<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Tel: (415) 875-2300<br><br>Jessica Kaempf<br>FENWICK & WEST LLP<br>401 Union Street, 5th Floor<br>Seattle, WA 98101<br>Tel: (206) 389-4550<br><br>Dated: August 21, 2024<br>11707161 / 23295.00001 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Andrew L. Brown*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Plaintiff FriendliAI Inc.* |