# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-816-MN ) ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on August 23, 2024, upon the following attorneys of record as indicated below:

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF CLEMENT DELANGUE

PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF JEFF BOUDIER

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Stephen J. Kraftschik<br>Christina B. Vavala<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>FriendliAI-HuggingFace@polsinelli.com | Jason A. Wietjes<br>POLSINELLI PC<br>2950 N. Harwood St., Ste 2100<br>Dallas, TX 75201<br>jwietjes@polsinelli.com<br>FriendliAI-HuggingFace@polsinelli.com |
| Daniel B. Adams<br>POLSINELLI PC<br>One International Place, Suite 3900<br>Boston, MA 02110<br>FriendliAI-HuggingFace@polsinelli.com | Jahnathan L.D. Braquet<br>Bobbie J. Horocofsky<br>POLSINELLI PC<br>1000 Louisiana Street, Suite 6400<br>Houston, TX 77002<br>FriendliAI-HuggingFace@polsinelli.com |

2

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | By: */s/ David E. Moore* |
| Michael J. Sacksteder | David E. Moore (#3983) |
| Shreyas A. Kale | Bindu A. Palapura (#5370) |
| Samantha Ong | Andrew L. Brown (#6766) |
| FENWICK & WEST LLP | Hercules Plaza, 6th Floor |
| 555 California Street, 12th Floor | 1313 N. Market Street |
| San Francisco, CA 94104 | Wilmington, DE 19801 |
| Tel: (415) 875-2300 | Tel: (302) 984-6000 |
| | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| Jessica Kaempf | abrown@potteranderson.com |
| FENWICK & WEST LLP | |
| 401 Union Street, 5th Floor | *Attorneys for Plaintiff FriendliAI Inc.* |
| Seattle, WA 98101 | |
| Tel: (206) 389-4550 | |

Dated: August 26, 2024
11711818 / 23295.00001