# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-816-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiff FriendliAI Inc. ("Plaintiff") respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Plaintiff's request to compel compliance with the Court's June 30, 2024 Order regarding production of Julien Simon's ESI.

- Plaintiff's request to compel production of all responsive agreements relating to the Accused Products.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a video meet-and-confer on August 27, 2024.

Delaware Counsel:

    For Plaintiff: David E. Moore

    For Defendant: Stephen J. Kraftschik

Lead Counsel:

    For Plaintiff: Michael J. Sacksteder, Jessica Kaempf

    For Defendant: Jason A. Wietjes

The parties are available for a teleconference on the following dates: September 18, September 19 or September 20.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Andrew L. Brown* |
|  | David E. Moore (#3983) |
| Michael J. Sacksteder | Bindu A. Palapura (#5370) |
| Shreyas A. Kale | Andrew L. Brown (#6766) |
| Samantha Ong | Hercules Plaza, 6th Floor |
| FENWICK & WEST LLP | 1313 N. Market Street |
| 555 California Street, 12th Floor | Wilmington, DE  19801 |
| San Francisco, CA 94104 | Tel:  (302) 984-6000 |
| Tel: (415) 875-2300 | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
| Jessica Kaempf | abrown@potteranderson.com |
| FENWICK & WEST LLP |  |
| 401 Union Street, 5th Floor | *Attorneys for Plaintiff FriendliAI Inc.* |
| Seattle, WA 98101 |  |
| Tel: (206) 389-4550 |  |

Dated: September 9, 2024
11724678 / 23295.00001