IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-816 (MN) |
| | ) |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF SERVICE</u>**

The undersigned hereby certifies that copies of *Defendant's Sur-Reply Claim Construction Brief* were caused to be served on October 10, 2024, upon the following in the manner indicated.

| | |
|---|---|
| David E. Moore<br>Bindu A. Palapura<br>Andrew L. Brown<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Fl.<br>1313 N. Market St.<br>Wilmington, DE 19801<br>Tel.: (302) 984-6000<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Michael J. Sacksteder<br>Shreyas A. Kale<br>Samantha Ong<br>FENWICK & WEST LLP<br>555 California St., 12th Fl.<br>San Francisco, CA 94104<br>Tel.: (415) 875-2300<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Jessica Kaempf<br>FENWICK & WEST LLP<br>401 Union St., 5th Fl.<br>Seattle, WA 98101<br>Tel.: (206) 389-4550<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |

91371205.1

2

|  |  |
|---|---|
| OF COUNSEL:<br><br>Jason A. Wietjes<br>POLSINELLI PC<br>2950 N. Harwood St., Ste. 2100<br>Dallas, TX 75201<br>(214) 661-5519<br>jwietjes@polsinelli.com<br><br>Jahnathan L.D. Braquet<br>POLSINELLI PC<br>1000 Louisiana Street, Suite 6400<br>Houston, TX 77002<br>(713) 374-1600<br>jbraquet@polsinelli.com<br><br>October 11, 2024 | POLSINELLI PC<br><br>*/s/ Stephen J. Kraftschik*<br>Stephen J. Kraftschik (#5623)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>(302) 252-0920<br>skraftschik@polsinelli.com<br>  *Attorneys for Defendant Hugging Face, Inc.* |

91371205.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 11, 2024, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore<br>Bindu A. Palapura<br>Andrew L. Brown<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Fl.<br>1313 N. Market St.<br>Wilmington, DE 19801<br>Tel.: (302) 984-6000<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Michael J. Sacksteder<br>Shreyas A. Kale<br>Samantha Ong<br>FENWICK & WEST LLP<br>555 California St., 12th Fl.<br>San Francisco, CA 94104<br>Tel.: (415) 875-2300<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |
| Jessica Kaempf<br>FENWICK & WEST LLP<br>401 Union St., 5th Fl.<br>Seattle, WA 98101<br>Tel.: (206) 389-4550<br>  *Attorneys for Plaintiff FriendliAI Inc.* | *BY ELECTRONIC MAIL* |

/s/ *Stephen J. Kraftschik*

Stephen J. Kraftschik (#5623)

91371205.1