**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



David E. Moore
Partner
dmoore@potteranderson.com
Direct  302.984.6147

October 11, 2024

**VIA ELECTRONIC FILING**

The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re: *FriendliAI, Inc. v. Hugging Face, Inc.,*
        C.A. No. 23-816-MN

Dear Judge Noreika:

    Plaintiff FriendliAI, Inc. and Defendant Hugging Face, Inc. respectfully submit this joint letter regarding the *Markman* hearing scheduled on October 29, 2024 at 10:00 a.m. for the above referenced case, as per Section 12 of the Scheduling Order (D.I. 17).

(1) The Parties do not request leave to present testimony at the hearing.

(2) The Parties request an allocation of 3 hours for the hearing, with the time being split equally between the parties.

    Respectfully,

    */s/ David E. Moore*

    David E. Moore (#3983)

cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)