## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) C.A. No. 23-816-MN |
| Plaintiff, | ) |
| | ) **JURY TRIAL DEMANDED** |
| v. | ) |
| | ) **PUBLIC VERSION** |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

### JOINT APPENDIX TO CLAIM CONSTRUCTION BRIEF

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Plaintiff FriendliAI Inc.*

Stephen J. Kraftschik (#5623)
Christina B. Vavala (#6135)
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
Tel:  (302) 252-0920
skraftschik@polsinelli.com
cvavala@polsinelli.com

*Attorney for Defendant*

Dated: October 11, 2024
11704469 / 23295.00001

Public Version Dated: October 17, 2024

## **TABLE OF EXHIBITS**

| Exhibit No. | Description |
|---|---|
| 1 | U.S. Patent No. 11,836,520 ('520 Patent) |
| 2 | U.S. Patent No. 11,442,775 ('775 Patent) |
| 3 | Declaration of Michael Pazzani |
| 4 | Newton's Telecom Dictionary (30th ed. 2016) |
| 5 | *A Dictionary of Computing*, Oxford University Press (6th ed. 2008) |
| 6 | *Dictionary of Computing,* A&C Black Publishers (6th ed. 2010) |
| 7 | Prosecution History of U.S. Patent No. 11,442,775 |
| 8 | Prosecution History of U.S. Patent No. 11,836,520 |
| 9 | The American Heritage Dictionary (4th ed. 2006) |
| 10 | Encyclopedia Britannica, *cache memory*, May 20, 2021, https://www.britannica.com/technology/cache-memory (last visited Sep. 5, 2024) |
| 11 | The Authoritative Dictionary of IEEE Standard Terms (7th ed. 2000) |
| 12 | A Dictionary of Computer Science (7th ed. 2016) |
| 13 | Videotaped Deposition Transcript of Nicolas Patry, Dated July 25, 2024 |