**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FRIENDLIAI INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 23-816-MN |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION AND ORDER  GRANTING LIMITED
EXEMPTION FROM THE STANDING ORDER
REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiff FriendliAI Inc. respectfully requests an exemption from the Court's May 15, 2023 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following attorney may bring his personal electronic device to the October 29, 2024 Claim Construction hearing in this matter: Michael Sacksteder ("Lead Counsel").

Lead Counsel will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael J. Sacksteder
Shreyas A. Kale
Samantha Ong
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300

Jessica Kaempf
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Tel: (206) 389-4550

Dated: October 22, 2024

By:  /s/ Andrew L. Brown
      David E. Moore (#3983)
      Bindu A. Palapura (#5370)
      Andrew L. Brown (#6766)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19801
      Tel:  (302) 984-6000
      dmoore@potteranderson.com
      bpalapura@potteranderson.com
      abrown@potteranderson.com

*Attorneys for Plaintiff FriendliAI Inc.*

IT IS SO ORDERED this 23rd day of October 2024.

_____
The Honorable Maryellen Noreika
United States District Judge