**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



David E. Moore
Partner
dmoore@potteranderson.com
Direct  302.984.6147

November 7, 2024

**<u>VIA ELECTRONIC FILING</u>**

The Honorable Sherry R. Fallon
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:    *FriendliAI, Inc. v. Hugging Face, Inc.,*
              C.A. No. 23-816-MN

Dear Judge Fallon:

    I write regarding the discovery dispute teleconference scheduled for November 18, 2024 before Your Honor (D.I. 114).  The parties have resolved their dispute and jointly request that the Court cancel the hearing scheduled for November 18, 2024.

    Respectfully,

    */s/ David E. Moore*

    David E. Moore (#3983)

DEM:rms/11868192/23295.00001

cc:    Clerk of Court (via hand delivery)
        Counsel of Record (via electronic mail)