# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-816-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO STAY

WHEREAS, Plaintiff FriendliAI, Inc. and Defendant Hugging Face, Inc. have agreed to a settlement in principle;

WHEREAS, the parties wish to conserve the Court's and the parties' resources and stay all pending deadlines until a final settlement agreement is executed and a stipulation of dismissal is filed;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

(1) All pending case deadlines shall be stayed for 30 days; and

(2) If the parties require additional time after the passage of 30 days, they shall promptly notify the Court.

|  |  |
|---|---|
| | Respectfully submitted, |
| POTTER ANDERSON & CORROON LLP | POLSINELLI PC |
| By: */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Tyler E. Cragg (#6398)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    tcragg@potteranderson.com | By: */s/ Stephen J. Kraftschik*<br>    Stephen J. Kraftschik (#5623)<br>    Christina B. Vavala (#6135)<br>    Michael V. DiPietro (#6781)<br>    222 Delaware Avenue, Suite 1101<br>    Wilmington, DE 19801<br>    Tel: (302) 252-0920<br>    skraftschik@polsinelli.com<br>    cvavala@polsinelli.com<br>    mdipietro@polsinelli.com |
| *Attorneys for Plaintiff FriendliAI Inc.* | *Attorney for Defendant* |

Dated: December 10, 2024
11919871 / 23295.00001

SO ORDERED this _____ day of December, 2024.

_____
United States District Judge