

222 Delaware Avenue, Suite 1101, Wilmington, DE 19801 • (302) 252-0920

December 10, 2024

Stephen J. Kraftschik
(302) 252-0926
(302) 397-2659 (Fax)
skraftschik@polsinelli.com

**VIA E-FILING**

The Honorable Maryellen Noreika
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *FriendliAI, Inc. v. Hugging Face, Inc.,* C.A. No. 23-816-MN

Dear Judge Noreika:

I write regarding the discovery dispute hearing scheduled for December 12, 2024 before Your Honor (December 4, 2024 Oral Order). The parties have reached an agreement in principle to resolve this litigation, and have filed a stipulation to stay further proceedings that the Court granted on December 10, 2024. Accordingly, the parties request that the Court cancel the December 12, 2024 discovery hearing. The parties are available to answer any questions that the Court may have.

Sincerely,

*/s/ Stephen J. Kraftschik*

Stephen J. Kraftschik

SJK:ncf
cc: All Counsel of Record (via e-mail)