### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRIENDLIAI INC., | ) |
| Plaintiff, | ) ) ) |
| | ) C.A. No. 23-816-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HUGGING FACE, INC., | ) ) |
| Defendant. | ) ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)

Plaintiff FriendliAI Inc. ("FriendliAI") and Defendant Hugging Face, Inc. ("Hugging Face") have reached a confidential settlement agreement dated January 8, 2025. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), FriendliAI and Hugging Face hereby stipulate to dismissal with prejudice and without costs and fees to any party of this case, Civil Case No. 1:23-cv-00816-MN. The Court shall retain jurisdiction over the parties' settlement agreement.

|  |  |
|---|---|
| | Respectfully submitted, |
| POTTER ANDERSON & CORROON LLP | POLSINELLI PC |
| By: */s/David E. Moore* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Tyler E. Cragg (#6398) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> tcragg@potteranderson.com | By: */s/ Stephen J.. Kraftschik* <br> Stephen J. Kraftschik (#5623) <br> Christina B. Vavala (#6135) <br> Michael V. DiPietro (#6781) <br> 222 Delaware Avenue, Suite 1101 <br> Wilmington, DE 19801 <br> Tel: (302) 252-0920 <br> skraftschik@polsinelli.com <br> cvavala@polsinelli.com <br> mdipietro@polsinelli.com |
| *Attorneys for Plaintiff FriendliAI Inc.* | *Attorney for Defendant Hugging Face Inc.* |
| Dated: January 10, 2025 | **SO ORDERED this 10th day of January 2025.** <br> *Maryellen Noreika* (signature) <br> **The Honorable Maryellen Noreika** <br> **United States District Judge** |